B1 (Official Form 1) (12/11)

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|
| **NORTHERN DISTRICT OF ILLINOIS** | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Golovan, Steven** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **7414** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1874 North Burling**<br>**Chicago, Illinois**<br>ZIP CODE **60614** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**COOK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☒ Chapter 7  ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☐ Chapter 11     Main Proceeding<br>☐ Chapter 12  ☐ Chapter 15 Petition for<br>☐ Chapter 13     Recognition of a Foreign<br>                        Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☒ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **B1 (Official Form 1) (4/10)** | | **Page 2** |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | colspan | Name of Debtor(s): **Donovan, Steven** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐    Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)        (Date)

</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☐    No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒    Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): Golovan, Steven |
|---|---|
| *(This page must be completed and filed in every case.)* | |

| Signatures | |
|---|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Steven Golovan_

Signature of Debtor          **Steven Golovan**

X _____

Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)
_1/22/2013_
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

(Signature of Foreign Representative)

_____

(Printed Name of Foreign Representative)

_____
Date

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

X _/s/ Paul M. Bauch_

Signature of Attorney for Debtor(s)
**Paul M Bauch**
Printed Name of Attorney for Debtor(s)
**Bauch & Michaels, LLC**
Firm Name

**53 W Jackson Blvd, Suite 1115**
Address
**(312) 588-5000**
Telephone Number
01/22/2013
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

_____

Address

X _____

Signature

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re __STEVEN GOLOVAN__                    Case No._____
                 Debtor                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❏ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❏ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *Steven Soloman*

Date: JANUARY 22, 2013

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## NORTHERN DISTRICT OF ILLINOIS

In re  **Steven Golovan**

_____,
Debtor

Case No. _____

Chapter **7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 4,200,000.00 | | |
| B - Personal Property | YES | 15 | $ 736,673.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 3 | | $ 9,383,806.67 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 3.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 465 | | $ 309,613,239.05 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 3 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 5,291.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 2 | | | $ 31,299.13 |
| TOTAL | | 495 | $ 4,936,673.00 | $ 318,997,048.72 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## NORTHERN DISTRICT OF ILLINOIS

In re **Steven Golovan**

_____ ,        Case No. _____
Debtor

Chapter **7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 1,635,716.09 |
| TOTAL | $ | 1,635,716.09 |

**State the following:**

| | | |
|---|---|---|
| Average Income  (from Schedule I, Line 16) | $ | 5,291.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 31,299.13 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   9,972,634.62 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   0.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   0.00 |
| 4.  Total from Schedule F | | $ 309,613,239.05 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 319,585,873.67 |

B6A (Official Form 6A) (12/07)

**In re** Steven Golovan,                                    **Case No.** _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 632 Schubert Ave. W Chicago, IL 60614-1506 | | J | $900,000.00 | $1,525,000.00 |
| 1874 N. Burling Chicago, IL 60614 | | J | $3,300,000.00 | $2,700,000.00 |
| | | Total ▶ | $4,200,000.00 | |

(Report also on Summary of Schedules.)

B 6B  (Official Form 6B) (12/2007)

In re **Steven Golovan,** _____     Case No. _____
                               Debtor                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | First Eagle Checking Acct #231539406 1201 W. Madison St. Chicago, IL 60602 | H | $500.00 |
| | | North Community Social Security Acct. #1122004243 | H | $76,573.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Kichen table and 12 chairs, flatware, silverware, pots, appliances, vases, couch, cocktail table, 2 chairs, small telephone table, lamp, mirror, small table, bowls, 1 oriental rugs, 1 runner,  candle holders | J | $1,000.00 |
| | | table, 4 chairs | J | $50.00 |
| | | 2 couches, 3 chairs, coffee table,2  lamp tables, 3 lamps, TV, 1 oriental rug, mirror, 2 Tiffany vases, bowls | J | $1,000.00 |
| | | 1 runner | J | $125.00 |
| | | 1 runner | J | $250.00 |
| | | 1 bed, 1 desk, 1 night stand, 1 chair | J | $125.00 |
| | | sofa, chair, ottoman, mirror, armoire | J | $125.00 |

B 6B  (Official Form 6B) (12/2007)

In re **Steven Golovan,**_____          Case No. _____
                              **Debtor**                                                           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | | | |
|---|---|---|---|
| | bed, night stand, desk, 2 chairs, ottoman, 2 lamps | J | $125.00 |
| | Glass desk, desk lamp, 2 chairs, chaise lounge, coffee table, laptop, 2 printers, shredder, office supplies | J | $1,000.00 |
| | bed, linens, blankets, pillows, bench, 2 chairs, 2 night stands, 2 lamps, TV, picture frames with family photos | J | $500.00 |
| | 2 runners, picture frames with family photos | J | $250.00 |
| | couch, ottoman, lamp table, 2 round tables, 4 chairs, armoire, piano, 2 TVs, elliptical machine, powerplate, weights, 6 filing cabinets, suit cases, 2 mirrors, wood cabinet with model cars, 1 bike, household tools, 4 clothing carts | J | $750.00 |
| | 4 chairs, 2 ottomans, 1 small coffee table | J | $125.00 |
| | Piano | J | $1,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | 2 paintings (Morper, Whitehorse) | J | $2,000.00 |
| | painting (Whitehorse), 1 hanging textile art piece (turkish), J. Chardiet glass sculpture | J | $1,500.00 |
| | 1 lithograph, 1 textile wall hanging | J | $5,000.00 |
| | 1 watercolor painting, 1 wood sculpture | J | $125.00 |
| | books, 4 paintings, 5 Sergio Bustamante art pieces, 3 Santa Fe bowls, 7 Costa Boda glass pieces, 1 granite seal  (Orca), 5 Mont Blanc pens | J | $1,500.00 |

B 6B  (Official Form 6B) (12/2007)

In re **Steven Golovan,** _____     Case No. _____
_____**Debtor**_____                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

|  |  |  |  |
|---|---|---|---|
|  | 1 painting (Morper), 2 sculptures, Jewish art (menorah, candle sticks, mortar and pestal), 2 Costa Boda bowl, 2 Polar bear sculptures | J | $1,500.00 |
|  | 20 CDs, 30 DVDs | J | $50.00 |
|  | Oxford Dictionary, books,  polar bear sculpture, 11 ceramic vases and bowls, 7 lithographs (Orca), 1 textile hanging art | J | $125.00 |
|  | 4 wooden sculptures (Pascal) | J | $400.00 |
| 6. Wearing apparel. | 16 sport coats, 25 pairs of pants, 30 shirts, ties, 10 pairs of shoes, underwear, socks, belts | H | $500.00 |
| 7. Furs and jewelry. | 6 pairs of cufflinks, 1 Rolex watch, wedding band | H | $1,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X |  |  |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X |  |  |
| 10. Annuities. Itemize and name each issuer. | Loan Receivable-Nick Markolpolous |  | $0.00 |
| **Notes:** Book Value $25,000.00 |  |  |  |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X |  |  |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | IRA-Rollover Fidelity Acct #614-707201 | H | $530,157.00 |
|  | IRA Fidelity Acct #179-484881 | H | $3,816.00 |

B 6B  (Official Form 6B) (12/2007)

In re **Steven Golovan,**                                          Case No. _____
                          **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | Home Depot Shares at Bank of Lincolnwood | H | $30,000.00 |
|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | 1023 West Belmont, L.L.C. (16.75 %) | | $0.00 |
| | 1031 West Belmont LLC (16.75%) | | $0.00 |
| | 1110 W. Newport LLC (16.75%) | | $0.00 |
| | 1130 Wrightwood LLC (33.33%) | | $45,000.00 |
| | 1219-1229 North Paulina LLC (16.75%) | | $0.00 |
| | 1308 West Fletcher LLC (50.00%) | | $0.00 |
| | 1320 W. Fletcher LLC (50.00%) | | $0.00 |
| | 1340 West Pratt LLC (16.75%) | | $0.00 |
| | 1512-14 North Wood, L.L.C. (33.50%) | | $0.00 |
| | 1515 N Cleveland Residential LLC (16.75%) | | $0.00 |
| | 1528 West Greenleaf LLC (16.75%) | | $0.00 |
| | 1529-1533 N. Mohawk LLC (8.38%) | | $0.00 |
| | 1533-37 North Cleveland (11.17%) | | $0.00 |
| | 1547 North Hudson LLC (16.75%) | | $0.00 |

B 6B  (Official Form 6B) (12/2007)

In re **Steven Golovan,**                                                                         Case No. _____
                                 **Debtor**                                                                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | | | |
|---|---|---|---|
| | 1620 West Estes LLC (16.75%) | | $0.00 |
| | 1626 W. Lunt, L.L.C. (16.75%) | | $0.00 |
| | 1651-59 West Chicago, LLC (16.75%) | | $0.00 |
| | 1707-1717 N. Larrabee Residential LLC (16.75%) | | $0.00 |
| | 1740-54 West North Shore LLC (16.75%) | | $0.00 |
| | 1761 West Morse Residential LLC (33.50%) | | $0.00 |
| | 2054 West Chase LLC (16.75%) | | $0.00 |
| | 2130 West Touhy LLC (50.0%) | | $0.00 |
| | 2146 North Dayton LLC (50.0%) | | $0.00 |
| | 21 Kristen Developers LLC (16.67%) | | $0.00 |
| | 2454 N. Ashland Commercial (33.50%) | | $0.00 |
| | 2454 N. Ashland Residential (33.50%) | | $0.00 |
| | 24 Kristin Commercial LLC (16.67%) | | $0.00 |
| | 2522-2530 North Ashland LLC (16.75%) | | $0.00 |
| | 2628 N. Halsted LLC (8.38%) | | $0.00 |

B 6B  (Official Form 6B) (12/2007)

In re **Steven Golovan,**_____     Case No. _____
                              **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | | | |
|---|---|---|---|
| | 2636 North Lincoln LLC (50.00%) | | $0.00 |
| | 2640 N. Lincoln, L.L.C. (16.75%) | | $0.00 |
| | 2648 N. Halsted LLC (20.03%) | | $0.00 |
| | 2716 West Cortland Condominium LLC (30.0%) | | $0.00 |
| | 2724-2730 North Ashland LLC (50.00%) | | $0.00 |
| | 2726 Ashland 1130 Diversey LLC (50.00%) | | $0.00 |
| | 2845-2901 North Halsted LLC (20.03%) | | $0.00 |
| | 2847 North Halsted Commercial (20.03%) | | $0.00 |
| | 2923-2925 North Lincoln LLC (10.05%) | | $0.00 |
| | 3058 North Lincoln Commercial (33.3%) | | $0.00 |
| | 3058 North Lincoln LLC (33.3%) | | $0.00 |
| | 3323 North Seminary LLC (16.75%) | | $0.00 |
| | 3526 N. Halsted LLC (50.00%) | | $0.00 |
| | 3550-3556 N. Southport, L.L.C. (16.75%) | | $0.00 |
| | 3751 N. Janssen LLC (50%) | | $0.00 |

B 6B  (Official Form 6B) (12/2007)

In re **Steven Golovan,**_____   Case No. _____
_____**Debtor**_____   _____**(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| | | | |
|---|---|---|---|
| | 3821 N. Wilton LLC (50.00%) | | $0.00 |
| | 3900 N. Pine Grove, LLC (16%) | | $0.00 |
| | 456 W. Briar Place LLC (33.30%) | | $0.00 |
| | 4716 Beacon LLC (8.38%) | | $0.00 |
| | 4857 N. Paulina, L.L.C. (16.75%) | | $0.00 |
| | 541 N. Noble, L.L.C. (33.50%) | | $0.00 |
| | 620 West Schubert LLC (15.85%) | | $0.00 |
| | 6311-15 N. Glenwood, L.L.C. (50%) | | $0.00 |
| | 632 West Schubert, L.L.C. (50%) | | $0.00 |
| | 650 West Wellington LLC (16.75%) | | $0.00 |
| | 700 West Aldine LLC (16.75%) | | $0.00 |
| | 700 W. Barry LLC (16.75%) | | $0.00 |
| | 7024 North Ridge LLC (16.75%) | | $0.00 |
| | 7228 North Bell LLC (16.75%) | | $0.00 |
| | 723-25 West Diversey LLC (50.00%) | | $0.00 |

B 6B  (Official Form 6B) (12/2007)

In re **Steven Golovan,**_____     Case No. _____
                                    **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | | | |
|---|---|---|---|
| | 7410 N. Winchester LLC (33.50%) | | $0.00 |
| | 7458-7464 North Greenview LLC (50.00%) | | $0.00 |
| | 814 N. Wood LLC (16.75%) | | $0.00 |
| | 858-868 North Franklin LLC (10.05%) | | $0.00 |
| | 909 West Roscoe LLC (50.00%) | | $0.00 |
| | AE Funding II LLC (16.75%) | | $0.00 |
| | AE Funding LLC (16.75%) | | $0.00 |
| | Active Equities Holdings LLC (16.75%) | | $0.00 |
| | Ainslie-Damen LLC (16.75%) | | $0.00 |
| | Ainslie Damen I LLC (50%) | | $0.00 |
| | Bailey III LLC (33.34%) | | $0.00 |
| | Bailey IV LLC (33.34%) | | $0.00 |
| | Birchwood-Greenview, L.L.C. (16.75%) | | $0.00 |
| | B.I.T. LLC (25.00%) | | $0.00 |
| | Castlepoint 50/50, L.L.C. (16.70%) | | $0.00 |

B 6B  (Official Form 6B) (12/2007)

In re **Steven Golovan,**_____          Case No. _____
                          **Debtor**                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | | | |
|---|---|---|---|
| | Castlepoint 60/40, L.L.C. (20.00%) | | $0.00 |
| | Castlebar Development LLC (50%) | | $0.00 |
| | Castlebar Enterprises, Inc. (50.0%) | | $0.00 |
| | CBE Group, L.L.C. (33.50%) | | $0.00 |
| | CBE Group II LLC (33.50%) | | $0.00 |
| | CG Properties LLC (50.00%) | | $0.00 |
| | Chicago Graystone Associates, LLC (41.00%) | | $30,000.00 |
| | Chicago Graystone Development, LLC (100%) | | $0.00 |
| | Chicago Graystone Realty LLC (50%) | | $0.00 |
| | Chicago 1651, L.L.C. (10.05%) | | $0.00 |
| | Chicago Graystone, Inc. (100%) | | $0.00 |
| | Duo Equities LLC (40.00%) | | $0.00 |
| | Duo Woodlands LLC (50.00%) | | $0.00 |
| | FSGLM Investments, LLC (6.67%) | | $0.00 |
| | Greenview-Lunt, L.L.C. (16.75%) | | $0.00 |

B 6B  (Official Form 6B) (12/2007)

In re **Steven Golovan,**_____    Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | | | |
|---|---|---|---|
| | Halsted 2646 LLC (15.84%) | | $0.00 |
| | Jaida 3 LLC (33.5%) | | $0.00 |
| | Kristin Developers LLC | | $0.00 |
| | Lotline Development LLC (50%) | | $0.00 |
| | Malden-Leland LLC (16.75%) | | $0.00 |
| | Resource 3 Realty LLC (33%) | | $0.00 |
| | Richmond Realty Services LLC (100%) | | $0.00 |
| | Vesta, LLC (16.75%) | | $0.00 |
| | Village 3 LLC (33.30%) | | $0.00 |
| | Willow 717 LLC (28.75%) | | $0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | |
| 16. Accounts receivable. | Loan Receivable-1031 W Belmont LLC | | $0.00 |
| **Notes:** Book Value: $82,775.00 | | | |
| | Loan Receivable-1528 Greenleaf LLC | | $0.00 |
| **Notes:** Book Value $60,500.00 | | | |
| | Loan Receivable-1620 W. Estes, LLC | | $0.00 |

B 6B  (Official Form 6B) (12/2007)

In re **Steven Golovan,**_____          Case No. _____
                                  **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | | |
|---|---|---|
| **Notes:** Book Value $3,500.00 | | |
| | Loan Receivable-1740-54 West North Shore LLC | $0.00 |
| **Notes:** Book Value $4,000.00 | | |
| | Loan Receivable-1761 W. Morse LLC | $0.00 |
| **Notes:** Book Value $25,500.00 | | |
| | Loan Receivable-2130 West Touhy LLC | $0.00 |
| **Notes:** Book Value $315,455.14 | | |
| | Loan Receivable-2522-30 North Ashland LLC | $0.00 |
| **Notes:** Book Value $9,500.00 | | |
| | Loan Receivable-2628 N Halsted LLC | $0.00 |
| **Notes:** Book Value $30,000.00 | | |
| | Loan Receivable-2636 North Lincoln LLC | $0.00 |
| **Notes:** Book Value $1,500.00 | | |
| | Loan Receivable-2548 N. Halsted LLC | $0.00 |
| **Notes:** Book Value $25,957.50 | | |
| | Loan Receivable-2724-30 North Ashland LLC | $0.00 |
| **Notes:** Book Value $38,500.00 | | |
| | Loan Receivable-2923-2925 N Lincoln LLC | $0.00 |
| **Notes:** Book Value $300,020.00 | | |

B 6B  (Official Form 6B) (12/2007)

In re **Steven Golovan,**_____     Case No. _____
                        **Debtor**                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | | | |
|---|---|---|---|
| | Loan Receivable-3323 North Seminary LLC | | $0.00 |
| **Notes:** Book Value $70,000.00 | | | |
| | Loan Receivable-3526 N. Halsted LLC | | $0.00 |
| **Notes:** Book Value $220,000.00 | | | |
| | Loan Receivable-456 Briar, LLC | | $0.00 |
| **Notes:** Book Value $103,228.10 | | | |
| | Loan Receivable-700 W Barry LLC | | $0.00 |
| **Notes:** Book Value $165,721.73 | | | |
| | Loan Receivable-7024 North Ridge LLC | | $0.00 |
| **Notes:** Book Value $150,000.00 | | | |
| | Loan Receivable for AEFII for 7024 | | $0.00 |
| **Notes:** Book Value $27,000.00 | | | |
| | Loan Receivable-723-725 West Diversey LLC | | $0.00 |
| **Notes:** Book Value $77,500.00 | | | |
| | Loan Receivable-7458-7464 North Greenview LLC | | $0.00 |
| **Notes:** Book Value $55,537.84 | | | |
| | Loan Receivable-AE Funding II, LLC | | $0.00 |
| **Notes:** Book Value $49,983.00 | | | |

B 6B  (Official Form 6B) (12/2007)

In re **Steven Golovan,** _____     Case No. _____
                              **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

|  | Loan Receivable-Ainslie Damen LLC |  | $0.00 |
|---|---|---|---|
| **Notes:** Book Value $30,500.00 | | | |
|  | Loan Receivable-B.I.T., LLC |  | $0.00 |
| **Notes:** Book Value $13,086.25 | | | |
|  | Loan Receivable-Castlepoint 1260 LLC |  | $0.00 |
| **Notes:** Book Value $71,662.89 | | | |
|  | Loan Receivable-Castlepoint 60/40 |  | $0.00 |
| **Notes:** Book Value $621,371.49 | | | |
|  | Loan Receivable-Castlebar Enterprises |  | $0.00 |
| **Notes:** Book Value $4,219.32 | | | |
|  | Loan Receivable-Castlebar Enterprises |  | $0.00 |
| **Notes:** Book Value $157,867.08 | | | |
|  | Loan Receivable-Castlebar Enterprises |  | $0.00 |
| **Notes:** Book Value $3,998.96 | | | |
|  | Loan Receivable-CBE Group, LLC |  | $0.00 |
| **Notes:** Book Value $343,465.50 | | | |
|  | Loan Receivable-Chris Feurer |  | $0.00 |
| **Notes:** Book Value $120,000.00 | | | |

B 6B  (Official Form 6B) (12/2007)

In re **Steven Golovan,**_____     Case No. _____
                                       **Debtor**                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | | | |
|---|---|---|---|
| | Loan Receivable-Chicago Graystone Leasing | | $0.00 |
| **Notes:** Book Value 2,300.00 | | | |
| | Loan Receivable-Duo Equities LLC | | $0.00 |
| **Notes:** Book Value $249,777.61 | | | |
| | Loan Receivable-Halsted 2646 LLC | | $0.00 |
| **Notes:** Book Value $261,500.00 | | | |
| | Loan Receivable-Jaida 3 LLC | | $0.00 |
| **Notes:** Book Value $10,000.00 | | | |
| | Loan Receivable-Willow 719 LLC | | $0.00 |
| **Notes:** Book Value $329,280.31 | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Midchicago Trust | $1.00 |
| | | Grand Regina Ownership Trust | $1.00 |

B 6B  (Official Form 6B) (12/2007)

In re **Steven Golovan,**_____     Case No. _____
                                                    **Debtor**                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | | | |
|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Lakeview Associates LP I (5% of net profits) | $0.00 |
| | | Debtor is a General partner entitled to 5% of net profits upon sale of members property | $0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | X | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | |

<u>14</u> continuation sheets attached          Total ▶          $736,673.00
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (04/10)

In re **Steven Golovan,**                                    Case No. _____
                    **Debtor**                                                  **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $146,450.*
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1874 N. Burling<br>Chicago, IL 60614 | 735 ILCS 5/12-901 | | $3,300,000.00 |
| First Eagle Checking Acct #231539406<br>1201 W. Madison St.<br>Chicago, IL 60602 | 735 ILCS 5/12-1001(b) | $267.00 | $500.00 |
| North Community<br>Social Security Acct. #1122004243 | U.S.C. 42 § 407 | $74,000.00 | $76,573.00 |
| IRA-Rollover<br>Fidelity Acct #614-707201 | 735 ILCS 5/12-1006 | $530,157.00 | $530,157.00 |
| IRA<br>Fidelity Acct #179-484881 | 735 ILCS 5/12-1006 | $3,816.00 | $3,816.00 |
| Midchicago Trust | 735 ILCS 5/12-1001(b) | $1.00 | $1.00 |
| Grand Regina Ownership Trust | 735 ILCS 5/12-1001(b) | $1.00 | $1.00 |

*  *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

**In re** Steven Golovan _____,   Case No. _____

    **Debtor**                                         **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Bauch & Michaels, LLC<br>53 W. Jackson Blvd. #1115<br>Chicago, IL 60604 | | | 08-12-09 Legal Services, all assets<br><br>VALUE $   **$150,000.00** | | | | **$50,000.00** | **$0.00** |
| ACCOUNT NO.<br>BMO Harris Bank<br>c/o Ehrenberger & Egan LLC<br>321 N. Clark St, Ste. 1430<br>Chicago, IL 60654 | | | First Mortgage<br><br>1874 N. Burling<br>Chicago, IL 60614<br><br>VALUE $   **$3,300,000.00** | | | | **$2,800,000.00** | **$0.00** |
| ACCOUNT NO.<br>Michael D. Gerstein, Esq.<br>800 Lee St., Suite 3<br>Des Plaines, IL 60016 | | | Judgment Lien BBH Partners<br><br>VALUE $   **$0.00** | | | | **$0.00** | **$2,000,000.00** |
| ACCOUNT NO.<br>Northbrook Bank & Trust Company<br>(Successor to First Chicago Bank & Trust)<br>1145 N. Arlington Heights Rd.<br>Itasca, IL 60143 | | | Collateral FSGLM Membership Interest<br><br>VALUE $   **$1.00** | | | X | **$3,700,000.00** | **$3,700,000.00** |

__2__ continuation sheets
    attached

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page)

| | |
|---|---|
| $   **6,550,000.00** | $   **5,700,000.00** |
| $ | $ |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____, Case No. _____
 Debtor (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Northbrook Bank & Trust Company (successor to First Chicago Bank & Trust) 1145 N. Arlington Heights Rd. Itasca, IL 60143 | | | Second Mortgage<br>1874 N. Burling Chicago, IL 60614<br>VALUE $ $3,300,000.00 | | | | $2,688,806.67 | $2,188,806.62 |
| ACCOUNT NO.  6075<br>Republic Bank f/k/a Bank of Lincolnwood 4433 W. Touhy Ave. Chicago, IL 60712 Full Account No.: 226075 | | | Home Depot Shares<br>Home Depot Shares at Bank of Lincolnwood<br>VALUE $ $30,000.00 | | X | | $0.00 | $269,327.00 |
| ACCOUNT NO.<br>Thomas Moore 2304 N. Cleveland Chicago, IL 60626 | | | Loan, All Assets<br>VALUE $ $150,000.00 | | X | | $145,000.00 | $0.00 |
| ACCOUNT NO.<br>Vencap Financial Services, LLC 120 E. Ogden Ave. #124 Hinsdale, IL 60521 | X | | Judgment Lien<br>VALUE $ $0.00 | | | | $0.00 | $472,501.00 |
| ACCOUNT NO.<br>Vencap Financial Services, LLC 120 E. Ogden Ave. #124 Hinsdale, IL 60521 | X | | Judgment Lien<br>VALUE $ $0.00 | | | | $0.00 | $630,000.00 |

Sheet no. **1** of **2** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)► (Total(s) of this page)   $ 2,833,806.67   $ 3,560,634.62

Total(s) ► (Use only on last page)   $   $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____, Case No. _____
            **Debtor**                                        **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Vencap Financial Services, LLC<br>120 E. Ogden Ave. #124<br>Hinsdale, IL 60521** | X | | **Judgment Lien**<br><br><br>VALUE $        $0.00 | | | | $0.00 | $712,000.00 |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

| | $ | 0.00 | $ | 712,000.00 |
|---|---|---|---|---|

Total(s) ▶
(Use only on last page)

| | $ | 9,383,806.67 | $ | 9,972,634.62 |
|---|---|---|---|---|

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (04/10)

**In re** __Steven Golovan_____,        **Case No.**_____

Debtor                                              *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

   *\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__1__ continuation sheets attached

B 6E (Official Form 6E) (04/10) – Cont.

In re **Steven Golovan** _____,    Case No. _____
            **Debtor**                                                            **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. _____ <br><br> Dept. of the Treasury-IRS Centralized Insolvency Op. P.O. Box 21126 Philadelphia, PA 19114 | | | | | | | $1.00 | $0.00 | $0.00 |
| Account No. _____ <br><br> Illinois Dept. of Empl. Security Benefit Pymt-Control Division P.O. Box 4385 Chicago, IL 60680 | | | | | | | $1.00 | $0.00 | $0.00 |
| Account No. _____ <br><br> Illinois Dept. of Revenue Bankr. Section-Level 7-425 100 W. Randolph St. Chicago, IL 60101 | | | | | | | $1.00 | $0.00 | $0.00 |

Sheet no. **1** of **1** continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)    $    **3.00**    $    **0.00**    $    **0.00**

Total➤ (Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)    $    **3.00**

Totals➤ (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    **0.00**    $    **0.00**

B 6F (Official Form 6F) (12/07)

In re **Steven Golovan**_____, Case No. _____
                         Debtor                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**1050 West Diversey Condominium Association c/o Kathy A. Logalbo 2636 N. Lincoln #1 Chicago, IL 60614** | | | | | X | | $1.00 |
| **ACCOUNT NO.**<br><br>**1122-1124 West Diversey Condominium Association c/o James Richard Whitney, Reg. Agent 1122 W. Diversey Parkway #1E Chicago, IL 60614** | | | | | X | | $1.00 |
| **ACCOUNT NO.**<br><br>**1136 W. Wolfram Condominium Association c/o Robert Kiburz, Reg. Agent 1136 W. Wolfram St. #3 Chicago, IL 60657** | | | | | X | | $1.00 |
| **ACCOUNT NO.**<br><br>**1148 Lill (Dbb VW)** | | | 01-11-2005 | | X | | $2,000.00 |

_**464**___continuation sheets attached

Subtotal▶ | $ | **2,003.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
            **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**1334 North Cleveland Condominium Association c/o Kevin Patrick Burke, Reg. Agent 11 E. Adams St. #140 Chicago, IL 60603** | | | | | X | | $1.00 |
| ACCOUNT NO.<br><br>**1507-11 N Cleveland Condominium Association c/o Beth T. Marshall, Reg. Agent 1511 N. Cleveland Ave. #3N Chicago, IL 60610** | | | | | X | | $1.00 |
| ACCOUNT NO.<br><br>**1529-31 N. Mohawk Condo Association c/o Christopher Slick, Reg. Agent 1531 N. Mohawk St., Unit 2N Chicago, IL 60610** | | | | | | | $1.00 |
| ACCOUNT NO.<br><br>**1533 N. Cleveland Condo Association c/o Andrew Rowm Nelson, Reg. Agent 1533 N. Cleveland Ave. #1N Chicago, IL 60610** | | | | | X | | $1.00 |

Sheet no.__**1**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $           **4.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| **1541-45 N. North Park Condominium Association c/o Laura Klingler Hansen, Reg. Agent 1545 N. Park Ave., Ste. 1N Chicago, IL 60610** | | | | | X | | $1.00 |
| **ACCOUNT NO.** | | | | | | | |
| **1601 W. Altgeld Condominium Association c/o Jane Charney, Reg. Agent 1601 W. Altgeld St., Unit 2A Chicago, IL 60614** | | | | | X | | $1.00 |
| **ACCOUNT NO.** | | | | | | | |
| **1707-09 N. Larrabee Condominium Association c/o James F. Dean, Reg. Agent 1707 N. Larrabee St., #2S Chicago, IL 60614** | | | | | X | | $1.00 |
| **ACCOUNT NO.** | | | | | | | |
| **1761 W. Morse Condo Association c/o Claudia Regojo, Reg. Agent 1761 W. Morse Ave., Ste. 2S Chicago, IL 60626** | | | | | X | | $1.00 |

Sheet no. __**2**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **4.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
                     **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **1763 W. Morse Condo Association c/o Peter Schmidt, Reg. Agent 1763 W. Morse Ave. #3W Chicago, IL 60626** | | | | | X | | $1.00 |
| **ACCOUNT NO.** **1938 N. Cleveland Condominium Assoc. c/o Hales Property Management, Inc. 1411 W. Chicago Ave., Ste. 1 Chicago, IL 60642** | | | | | X | | $1,050.00 |
| **ACCOUNT NO.** **2845-2901 North Halsted LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., 1st Fl. Chicago, IL 60614** | | | 01-06-2006 **2845-2901 North Halsted LLC-Insurance Consulting** | | | | $2,500.00 |
| **ACCOUNT NO.** **2845-2901 North Halsted, LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., 1st Fl. Chicago, IL 60614** | | | 03-+18-2009 **2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $1,333.38 |

Sheet no.__**3**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal►  $    **4,884.38**

Total►  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
          **Debtor**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**2845-2901 North Halsted, LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., 1st Fl. Chicago, IL 60614** | | | 01-19-2006<br><br>**2845-2901 North Halsted LLC- Permits** | | X | | $19,268.26 |
| **ACCOUNT NO.**<br><br>**2901 N. Halsted Condo Association c/o Marina Reader, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614** | | | | | X | | $1.00 |
| **ACCOUNT NO.**<br><br>**2905 N. Halsted Condo Assoc. c/o Timothy Connor 2905 N. Halsted Ave. Chicago, IL 60657-9328** | | | 05-2209 - 08-2012<br><br>**2845-2901 North Halsted LLC- Assessments** | | X | | $174,759.00 |
| **ACCOUNT NO.**<br><br>**2905 N. Halsted Condo Assoc. c/o Timothy Connor 2905 N. Halsted Ave. Chicago, IL 60657-9328** | | | 04-21-2009<br><br>**2845-2901 North Halsted LLC- P-3 May Assessments** | | X | | $15.20 |

Sheet no. __4__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **194,043.46**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____

Debtor    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>2905 N. Halsted Condo Assoc.<br>c/o Timothy Connor<br>2905 N. Halsted Ave.<br>Chicago, IL 60657-9328 | | | 04-21-2009<br><br>2845-2901 North Halsted LLC- 203 May Assessments | | X | | $224.05 |
| ACCOUNT NO.<br><br>2905 N. Halsted Condo Assoc.<br>c/o Timothy Connor<br>2905 N. Halsted Ave.<br>Chicago, IL 60657-9328 | | | 04-21-2009<br><br>2845-2901 North Halsted LLC- P-12 May Assessments | | X | | $12.52 |
| ACCOUNT NO.<br><br>2905 N. Halsted Condo Assoc.<br>c/o Timothy Connor<br>2905 N. Halsted Ave.<br>Chicago, IL 60657-9328 | | | 04-21-2009<br><br>2845-2901 North Halsted LLC- P-6 May Assessments | | X | | $15.20 |
| ACCOUNT NO.<br><br>3323 North Seminary Development Corporation<br>c/o Theresa Lally<br>2636 N. Lincoln Ave.<br>Chicago, IL 60614 | | | | X | X | X | Unknown |

Sheet no.__**5**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $    **251.77**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____
      **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **3323 North Seminary I LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614** | | | 05-07-2009 **3323 North Seminary I LLC - Utilities-Gas** | | X | | $455.73 |
| **ACCOUNT NO.** **3323 North Seminary I LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614** | | | 05-07-2009 **3323 North Seminary I LLC - Porable Toilets** | | X | | $80.00 |
| **ACCOUNT NO.** **3323 North Seminary I LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614** | | | 05-07-2009 **3323 North Seminary I LLC - Basic Site Matrerials** | | X | | $146.89 |
| **ACCOUNT NO.** **3323-25 North Seminary Condominium Association c/o Patrick Livingston 3323 N. Seminary Ave #2 Chicago, IL 60657** | | | | | X | | $1.00 |

Sheet no. __6__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **683.62**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,    Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **3513 North Reta Condominium Association c/o Matthew P. Landler, Reg. Agent 3513 N. Reta #3 Chicago, IL 60657** | | | | | X | | $1.00 |
| **ACCOUNT NO.** <br><br> **3518 North Reta Condominium Association c/o Keith Louis Burson, Reg. Agent 3518 North Reta Avenue #2 Chicago, IL 60657** | | | | | X | | $1.00 |
| **ACCOUNT NO.** <br><br> **3912 N. Pine Grove LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614** | | | **2009** <br><br> **Loan** | | X | | $16,228.00 |
| **ACCOUNT NO.** <br><br> **3J-L, LLC c/o Theresa Lally 2636 N. Lincoln Ave. Chicago, IL 60614** | | | | X | X | X | Unknown |

Sheet no.__**7**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **16,230.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,    Case No. _____

          **Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**456 West Briar Condo Association c/o Marina Reader, Reg. Agent 2636 N. Lincoln Ave. Chicago, iL 60614** | | | | | X | | **$1.00** |
| ACCOUNT NO.<br>**4857 N. Paulina, L.L.C. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614** | | | **2006**<br>**Loan** | | X | | **$1,500.00** |
| ACCOUNT NO.<br>**616-624 West Schubert Condominium Association c/o Robert G. Kogen, Reg. Agent 750 Lake Cook Rd., Ste. 350 Buffalo Grove, IL 60089** | | | | | X | | **$1.00** |
| ACCOUNT NO.<br>**7018 N. Ashland Condo Assn c/o Pamela Guajardo Lagos 7018 N. Ashland, Apt. #1N Chicago, IL 60626** | | | **11-10-2009**<br>**CG Properties LLC - Assessment 7018 Ashland #1N** | | X | | **$597.00** |

Sheet no. __**8**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $         **2,099.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **7018 N. Ashland Condo Association c/o Stephen L. Farmer, Reg. Agent 5518 N. Wayne Ave. Chicago, IL 60640** | | | | | X | | $1.00 |
| **ACCOUNT NO.** **7028 N. Ridge Condo Association 7028 N. Ridge, Unit 3N Chicago, IL 60645** | | | 11-10-2009 CG Properties LLC - Assessment 7028 Ashland #1S | | X | | $515.22 |
| **ACCOUNT NO.** **7028 N. Ridge Condo Association c/o Pamela Ann Toner, Reg. Agent 7028 N. Ridge Blvd. #3N Chicago, IL 60645** | | | | | X | | $1.00 |
| **ACCOUNT NO.** **723-25 West Diversey Condominiums c/o Robert Furno, Reg. Agent 725 W. Diversey #4W Chicago, IL 60614** | | | | | X | | $1.00 |

Sheet no.__**9**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **518.22**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**755 North Paulina Condominum Association c/o Andrea Ash, Reg. Agent 77 W. Washington St., Ste. 1211 Chicago, IL 60602** | | | | | X | | $1.00 |
| ACCOUNT NO.<br><br>**858-868 North Franklin LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln, 1st Fl. Chicago, IL 60614** | | | **Loan to Castlepoint 50/50 LLC** | | X | | $19,000.00 |
| ACCOUNT NO.<br><br>**858-868 North Franklin LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln, 1st Fl. Chicago, IL 60614** | | | **Loan to Castlepoint 60/40 LLC** | | X | | $78,000.00 |
| ACCOUNT NO.<br><br>**858-868 North Franklin LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln, 1st Fl. Chicago, IL 60614** | | | **Loan to Castlepoint Peoria, L.L.C.** | | X | | $17,000.00 |

Sheet no. **10** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **114,001.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
    **Debtor**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 858-868 North Franklin LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln, 1st Fl. Chicago, IL 60614 | | | Loan to Castlepoint 60/40 LLC | | X | | $355,350.51 |
| **ACCOUNT NO.** 858-868 North Franklin LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln, 1st Fl. Chicago, IL 60614 | | | Loan to 2845-2901 North Halsted LLC | | X | | $121,000.00 |
| **ACCOUNT NO.** 858-868 North Franklin LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln, 1st Fl. Chicago, IL 60614 | | | Loan | | X | | $400,000.00 |
| **ACCOUNT NO.** 858-868 North Franklin LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln, 1st Fl. Chicago, IL 60614 | | | Loan to Chicago 1651, L.L.C. | | X | | $10,000.00 |

Sheet no. **11** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    886,350.51

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,          Case No. _____

           **Debtor**          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**909 West Roscoe Condominium Association c/o David Gary Peterson, Reg. Agent 909 W. Roscoe Street #3 Chicago, IL 60657** | | | | | X | | **$1.00** |
| ACCOUNT NO. <br><br>**A.A. Rich's Garage Door Company 4956 W. Gunnison Ave. Chicago, IL 60630** | | | **11-09-2009** <br><br>**2454 N. Ashland Commercial-1601 Altgeld Electrical Repairs & Maintenance** | | X | | **$125.00** |
| ACCOUNT NO. <br><br>**ABT Electronic 1200 N. Milwaukee Glenview, IL 60025** | | | **03-05-2009** <br><br>**Castlepoint Peoria, L.L.C. - Appliances** | | X | | **$6,349.05** |
| ACCOUNT NO. <br><br>**ABT Electronic 1200 N. Milwaukee Glenview, IL 60025** | | | **03-27-2009** <br><br>**Castlepoint Peoria, L.L.C. - Appliances #1N** | | X | | **$6,251.37** |

Sheet no. **12** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $     **12,726.42**

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,        Case No. _____
                    **Debtor**                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Accurate Glass Shop, Inc.**<br>**3214 W. Montrose Ave.**<br>**Chicago, IL 60618** | | | **09-29-2008**<br><br>**2522-2530 North Ashland LLC - 2524 N Ashland - Mirrors & Shower Doors** | | X | | **$14,914.00** |
| **ACCOUNT NO.**<br><br>**Accurate Glass Shop, Inc.**<br>**3214 W. Montrose Ave.**<br>**Chicago, IL 60618** | | | **07-03-2008**<br><br>**2522-2530 North Ashland LLC - 2522-24 N Ashland - Mirrors & Shower Doors** | | X | | **$13,900.00** |
| **ACCOUNT NO.**<br><br>**Accurate Glass Shop, Inc.**<br>**3214 W. Montrose Ave.**<br>**Chicago, IL 60618** | | | **04-27-2009**<br><br>**2130 West Touhy, LLC-Mirrors & Shower Doors** | | X | | **$10,010.00** |
| **ACCOUNT NO.**<br><br>**Ace Construction Corporation**<br>**1875 E. Howard Ave.**<br>**Des Plaines, IL 60018** | | | **04-07-2009**<br><br>**Chicago 1651, L.L.C. - Concrete Foundation Sidewalks, Garage, Driveway & Hauling** | | X | | **$13,680.00** |

Sheet no.__**13**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **52,504.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,    Case No. _____
                **Debtor**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Active Equities Holding LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Active Equities II LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614** | | | **10-17-2008**<br><br>**2522-2530 North Ashland LLC - 2522-2524 N Ashland Management Fees** | | X | | **$265.42** |
| **ACCOUNT NO.**<br><br>**Active Equities LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614** | | | **08-19-2008**<br><br>**2845-2901 North Halsted LLC- Building Mgmt Fee-2845 N. Halsted** | | X | | **$311.98** |
| **ACCOUNT NO.**<br><br>**Active Equities LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614** | | | **07-30-2008**<br><br>**2845-2901 North Halsted LLC- Reimbursement for CC** | | X | | **$374.05** |

Sheet no.__**14**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $        **951.45**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,      Case No. _____
                    **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Active Equities LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614 | | | 07-20-2008 2845-2901 North Halsted LLC- Building Mgmt Fee-2845 N. Halsted | | X | | $311.98 |
| **ACCOUNT NO.** Active Equities LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614 | | | 04-19-2008 2845-2901 North Halsted LLC- Building Mgmt Fee-2845 N. Halsted | | X | | $311.98 |
| **ACCOUNT NO.** Active Equities LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614 | | | 04-19-2008 2845-2901 North Halsted LLC- Building Mgmt Fee-2845 N. Halsted | | X | | $311.98 |
| **ACCOUNT NO.** Active Equities LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614 | | | 04-19-2008 2845-2901 North Halsted LLC- Building Mgmt Fee-2845 N. Halsted | | X | | $311.98 |

Sheet no. **15** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $  **1,247.92**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Active Equities LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614** | | | **04-19-2008** <br><br> **2845-2901 North Halsted LLC- Building Mgmt Fee-2845 N. Halsted** | | X | | $311.98 |
| **ACCOUNT NO.** <br><br> **Active Equities LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614** | | | **04-19-2008** <br><br> **2845-2901 North Halsted LLC- Building Mgmt Fee-2845 N. Halsted** | | X | | $311.98 |
| **ACCOUNT NO.** <br><br> **Active Equities LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614** | | | **04-19-2008** <br><br> **2845-2901 North Halsted LLC- Building Mgmt Fee-2845 N. Halsted** | | X | | $311.98 |
| **ACCOUNT NO.** <br><br> **Active Equities LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614** | | | **04-19-2008** <br><br> **2845-2901 North Halsted LLC- Building Mgmt Fee-2845 N. Halsted** | | X | | $311.98 |

Sheet no. __16__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **1,247.92**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,        Case No. _____
           **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Active Equities LLC** <br> **c/o Bohdanna Golovan, Reg. Agent** <br> **2636 N. Lincoln Ave.** <br> **Chicago, IL 60614** | | | **04-19-2008** <br><br> **2845-2901 North Halsted LLC - Building Mgmt Fee-2845 N. Halsted** | | X | | $311.98 |
| **ACCOUNT NO.** <br><br> **Active Equities LLC** <br> **c/o Bohdanna Golovan, Reg. Agent** <br> **2636 N. Lincoln Ave.** <br> **Chicago, IL 60614** | | | **04-19-2008** <br><br> **2845-2901 North Halsted LLC - Building Mgmt Fee-2845 N. Halsted** | | X | | $588.54 |
| **ACCOUNT NO.** <br><br> **Active Equities LLC** <br> **c/o Bohdanna Golovan, Reg. Agent** <br> **2636 N. Lincoln Ave.** <br> **Chicago, IL 60614** | | | **09-17-2008** <br><br> **2845-2901 North Halsted LLC - Building Mgmt Fee-2845 N. Halsted** | | X | | $311.98 |
| **ACCOUNT NO.** <br><br> **Active Equities LLC** <br> **c/o Bohdanna Golovan, Reg. Agent** <br> **2636 N. Lincoln Ave.** <br> **Chicago, IL 60614** | | | **04-19-2008** <br><br> **2845-2901 North Halsted LLC - Building Mgmt Fee-2845 N. Halsted** | | | | $320.83 |

Sheet no. **17** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     **1,533.33**

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

$

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____

<u>Debtor</u>    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Active Equities LLC**<br>**c/o Bohdanna Golovan, Reg. Agent**<br>**2636 N. Lincoln Ave.**<br>**Chicago, IL 60614** | | | **04-19-2008**<br><br>**2845-2901 North Halsted LLC- Building Mgmt Fee - 2845 N. Halsted** | | X | | $329.69 |
| **ACCOUNT NO.**<br><br>**Active Equities LLC**<br>**c/o Bohdanna Golovan, Reg. Agent**<br>**2636 N. Lincoln Ave.**<br>**Chicago, IL 60614** | | | **02-11-2009**<br><br>**2522-2530 North Ashland LLC - 2522-2524 N Ashland Management Fees** | | X | | $442.50 |
| **ACCOUNT NO.**<br><br>**Active Equities LLC**<br>**c/o Bohdanna Golovan, Reg. Agent**<br>**2636 N. Lincoln Ave.**<br>**Chicago, IL 60614** | | | **03-12-2009**<br><br>**2522-2530 North Ashland LLC - 2522-2524 N Ashland Management Fees** | | X | | $644.55 |
| **ACCOUNT NO.**<br><br>**Active Equities LLC**<br>**c/o Bohdanna Golovan, Reg. Agent**<br>**2636 N. Lincoln Ave.**<br>**Chicago, IL 60614** | | | **01-16-2009**<br><br>**2522-2530 North Ashland LLC - 2522-2524 N Ashland Management Fees** | | X | | $442.50 |

Sheet no. __**18**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **1,859.24**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Active Equities LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614 | | | **10-17-2008** **2845-2901 North Halsted LLC- Building Mgmt Fee-2845 N. Halsted** | | X | | $311.98 |
| **ACCOUNT NO.** Active Equities LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614 | | | **11-17-2008** **2845-2901 North Halsted LLC- Building Mgmt Fee-2845 N. Halsted** | | X | | $283.62 |
| **ACCOUNT NO.** Active Equities LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614 | | | **12-16-2008** **2845-2901 North Halsted LLC- Building Mgmt Fee-2845 N. Halsted** | | X | | $283.62 |
| **ACCOUNT NO.** Active Equities LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614 | | | **12-16-2008** **2522-2530 North Ashland LLC - 2522-2524 N Ashland Management Fees** | | X | | $508.33 |

Sheet no. __**19**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **1,387.55**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____
_____**Debtor**_____    _____**(if known)**_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Active Equities LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614** | | | **11-17-2008** <br><br> **2522-2530 North Ashland LLC - 2522-2524 N Ashland Management Fees** | | X | | $245.00 |
| **ACCOUNT NO.** <br><br> **Active Equities LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614** | | | **09-17-2008** <br><br> **2845-2901 North Halsted LLC- Reimbursement for American Express** | | X | | $220.38 |
| **ACCOUNT NO.** <br><br> **Active Equities LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614** | | | **06-17-2008** <br><br> **2522-2530 North Ashland LLC - I/CO Reimbursement for CC** | | X | | $537.19 |
| **ACCOUNT NO.** <br><br> **Active Equities LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614** | | | **05-15-2008** <br><br> **2522-2530 North Ashland LLC - I/CO Reimbursement for CC** | | X | | $125.90 |

Sheet no.__**20**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **1,128.47**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,      Case No. _____

        **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | 01-16-2009 | | | | |
| Active Equities LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614 | | | 2845-2901 North Halsted LLC- Building Mgmt Fee-2845 N. Halsted | | X | | $283.62 |
| **ACCOUNT NO.** | | | 02-11-2009 | | | | |
| Active Equities LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614 | | | 2845-2901 North Halsted LLC- Building Mgmt Fee-2845 N. Halsted | | X | | $283.62 |
| **ACCOUNT NO.** | | | 04-16-2009 | | | | |
| Active Equities LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614 | | | 2522-2530 North Ashland LLC - 2522-2524 N Ashland Management Fees | | X | | $1,058.23 |
| **ACCOUNT NO.** | | | 03-12-2009 | | | | |
| Active Equities LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614 | | | 2845-2901 North Halsted LLC- Building Mgmt Fee-2845 N. Halsted | | X | | $292.13 |

Sheet no. __**21**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $      **1,917.60**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,    Case No. _____
         **Debtor**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Active Equities LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave.<br>Chicago, IL 60614 | | | 04-16-2009<br><br>2845-2901 North Halsted LLC- Building Mgmt Fee-2845 N. Halsted | | X | | $292.13 |
| **ACCOUNT NO.**<br><br>Active Equities LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave.<br>Chicago, IL 60614 | | | 06-12-2008<br><br>2923-2925 North Lincoln LLC-Reimbursement for CC | | | | $850.87 |
| **ACCOUNT NO.**<br><br>Active Equities LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave.<br>Chicago, IL 60614 | | | 01-07-2010<br><br>3912 North Pine Grove LLC - General Building Supplies | | X | | $9.11 |
| **ACCOUNT NO.**<br><br>Active Equities LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave.<br>Chicago, IL 60614 | | | 04-19-2008<br><br>2845-2901 North Halsted LLC- Building Mgmt Fee-2845 N. Halsted | | X | | $320.83 |

Sheet no.__**22**__of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **1,472.94**

Total► $ _____
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Active Equities LLC**<br>**c/o Bohdanna Golovan, Reg. Agent**<br>**2636 N. Lincoln Ave.**<br>**Chicago, IL 60614** | | | **04-16-2009**<br><br>**2522-2530 North Ashland LLC - 2522-2530 N Ashland Management Fees** | | X | | $311.86 |
| **ACCOUNT NO.**<br><br>**Adzija Vulic**<br>**P.O. Box 353**<br>**Skokie, IL 60076** | | | **12-11-2009**<br><br>**4716 Beacon LLC - Appliances:Washer & Dryer 4716 Beacon** | | X | | $72.00 |
| **ACCOUNT NO.**<br><br>**Adzija Vulic**<br>**P.O. Box 353**<br>**Skokie, IL 60076** | | | **11-01-2009**<br><br>**1308 West Fletcher LLC - Appliances-Refrigerator** | | X | | $99.00 |
| **ACCOUNT NO.**<br><br>**Adzija Vulic**<br>**P.O. Box 353**<br>**Skokie, IL 60076** | | | **01-18-2010**<br><br>2454 N. Ashland Commercial-Appliances-Washer & Dryer for 1601 Altgeld #4C | | X | | $70.00 |

Sheet no. __**23**__ of __**464**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **552.86**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,        Case No. _____
   **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **AE Funding** c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614 | | | **Loan to Chicago 1651, L.L.C.** | | X | | **$200,000.00** |
| **ACCOUNT NO.** **AE Funding II** c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** **AE Funding II LLC** c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614 | | | 10-31-2005 **2845-2901 North Halsted LLC- Real Estate Taxes** | | X | | **$31,189.47** |
| **ACCOUNT NO.** **AE Funding II LLC** c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614 | | | **Loan to 1110 W. Newport LLC** | | X | | **$25,000.00** |

Sheet no. __24__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **256,189.47**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____ ,    Case No. _____
        **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>AE Funding II LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave.<br>Chicago, IL 60614 | | | **Loan to 2845-2901 North Halsted LLC** | | X | | $46,316.58 |
| **ACCOUNT NO.**<br><br>AE Funding II LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave.<br>Chicago, IL 60614 | | | **Loan to 2628 N Halsted LLC** | | X | | $11,000.00 |
| **ACCOUNT NO.**<br><br>AE Funding II LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave.<br>Chicago, IL 60614 | | | 10-31-2005<br><br>**2845-2901 North Halsted LLC- Real Estate Taxes** | | X | | $14,559.87 |
| **ACCOUNT NO.**<br><br>AE Funding II LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave.<br>Chicago, IL 60614 | | | 2005-2008<br><br>**Loan** | | | | $11,255.00 |

Sheet no.__**25**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     **83,131.45**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,    Case No. _____
        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **AE Funding II LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614** | | | **Loan to Halsted 2646 LLC** | | X | | **$25,000.00** |
| **ACCOUNT NO.** <br><br> **AE Funding II LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614** | | | **Loan to 4716 Beacon LLC** | | X | | **$86,000.00** |
| **ACCOUNT NO.** <br><br> **AE Funding II LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614** | | | **Loan to 700 W. Barry LLC** | | X | | **$6,500.00** |
| **ACCOUNT NO.** <br><br> **AE Funding II LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave. Chicago, IL 60614** | | | **Loan to 3323 North Seminary LLC** | | X | | **$6,500.00** |

Sheet no.__**26**__of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **124,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,  Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** AE Funding LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | **Loan to Castlepoint 60/40 LLC** | | X | | $30,334.00 |
| **ACCOUNT NO.** AE Funding LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | **Loan to 1761 West Morse Resident** | | X | | $46,065.10 |
| **ACCOUNT NO.** AE Funding LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | **Loan to Castlepoint Peoria, L.L.C.** | | X | | $16,530.00 |
| **ACCOUNT NO.** AE Funding LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | | X | X | X | **Unknown** |

Sheet no. **27** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **92,929.10**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,  Case No. _____
   **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Ainslie Damen Development Corp.** c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** Alan Jackson/Pamela Fowler 219 Sea Marsh Dr. Kiawah Island, SC 29455 | | | **Loan to 21 Kristin Developers LLC** | | X | | $40,000.00 |
| **ACCOUNT NO.** Alan Jackson/Pamela Fowler 219 Sea Marsh Dr. Kiawah Island, SC 29455 | | | **Loan to Duo Equities LLC** | | X | | $10,000.00 |
| **ACCOUNT NO.** Alan Jackson/Pamela Fowler 219 Sea Marsh Dr. Kiawah Island, SC 29455 | | | **Loan to AE Funding II LLC** | | X | | $20,000.00 |

Sheet no. __28__ of __464__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **70,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,    Case No. _____
         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Alan Jackson/Pamela Fowler<br>219 Sea Marsh Dr.<br>Kiawah Island, SC 29455 | | | | | X | | **$10,000.00** |
| **ACCOUNT NO.** <br><br> Alex French<br>2427 W. Augusta<br>Chicago, IL 60622 | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> Alexander Jr. Building Service<br>643 N. Kedzie<br>Chicago, IL 60612 | | | 06-09-2008 <br><br>2522-2530 North Ashland LLC - Waterproofing | | X | | **$2,000.00** |
| **ACCOUNT NO.** <br><br> Alexander Jr. Building Service<br>643 N. Kedzie<br>Chicago, IL 60612 | | | 09-22-2008 <br><br>Castlebar Enterprises, Inc. - 1438 W. Belmont Warranty Reserve-Waterproofing | | X | | **$3,500.00** |

Sheet no.__**29**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $    **15,500.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,        Case No. _____
              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Alliance Disaster Kleenup 609 Landwehr Rd. Northbrook, IL 60062** | | | **01-07-2010**<br><br>**Madison 1224, LLC - Plumbing Repairs & Maintenance:1222 Madison** | | X | | **$7,701.84** |
| **ACCOUNT NO.          SENT**<br><br>**American Heritage Fireplace 3054 N. Western Ave. Chicago, IL 60618** | | | **03-16-2009**<br><br>**2845-2901 North Halsted LLC- Basic Site Material Supplies** | | X | | **$14.00** |
| **ACCOUNT NO.**<br><br>**AmT CADC Venture, LLC c/o Pircher, Nichols & Meeks Attn: Timothy McCaffrey 900 N. Michigan Ave., #1050 Chicago, IL 60611** | | | | | | | **$334,323.07** |
| **ACCOUNT NO.**<br><br>**Anderson & Moore P.C. 111 W. Washington St. Chicago, IL 60602** | | | **02-04-2009**<br><br>**Willow 717 LLC - Prepaid Draw Invoice:717 W. Willow** | | X | | **$874.25** |

Sheet no.__**30**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **342,913.16**

Total▶
(Use only on last page of the completed Schedule F.) | $
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
           **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Anderson & Moore P.C.<br>111 W. Washington St.<br>Chicago, IL 60602 | | | 05-05-2008<br><br>Willow 717 LLC - Prepaid Draw Invoices:717 W. Willow | | X | | $2,228.75 |
| **ACCOUNT NO.**<br><br>Anderson & Moore P.C.<br>111 W. Washington St.<br>Chicago, IL 60602 | | | 10-03-2008<br><br>Willow 717 LLC - Prepaid Draw Invoice:717 W. Willow | | X | | $687.50 |
| **ACCOUNT NO.**<br><br>Anderson & Moore P.C.<br>111 W. Washington St.<br>Chicago, IL 60602 | | | 03-03-2009<br><br>Halsted 2646 LLC - Prepaid Draw Invoices | | X | | $68.75 |
| **ACCOUNT NO.**<br><br>Anderson & Moore P.C.<br>111 W. Washington St.<br>Chicago, IL 60602 | | | 08-05-2008<br><br>Willow 717 LLC - Prepaid Draw Invoices:717 W. Willow | | X | | $1,856.25 |

Sheet no. __31__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **4,841.25**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,    Case No._____
                **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Anderson & Moore P.C.** <br> **111 W. Washington St.** <br> **Chicago, IL 60602** | | | 09-05-2008 <br><br> **Willow 717 LLC - Prepaid Draw Invoice:717 W. Willow** | | X | | $481.25 |
| **ACCOUNT NO.** <br><br> **Anderson & Moore P.C.** <br> **111 W. Washington St.** <br> **Chicago, IL 60602** | | | 11-06-2008 <br><br> **Willow 717 LLC - Prepaid Draw Invoice:717 W. Willow** | | X | | $2,200.00 |
| **ACCOUNT NO.** <br><br> **Anderson & Moore P.C.** <br> **111 W. Washington St.** <br> **Chicago, IL 60602** | | | 06-04-2008 <br><br> **Willow 717 LLC - Prepaid Draw Invoices:717 W. Willow** | | X | | $2,411.55 |
| **ACCOUNT NO.** <br><br> **Anderson & Moore P.C.** <br> **111 W. Washington St.** <br> **Chicago, IL 60602** | | | 04-03-2008 <br><br> **Willow 717 LLC - Prepaid Draw Invoices:717 W. Willow** | | X | | $698.50 |

Sheet no.__**32**_ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **5,791.30**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,        Case No. _____
               **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> AnswerNet, Inc. <br> Remittance Office <br> Morton Grove, IL 60053 | | | **01-01-2010** <br><br> **2454 N. Ashland Residential - Telephone** | | X | | $1.41 |
| **ACCOUNT NO.**    5947 <br><br> AnswerNet, Inc. <br> Remittance Office <br> Morton Grove, IL 60053 <br> Full Account No.: MT5947 | | | **01-01-2010** <br><br> **Lakewood Henderson, LLC - Telephone** | | X | | $29.44 |
| **ACCOUNT NO.**    5947 <br><br> AnswerNet, Inc. <br> Remittance Office <br> Morton Grove, IL 60053 <br> Full Account No.: MT5947 | | | **01-01-2010** <br><br> **2454 N. Ashland Commercial-Telephone** | | X | | $1.41 |
| **ACCOUNT NO.**    5947 <br><br> AnswerNet, Inc. <br> Remittance Office <br> Morton Grove, IL 60053 <br> Full Account No.: MT5947 | | | **11-01-2009** <br><br> **2454 N. Ashland Commercial-Telephone** | | X | | $5.23 |

Sheet no.__**33**__of__**464**__continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **37.49**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____
       **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 5947 <br><br> **AnswerNet, Inc.** <br>**Remittance Office** <br>**Morton Grove, IL 60053** <br>**Full Account No.: MT5947** | | | **12-01-2009** <br><br> **CG Properties LLC - Telephone** | | X | | $3.94 |
| **ACCOUNT NO.** 5947 <br><br> **AnswerNet, Inc.** <br>**Remittance Office** <br>**Morton Grove, IL 60053** <br>**Full Account No.: MT5947** | | | **12-01-2009** <br><br> **Lakewood Henderson, LLC - Telephone** | | | | $27.61 |
| **ACCOUNT NO.** 5947 <br><br> **AnswerNet, Inc.** <br>**Remittance Office** <br>**Morton Grove, IL 60053** <br>**Full Account No.: MT5947** | | | **11-01-2009** <br><br> **CG Properties LLC - Telephone** | | X | | $5.23 |
| **ACCOUNT NO.** 5947 <br><br> **AnswerNet, Inc.** <br>**Remittance Office** <br>**Morton Grove, IL 60053** <br>**Full Account No.: MT5947** | | | **11-01-2009** <br><br> **Lakewood Henderson, LLC - Telephone** | | X | | $36.58 |

Sheet no. **34** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **73.36**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,   Case No. _____
              **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5947 <br><br> AnswerNet, Inc. <br> Remittance Office <br> Morton Grove, IL 60053 <br> Full Account No.: MT5947 | | | 11-01-2009 <br><br> 1023 West Belmont, LLC - Telephone | | X | | $5.23 |
| ACCOUNT NO. 5947 <br><br> AnswerNet, Inc. <br> Remittance Office <br> Morton Grove, IL 60053 <br> Full Account No.: MT5947 | | | 11-01-2009 <br><br> 7410 N. Winchester LLC - Telephone | | X | | $10.45 |
| ACCOUNT NO. 5947 <br><br> AnswerNet, Inc. <br> Remittance Office <br> Morton Grove, IL 60053 <br> Full Account No.: MT5947 | | | 11-01-2009 <br><br> 858-868 North Franklin LLC - Telephone | | X | | $5.23 |
| ACCOUNT NO. 5947 <br><br> AnswerNet, Inc. <br> Remittance Office <br> Morton Grove, IL 60053 <br> Full Account No.: MT5947 | | | 11-01-2009 <br><br> 1626 W. Lunt, L.L.C. - Telephone | | X | | $31.36 |

Sheet no. **35** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **52.27**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,    Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 5947<br><br>AnswerNet, Inc.<br>Remittance Office<br>Morton Grove, IL 60053 | | | 01-01-2010<br><br>**7410 N. Winchester LLC - Telephone** | | X | | $11.23 |
| **ACCOUNT NO.** 5947<br><br>AnswerNet, Inc.<br>Remittance Office<br>Morton Grove, IL 60053<br>Full Account No.: MT5947 | | | 11-01-2009<br><br>**2454 N. Ashland Residential - Telephone** | | X | | $5.23 |
| **ACCOUNT NO.** 5947<br><br>AnswerNet, Inc.<br>Remittance Office<br>Morton Grove, IL 60053<br>Full Account No.: MT5947 | | | 01-01-2010<br><br>**Steven Golovan Properties - Telephone** | | X | | $4.98 |
| **ACCOUNT NO.** 5947<br><br>AnswerNet, Inc.<br>Remittance Office<br>Morton Grove, IL 60053<br>Full Account No.: MT5947 | | | 01-01-2010<br><br>**Steven Golovan Properties:Telephone** | | X | | $1.41 |

Sheet no. **36** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $　　　　　**22.85**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,     Case No. _____
        **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 5947 <br><br> **AnswerNet, Inc.** **Remittance Office** **Morton Grove, IL 60053** **Full Account No.: MT5947** | | | 01-01-2010 <br><br> **1900 West Farwell, LLC - Telephone** | | X | | $70.11 |
| **ACCOUNT NO.** 5947 <br><br> **AnswerNet, Inc.** **Remittance Office** **Morton Grove, IL 60053** **Full Account No.: MT5947** | | | 12-01-2009 <br><br> **1626 W. Lunt, L.L.C. - Telephone** | | X | | $23.66 |
| **ACCOUNT NO.** 5947 <br><br> **AnswerNet, Inc.** **Remittance Office** **Morton Grove, IL 60053** **Full Account No.: MT5947** | | | 01-01-2010 <br><br> **858-868 North Franklin LLC - Telephone** | | X | | $1.41 |
| **ACCOUNT NO.** E+13 <br><br> **AT&T** **P.O. Box 8100** **Aurora, IL 60507-8100** **Full Account No.: 773764E+13** | | | 02-10-2010 <br><br> **1900 West Farwell LLC - Telephone** | | X | | $109.57 |

Sheet no. **37** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $      **204.75**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,         Case No. _____
               **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 8028 <br> **AT&T** <br> **P.O. Box 8100** <br> **Aurora, IL 60507-8100** <br> **Full Account No.:** <br> **31225505628028** | | | 06-25-2009 <br><br> 1503 N. Cleveland LLC - Telephone | | X | | $46.38 |
| **ACCOUNT NO.** <br> **AT&T** <br> **P.O. Box 8100** <br> **Aurora, IL 60507-8100** | | | 09-13-2008 <br><br> 4716 Beacon LLC - Cris Rivera Telephone Reimbursement | | X | | $0.00 |
| **ACCOUNT NO.** 9862 <br> **AT&T** <br> **P.O. Box 8100** <br> **Aurora, IL 60507-8100** <br> **Full Account No.:** <br> **77376418439862** | | | 01-10-2010 <br><br> 1900 West Farwell LLC-Telephone | | X | | $47.90 |
| **ACCOUNT NO.** E+13 <br> **AT&T** <br> **P.O. Box 8100** <br> **Aurora, IL 60507-8100** <br> **Full Account No.:** <br> **3.122227E+13** | | | 01-25-2010 <br><br> Madison 1224, LLC - Telephone | | X | | $206.59 |

Sheet no. **38** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **300.87**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,     Case No. _____
                        **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    1749**<br><br>**AT&T Global Services, Inc.**<br>**P.O. Box 8102**<br>**Aurora, IL 60507-8102**<br>**Full Account No.:**<br>**77332524171749** | | | **04-04-2009**<br><br>**2923-2925 North Lincoln LLC-Intercom** | | X | | **$99.27** |
| **ACCOUNT NO.    2765**<br><br>**AT&T Global Services, Inc.**<br>**P.O. Box 8102**<br>**Aurora, IL 60507-8102**<br>**Full Account No.:**<br>**77332597812765** | | | **04-04-2009**<br><br>**723-25 West Diversey LLC - Prepaid Draw Invoices** | | X | | **$29.11** |
| **ACCOUNT NO.    8487**<br><br>**AT&T Global Services, Inc.**<br>**P.O. Box 8102**<br>**Aurora, IL 60507-8102**<br>**Full Account No.:**<br>**77328120868487** | | | **01-22-2009**<br><br>**2923-2925 North Lincoln LLC-Utilities-Phone/Intercom** | | X | | **$100.50** |
| **ACCOUNT NO.    1347**<br><br>**AT&T Global Services, Inc.**<br>**P.O. Box 8102**<br>**Aurora, IL 60507-8102**<br>**Full Account No.:**<br>**77332711891347** | | | **04-01-2009**<br><br>**2724-2730 North Ashland LLC - prepaid draw invoices** | | X | | **$18.63** |

Sheet no.__**39**__of__**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **247.51**

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

$

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
                  **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.     6828**<br>**AT&T Global Services, Inc.**<br>**P.O. Box 8102**<br>**Aurora, IL 60507-8102**<br>**Full Account No.:**<br>**77332506206828** | | | **04-04-2009**<br><br>**723-25 West Diversey LLC -**<br>**Prepaid Draw Invoices** | | X | | **$37.93** |
| **ACCOUNT NO.     2924**<br>**AT&T Global Services, Inc.**<br>**c/o CT Corporation System,**<br>**Reg. Agent**<br>**208 S. LaSalle, Ste. 814**<br>**Chicago, IL 60604**<br>**Full Account No.: 286662924** | | | **02-25-2009**<br><br>**Castlebar Enterprises, Inc. -**<br>**Telephone** | | X | | **$866.67** |
| **ACCOUNT NO.     7849**<br>**AT&T Global Services, Inc.**<br>**c/o CT Corporation System, Reg.**<br>**Agent**<br>**208 S. LaSalle, Ste. 814**<br>**Chicago, IL 60604**<br>**Full Account No.:**<br>**77329607417849** | | | **02-10-2009**<br><br>**Castlebar Enterprises, Inc. -**<br>**Telephone** | | X | | **$20.45** |
| **ACCOUNT NO.**<br><br>**AT&T Mobility**<br>**P.O. Box 6428**<br>**Carol Stream, IL 60197-6428** | | | **03-23-2010**<br><br>**Lakewood Henderson, LLC**<br>**- Telephone Cell**<br>**Phones-Residual** | | X | | **$96.86** |

Sheet no. **40** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ **1,021.91**

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____, 

      **Debtor**

Case No. _____

           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**AT&T Mobility**<br>**P.O. Box 6428**<br>**Carol Stream, IL 60197-6428** | | | **03-23-2010**<br><br>**2146 North Dayton LLC - cell phones-residual** | | X | | $124.16 |
| **ACCOUNT NO.**<br><br>**AT&T Mobility**<br>**P.O. Box 6428**<br>**Carol Stream, IL 60197-6428** | | | **03-23-2010**<br><br>**Steven Golovan Properties:Telephone Cell Phones-residual** | | X | | $4.51 |
| **ACCOUNT NO.**    **2924**<br><br>**AT&T Mobility**<br>**P.O. Box 6428**<br>**Carol Stream, IL 60197-6428**<br>**Full Account No.: SGOLO**<br>**286662924** | | | **01-01-2009**<br><br>**Castlebar Enterprises, Inc. - Telephone** | | X | | $1,739.36 |
| **ACCOUNT NO.**<br><br>**AT&T Mobility**<br>**P.O. Box 6428**<br>**Carol Stream, IL 60197-6428** | | | **03-23-2010**<br><br>**Addison-Claremont LLC - Cell Phones-Residual** | | X | | $165.70 |

Sheet no. **41** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $     **2,033.73**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,     Case No. _____
         **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **AT&T Mobility** <br> **P.O. Box 6428** <br> **Carol Stream, IL 60197-6428** | | | **03-23-2010** <br><br> **1320 W. Fletcher LLC-Telephone (cell phones-residual)** | | X | | **$9.26** |
| **ACCOUNT NO.**     2924 <br><br> **AT&T Mobility** <br> **P.O. Box 6428** <br> **Carol Stream, IL 60197-6428** <br> **Full Account No.: SCORT** <br> **286662924** | | | **01-01-2009** <br><br> **Castlebar Enterprises, Inc. - Telephone** | | X | | **$176.32** |
| **ACCOUNT NO.**     2924 <br><br> **AT&T Mobility** <br> **P.O. Box 6428** <br> **Carol Stream, IL 60197-6428** <br> **Full Account No.: SIOBL** <br> **286662924** | | | **01-01-2009** <br><br> **Castlebar Enterprises, Inc. - Telephone** | | X | | **$146.15** |
| **ACCOUNT NO.**     2629 <br><br> **AT&T Mobility** <br> **c/o CT Corporation System, Reg. Agent** <br> **208 S. LaSalle St., Ste. 814** <br> **Chicago, IL 60604** <br> **Full Account No.: 832052629** | | | **01-01-2010** <br><br> **Chicago Graystone Realty LLC - Telephone** | | X | | **$468.15** |

Sheet no. **42** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $        **799.88**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,        Case No. _____
                        **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    2924 <br><br> **AT&T Mobility** <br> **P.O. Box 6428** <br> **Carol Stream, IL 60197-6428** <br> **Full Account No.: 286662924** | | | 01-01-2009 <br><br> **Castlebar Enterprises, Inc. - Telephone** | | X | | $5.00 |
| **ACCOUNT NO.** <br><br> **AT&T Mobility** <br> **P.O. Box 6428** <br> **Carol Stream, IL 60197-6428** | | | 03-23-2010 <br><br> **7458-7464 North Greenview LLC - Cell Phones- Residual** | | X | | $59.82 |
| **ACCOUNT NO.** <br><br> **Atunovich Associates** <br> **Attn: Joseph Atunovich** <br> **224 W. Hurton St., 7th Fl.** <br> **Chicago, IL 60654** | | | **Architect Fees** | X | X | X | $1,000,000.00 |
| **ACCOUNT NO.** <br><br> **Bailey III LLC** <br> **c/o Siobhan Lally, Reg. Agent** <br> **2636 N. Lincoln, 1st Fl.** <br> **Chicago, IL 60614** | | | **Loan to Castlebar Enterprises, Inc.** | | X | | $45,000.00 |

Sheet no.__43__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,045,064.82**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,    Case No. _____
           **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Bailey III LLC** <br>**c/o Siobhan Lally, Reg. Agent** <br>**2636 N. Lincoln, 1st Fl.** <br>**Chicago, IL 60614** | | | **Loan to Ainslie-Damen LLC** | | X | | **$15,000.00** |
| **ACCOUNT NO.** <br><br>**Bailey III LLC** <br>**c/o Siobhan Lally, Reg. Agent** <br>**2636 N. Lincoln, 1st Fl.** <br>**Chicago, IL 60614** | | | **Loan to 700 W. Barry LLC** | | X | | **$5,266.83** |
| **ACCOUNT NO.** <br><br>**Bailey III LLC** <br>**c/o Siobhan Lally, Reg. Agent** <br>**2636 N. Lincoln, 1st Fl.** <br>**Chicago, IL 60614** | | | **Loan to 3526 N. Halsted LLC** | | X | | **$3,185.41** |
| **ACCOUNT NO.** <br><br>**Bailey III LLC** <br>**c/o Siobhan Lally, Reg. Agent** <br>**2636 N. Lincoln, 1st Fl.** <br>**Chicago, IL 60614** | | | **Loan to 2923-2925 North Halsted LLC** | | X | | **$13,000.00** |

Sheet no.__**44**__of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **36,452.24**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,          Case No. _____

               **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Bailey III LLC** <br> **c/o Siobhan Lally, Reg. Agent** <br> **2636 N. Lincoln, 1st Fl.** <br> **Chicago, IL 60614** | | | **Loan to 2628 N Halsted LLC** | | X | | **$9,650.00** |
| **ACCOUNT NO.** <br><br> **Bailey III LLC** <br> **c/o Siobhan Lally, Reg. Agent** <br> **2636 N. Lincoln, 1st Fl.** <br> **Chicago, IL 60614** | | | **Loan to 2724-2730 North Ashland LLC** | | X | | **$41,500.00** |
| **ACCOUNT NO.** <br><br> **Bailey III LLC** <br> **c/o Siobhan Lally, Reg. Agent** <br> **2636 N. Lincoln, 1st Fl.** <br> **Chicago, IL 60614** | | | **Loan to 1620 West Estes LLC** | | X | | **$19,000.00** |
| **ACCOUNT NO.** <br><br> **Bailey III LLC** <br> **c/o Siobhan Lally, Reg. Agent** <br> **2636 N. Lincoln, 1st Fl.** <br> **Chicago, IL 60614** | | | **Loan to Chicago 1651, L.L.C.** | | X | | **$39,600.00** |

Sheet no.__**45**_ of __**464**_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **109,750.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,        Case No. _____
                  **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Bailey III LLC c/o Siobhan Lally, Reg. Agent 2636 N. Lincoln, 1st Fl. Chicago, IL 60614 | | | **Loan to Steven Golovan** | | X | | $324,698.95 |
| **ACCOUNT NO.** Bailey III LLC c/o Siobhan Lally, Reg. Agent 2636 N. Lincoln, 1st Fl. Chicago, IL 60614 | | | **Loan to 1740-54 West North Shore** | | X | | $7,000.00 |
| **ACCOUNT NO.** Bailey III LLC c/o Siobhan Lally, Reg. Agent 2636 N. Lincoln, 1st Fl. Chicago, IL 60614 | | | **Loan to 1031 West Belmont LLC** | | X | | $129,212.00 |
| **ACCOUNT NO.** Bailey III LLC c/o Siobhan Lally, Reg. Agent 2636 N. Lincoln, 1st Fl. Chicago, IL 60614 | | | **Loan to 2522-2530 North Ashland** | | X | | $55,000.00 |

Sheet no. __46__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $    515,910.95

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____

**Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.  -000** **Banc of America Leasing Lease Administration Center Pittsburgh, PA 15250-7992 Full Account No.: 0022124235-000** | | | 08-15-2009 **Chicago Graystone Realty LLC - Office Equipment Purchase/Lease** | | X | | $434.41 |
| **ACCOUNT NO.  5000** **Banc of America Leasing Lease Administration Center Pittsburgh, PA 15250-7992 Full Account No.: 0022124235000** | | | 08-15-2009 **Chicago Graystone Realty LLC - Due to/from Castlebar Enterpriese** | | X | | $422.54 |
| **ACCOUNT NO.** **Bank Financial Corp. 6301 Fairview Ave. Westmont, IL 60559** | | | **LOC** | | X | | $929,370.00 |
| **ACCOUNT NO.  2023** **Bank of America 135 S. LaSalle St. Chicago, IL 60603 Full Account No.: 168442023** | | | **Mortgage Principle-3932G** | | X | | $503,968.78 |

Sheet no. **47** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ **1,434,195.73**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,          Case No. _____
                **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    1967<br><br>Bank of America<br>135 S. LaSalle St.<br>Chicago, IL 60603<br>Full Account No.: 168441967 | | | Mortgage Principle-3513R | | X | | $530,088.91 |
| ACCOUNT NO.    2047<br><br>Bank of America<br>135 S. LaSalle St.<br>Chicago, IL 60603<br>Full Account No.: 168442047 | | | Mortgage Payable-3513R | | X | | $531,043.73 |
| ACCOUNT NO.    2063<br><br>Bank of America<br>135 S. LaSalle St.<br>Chicago, IL 60603<br>Full Account No.: 168442063 | | | Mortgage Payable-1545N | | X | | $653,924.86 |
| ACCOUNT NO.    2031<br><br>Bank of America<br>135 S. LaSalle St.<br>Chicago, IL 60603<br>Full Account No.: 168442031 | | | Mortgage Payable-1507C | | X | | $630,513.42 |

Sheet no.__48__of__464__continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **2,345,570.92**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,    Case No. _____
          **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 2015 <br><br> **Bank of America** <br> **135 S. LaSalle St.** <br> **Chicago, IL 60603** <br> **Full Account No.: 168442015** | | | **Mortgage Payable-1334C** | | X | | **$477,546.16** |
| **ACCOUNT NO.** 1975 <br><br> **Bank of America** <br> **135 S. LaSalle St.** <br> **Chicago, IL 60603** <br> **Full Account No.: 168441975** | | | **Mortgage Payable-1136W** | | X | | **$532,071.98** |
| **ACCOUNT NO.** 2749 <br><br> **Bank of America** <br> **135 S. LaSalle St.** <br> **Chicago, IL 60603** <br> **Full Account No.: 133822749** | | | **1st Mortgage Payable-1448 Wieland** | | | | **$1,026,386.34** |
| **ACCOUNT NO.** 6803 <br><br> **Bank of America** <br> **135 S. LaSalle St.** <br> **Chicago, IL 60603** <br> **Full Account No.: 166606803** | | | **Mortgage Payable-1050 D** | | X | | **$546,719.65** |

Sheet no. __**49**__ of __**464**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **2,582,724.13**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    2007**<br><br>**Bank of America**<br>**135 S. LaSalle St.**<br>**Chicago, IL 60603**<br>**Full Account No.: 168442007** | | | **Mortgage Payable-1041 M** | | X | | **$463,732.48** |
| **ACCOUNT NO.    2071**<br><br>**Bank of America**<br>**135 S. LaSalle St.**<br>**Chicago, IL 60603**<br>**Full Account No.: 168442071** | | | **LOC - 1545N** | | X | | **$80,300.00** |
| **ACCOUNT NO.    2039**<br><br>**Bank of America**<br>**135 S. LaSalle St.**<br>**Chicago, IL 60603**<br>**Full Account No.: 168442039** | | | **LOC - 1507C** | | X | | **$77,463.22** |
| **ACCOUNT NO.    1999**<br><br>**Bank of America**<br>**135 S. LaSalle St.**<br>**Chicago, IL 60603**<br>**Full Account No.: 168441999** | | | **LOC - 1136W** | | X | | **$65,400.00** |

Sheet no. __**50**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **686,895.70**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,    Case No. _____
         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    1951 <br><br> **Bank of America** <br> **135 S. LaSalle St.** <br> **Chicago, IL 60603** <br> **Full Account No.: 168441951** | | | **LOC - 1122D** | | X | | **$68,700.00** |
| **ACCOUNT NO.**    1959 <br><br> **Bank of America** <br> **135 S. LaSalle St.** <br> **Chicago, IL 60603** <br> **Full Account No.: 168441959** | | | **LOC - 1050D** | | X | | **$67,200.00** |
| **ACCOUNT NO.**    98-9 <br><br> **Bank of America** <br> **135 S. LaSalle St.** <br> **Chicago, IL 60603** <br> **Full Account No.: 99-2889298-9** | | | **Construction Loan-LaSalle** | | X | | **$6,898,534.62** |
| **ACCOUNT NO.**    6811 <br><br> **Bank of America** <br> **135 S. LaSalle St.** <br> **Chicago, IL 60603** <br> **Full Account No.: 166606811** | | | **Mortgage Payable-1122 D** | | X | | **$558,919.67** |

Sheet no.__**51**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **7,593,354.29**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,    Case No. _____
                        **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    2757**<br><br>**Bank of America**<br>**135 S. LaSalle St.**<br>**Chicago, IL 60603**<br>**Full Account No.: 133822757** | | | **2nd Mortgage Payable-1448 Wieland** | | X | | **$138,543.42** |
| **ACCOUNT NO.    60-2**<br><br>**Bank of America**<br>**135 S. LaSalle St.**<br>**Chicago, IL 60603**<br>**Full Account No.: 99-3423160-2** | | | **Mortgage Payable-1st** | | X | | **$815,000.00** |
| **ACCOUNT NO.    2055**<br><br>**Bank of America**<br>**135 S. LaSalle St.**<br>**Chicago, IL 60603**<br>**Full Account No.: 168442055** | | | **LOC - 3513R** | | X | | **$65,200.00** |
| **ACCOUNT NO.    LZ09**<br><br>**Bank of America Leasing**<br>**Lease Administration Center**<br>**Pittsburgh, PA 15250-7992**<br>**Full Account No.: 0022124235000/50535-CLZ09** | | | 08-06-2009<br>**Chicago Graystone Realty LLC - Office Equipment Lease** | | X | | **$434.41** |

Sheet no.__**52**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **1,019,177.83**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **BankFinancial, FSP** <br>**c/o James M. Crowley, Esq.** <br>**Crowley & Lamb, P.C.** <br>**350 N. LaSalle St., Ste. 900** <br>**Chicago, IL 60654** | | | **3323 N. Seminary LOC** | | | | **$735,432.00** |
| **ACCOUNT NO.**     **2191** <br><br> **BankFinancial, FSP** <br>**c/o James M. Crowley, Esq.** <br>**Crowley & Lamb, P.C.** <br>**350 N. LaSalle St., Ste. 900** <br>**Chicago, IL 60654** <br>**Full Account No.: 82191** | | | **Construction Loan** | | **X** | | **$2,338,531.46** |
| **ACCOUNT NO.** <br><br> **BankFinancial, FSP** <br>**c/o James M. Crowley, Esq.** <br>**Crowley & Lamb, P.C.** <br>**350 N. LaSalle St., Ste. 900** <br>**Chicago, IL 60654** | | | **3323 N. Seminary LOC** | | | | **$1,000,000.00** |
| **ACCOUNT NO.**     **2449** <br><br> **Bayview Financial Loan** <br>**Bankruptcy Department** <br>**4425 Ponce De Leon Blvd.** <br>**5th Floor** <br>**Miami, FL 33146** <br>**Full Account No.: 2449** | | | | | **X** | | **$331,599.00** |

Sheet no. __**53**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **4,405,562.46**

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

$

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____
      **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    6724** <br><br> **Bayview Financial Loan Bankruptcy Department 4425 Ponce De Leon Blvd. 5th Floor Miami, FL 33146 Full Account No.: 6724** | | | | | X | | **$685,000.00** |
| **ACCOUNT NO.    6723** <br><br> **Bayview Financial Loan Bankruptcy Department 4425 Ponce De Leon Blvd. 5th Floor Miami, FL 33146 Full Account No.: 6723** | | | | | X | | **$315,000.00** |
| **ACCOUNT NO.** <br><br> **BBH Partners, LLC 1025 N. Damen Ave. Chicago, IL 60622** | | | **Loan to Bailey IV LLC** | | X | | **$1,000,000.00** |
| **ACCOUNT NO.** <br><br> **BBH Partners, LLC 1025 N. Damen Ave. Chicago, IL 60622** | | | **Commitment to Purchase Building** | | X | | **$1.00** |

Sheet no. **54** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **2,000,001.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**BBH Partners, LLC**<br>**1025 N. Damen Ave.**<br>**Chicago, IL 60622** | | | **Loan to Bailey III LLC** | | X | | **$1,000,000.00** |
| **ACCOUNT NO.**<br><br>**Beacon Square Condo Association**<br>**c/o Cagan Management Group**<br>**3856 Oakton St.**<br>**Skokie, IL 60076** | | | **12-02-2009**<br><br>**4716 Beacon LLC - 4724-1W Assessment** | | X | | **$167.35** |
| **ACCOUNT NO.**<br><br>**Beacon Square Condo Association**<br>**c/o Cagan Management Group**<br>**3856 Oakton St.**<br>**Skokie, IL 60076** | | | **12-02-2009**<br><br>**4716 Beacon LLC - 4724-1E Assessment** | | X | | **$206.42** |
| **ACCOUNT NO.**<br><br>**Beacon Square Condo Association**<br>**c/o Cagan Management Group**<br>**3856 Oakton St.**<br>**Skokie, IL 60076** | | | **11-09-2009**<br><br>**4716 Beacon LLC - 4716-2E Assessment** | | X | | **$216.88** |

Sheet no.__**55**__of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **1,000,590.65**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | 12-02-2009 <br><br> 4716 Beacon LLC - 4724-3E Assessment | | X | | $213.39 |
| **ACCOUNT NO.** <br><br> **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | 12-02-2009 <br><br> 4716 Beacon LLC - 4724-2W Assessment | | X | | $170.84 |
| **ACCOUNT NO.** <br><br> **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | 12-02-2009 <br><br> 4716 Beacon LLC - 4724-2E Assessment | | X | | $209.90 |
| **ACCOUNT NO.** <br><br> **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | 11-09-2009 <br><br> 4716 Beacon LLC - 4718-1E Assessment | | X | | $163.86 |

Sheet no.__**56**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $　　　　**757.99**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,     Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | **11-09-2009** **4716 Beacon LLC - 4718-1S Assessment** | | X | | $160.37 |
| **ACCOUNT NO.** **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | **11-09-2009** **4716 Beacon LLC - 4718-2E Assessment** | | X | | $167.35 |
| **ACCOUNT NO.** **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | **12-02-2009** **4716 Beacon LLC - 4720-3N Assessment** | | X | | $167.35 |
| **ACCOUNT NO.** **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | **11-09-2009** **4716 Beacon LLC - 4718-2S Assessment** | | X | | $163.86 |

Sheet no.__**57**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **658.93**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,     Case No. _____
            **Debtor**                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Beacon Square Condo Association** c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076 | | | 11-09-2009 4716 Beacon LLC - 4718-3E Assessment | | X | | $170.84 |
| **ACCOUNT NO.** **Beacon Square Condo Association** c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076 | | | 11-09-2009 4716 Beacon LLC - 4718-3S Assessment | | X | | $167.35 |
| **ACCOUNT NO.** **Beacon Square Condo Association** c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076 | | | 11-09-2009 4716 Beacon LLC - 4720-1N Assessment | | X | | $160.37 |
| **ACCOUNT NO.** **Beacon Square Condo Association** c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076 | | | 11-09-2009 4716 Beacon LLC - 4720-2N Assessment | | X | | $163.86 |

Sheet no. **58** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **662.42**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,   Case No. _____
       **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | **11-09-2009** <br><br> **4716 Beacon LLC - 4720-3N Assessment** | | X | | $167.35 |
| **ACCOUNT NO.** <br><br> **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | **11-09-2009** <br><br> **4716 Beacon LLC - 4724-1E Assessment** | | X | | $206.42 |
| **ACCOUNT NO.** <br><br> **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | **11-09-2009** <br><br> **4716 Beacon LLC - 4724-1W Assessment** | | X | | $167.35 |
| **ACCOUNT NO.** <br><br> **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | **11-09-2009** <br><br> **4716 Beacon LLC - 4724-2E Assessment** | | X | | $209.90 |

Sheet no. __**59**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $      **751.02**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,     Case No. _____
                   **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | 2010 2011 2012 | | | | |
| Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076 | | | 4716-4724 Assessment | | X | | $75,240.00 |
| **ACCOUNT NO.** | | | 12-28-2009 | | | | |
| Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076 | | | 4716 Beacon LLC - 4724-3W Assessment | | X | | $174.33 |
| **ACCOUNT NO.** | | | 12-28-2009 | | | | |
| Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076 | | | 4716 Beacon LLC - 4724-3E Assessment | | X | | $213.39 |
| **ACCOUNT NO.** | | | 12-28-2009 | | | | |
| Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076 | | | 4716 Beacon LLC - 4724-2W Assessment | | X | | $170.84 |

Sheet no. __**60**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $  75,798.56

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | 12-28-2009 **4716 Beacon LLC - 4724-2E Assessment** | | X | | $209.90 |
| **ACCOUNT NO.** **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | 12-28-2009 **4716 Beacon LLC - 4724-1W Assessment** | | X | | $167.35 |
| **ACCOUNT NO.** **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | 12-28-2009 **4716 Beacon LLC - 4724-1E Assessment** | | X | | $206.42 |
| **ACCOUNT NO.** **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | 12-28-2009 **4716 Beacon LLC - 4720-3N Assessment** | | X | | $167.35 |

Sheet no._**61**_of _**464**_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **751.02**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____
                    **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | **12-28-2009** <br> **4716 Beacon LLC - 4720-2N Assessment** | | X | | $163.86 |
| **ACCOUNT NO.** <br> **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | **12-28-2009** <br> **4716 Beacon LLC - 4720-1N Assessment** | | X | | $160.37 |
| **ACCOUNT NO.** <br> **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | **11-09-2009** <br> **4716 Beacon LLC - 4724-2W Assessment** | | X | | $170.84 |
| **ACCOUNT NO.** <br> **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | **11-09-2009** <br> **4716 Beacon LLC - 4724-3E Assessment** | | X | | $213.39 |

Sheet no. **62** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **708.46**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,   Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | **11-09-2009**<br>**4716 Beacon LLC - 4724-3W Assessment** | | X | | $174.33 |
| **ACCOUNT NO.**<br>**Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | **12-28-2009**<br>**4716 Beacon LLC - 4718-3S Assessment** | | X | | $167.35 |
| **ACCOUNT NO.**<br>**Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | **12-28-2009**<br>**4716 Beacon LLC - 4718-3E Assessment** | | X | | $170.84 |
| **ACCOUNT NO.**<br>**Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | **12-28-2009**<br>**4716 Beacon LLC - 4718-2S Assessment** | | X | | $163.86 |

Sheet no.___**63**___of ___**464**___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **676.38**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____

_____**Debtor**_____                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | 12-28-2009 4716 Beacon LLC - 4718-2E Assessment | | X | | $167.35 |
| **ACCOUNT NO.** **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | 12-28-2009 4716 Beacon LLC - 4718-1S Assessment | | X | | $160.37 |
| **ACCOUNT NO.** **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | 12-28-2009 4716 Beacon LLC - 4718-1E Assessment | | X | | $163.86 |
| **ACCOUNT NO.** **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | 12-28-2009 4716 Beacon LLC - 4716-2E Assessment | | X | | $216.88 |

Sheet no.__**64**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **708.46**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,    Case No. _____
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | 12-02-2009 4716 Beacon LLC - 4716-2E Assessment | | X | | $216.88 |
| **ACCOUNT NO.** **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | 12-02-2009 4716 Beacon LLC - 4718-1E Assessment | | X | | $163.86 |
| **ACCOUNT NO.** **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | 12-02-2009 4716 Beacon LLC - 4718-1S Assessment | | X | | $160.37 |
| **ACCOUNT NO.** **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | 12-02-2009 4716 Beacon LLC - 4718-2E Assessment | | X | | $167.35 |

Sheet no. **65** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **708.46**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,    Case No. _____
    **Debtor**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Beacon Square Condo Association** c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076 | | | 12-02-2009 4716 Beacon LLC - 4718-2S Assessment | | X | | $163.86 |
| **ACCOUNT NO.** **Beacon Square Condo Association** c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076 | | | 12-02-2009 4716 Beacon LLC - 4718-3E Assessment | | X | | $170.84 |
| **ACCOUNT NO.** **Beacon Square Condo Association** c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076 | | | 12-02-2009 4716 Beacon LLC - 4718-3S Assessment | | X | | $167.35 |
| **ACCOUNT NO.** **Beacon Square Condo Association** c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076 | | | 12-28-2009 4716 Beacon LLC - 4716-1E Assessmen t | | X | | $213.39 |

Sheet no.__**66**__of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $    **715.44**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,   Case No. _____
          **Debtor**            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | 12-02-2009 **4716 Beacon LLC - 4720-1N Assessment** | | X | | $160.37 |
| **ACCOUNT NO.** **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | 12-02-2009 **4716 Beacon LLC - 4720-2N Assessment** | | X | | $163.86 |
| **ACCOUNT NO.** **Beacon Square Condo Association c/o Cagan Management Group 3856 Oakton St. Skokie, IL 60076** | | | 12-02-2009 **4716 Beacon LLC - 4724-3W Assessment** | | X | | $174.33 |
| **ACCOUNT NO.** **Belstone & Tile 1439 W. Hubbard St. Chicago, IL 60622** | | | 03-06-2009 **2845-2901 North Halsted LLC- Tile/Flooring/Walls: 2901 H Master Bath** | | X | | $881.45 |

Sheet no. __**67**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $     **1,380.01**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
                **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **BMB Flooring Inc.** <br>**8115 N. Osceola Ave.** <br>**Niles, IL 60714** | | | **08-20-2008** <br><br> **2522-2530 North Ashland LLC - 2522 N Ashland Flooring** | | X | | **$16,000.00** |
| **ACCOUNT NO.** <br><br> **Bohdanna Golovan** <br>**1874 N. Burling** <br>**Chicago, IL 60614** | | | **Loan to 21 Kristin Developers LLC** | | X | | **$224,596.52** |
| **ACCOUNT NO.** <br><br> **Bohdanna Golovan** <br>**1874 N. Burling** <br>**Chicago, IL 60614** | | | **Loan to 21 Kristin Developers LLC** | | X | | **$150,000.00** |
| **ACCOUNT NO.** <br><br> **Bohdanna Golovan** <br>**1874 N. Burling** <br>**Chicago, IL 60614** | | | **Loan to Willow 717 LLC** | | X | | **$50,000.00** |

Sheet no. __**68**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **440,596.52**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Steven Golovan** _____,    Case No. _____
 **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bohdanna Golovan<br>1874 N. Burling<br>Chicago, IL 60614 | X | H | Promissory Note | | X | | $500,000.00 |
| ACCOUNT NO.<br><br>Bridgeview Bank Group<br>1970 N. Halsted<br>Chicago, IL 60614 | | | Forbearance Note Payable | | X | | $42,024.14 |
| ACCOUNT NO.    7360<br><br>Bridgeview Bank Group<br>1970 N. Halsted<br>Chicago, IL 60614<br>Full Account No.: 157360 | | | Mortgage Payable | | X | | $364,745.60 |
| ACCOUNT NO.    001C<br><br>Bridgeview Bank Group<br>1970 N. Halsted<br>Chicago, IL 60614<br>Full Account No.: 62835 00001C | | | Mortgage Payable | | X | | $430,939.25 |

Sheet no. **69** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **1,337,708.99**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,  Case No. _____

_____**Debtor**_____  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Bridgeview Bank Group 1970 N. Halsted Chicago, IL 60614** | | | **Forebearance Note Payable** | | X | | **$7,153.80** |
| **ACCOUNT NO.**    0400<br><br>**Bridgeview Bank Group 1970 N. Halsted Chicago, IL 60614 Full Account No.: 614200400** | | | **Pre-2004**<br><br>**Second Mortgages for:1134-36 W. Wrightwood; 1137 W. Wrightwood; 1938 N. Cleveland #3; 1320 W. Fletcher #2E & 4E** | | | X | **$1,199,532.00** |
| **ACCOUNT NO.**    1602<br><br>**Bridgeview Bank Group 1970 N. Halsted Chicago, IL 60614 Full Account No.: 61361960011602** | X | | **03-19-2006** | | | X | **$1,449,240.00** |
| **ACCOUNT NO.**    0701<br><br>**Bridgeview Bank Group 1970 N. Halsted Chicago, IL 60614 Full Account No.: 61755250010701** | X | | **02-15-2007**<br><br>**Mezzanine Construction Loan-2724-2730 North Ashland** | | | X | **$1,000,000.00** |

Sheet no.__**70**__of __**464**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ | **3,655,925.80**

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

$

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____
                        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Bridgeview Bank Group**<br>**1970 N. Halsted**<br>**Chicago, IL 60614** | | | **Forbearance Note Payable** | | X | | **$49,139.99** |
| **ACCOUNT NO.    1602**<br><br>**Bridgeview Bank Group**<br>**1970 N. Halsted**<br>**Chicago, IL 60614**<br>**Full Account No.: 613619600-11602** | | | **LOC** | | X | | **$1,449,240.00** |
| **ACCOUNT NO.    1601**<br><br>**Bridgeview Bank Group**<br>**1970 N. Halsted**<br>**Chicago, IL 60614**<br>**Full Account No.: 613619600-11601** | | | **Mortgage Payable-1st** | | X | | **$2,314,368.86** |
| **ACCOUNT NO.    2656**<br><br>**Bridgeview Bank Group**<br>**1970 N. Halsted**<br>**Chicago, IL 60614**<br>**Full Account No.: 152656** | | | **2nd Mortgage Payable-7410 Winchester** | | X | | **$103,106.98** |

Sheet no. __71__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $  **3,915,855.83**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,    Case No. _____
               **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    1021 <br> **Bridgeview Bank Group** <br> **1970 N. Halsted** <br> **Chicago, IL 60614** <br> **Full Account No: 00618417000 1021** | | | **LOC** | | X | | **$253,000.00** |
| ACCOUNT NO.    0001 <br> **Bridgeview Bank Group** <br> **1970 N. Halsted** <br> **Chicago, IL 60614** <br> **Full Account No.: 63881-0001** | | | **Castlebar LOC** | | X | | **$498,637.31** |
| ACCOUNT NO.    1601 <br> **Bridgeview Bank Group** <br> **1970 N. Halsted** <br> **Chicago, IL 60614** <br> **Full Account No.: 616251500 11601** | | | **Mortgage Payable-1st** | | X | | **$65,298.42** |
| ACCOUNT NO.    1601 <br> **Bridgeview Bank Group** <br> **1970 N. Halsted** <br> **Chicago, IL 60614** <br> **Full Account No.: 613332600-11601** | | | **Mortgage Payable-1st** | | X | | **$2,844,093.97** |

Sheet no.__**72**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▸    $    **3,661,029.70**

Total▸    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,    Case No. _____
                    **Debtor**                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 1601 <br><br> **Bridgeview Bank Group** <br> **1970 N. Halsted** <br> **Chicago, IL 60614** <br> **Full Account No.: 614200400 11601** | | | **#3 S Golovan LOC** | | X | | **$1,199,532.72** |
| **ACCOUNT NO.** 1071 <br><br> **Bridgeview Bank Group** <br> **1970 N. Halsted** <br> **Chicago, IL 60614** <br> **Full Account No.: 00617636600 1071** | | | **Construction Loan** | | X | | **$4,689,344.67** |
| **ACCOUNT NO.** 5479 <br><br> **Bridgeview Bank Group** <br> **1970 N. Halsted** <br> **Chicago, IL 60614** <br> **Full Account No.: 95479** | | | **LOC-Cortland** | | | | **$161,500.00** |
| **ACCOUNT NO.** 1161 <br><br> **Bridgeview Bank Group** <br> **1970 N. Halsted** <br> **Chicago, IL 60614** <br> **Full Account No.: 00612976100-1161** | | | **1st Mortgage Payable-7410 Winchester** | | X | | **$1,670,191.64** |

Sheet no. **73** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **7,720,569.03**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,      Case No. _____
         **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Bridgeview Bank Group** <br> **1970 N. Halsted** <br> **Chicago, IL 60614** | | | **Forbearance Note Payable** | | X | | **$57,276.90** |
| **ACCOUNT NO.**   3000 <br><br> **Bridgeview Bank Group** <br> **1970 N. Halsted** <br> **Chicago, IL 60614** <br> **Full Account No.: 617253000** | | | **2nd Mortgage-6311 Glenwood** | | X | | **$356,776.88** |
| **ACCOUNT NO.**   1602 <br><br> **Bridgeview Bank Group** <br> **1970 N. Halsted** <br> **Chicago, IL 60614** <br> **Full Account No.: 616259800-11602** | | | **LOC** | | X | | **$491,837.70** |
| **ACCOUNT NO.**   1001 <br><br> **Bridgeview Bank Group** <br> **1970 N. Halsted** <br> **Chicago, IL 60614** <br> **Full Account No.: 618018600-11001** | | | **Line of Credit** | | X | | **$2,346,522.15** |

Sheet no.__**74**__of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **3,252,413.63**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,      Case No. _____
     **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 1071 <br><br> **Bridgeview Bank Group** <br>**1970 N. Halsted** <br>**Chicago, IL 60614** <br>**Full Account No: 00617552500** <br>**1071** | | | **Mezzanine Construction Loan** | | X | | **$1,000,000.00** |
| **ACCOUNT NO.** 6286 <br><br> **Bridgeview Bank Group** <br>**1970 N. Halsted** <br>**Chicago, IL 60614** <br>**Full Account No.: 156286** | | | **Mortgage Payable-2nd** | | X | | **$340,000.00** |
| **ACCOUNT NO.** 01/C <br><br> **Bridgeview Bank Group** <br>**1970 N. Halsted** <br>**Chicago, IL 60614** <br>**Full Account No.:** <br>**6165400001/C** | | | **Mortgage Payable** | | X | | **$5,468,516.00** |
| **ACCOUNT NO.** 1072 <br><br> **Bridgeview Bank Group** <br>**1970 N. Halsted** <br>**Chicago, IL 60614** <br>**Full Account No.:** <br>**6176366001072** | X | | 02-19-2007 <br><br> **Mezzanine Construction Loan-1651 W. Chicago** | | | X | **$1,136,516.00** |

Sheet no.__75__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **7,945,032.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,        Case No. _____
            **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Bridgeview Bank Group**<br>**1970 N. Halsted**<br>**Chicago, IL 60614** | | | **Forbearance Note Payable** | | X | | **$8,691.99** |
| **ACCOUNT NO.  0001**<br><br>**Bridgeview Bank Group**<br>**1970 N. Halsted**<br>**Chicago, IL 60614**<br>**Full Account No.: 6297200001** | | | **Mortgage Payable** | | X | | **$1,497,185.65** |
| **ACCOUNT NO.  1072**<br><br>**Bridgeview Bank Group**<br>**1970 N. Halsted**<br>**Chicago, IL 60614**<br>**Full Account No.: 00617636600 1072** | | | **Mezzanine Construction Loan** | | X | | **$1,136,516.00** |
| **ACCOUNT NO.**<br><br>**Bridgeview Bank Group**<br>**1970 N. Halsted**<br>**Chicago, IL 60614** | | | **Forbearance Note Payable** | | X | | **$4,930.00** |

Sheet no. __76__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **2,647,323.64**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,          Case No. _____
   **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 1921 <br><br> **Bridgeview Bank Group** <br> **1970 N. Halsted** <br> **Chicago, IL 60614** <br> **Full Account No.: 141921** | | | **LOC** | | X | | **$267,862.62** |
| **ACCOUNT NO.** <br><br> **Bridgeview Bank Group Illinois** <br> **1970 N. Halsted** <br> **Chicago, IL 60614** | | | **Forbearance Note Payable** | | X | | **$61,538.86** |
| **ACCOUNT NO.** <br><br> **Britton T. Hayes** <br> **1227 West Lill Ave.** <br> **Chicago, IL 60614** | | | **Loan to 2628 N Halsted LLC** | | X | | **$100,000.00** |
| **ACCOUNT NO.** <br><br> **Bubba & Wayne Sewer Service** <br> **2155 W. Irving Park Rd.** <br> **Chicago, IL 60618** | | | **02-10-2009** <br><br> **2923-2925 North Lincoln LLC-Plumbing Fixtures for 2927 N. Lincoln** | | X | | **$250.00** |

Sheet no. **77** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **429,651.48**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,  Case No. _____
_____**Debtor**_____              _____**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Builders Cabinet Supply** 401 N. Western Ave. Chicago, IL 60612 | | | 03-12-2009 **2845-2901 North Halsted LLC- Kitchen Cabinets: Unit 2S** | | X | | $7,311.21 |
| **ACCOUNT NO.** **Builders Cabinet Supply** 401 N. Western Ave. Chicago, IL 60612 | | | 04-23-2009 **3323 North Seminary I LLC - Kitchen Cabinets 2N** | | | | $7,017.95 |
| **ACCOUNT NO.** **Builders Cabinet Supply** 401 N. Western Ave. Chicago, IL 60612 | | | 03-24-2009 **2845-2901 North Halsted LLC- Kitchen Cabinets** | | X | | $528.36 |
| **ACCOUNT NO.** **Builders Cabinet Supply** 401 N. Western Ave. Chicago, IL 60612 | | | 04-23-2009 **2845-2901 North Halsted LLC- Kitchen Cabinets: Unit 2R** | | X | | $7,763.48 |

Sheet no.__**78**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 22,621.00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,        Case No. _____
              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Builders Cabinet Supply 401 N. Western Ave. Chicago, IL 60612** | | | 03-06-2009 <br><br> **2845-2901 North Halsted LLC- Kitchen Cabinets: Unit 3S** | | X | | $7,376.22 |
| **ACCOUNT NO.** <br><br> **Builders Cabinet Supply 401 N. Western Ave. Chicago, IL 60612** | | | 02-20-2009 <br><br> **456 W. Briar Plc LLC - Kitchen Cabinets** | | X | | $600.00 |
| **ACCOUNT NO.** <br><br> **Builders Cabinet Supply 401 N. Western Ave. Chicago, IL 60612** | | | 03-12-2009 <br><br> **2845-2901 North Halsted LLC- Kitchen Cabinets: Unit 2N** | | X | | $7,860.39 |
| **ACCOUNT NO.** <br><br> **Builders Cabinet Supply 401 N. Western Ave. Chicago, IL 60612** | | | 04-29-2009 <br><br> **3323 North Seminary I LLC - Kitchen Cabinets 1N** | | X | | $8,142.65 |

Sheet no.__**79**__of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **23,979.26**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
         **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Builders Cabinet Supply 401 N. Western Ave. Chicago, IL 60612** | | | **04-23-2009**<br><br>**3323 North Seminary I LLC - Kitchen Cabinets 1S** | | X | | **$8,205.65** |
| **ACCOUNT NO.**<br><br>**Builders Cabinet Supply 401 N. Western Ave. Chicago, IL 60612** | | | **03-06-2009**<br><br>**2845-2901 North Halsted LLC- Kitchen Cabinets: Unit 3R** | | X | | **$7,763.48** |
| **ACCOUNT NO.**<br><br>**Builders Cabinet Supply 401 N. Western Ave. Chicago, IL 60612** | | | **03-06-2009**<br><br>**2845-2901 North Halsted LLC- Kitchen Cabinets: Unit 3N** | | X | | **$7,860.39** |
| **ACCOUNT NO.**<br><br>**C. Moniz & S. Gorin 4 Abby Drive Canterbury, NH 03224** | | | **Loan to 21 Kristin Developers LLC** | | X | | **$50,000.00** |

Sheet no. **80** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **73,829.52**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,   Case No. _____
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Carol J. Danielson <br>24643 S. Blackhawk <br>Channahon, IL 60410 | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> Carpet Group <br>2051 Clavey Rd. <br>Highland Park, IL 60035 | | | 09-18-2009 <br><br> 1655 Wrightwood-Carpeting | | X | | $2,770.50 |
| **ACCOUNT NO.** <br><br> Carpet Group <br>2051 Clavey Rd. <br>Highland Park, IL 60035 | | | 09-22-2009 <br><br> 4716 Beacon LLC - Appliances-Washer & Dryer | | X | | $877.10 |
| **ACCOUNT NO.** <br><br> Castlebar Enterprises, Inc. <br>c/o Bohdanna Golovan, Reg. Agent <br>2636 N. Lincoln Ave., 1st Fl. <br>Chicago, IL 60614 | | | 01-09-2009 <br><br> 2522-2530 North Ashland LLC - 2522-A Project Maintenance Fee | | X | | $1,500.00 |

Sheet no. __81__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **5,147.60**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,   Case No. _____
                 **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., 1st Fl. Chicago, IL 60614 | | | 01-09-2009 <br><br> **2522-2530 North Ashland LLC - 2522-A Administrative Fees** | | X | | $3,500.00 |
| **ACCOUNT NO.** <br><br> Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., 1st Fl. Chicago, IL 60614 | | | 08-25-2008 <br><br> **2845-2901 North Halsted LLC- Reimbursement for CC** | | X | | $928.00 |
| **ACCOUNT NO.** <br><br> Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | | X | X | X | Unknown |
| **ACCOUNT NO.** <br><br> Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 02-25-2009 <br><br> **Chicago 1651, L.L.C. - Reimbursement for Home Depot CC:Basic Site Material Supplies** | | X | | $931.76 |

Sheet no.__**82**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $   **5,359.76**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,     Case No. _____
              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., 1st Fl. Chicago, IL 60614 | | | 04-06-2009 <br><br> **2724-2730 North Ashland LLC - Basic Site Materials-Reimbursement for CC** | | X | | $504.54 |
| **ACCOUNT NO.** <br><br> Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., 1st Fl. Chicago, IL 60614 | | | 10-06-2008 <br><br> **21 Kristin Developers LLC-Admin. Accounting-Sept./Oct '08 Prof. Fees** | | X | | $5,013.88 |
| **ACCOUNT NO.** <br><br> Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 05-16-2009 <br><br> **456 W. Briar Plc LLC - Project Administrative Fees** | | X | | $1,250.00 |
| **ACCOUNT NO.** <br><br> Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 05-16-2009 <br><br> **456 W. Briar Plc LLC - General Contracting Fees** | | X | | $500.00 |

Sheet no.__**83**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $   **7,268.42**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,        Case No. _____
　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Castlebar Enterprises, Inc.<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave., 1st Fl.<br>Chicago, IL 60614 | | | 02-01-2008<br><br>**2522-2530 North Ashland LLC - Legal & Accounting Fees** | | X | | $19.44 |
| **ACCOUNT NO.**<br><br>Castlebar Enterprises, Inc.<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave., Ste. 100<br>Chicago, IL 60614 | | | 02-23-2009<br><br>**456 W. Briar Plc LLC - Prepaid Draw Invoice-Reimbursement for Delivery Service** | | X | | $20.61 |
| **ACCOUNT NO.**<br><br>Castlebar Enterprises, Inc.<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave., Ste. 100<br>Chicago, IL 60614 | | | 03-25-2009<br><br>**Chicago 1651, L.L.C. - Reimbursement for Home Depot CC:Lighting** | | X | | $492.82 |
| **ACCOUNT NO.**<br><br>Castlebar Enterprises, Inc.<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave., Ste. 100<br>Chicago, IL 60614 | | | 08-25-2008<br><br>**456 W. Briar Plc LLC - Reimbursement for CC** | | X | | $563.40 |

Sheet no. __**84**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **1,096.27**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,       Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., 1st Fl. Chicago, IL 60614 | | | **Loan to 1761 West Morse Resident** | | X | | $500.00 |
| **ACCOUNT NO.** Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., 1st Fl. Chicago, IL 60614 | | | **01-09-2009** **2522-2530 North Ashland LLC - 2522A General Contracting Fee** | | X | | $4,500.00 |
| **ACCOUNT NO.** Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | **02-23-2009** **Castlepoint 60/40, L.L.C. - Reimbursement for Delivery Service** | | X | | $10.71 |
| **ACCOUNT NO.** Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | **09-02-2008** **Castlepoint 60/40, L.L.C. - Reimbursement for Postage** | | X | | $2.10 |

Sheet no.__**85**__of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $      **5,012.81**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,    Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., 1st Fl. Chicago, IL 60614 | | | **10-01-2008**<br><br>**21 Kristin Developers LLC-General Contractor Fee** | | X | | $15,062.11 |
| **ACCOUNT NO.**<br><br>Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., 1st Fl. Chicago, IL 60614 | | | **08-01-2008**<br><br>**21 Kristin Developers LLC-Admin. Accounting-08/08 Prof. Fees** | | X | | $2,506.94 |
| **ACCOUNT NO.**<br><br>Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., 1st Fl. Chicago, IL 60614 | | | **07-01-2008**<br><br>**21 Kristin Developers LLC-Admin. Accounting-07/08 Prof. Fees** | | X | | $2,506.94 |
| **ACCOUNT NO.**<br><br>Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., 1st Fl. Chicago, IL 60614 | | | **05-30-2008**<br><br>**21 Kristin Developers LLC-Admin. Accounting-06/08 Prof. Fees** | | X | | $2,506.94 |

Sheet no.__**86**__of__**464**__continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **22,582.93**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,        Case No. _____
　　　　　**Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., 1st Fl. Chicago, IL 60614 | | | 05-06-2008 <br><br> **21 Kristin Developers LLC-Admin. Accounting-05/08 Prof. Fees** | | X | | $2,506.94 |
| **ACCOUNT NO.** <br><br> Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., 1st Fl. Chicago, IL 60614 | | | 12-01-2007 <br><br> **21 Kristin Developers LLC-Admin. Accounting-12/07 Prof. Fees** | | X | | $1,923.99 |
| **ACCOUNT NO.** <br><br> Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., 1st Fl. Chicago, IL 60614 | | | 12-01-2007 <br><br> **21 Kristin Developers LLC-Admin. Accounting-12/07 Prof. Fees** | | X | | $6,879.67 |
| **ACCOUNT NO.** <br><br> Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., 1st Fl. Chicago, IL 60614 | | | 04-01-2009 <br><br> **2130 West Touhy, LLC-Reimbursement for Insurance & Light Fixtures** | | X | | $52.24 |

Sheet no.__**87**_ of _**464**_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **11,362.84**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,   Case No. _____
                      **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 08-30-2008 4716 Beacon LLC - Postage Reimbursement | | X | | $18.03 |
| **ACCOUNT NO.** Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 05-06-2009 Castlepoint Peoria, L.L.C. - Insurance-Liability | | X | | $5,000.00 |
| **ACCOUNT NO.** Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 02-10-2009 456 W. Briar Plc LLC - Reimbursement from CC | | X | | $16.50 |
| **ACCOUNT NO.** Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 05-16-2009 3323 North Seminary I LLC - Insurance-Liability Fees & Insurance | | X | | $364.89 |

Sheet no. **88** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **5,399.42**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
                        **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | 05-16-2009 | | | | |
| Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 3323 North Seminary I LLC - Maintenance-Project Fees & Insurance | | X | | $2,500.00 |
| **ACCOUNT NO.** | | | 04-01-2009 | | | | |
| Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., 1st Fl. Chicago, IL 60614 | | | 2130 West Touhy, LLC-Reimbursement for Insurance & Light Fixtures | | X | | $749.63 |
| **ACCOUNT NO.** | | | 05-16-2009 | | | | |
| Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 3323 North Seminary I LLC - General Contracting Fee | | X | | $3,500.00 |
| **ACCOUNT NO.** | | | 05-16-2009 | | | | |
| Castlebar Enterprises, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 3323 North Seminary I LLC - Project Administration Fees & Insurance | | X | | $3,000.00 |

Sheet no. **89** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $  **9,749.63**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,  Case No. _____
    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Castlebar Enterprises, Inc.** **c/o Bohdanna Golovan, Reg. Agent** **2636 N. Lincoln Ave., Ste. 100** **Chicago, IL 60614** | | | **03-09-2009** <br><br> **Chicago 1651, L.L.C. - Reimbursement for Comm Card CC:Fireplaces & Stoves** | | X | | $377.96 |
| **ACCOUNT NO.** <br><br> **Castlebar Enterprises, Inc.** **c/o Bohdanna Golovan, Reg. Agent** **2636 N. Lincoln Ave., Ste. 100** **Chicago, IL 60614** | | | **03-25-2009** <br><br> **Chicago 1651, L.L.C. - Reimbursement for Home Depot CC:Basic Site Materials** | | X | | $122.30 |
| **ACCOUNT NO.** <br><br> **Castlebar Enterprises, Inc.** **c/o Bohdanna Golovan, Reg. Agent** **2636 N. Lincoln Ave., Ste. 100** **Chicago, IL 60614** | | | **07-01-08** <br><br> **Castlepoint 60/40, L.L.C. - Reimbursement for Postage** | | X | | $2.10 |
| **ACCOUNT NO.** <br><br> **Castlebar Enterprises, Inc.** **c/o Bohdanna Golovan, Reg. Agent** **2636 N. Lincoln Ave., 1st Fl.** **Chicago, IL 60614** | | | **01-09-2009** <br><br> **2522-2530 North Ashland LLC - 2526-A General Contracting Fee** | | X | | $500.00 |

Sheet no.__**90**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **1,002.36**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,        Case No. _____
            **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Castlebar Enterprises, Inc.** **c/o Bohdanna Golovan, Reg. Agent** **2636 N. Lincoln Ave.. 1st Fl.** **Chicago, IL 60614** | | | **01-09-2009** <br><br> **2522-2530 North Ashland LLC - 2526-A Project Administration Fee** | | X | | $500.00 |
| **ACCOUNT NO.** <br><br> **Castlebar Enterprises, Inc.** **c/o Bohdanna Golovan, Reg. Agent** **2636 N. Lincoln Ave., 1st Fl.** **Chicago, IL 60614** | | | **01-09-2009** <br><br> **2522-2530 North Ashland LLC - 2526-A Project Maintenance Fees** | | X | | $2,000.00 |
| **ACCOUNT NO.** <br><br> **Castlebar Enterprises, Inc.** **c/o Bohdanna Golovan, Reg. Agent** **2636 N. Lincoln Ave., Ste. 100** **Chicago, IL 60614** | | | **05-16-2009** <br><br> **456 W. Briar Plc LLC - Maintenance Project Fees** | | X | | $500.00 |
| **ACCOUNT NO.** <br><br> **Castlepoint 50/50 LLC** **c/o David L. Goldstein, Reg. Agent** **35 E. Wacker Dr., Ste. 650** **Chicago, IL 60601** | | | **Loan to Castlepoint Peoria, L.L.C.** | | X | | $18,071.01 |

Sheet no.__**91**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $    **21,071.01**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,    Case No. _____
　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Castlepoint 50/50, LLC c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br>**Castlepoint 60/40, L.L.C. c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br>**Castlepoint Peoria, L.L.C. c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601** | | | **09-14-2007**<br><br>**Castlepoint Peoria, L.L.C. - Utilities-Electric** | | X | | **$317.27** |
| **ACCOUNT NO.** <br><br>**Castlepoint Peoria, LLC c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601** | | | **09-14-2007**<br><br>**Castlepoint Peoria, L.L.C. - Filing Fees** | | X | | **$250.00** |

Sheet no. __**92**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $　　**567.27**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Steven Golovan** _____,          Case No. _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Castlepoint Peoria, LLC c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601 | | | 09-14-2007 Castlepoint Peoria, L.L.C. - Portable Toilets | | X | | $235.55 |
| **ACCOUNT NO.** Castlepoint Peoria, LLC c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601 | | | 09-14-2007 Castlepoint Peoria, L.L.C. - Scavanger | | X | | $375.00 |
| **ACCOUNT NO.** Castlepoint Peoria, LLC c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601 | | | 09-14-2007 Castlepoint Peoria, L.L.C. - Utilities-Gas | | X | | $11.99 |
| **ACCOUNT NO.** Castlepoint Peoria, LLC c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601 | | | 03-18-2009 Castlepoint Peoria, L.L.C. - Reimbursement for Electric | | X | | $225.47 |

Sheet no. **93** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $        **848.01**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,        Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Castlepoint Peoria, LLC c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601** | | | **09-14-2007** <br><br> **Castlepoint Peoria, L.L.C. - Equipment Rental** | | X | | $818.27 |
| **ACCOUNT NO.** <br><br> **Castlepoint Peoria, LLC c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601** | | | **11-03-2007** <br><br> **Castlepoint Peoria, L.L.C. - Utilities-Gas** | | X | | $87.47 |
| **ACCOUNT NO.** <br><br> **Castlepoint Peoria, LLC c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601** | | | **09-14-2007** <br><br> **Castlepoint Peoria, L.L.C. - Security of Equipment** | | X | | $123.69 |
| **ACCOUNT NO.** <br><br> **Castlepoint Peoria, LLC c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601** | | | **05-06-2009** <br><br> **Castlepoint Peoria, L.L.C. - Utilities-Electric** | | X | | $177.10 |

Sheet no.__**94**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,206.53**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____
    **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Castlepoint Peoria, LLC c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601** | | | 03-25-2009<br><br>**Castlepoint Peoria, L.L.C. - Reimbursement for CC** | | X | | $30.50 |
| **ACCOUNT NO.**<br><br>**Castlepoint Peoria, LLC c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601** | | | 04-06-2009<br><br>**Castlepoint Peoria, L.L.C. - Reimbursement for Basic Site Materials** | | X | | $867.80 |
| **ACCOUNT NO.**<br><br>**Castlepoint Peoria, LLC c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601** | | | 11-03-2007<br><br>**Castlepoint Peoria, L.L.C. - Security of Equipment** | | X | | $246.01 |
| **ACCOUNT NO.**<br><br>**Castlepoint Peoria, LLC c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601** | | | 05-06-2009<br><br>**Castlepoint Peoria, L.L.C. - Utilities-Gas** | | X | | $4,939.76 |

Sheet no. **95** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **6,084.07**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,    Case No. _____
             **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Castlepoint Peoria, LLC c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601** | | | **05-06-2009** <br> **Castlepoint Peoria, L.L.C. - Utilities-Electric** | | X | | **$23.18** |
| **ACCOUNT NO.** <br> **Castlepoint Peoria, LLC c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601** | | | **10-06-2007** <br> **Castlepoint Peoria, L.L.C. - Basic Site Material Supplies** | | X | | **$618.02** |
| **ACCOUNT NO.** <br> **Castlepoint Peoria, LLC c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601** | | | **05-06-2009** <br> **Castlepoint Peoria, L.L.C. - Utilities-Electric** | | X | | **$103.71** |
| **ACCOUNT NO.** <br> **Castlepoint Peoria, LLC c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601** | | | **10-13-2007** <br> **Castlepoint Peoria, L.L.C. - Utilities-Electric** | | X | | **$129.52** |

Sheet no. __**96**__ of __**464**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $    **874.43**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
          **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Castlepoint Peoria, LLC c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601** | | | 10-13-2007 <br><br> **Castlepoint Peoria, L.L.C. - Scavanger** | | X | | $1,147.45 |
| **ACCOUNT NO.** <br><br> **Castlepoint Peoria, LLC c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601** | | | 11-03-2007 <br><br> **Castlepoint Peoria, L.L.C. - Utilities-Electric** | | X | | $175.86 |
| **ACCOUNT NO.** <br><br> **Catherine B. Varnau 1826 Catalina Berkeley, CA 94707** | | | | X | X | X | Unknown |
| **ACCOUNT NO.** <br><br> **CBE Group II LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614** | | | | X | X | X | Unknown |

Sheet no. __97__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $    **1,323.31**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Steven Golovan** _____ ,          Case No. _____
             **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| CBE Group LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** | | | 06-27-2008 | | | | |
| Celtic Crane Service, Inc. 14142 S. 86th Place Orland Park, IL 60462 | | | 2845-2901 North Halsted LLC- Prepaid Draw Invoices-Halsted Row | | X | | $520.00 |
| **ACCOUNT NO.** | | | | | | | |
| Charles A. Mudd 2300 Lincoln Park West #1227 Chicago, IL 60614 | | | Loan to 1707-1717 N. Larrabee | | X | | $5,752.02 |
| **ACCOUNT NO.** | | | | | | | |
| Charles Mudd/Kurt Lindland c/o Office of the U.S. Trustee 219 S. Dearborn Chicago, IL 60604 | | | Loan to AE Funding II LLC | | X | | $270,000.00 |

Sheet no. **98** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **276,272.02**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,    Case No. _____
            **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Charles T. Mudd** <br> **1517 Dearborn Pkwy.** <br> **Chicago, IL 60610-7427** | | | **Loan to 2054 West Chase LLC** | | X | | **$9,000.00** |
| **ACCOUNT NO.** <br><br> **Charles T. Mudd** <br> **1517 Dearborn Pkwy.** <br> **Chicago, IL 60610-7427** | | | **Loan to 1528 West Greenleaf LLC** | | X | | **$60,500.00** |
| **ACCOUNT NO.** <br><br> **Charles T. Mudd** <br> **1517 Dearborn Pkwy.** <br> **Chicago, IL 60610-7427** | | | **Loan to 1031 West Belmont LLC** | | X | | **$208,450.00** |
| **ACCOUNT NO.** <br><br> **Charles T. Mudd** <br> **1517 Dearborn Pkwy.** <br> **Chicago, IL 60610-7427** | | | **1222-24 W. Madison** | | | | **$3,250,000.00** |

Sheet no.__**99**__of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **3,527,950.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
  **Debtor**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Charles T. Mudd**<br>**1517 Dearborn Pkwy.**<br>**Chicago, IL 60610-7427** | | | **Loan to 1110 W. Newport LLC** | | X | | **$81,232.18** |
| **ACCOUNT NO.**<br><br>**Charles T. Mudd**<br>**1517 Dearborn Pkwy.**<br>**Chicago, IL 60610-7427** | | | **Loan to Ainslie-Damen LLC** | | X | | **$117,200.00** |
| **ACCOUNT NO.**<br><br>**Charles T. Mudd**<br>**1517 Dearborn Pkwy.**<br>**Chicago, IL 60610-7427** | | | **Loan to 2923-2925 North Halsted LLC** | | X | | **$11,250.00** |
| **ACCOUNT NO.**<br><br>**Charles T. Mudd**<br>**1517 Dearborn Pkwy.**<br>**Chicago, IL 60610-7427** | | | **Loan to 3058 North Lincoln Commons** | | X | | **$168,500.00** |

Sheet no. **100** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **378,182.18**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,    Case No. _____
        **Debtor**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Charles T. Mudd<br>1517 Dearborn Pkwy.<br>Chicago, IL 60610-7427 | | | **Loan to Ainslie-Damen LLC** | | X | | **$3,000.00** |
| **ACCOUNT NO.**<br><br>Charles T. Mudd<br>1517 Dearborn Pkwy.<br>Chicago, IL 60610-7427 | | | **Beacon** | | | | **$700,000.00** |
| **ACCOUNT NO.**<br><br>Charles T. Mudd<br>1517 Dearborn Pkwy.<br>Chicago, IL 60610-7427 | | | **1222-24 W. Madison** | | | | **$2,500,000.00** |
| **ACCOUNT NO.**<br><br>Charles T. Mudd<br>1517 Dearborn Pkwy.<br>Chicago, IL 60610-7427 | | | **Loan to 3526 N. Halsted LLC** | | X | | **$1,680.00** |

Sheet no. __**101**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **3,204,680.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,    Case No. _____
       **Debtor**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Charles T. Mudd <br> 2636 N. Lincoln Ave. <br> Chicago, IL 60614 | | | **12-31-2010** <br><br> **1900 West Farwell LLC - Distribution** | | X | | $641.31 |
| **ACCOUNT NO.** <br><br> Charles T. Mudd <br> 1517 Dearborn Pkwy. <br> Chicago, IL 60610-7427 | | | **Loan to 700 W. Barry LLC** | | X | | $2,005.00 |
| **ACCOUNT NO.** <br><br> Charles T. Mudd <br> 1517 Dearborn Pkwy. <br> Chicago, IL 60610-7427 | | | **Loan to 700 W. Barry LLC** | | X | | $201,221.73 |
| **ACCOUNT NO.** <br><br> Charles T. Mudd <br> 1517 Dearborn Pkwy. <br> Chicago, IL 60610-7427 | | | **Loan to 456 W Briar Plc LLC** | | X | | $50,733.90 |

Sheet no. __102__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   254,601.94

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,                    Case No. _____
_____**Debtor**_____                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Charles T. Mudd<br>1517 Dearborn Pkwy.<br>Chicago, IL 60610-7427 | | | Loan to 2628 N Halsted LLC | | X | | $957.50 |
| **ACCOUNT NO.**<br><br>Charles T. Mudd<br>1517 Dearborn Pkwy.<br>Chicago, IL 60610-7427 | | | Loan to Birchwood-Greenview LLC | | X | | $8,726.95 |
| **ACCOUNT NO.**<br><br>Charles T. Mudd<br>1517 Dearborn Pkwy.<br>Chicago, IL 60610-7427 | | | Loan to Castlepoint 60/40 LLC | | X | | $90,000.00 |
| **ACCOUNT NO.**<br><br>Charles T. Mudd<br>1517 Dearborn Pkwy.<br>Chicago, IL 60610-7427 | | | Loan to Castlepoint Peoria, L.L.C. | | X | | $203,370.72 |

Sheet no. __103__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  303,055.17

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
          **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Charles T. Mudd <br> 1517 Dearborn Pkwy. <br> Chicago, IL 60610-7427 | | | Loan to 4716 Beacon LLC | | X | | $100,000.00 |
| ACCOUNT NO. <br><br> Charles T. Mudd <br> 1517 Dearborn Pkwy. <br> Chicago, IL 60610-7427 | | | Loan to 4716 Beacon LLC | | X | | $690,000.00 |
| ACCOUNT NO. <br><br> Charles T. Mudd <br> 1517 Dearborn Pkwy. <br> Chicago, IL 60610-7427 | | | Loan to 1620 W Lunt LLC | | X | | $1,250.00 |
| ACCOUNT NO. <br><br> Charles T. Mudd <br> 1517 Dearborn Pkwy. <br> Chicago, IL 60610-7427 | | | Loan to Chicago 1651, L.L.C. | | X | | $18,000.00 |

Sheet no. **104** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 809,250.00

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
_____**Debtor**_____                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Charles T. Mudd** <br> **1517 Dearborn Pkwy.** <br> **Chicago, IL 60610-7427** | | | **Loan to Duo Equities LLC** | | X | | **$83,036.40** |
| **ACCOUNT NO.** <br><br> **Charles T. Mudd** <br> **1517 Dearborn Pkwy.** <br> **Chicago, IL 60610-7427** | | | **Loan to Halsted 2646 LLC** | | X | | **$270,692.78** |
| **ACCOUNT NO.** <br><br> **Charles T. Mudd** <br> **1517 Dearborn Pkwy.** <br> **Chicago, IL 60610-7427** | | | **Beacon** | | | | **$1,000,000.00** |
| **ACCOUNT NO.** <br><br> **Charles T. Mudd** <br> **1517 Dearborn Pkwy.** <br> **Chicago, IL 60610-7427** | | | **Loan to 7024 North Ridge LLC** | | X | | **$150,000.00** |

Sheet no. __**105**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **1,503,729.18**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,   Case No. _____
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Charles T. Mudd<br>1517 Dearborn Pkwy.<br>Chicago, IL 60610-7427 | | | Loan to 7228 North Bell LLC | | X | | $352,650.00 |
| **ACCOUNT NO.**<br><br>Charles T. Mudd<br>c/o Joseph Palmisano<br>19 S. LaSalle St., Ste. 900<br>Chicago, IL 60603 | | | **12-31-2010**<br><br>**Addison-Claremont LLC - Distribution** | | X | | $158.10 |
| **ACCOUNT NO.**<br><br>Charles T. Mudd<br>1517 Dearborn Pkwy.<br>Chicago, IL 60610-7427 | | | Loan to 2724-2730 North Ashland LLC | | X | | $126,500.00 |
| **ACCOUNT NO.**<br><br>Charles T. Mudd<br>1517 Dearborn Pkwy.<br>Chicago, IL 60610-7427 | | | Loan to Trio Equities Holdings, LLC | | X | | $112,003.21 |

Sheet no. **106** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $    **591,311.31**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,        Case No. _____
              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Charles T. Mudd<br>1517 Dearborn Pkwy.<br>Chicago, IL 60610-7427** | | | **Loan to Willow 717 LLC** | | X | | **$116,128.62** |
| **ACCOUNT NO.** <br><br>**Charles T. Mudd<br>1517 Dearborn Pkwy.<br>Chicago, IL 60610-7427** | | | **Loan to 2522-2530 North Ashland** | | X | | **$293,093.36** |
| **ACCOUNT NO.** <br><br>**Charles T. Mudd<br>1517 Dearborn Pkwy.<br>Chicago, IL 60610-7427** | | | **Loan to 858-868 North Franklin LLC** | | X | | **$1,666.67** |
| **ACCOUNT NO.** <br><br>**Charles T. Mudd<br>1517 Dearborn Pkwy.<br>Chicago, IL 60610-7427** | | | **Loan to AE Funding II LLC** | | X | | **$204,550.00** |

Sheet no. __**107**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **615,438.65**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____
            **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Charles T. Mudd** <br>**1517 Dearborn Pkwy.** <br>**Chicago, IL 60610-7427** | | | **Loan to 814 N. Wood LLC** | | X | | **$20,000.00** |
| **ACCOUNT NO.** <br><br> **Charles T. Mudd** <br>**1517 Dearborn Pkwy.** <br>**Chicago, IL 60610-7427** | | | **Loan to 1620 West Estes LLC** | | X | | **$84,553.00** |
| **ACCOUNT NO.** <br><br> **Charles T. Mudd** <br>**1517 Dearborn Pkwy.** <br>**Chicago, IL 60610-7427** | | | **Loan to 2628 N Halsted LLC** | | X | | **$5,000.00** |
| **ACCOUNT NO.** <br><br> **Charles T. Mudd LOC** <br>**1517 Dearborn Pkwy.** <br>**Chicago, IL 60610-7427** | | | **Loan to 2845-2901 North Halsted LLC** | | | | **$471,000.00** |

Sheet no. **108** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **580,553.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Charles Westphal** <br> **850 W. Willow** <br> **Chicago, IL 60614** | | | **Loan to Duo Woodlands LLC** | | X | | **$80,000.00** |
| **ACCOUNT NO.** <br><br> **Charles Westphal** <br> **850 W. Willow** <br> **Chicago, IL 60614** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Chicago 1651, L.L.C.** <br> **c/o David L. Goldstein, Reg. Agent** <br> **35 E. Wacker Dr., Ste. 650** <br> **Chicago, IL 60601** | | | **05-05-2009** <br><br> **Chicago 1651, L.L.C. - Blueprints** | | X | | **$39.04** |
| **ACCOUNT NO.** <br><br> **Chicago 1651, L.L.C.** <br> **c/o David L. Goldstein, Reg. Agent** <br> **35 E. Wacker Dr., Ste. 650** <br> **Chicago, IL 606201** | | | **05-05-2009** <br><br> **Chicago 1651, L.L.C. - Utilities-Phone/Intercom: Elevator Monitoring** | | X | | **$220.53** |

Sheet no. **109** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **80,259.57**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,          Case No. _____
                    **Debtor**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Chicago 1651, L.L.C. c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601** | | | **02-26-2009** <br><br> **Chicago 1651, L.L.C. - Equipment Rental** | | X | | $635.61 |
| **ACCOUNT NO.** <br><br> **Chicago 1651, L.L.C. c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601** | | | **02-26-2009** <br><br> **Chicago 1651, L.L.C. - Scavanger** | | X | | $361.52 |
| **ACCOUNT NO.** <br><br> **Chicago 1651, L.L.C. c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601** | | | **02-26-2009** <br><br> **Chicago 1651, L.L.C. - Annual Report Prep** | | X | | $200.00 |
| **ACCOUNT NO.** <br><br> **Chicago 1651, L.L.C. c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601** | | | **02-26-2009** <br><br> **Chicago 1651, L.L.C. - Blueprints** | | X | | $315.44 |

Sheet no. **110** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $                **1,512.57**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,    Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Chicago 1651, L.L.C.** c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601 | | | 02-26-2009 **Chicago 1651, L.L.C. - Utilities-Gas** | | X | | $58.54 |
| **ACCOUNT NO.** **Chicago 1651, L.L.C.** c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601 | | | 05-05-2009 **Chicago 1651, L.L.C. - Portable Toilet Rental** | | | | $480.90 |
| **ACCOUNT NO.** **Chicago 1651, L.L.C.** c/o David L. Goldstein, Reg. Agent 35 E. Wacker Dr., Ste. 650 Chicago, IL 60601 | | | 05-05-2009 **Chicago 1651, L.L.C. - Scavenger/Trash Removal** | | | | $347.20 |
| **ACCOUNT NO.** **Chicago Department of Revenue** Remittance Center Chicago, IL 60604 | | | 05-04-2010 **Lakewood Henderson, LLC - Misc. Building Expense-CN Annual Inspection** | | X | | $80.00 |

Sheet no. __111__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **966.64**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
       **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Chicago Graystone Realty, LLC**<br>**c/o Bohdanna Golovan, Reg. Agent**<br>**2636 N. Lincoln Ave., Ste. 100**<br>**Chicago, IL 60614** | | | **01-06-2010**<br>**1900 West Farwell LLC - Renewal Fees - 6904W-1** | | X | | $285.00 |
| **ACCOUNT NO.**<br>**Chicago Graystone Realty, LLC**<br>**c/o Bohdanna Golovan, Reg. Agent**<br>**2636 N. Lincoln Ave., Ste. 100**<br>**Chicago, IL 60614** | | | **12-11-2009**<br>**1900 West Farwell LLC - Renewal Fees - 6914W-2E** | | X | | $232.50 |
| **ACCOUNT NO.**<br>**Chicago Graystone Realty, LLC**<br>**c/o Bohdanna Golovan, Reg. Agent**<br>**2636 N. Lincoln Ave., Ste. 100**<br>**Chicago, IL 60614** | | | **01-20-2009**<br>**2923 North Lincoln LLC-Professional Fees** | | X | | $64.08 |
| **ACCOUNT NO.**<br>**Chicago Graystone Realty, LLC**<br>**c/o Bohdanna Golovan, Reg. Agent**<br>**2636 N. Lincoln Ave., Ste. 100**<br>**Chicago, IL 60614** | | | **02-05-2009**<br>**2927 North Lincoln LLC-Professional Fees** | | X | | $212.69 |

Sheet no. **112** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **794.27**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Chicago Graystone Realty, LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 12-04-2008 2923-2925 North Lincoln LLC-Professional Fees | | X | | $46.60 |
| **ACCOUNT NO.** Chicago Graystone Realty, LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 02-18-2009 2927 North Lincoln LLC-Professional Fees | | X | | $277.31 |
| **ACCOUNT NO.** Chicago Graystone Realty, LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 03-03-2009 2923L Professional Fees | | X | | $88.12 |
| **ACCOUNT NO.** Chicago Graystone Realty, LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 03-18-2009 2923L Professional Fees | | X | | $24.45 |

Sheet no. **113** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶　$　　　**436.48**

Total▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,      Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Chicago Graystone Realty, LLC** c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 03-18-2009 2923L Professional Janitorial Fees | | X | | $21.92 |
| **ACCOUNT NO.** **Chicago Graystone Realty, LLC** c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 03-18-2009 2923-2925 North Lincoln LLC-Electrical Repairs & Maintenance | | X | | $20.48 |
| **ACCOUNT NO.** **Chicago Graystone Realty, LLC** c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 03-18-2009 2923-2925 North Lincoln LLC-Plumbing Repairs & Maintenance | | X | | $51.20 |
| **ACCOUNT NO.** **Chicago Graystone Realty, LLC** c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 03-31-2009 2923-2925 North Lincoln LLC-Professional Fees | | X | | $27.79 |

Sheet no. __114__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **121.39**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,          Case No. _____
                 **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Chicago Graystone Realty, LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave., Ste. 100<br>Chicago, IL 60614 | | | **03-31-2009**<br><br>**2923-2925 North Lincoln LLC-Professional Janitorial Fees** | | X | | $24.90 |
| **ACCOUNT NO.**<br><br>Chicago Graystone Realty, LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave., Ste. 100<br>Chicago, IL 60614 | | | **01-13-2010**<br><br>**Addison-Claremont LLC - Renewal Fees - 2333A-A2** | | X | | $420.00 |
| **ACCOUNT NO.**<br><br>Chicago Graystone Realty, LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave., Ste. 100<br>Chicago, IL 60614 | | | **03-03-2009**<br><br>**3058 North Lincoln Commercial-Professional Fees** | | X | | $46.62 |
| **ACCOUNT NO.**<br><br>Chicago Graystone Realty, LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave., Ste. 100<br>Chicago, IL 60614 | | | **01-09-2009**<br><br>**2923 North Lincoln LLC-Professional Fees** | | X | | $37.09 |

Sheet no. **115** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **528.61**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,    Case No. _____
           **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Chicago Graystone Realty, LLC <br> P.O. Box 146639 <br> Chicago, IL 60614-6639 | | | 01-12-10 <br><br> 1308 West Fletcher LLC - Maintenance & Repair Fees | | X | | $83.62 |
| ACCOUNT NO. <br><br> Chicago Graystone Realty, LLC <br> P.O. Box 146639 <br> Chicago, IL 60614-6639 | | | 12-01-2009 <br><br> 1308 West Fletcher LLC - Postage, Messenger, Freight | | X | | $1.32 |
| ACCOUNT NO. <br><br> Chicago Graystone Realty, LLC <br> c/o Bohdanna Golovan, Reg. Agent <br> 2636 N. Lincoln Ave., Ste. 100 <br> Chicago, IL 60614 | | | 10-13-2008 <br><br> 2923-2925 North Lincoln LLC-Professional Fees | | X | | $93.94 |
| ACCOUNT NO. <br><br> Chicago Graystone Realty, LLC <br> c/o Bohdanna Golovan, Reg. Agent <br> 2636 N. Lincoln Ave., Ste. 100 <br> Chicago, IL 60614 | | | 01-12-2010 <br><br> CG Properties LLC - Gen'l Building Maintenance Fees | | X | | $359.56 |

Sheet no. **116** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **538.44**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____
             **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Chicago Graystone Realty, LLC <br> c/o Bohdanna Golovan, Reg. Agent <br> 2636 N. Lincoln Ave., Ste. 100 <br> Chicago, IL 60614 | | | 09-04-2008 <br><br> **2923-2925 North Lincoln LLC-General Building Maintenance Reimbursement** | | X | | $64.74 |
| **ACCOUNT NO.** <br> Chicago Graystone Realty, LLC <br> c/o Bohdanna Golovan, Reg. Agent <br> 2636 N. Lincoln Ave., Ste. 100 <br> Chicago, IL 60614 | | | 07-01-2009 <br><br> **CG Properties LLC - Postage Reimbursement** | | X | | $1.32 |
| **ACCOUNT NO.** <br> Chicago Graystone Realty, LLC <br> c/o Bohdanna Golovan, Reg. Agent <br> 2636 N. Lincoln Ave., Ste. 100 <br> Chicago, IL 60614 | | | 07-01-2009 <br><br> **AE Funding II LLC - Freight, Messenger, Postage Reimbursement** | | X | | $1.32 |
| **ACCOUNT NO.** <br> Chicago Graystone Realty, LLC <br> c/o Bohdanna Golovan, Reg. Agent <br> 2636 N. Lincoln Ave., Ste. 100 <br> Chicago, IL 60614 | | | 01-20-2009 <br><br> **3821 N. Wilton LLC - Professional Fees** | | X | | $17.88 |

Sheet no. __117__ of __464__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **85.26**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re __Steven Golovan_____,    Case No. _____
             **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Chicago Graystone Realty, LLC <br> c/o Bohdanna Golovan, Reg. Agent <br> 2636 N. Lincoln Ave., Ste. 100 <br> Chicago, IL 60614 | | | **03-03-2009** <br><br> **3821 N. Wilton LLC - Professional Fees** | | X | | $143.99 |
| **ACCOUNT NO.** <br><br> Chicago Graystone Realty, LLC <br> c/o Bohdanna Golovan, Reg. Agent <br> 2636 N. Lincoln Ave., Ste. 100 <br> Chicago, IL 60614 | | | **03-18-2009** <br><br> **3821 N. Wilton LLC - General Building Maintenance Fee** | | X | | $34.76 |
| **ACCOUNT NO.** <br><br> Chicago Graystone Realty, LLC <br> c/o Bohdanna Golovan, Reg. Agent <br> 2636 N. Lincoln Ave., Ste. 100 <br> Chicago, IL 60614 | | | **03-30-2009** <br><br> **3821 N. Wilton LLC - Snow Removal** | | X | | $19.86 |
| **ACCOUNT NO.** <br><br> Chicago Graystone Realty, LLC <br> c/o Bohdanna Golovan, Reg. Agent <br> 2636 N. Lincoln Ave., Ste. 100 <br> Chicago, IL 60614 | | | **08-01-2007** <br><br> **CG Properties LLC - Postage Reimbursement** | | X | | $0.88 |

Sheet no.__118__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $        **199.49**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,    Case No. _____
  **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Chicago Graystone Realty, LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 09-01-2009 CG Properties LLC - Postage Reimbursement | | X | | $0.88 |
| **ACCOUNT NO.** Chicago Graystone Realty, LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 06-02-2008 AE Funding II LLC - Professional Fees | | X | | $1,386.59 |
| **ACCOUNT NO.** Chicago Graystone Realty, LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 01-01-2010 858-868 North Franklin LLC - Postage Reimbursement | | X | | $0.88 |
| **ACCOUNT NO.** Chicago Graystone Realty, LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 09-04-2009 CG Properties LLC - Professional Fees | | X | | $34.92 |

Sheet no. **119** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶    $    **1,423.27**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Steven Golovan_____,    Case No. _____
          **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Chicago Graystone Realty, LLC <br> P.O. Box 146639 <br> Chicago, IL 60614-6639 | | | 03-03-2009 <br><br> 1320 W. Fletcher LLC - Renewal Fee - 1320F-2E | | X | | $690.00 |
| **ACCOUNT NO.** <br><br> Chicago Graystone Realty, LLC <br> c/o Bohdanna Golovan, Reg. Agent <br> 2636 N. Lincoln Ave., 1st Fl. <br> Chicago, IL 60614 | | | 09-01-2008 <br><br> 21 Kristin- Postage-professional fees | | X | | $0.44 |
| **ACCOUNT NO.** <br><br> Chicago Graystone Realty, LLC <br> c/o Bohdanna Golovan, Reg. Agent <br> 2636 N. Lincoln Ave., Ste. 100 <br> Chicago, IL 60614 | | | 09-11-2009 <br><br> CG Properties LLC - Gen'l Buiding Maintenance | | X | | $286.68 |
| **ACCOUNT NO.** <br><br> Chicago Graystone Realty, LLC <br> c/o Bohdanna Golovan, Reg. Agent <br> 2636 N. Lincoln Ave., Ste. 100 <br> Chicago, IL 60614 | | | 10-22-2009 <br><br> CG Properties LLC - Professional Fees | | X | | $37.18 |

Sheet no. __120__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     **1,014.30**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,        Case No. _____
            **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Chicago Graystone Realty, LLC <br> c/o Bohdanna Golovan, Reg. Agent <br> 2636 N. Lincoln Ave., Ste. 100 <br> Chicago, IL 60614 | | | 10-31-2009 <br><br> CG Properties LLC - Building Management Fees | | X | | $41.25 |
| **ACCOUNT NO.** <br><br> Chicago Graystone Realty, LLC <br> P.O. Box 146639 <br> Chicago, IL 60614-6639 | | | 05-15-2008 <br><br> Castlebar Enterprises, Inc. - Professional Fees | | X | | $3.82 |
| **ACCOUNT NO.** <br><br> Chicago Graystone Realty, LLC <br> c/o Bohdanna Golovan, Reg. Agent <br> 2636 N. Lincoln Ave., Ste, 100 <br> Chicago, IL 60614 | | | 10-17-2008 <br><br> 2845-2901 North Halsted LLC- Advertising/Marketing-Reimbursement for CC | | X | | $138.98 |
| **ACCOUNT NO.** <br><br> Chicago Graystone Realty, LLC <br> c/o Bohdanna Golovan, Reg. Agent <br> 2636 N. Lincoln Ave., Ste. 100 <br> Chicago, IL 60614 | | | 12-09-2008 <br><br> 2845-2901 North Halsted LLC- Renewal Fee: 2847H-203 | | X | | $750.00 |

Sheet no. **121** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $                   **934.05**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,          Case No. _____
         **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Chicago Graystone Realty, LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 04-05-2010 4857 N. Paulina, L.L.C. - Freight, Messenger, Postage 11/09-12-09 | | X | | $0.44 |
| **ACCOUNT NO.** Chicago Graystone Realty, LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 11-24-2009 John Shelbourne - Building Management Fees:953 Montana #3 | | X | | $154.00 |
| **ACCOUNT NO.** Chicago Graystone Realty, LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 01-12-2010 4716 Beacon LLC - General Building Maintenance Fees | | X | | $426.12 |
| **ACCOUNT NO.** Chicago Graystone Realty, LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 01-09-2009 2845-2901 North Halsted LLC- Renewal Fees: 2847H-303 | | X | | $900.00 |

Sheet no. __122__ of __464__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **1,480.56**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,        Case No. _____
        **Debtor**                                                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**  Chicago Graystone Realty, LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 03-31-2009  **2845-2901 North Halsted LLC- Professional Fees:Chicago Graystone Realty** | | X | | $18.71 |
| **ACCOUNT NO.**  Chicago Graystone Realty, LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 03-31-2009  **2845-2901 North Halsted LLC- General Building Maintenance Fees** | | X | | $24.96 |
| **ACCOUNT NO.**  Chicago Graystone Realty, LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 12-19-2008  **2923-2925 North Lincoln Professional Fees** | | X | | $67.25 |
| **ACCOUNT NO.**  Chicago Graystone Realty, LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 01-01-2010  **4716 Beacon LLC - Postage Reimbursement** | | X | | $0.44 |

Sheet no. **123** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $      **111.36**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,     Case No. _____
         **Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Chicago Graystone Realty, LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave., Ste. 100<br>Chicago, IL 60614 | | | 12-01-2009<br><br>4716 Beacon LLC - Postage Reimbursement | | X | | $3.96 |
| ACCOUNT NO.<br><br>Chicago Graystone Realty, LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave., Ste. 100<br>Chicago, IL 60614 | | | 09-01-2009<br><br>Duo Equities LLC - Postage Reimbursement | | X | | $0.44 |
| ACCOUNT NO.<br><br>Chicago Graystone Realty, LLC<br>P.O. Box 146639<br>Chicago, IL 60614-6639 | | | 04-24-2009<br><br>1308 West Fletcher LLC | | X | | $967.50 |
| ACCOUNT NO.<br><br>Chicago Graystone Realty, LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave., Ste. 100<br>Chicago, IL 60614 | | | 03-31-2009<br><br>2923-2925 North Lincoln LLC-General Building Maintenance Fees | | X | | $37.43 |

Sheet no. **124** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $      **1,009.33**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,      Case No. _____
               **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Chicago Graystone Realty, LLC** <br> **c/o Bohdanna Golovan, Reg. Agent** <br> **2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614** | | | **03-31-2009** <br><br> **2845-2901 North Halsted LLC- Janitorial: Professional F ees** | | X | | $16.76 |
| **ACCOUNT NO.** <br> **Chicago Graystone Realty, LLC** <br> **c/o Bohdanna Golovan, Reg. Agent** <br> **2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614** | | | **01-09-2009** <br><br> **2522-2530 N Ashland - Professional Fees** | | X | | $59.83 |
| **ACCOUNT NO.** <br> **Chicago Graystone Realty, LLC** <br> **c/o Bohdanna Golovan, Reg. Agent** <br> **2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614** | | | **10-13-2008** <br><br> **2522-2530 N Ashland - Professional Fees** | | X | | $151.20 |
| **ACCOUNT NO.** <br> **Chicago Graystone Realty, LLC** <br> **c/o Bohdanna Golovan, Reg. Agent** <br> **2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614** | | | **03-18-2009** <br><br> **2845-2901 North Halsted LLC- Janitorial - 2845H Pro Fees** | | | | $14.75 |

Sheet no. **125** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **242.54**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,   Case No. _____
             **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Chicago Graystone Realty, LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave., Ste. 100<br>Chicago, IL 60614 | | | 03-18-2009<br><br>**2845-2901 North Halsted LLC- Professional Fees: 2845H Pro Fees** | | X | | $16.47 |
| **ACCOUNT NO.**<br>Chicago Graystone Realty, LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave., Ste. 100<br>Chicago, IL 60614 | | | 10-17-2008<br><br>2522-2530 North Ashland LLC - Advertising/Marketing-Reimbursement for CC | | X | | $1,400.00 |
| **ACCOUNT NO.**<br>Chicago Graystone Realty, LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave., Ste. 100<br>Chicago, IL 60614 | | | 01-13-2010<br><br>**1900 West Farwell LLC - Renewal Fees - 6906W-1W** | | X | | $249.00 |
| **ACCOUNT NO.**<br>Chicago Graystone Realty, LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave., Ste. 100<br>Chicago, IL 60614 | | | 11-14-2008<br><br>**2522-2530 North Ashland LLC - 2522-2530 N Ashland Professional Fees** | | X | | $29.79 |

Sheet no. **126** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **1,695.26**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,    Case No. _____
　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Chicago Graystone Realty, LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave., Ste. 100<br>Chicago, IL 60614 | | | 01-20-2099<br><br>**2522-2530 N Ashland - General Building Maintenance** | | X | | $46.80 |
| **ACCOUNT NO.**<br>Chicago Graystone Realty, LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave., 1st Fl.<br>Chicago, IL 60614 | | | 12-01-2009<br><br>**21 Kristin - Postage Reimbursement** | | X | | $0.44 |
| **ACCOUNT NO.**<br>Chicago Graystone Realty, LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave., 1st Fl.<br>Chicago, IL 60614 | | | 11-01-2009<br><br>**21 Kristin- Postage Reimbursement** | | X | | $0.44 |
| **ACCOUNT NO.**<br>Chicago Graystone Realty, LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave., 1st Fl.<br>Chicago, IL 60614 | | | 10-01-2009<br><br>**21 Kristin - Postage Reimbursement** | | X | | $0.88 |

Sheet no. __127__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **48.56**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____
            **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Chicago Graystone Realty, LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave., Ste. 100<br>Chicago, IL 60614 | | | **01-20-2009**<br>**2522-2530 N Ashland - Professional Fees** | | X | | $34.92 |
| **ACCOUNT NO.**<br>Chicago Graystone Realty, LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave., Ste. 100<br>Chicago, IL 60614 | | | **11-24-2008**<br>**2522-2530 North Ashland LLC - 2522-2530 N Ashland Professional Fees** | | X | | $48.58 |
| **ACCOUNT NO.**<br>Chicago Graystone Realty, LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave., Ste. 100<br>Chicago, IL 60614 | | | **12-19-2008**<br>**2522-2530 N Ashland - Professional Fees** | | X | | $108.42 |
| **ACCOUNT NO.**<br>Chicago Graystone Realty, LLC<br>c/o Bohdanna Golovan, Reg. Agent<br>2636 N. Lincoln Ave., Ste. 100<br>Chicago, IL 60614 | | | **12-04-2008**<br>**2522-2530 North Ashland LLC - 2522-2530 N Ashland Professional Fees** | | X | | $75.09 |

Sheet no. **128** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $                     **267.01**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Steven Golovan** _____ ,          Case No. _____
               **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Chicago Graystone Realty, LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | 04-23-2008 **2530 N Ashland - Model Furnishing** | | X | | $9,069.15 |
| **ACCOUNT NO.** Chicago Graystone, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | **Loan to Steven Golovan** | | X | | $2,500.00 |
| **ACCOUNT NO.** Chicago Graystone, Inc. c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | **Loan to Steven Golovan** | | X | | $99,021.02 |
| **ACCOUNT NO.** Chicago Service Group, Inc. c/o Jennifer Levato, Reg. Agent 2500 W. 36th St. Chicago, IL 60632 | | | 01-02-2010 **Madison 1224, LLC - Snow Removal:1222 Madison** | | X | | $354.00 |

Sheet no. **129** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **110,944.17**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,    Case No. _____
       **Debtor**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 2156 <br> **Chicago Service Group, Inc.** <br> **c/o Jennifer Levato, Reg. Agent** <br> **2500 W. 36th St.** <br> **Chicago, IL 60632** <br> **Full Account No.:** <br> **6500039362156** | | | 01-19-2010 <br><br> **1900 West Farwell LLC - Gas** | | X | | $1,302.38 |
| **ACCOUNT NO.** <br><br> **Chicago Service Group, Inc.** <br> **c/o Jennifer Levato, Reg. Agent** <br> **2500 W. 36th St.** <br> **Chicago, IL 60632** | | | 01-11-2010 <br><br> **Madison 1224, LLC - Snow Removal** | | X | | $444.00 |
| **ACCOUNT NO.** <br><br> **Chicago Service Group, Inc.** <br> **c/o Jennifer Levato, Reg. Agent** <br> **2500 W. 36th St.** <br> **Chicago, IL 60632** | | | 01-22-2010 <br><br> **Madison 1224, LLC - Snow Removal/De-Icing** | | X | | $150.00 |
| **ACCOUNT NO.** <br><br> **Chicago Service Group, Inc.** <br> **c/o Jennifer Levato, Reg. Agent** <br> **2500 W. 36th St.** <br> **Chicago, IL 60632** | | | 01-26-2010 <br><br> **Madison 1224, LLC - Snow Removal/Snow Cleanup** | | X | | $150.00 |

Sheet no._**130**_of _**464**_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **2,046.38**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,    Case No. _____

**Debtor** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Chicago Service Group, Inc. c/o Jennifer Levato, Reg. Agent 2500 W. 36th St. Chicago, IL 60632** | | | **01-09-2010** <br><br> **Madison 1224, LLC - Snow Removal:1222 Madison** | | X | | **$1,330.00** |
| **ACCOUNT NO.** <br><br> **Chicago Service Group, Inc. c/o Jennifer Levato, Reg. Agent 2500 W. 36th St. Chicago, IL 60632** | | | **12-28-2009** <br><br> **Madison 1224, LLC - Snow Removal:1222 Madison** | | X | | **$708.00** |
| **ACCOUNT NO.** 2109 <br><br> **Chicago Title Land Trust Co. 4240 Paysphere Circle Chicago, IL 60674-0042 Full Account No.: A7706752109** | | | **05-31-2009** <br><br> **Steven Golovan Properties-Trust & Filing Fees** | | X | | **$200.00** |
| **ACCOUNT NO.** <br><br> **Chris Feurer c/o Jameson Real Estate 425 W. North Ave. Chicago, IL 60610** | | | **05-05-2009** <br><br> **Chicago 1651, L.L.C. - Reimbursement for Signs** | | X | | **$1,000.00** |

Sheet no. **131** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ **3,238.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**                                        ,        Case No. _____
                      **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Christopher Feurer<br>425 W. North Ave.<br>Chicago, IL 60610** | | | **Loan to 21 Kristin Developers LLC** | | X | | **$23,796.35** |
| **ACCOUNT NO.**<br><br>**Christopher Feurer<br>c/o Jameson Real Estate<br>425 W. North Ave.<br>Chicago, IL 60610** | | | **09-17-2008**<br><br>**21 Kristin Developers LLC-3 sets floor plans-advertising** | | X | | **$1,086.00** |
| **ACCOUNT NO.**<br><br>**Christopher Feurer<br>425 W. North Ave.<br>Chicago, IL 60610** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**City Builders Contractors, Inc.<br>420 N. Highway Ave.<br>Elmhurst, IL 60126** | | | **04-30-2009**<br><br>**3323 North Seminary I LLC - Masonry Units** | | X | | **$4,000.00** |

Sheet no. **132** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **28,882.35**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Steven Golovan**_____,    Case No. _____
   **Debtor**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.      6335**<br><br>**City of Chicago c/o Law Offices of Talan & Ktsanes 300 W. Adams, Ste. 840 Chicago, IL 60606** | | **Debtor** | **12/30/2010**<br><br>**Administrative hearing judgment 10 DS 12700L** | | X | | **$1,729.77** |
| **ACCOUNT NO.      6640**<br><br>**City of Chicago c/o Law Offices of Talan & Ktsanes 300 W. Adams, Ste. 840 Chicago, IL 60606** | | **Debtor** | **01/07/2011**<br><br>**Administrative Hearing Judgment 10 DS 13392L** | | X | | **$696.54** |
| **ACCOUNT NO.      9618**<br><br>**City of Chicago c/o Law Offices of Talan & Ktsanes 300 W. Adams, Ste. 840 Chicago, IL 60606** | | **Debtor** | **04/22/2011**<br><br>**Administrative Hearing Judgment 11 DS 000047** | | X | | **$1,341.49** |
| **ACCOUNT NO.**<br><br>**City of Chicago 8212 Innovation Way Chicago, IL 60682-0082** | | **Debtor** | **Administrative Judgment entered 02-10-11 Case No. 10 DS 18819L** | | X | | **$540.13** |

Sheet no. **133** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **4,307.93**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Steven Golovan** _____,      Case No. _____
       **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 9479<br>**City of Chicago-Dept. of Water**<br>**P.O. Box 6330**<br>**Chicago, IL 60680-6330**<br>**Full Account No.:**<br>**688334-599479** | | | 01-12-2010<br><br>**7410 N. Winchester LLC  -  Utilities-Water** | | X | | $227.56 |
| **ACCOUNT NO.** 5395<br>**City of Chicago-Dept. of Water**<br>**P.O. Box 6330**<br>**Chicago, IL 60680-6330**<br>**Full Account No.:**<br>**873488505395** | | | 04-13-2009<br><br>**Lotline Develolpment LLC - Utilities-Water** | | X | | $48.66 |
| **ACCOUNT NO.** 5396<br>**City of Chicago-Dept. of Water**<br>**P.O. Box 6330**<br>**Chicago, IL 60680-6330**<br>**Full Account No.:**<br>**873420505396** | | | 04-13-2009<br><br>**Lotline Develolpment LLC - Utilities-Water** | | X | | $48.66 |
| **ACCOUNT NO.** 2379<br>**City of Chicago-Dept. of Water**<br>**P.O. Box 6330**<br>**Chicago, IL 60680-6330**<br>**Full Account No.:**<br>**654387-452379** | | | 02-11-2010<br><br>**6311-15 N. Glenwood, L.L.C. - Utilities-Water** | | X | | $175.90 |

Sheet no. **134** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $      **500.78**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,   Case No. _____
       **Debtor**         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 6069<br>**City of Chicago-Dept. of Water**<br>P.O. Box 6330<br>Chicago, IL 60680-6330<br>Full Account No.:<br>446069-446069 | | | 02-10-2010<br><br>**1900 West Farwell LLC - Water** | | X | | $1,184.04 |
| **ACCOUNT NO.** 5546<br>**City of Chicago-Dept. of Water**<br>P.O. Box 6330<br>Chicago, IL 60680-6330<br>Full Account No.:<br>515546-515546 | | | 04-15-2010<br><br>**Lakewood Henderson, LLC - Water** | | X | | $488.27 |
| **ACCOUNT NO.** 5546<br>**City of Chicago-Dept. of Water**<br>P.O. Box 6330<br>Chicago, IL 60680-6330<br>Full Account No.:<br>515546-515546 | | | 06-14-2010<br><br>**Lakewood Henderson, LLC - Water** | | X | | $380.43 |
| **ACCOUNT NO.** 7383<br>**City of Chicago-Dept. of Water**<br>P.O. Box 6330<br>Chicago, IL 60680-6330<br>Full Account No.:<br>845111-477383 | | | 03-23-2009<br><br>**700 W. Barry LLC - Utilities-Water** | | X | | $49.48 |

Sheet no. **135** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     **2,102.22**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,      Case No. _____
                  **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    2489<br>**City of Chicago-Dept. of Water**<br>P.O. Box 840<br>Chicago, IL 60680-6330<br>Full Account No.:<br>834120-422489 | | | 02-05-2009<br><br>**2130 West Touhy LLC-Prepaid Draw Invoices** | | X | | $179.56 |
| **ACCOUNT NO.**    9606<br>**City of Chicago-Dept. of Water**<br>P.O. Box 6330<br>Chicago, IL 60680-6330<br>Full Account No.:<br>646081-479606 | | | 04-01-2009<br><br>**1023 West Belmont, LLC Utilities** | | X | | $195.14 |
| **ACCOUNT NO.**    7529<br>**City of Chicago-Dept. of Water**<br>P.O. Box 6330<br>Chicago, IL 60680-6330<br>Full Account No.:<br>869834-627529 | | | 04-09-2009<br><br>**2923-2925 North Lincoln LLC-Utilities-Water** | | X | | $1.00 |
| **ACCOUNT NO.**    0377<br>**City of Chicago-Dept. of Water**<br>P.O. Box 6330<br>Chicago, IL 60680-6330<br>Full Account No.:<br>878712-630377 | | | 01-13-2009<br><br>**2923-2925 North Lincoln LLC-Utilities-Water** | | X | | $329.23 |

Sheet no. **136** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $      **704.93**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
       **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 0377 <br> **City of Chicago-Dept. of Water** <br> **P.O. Box 6330** <br> **Chicago, IL 60680-6330** <br> **Full Account No.:** <br> **878712-630377** | | | 02-13-2009 <br><br> 2923-2925 North Lincoln LLC-Utilities-Water | | X | | $62.36 |
| **ACCOUNT NO.** 0377 <br> **City of Chicago-Dept. of Water** <br> **P.O. Box 6330** <br> **Chicago, IL 60680-6330** <br> **Full Account No.:** <br> **878712-630377** | | | 04-14-2009 <br><br> 2923-2925 North Lincoln LLC-Utilities-Water | | X | | $53.79 |
| **ACCOUNT NO.** 7383 <br> **City of Chicago-Dept. of Water** <br> **P.O. Box 6330** <br> **Chicago, IL 60680-6330** <br> **Full Account No.:** <br> **845111-477383** | | | 03-03-2008 <br><br> 700 W. Barry LLC - Prepaid Draw Invoices | | X | | $65.31 |
| **ACCOUNT NO.** 3300 <br> **City of Chicago-Dept. of Water** <br> **P.O. Box 6330** <br> **Chicago, IL 60680-6330** <br> **Full Account No.:** <br> **839531-463300** | | | 01-15-2010 <br><br> 3912 North Pine Grove LLC - Utilities-Water | | X | | $1,328.51 |

Sheet no. **137** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **1,509.97**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,    Case No. _____

　　　　　　**Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    5546  **City of Chicago-Dept. of Water** P.O. Box 6330 Chicago, IL 60680-6330 Full Account No.: 515546-515546 | | | 12-14-2009  Lakewood Henderson, LLC - Water | | X | | $374.70 |
| **ACCOUNT NO.**  **City Screen Inc.** 5540 N. Kedzie Chicago, IL 60625 | | | 06-23-2008  Steven Golovan Properties: Interior Door Repairs:1137 Wrightwood #3 | | X | | $242.15 |
| **ACCOUNT NO.**  **Clark-Devon Hardware Co. Inc.** 6401 N. Clark St. Chicago, IL 60626 | | | 11-30-2009  1900 West Farwell LLC - General Building Supplies | | X | | $4.32 |
| **ACCOUNT NO.**  **Clark-Devon Hardware Co. Inc.** 6401 N. Clark St. Chicago, IL 60626 | | | 12-31-2009  1900 West Farwell LLC - Late Fees | | X | | $2.89 |

Sheet no._**138**_ of _**464**_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $　　　**624.06**

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,    Case No. _____
_____**Debtor**_____                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Clark-Devon Hardware Co. Inc.** <br> **6401 N. Clark St.** <br> **Chicago, IL 60626** | | | **01-31-2010** <br><br> **Lakewood Henderson LLC - Late Fees-3323 Lakewood** | | X | | **$0.50** |
| **ACCOUNT NO.** <br><br> **Clark-Devon Hardware Co. Inc.** <br> **6401 N. Clark St.** <br> **Chicago, IL 60626** | | | **03-30-2009** <br><br> **1900 West Farwell LLC - General Building Supplies** | | X | | **$68.77** |
| **ACCOUNT NO.** <br><br> **Clark-Devon Hardware Co. Inc.** <br> **6401 N. Clark St.** <br> **Chicago, IL 60626** | | | **11-30-2009** <br><br> **Lakewood Henderson, LLC - Late Fees-1219 Henderson** | | X | | **$1.61** |
| **ACCOUNT NO.** <br><br> **Clark-Devon Hardware Co. Inc.** <br> **6401 N. Clark St.** <br> **Chicago, IL 60626** | | | **12-31-2009** <br><br> **Lakewood Henderson LLC - Late Fees 3323 Lakewood** | | X | | **$0.50** |

Sheet no. **139** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $                **71.38**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Steven Golovan**_____,      Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Clark-Devon Hardware Co. Inc.**<br>**6401 N. Clark St.**<br>**Chicago, IL 60626** | | | **05-31-2009**<br><br>**CG Properties LLC - Late Fees 1763 Morse** | | X | | **$0.50** |
| **ACCOUNT NO.**<br><br>**Clark-Devon Hardware Co. Inc.**<br>**6401 N. Clark St.**<br>**Chicago, IL 60626** | | | **12-31-09**<br><br>**Lakewood Henderson LLC - late fees - 1219 Henderson** | | X | | **$0.50** |
| **ACCOUNT NO.**<br><br>**Clark-Devon Hardware Co. Inc.**<br>**6401 N. Clark St.**<br>**Chicago, IL 60626** | | | **12-31-2009**<br><br>**7410 N. Winchester LLC - Late Fees** | | X | | **$1.31** |
| **ACCOUNT NO.**<br><br>**Clark-Devon Hardware Co. Inc.**<br>**6401 N. Clark St.**<br>**Chicago, IL 60626** | | | **01-31-2010**<br><br>**Lakewood Henderson LLC - Late Fees-1219 Henderson** | | X | | **$0.50** |

Sheet no. **140** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **2.81**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,    Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Clark-Devon Hardware Co. Inc.<br>6401 N. Clark St.<br>Chicago, IL 60626 | | | 11-30-2009<br><br>7410 N. Winchester LLC - Late Fees | | X | | $2.03 |
| ACCOUNT NO.<br><br>Clark-Devon Hardware Co. Inc.<br>6401 N. Clark St.<br>Chicago, IL 60626 | | | 01-31-2010<br><br>1900 West Farwell LLC - Late Fees | | X | | $1.21 |
| ACCOUNT NO.<br><br>Clark-Devon Hardware Co. Inc.<br>6401 N. Clark St.<br>Chicago, IL 60626 | | | 10-31-2009<br><br>7410 N. Winchester LLC - Late Fees | | X | | $1.02 |
| ACCOUNT NO.<br><br>Clark-Devon Hardware Co. Inc.<br>6401 N. Clark St.<br>Chicago, IL 60626 | | | 10-29-2009<br><br>7410 N. Winchester LLC - General Building Supplies | | X | | $33.06 |

Sheet no. **141** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **37.32**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,        Case No. _____
        **Debtor**                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Clark-Devon Hardware Co. Inc.**<br>**6401 N. Clark St.**<br>**Chicago, IL 60626** | | | **10-01-2009**<br><br>**7410 N. Winchester LLC - Utilities-Water** | | X | | **$50.14** |
| **ACCOUNT NO.**<br><br>**Clark-Devon Hardware Co. Inc.**<br>**6401 N. Clark St.**<br>**Chicago, IL 60626** | | | **11-30-2009**<br><br>**Lakewood Henderson, LLC - Late Fees-3323 Lakewood** | | X | | **$3.82** |
| **ACCOUNT NO.**<br><br>**Clifford Brooks**<br>**c/o Michael D. Gerstein, Esq.**<br>**800 Lee St., Suite 3**<br>**Des Plaines, IL 60016** | | | **Comittment to Purchase Building** | X | X | X | **$1.00** |
| **ACCOUNT NO.**<br><br>**Coinmach Corporation-NY**<br>**P.O. Box 27288**<br>**New York, NY 10087-7288** | | | **12-01-2009**<br><br>**3912 North Pine Grove LLC - Equipment Rental/Laundry Dec.** | | X | | **$240.00** |

Sheet no. __142__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $       **294.96**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Steven Golovan**_____,   Case No. _____
               **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Cole Taylor Bank** <br>**P.O. Box 88481** <br>**Chicago, IL 60680** | | | | | X | | **$398,153.62** |
| **ACCOUNT NO.** <br><br> **Cole Taylor Bank** <br>**P.O. Box 88481** <br>**Chicago, IL 60680** | | | **Forbearance Note Payable** | | X | | **$8,678.64** |
| **ACCOUNT NO.** 6297 <br><br> **Cole Taylor Bank** <br>**P.O. Box 88481** <br>**Chicago, IL 60680** <br>**Full Account No.: 96297** | | | **Mortgage Payable-1st** | | X | | **$5,185,713.96** |
| **ACCOUNT NO.** <br><br> **Cole Taylor Bank** <br>**P.O. Box 88481** <br>**Chicago, IL 60680** | | | **Mortgage Payable-1st** | | X | | **$7,299,918.88** |

Sheet no. **143** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **12,892,465.10**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,     Case No. _____

       **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Cole Taylor Bank** <br> **6401 N. Clark St.** <br> **Chicago, IL 60626** | | | **12-07-2009** <br><br> **7410 N. Winchester LLC - Maintenance & Repair** | | X | | **$42.36** |
| **ACCOUNT NO.**    **0444** <br><br> **Comcast Cable Comm., Inc.** <br> **P.O. Box 3002** <br> **Southeastern, PA 19398-3002** <br> **Full Account No.:** <br> **8798300018310444** | | | **12-09-2008** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | **$107.87** |
| **ACCOUNT NO.**    **8676** <br><br> **Comcast Cable Comm., Inc.** <br> **P.O. Box 3002** <br> **Southeastern, PA 19398-3002** <br> **Full Account No.:** <br> **8793300016278676** | | | **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** <br><br> **Castlebar Enterprises, Inc. - Dues/Subscriptions** | | X | | **$286.99** |
| **ACCOUNT NO.**    **0444** <br><br> **Comcast Cable Comm., Inc.** <br> **P.O. Box 3002** <br> **Southeastern, PA 19398-3002** <br> **Full Account No.:** <br> **8798300018310444** | | | **03-06-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | | | **$80.00** |

Sheet no. **144** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $      **517.22**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Steven Golovan**_____,     Case No. _____
         **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 1116<br><br>**Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>Full Account No.: 63021116** | | | **01-08-2010**<br><br>**Madison 1224, LLC - Electric** | | X | | **$20.32** |
| **ACCOUNT NO.** 9088<br><br>**Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>Full Account No.: 891069088** | | | **01-08-2010**<br><br>**Madison 1224, LLC - Electric** | | X | | **$20.32** |
| **ACCOUNT NO.** 5014<br><br>**Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>Full Account No.: 4152365014** | | | **06-18-2010**<br><br>**Lakewood Henderson LLC - Electric** | | X | | **$62.48** |
| **ACCOUNT NO.** 5014<br><br>**Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>Full Account No.: 4152365014** | | | **05-19-2010**<br><br>**Lakewood Henderson LLC - Electric** | | X | | **$55.54** |

Sheet no. **145** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **158.66**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,        Case No. _____
            **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    5014  <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 4152365014** | | | **04-20-2010** <br> **Lakewood Henderson LLC - Electric** | | X | | **$66.17** |
| **ACCOUNT NO.**    5014  <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 4152365014** | | | **03-22-2010** <br> **Lakewood Henderson LLC - Electric** | | X | | **$70.00** |
| **ACCOUNT NO.**  <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | | | **02-01-2010** <br> **1900 West Farwell LLC - Electric** | | X | | **$680.28** |
| **ACCOUNT NO.**    0014  <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 5228080014** | | | **06-03-2008** <br> **2923-2925 North Lincoln LLC-Prepaid Draw Invoices** | | | | **$12.91** |

Sheet no. **146** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $    **829.36**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
_____**Debtor**_____    _____**(if known)**_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    5014  **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001** Full Account No.: 4152365014 | | | 02-19-2010 **Lakewood Henderson LLC - Electric** | | X | | $79.24 |
| **ACCOUNT NO.**    E+12  **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001** Full Account No.: 5.50004E+12 | | | 02-08-2010 **Lakewood Henderson LLC - Gas** | | X | | $2,398.41 |
| **ACCOUNT NO.**    5014  **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001** Full Account No.: 4152365014 | | | 12-18-2009 **Lakewood Henderson LLC - Electric** | | X | | $157.52 |
| **ACCOUNT NO.**    5014  **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001** Full Account No.: 4152365014 | | | 12-18-2009 **Lakewood Henderson LLC - Late Fees** | | X | | $2.43 |

Sheet no. **147** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $   **2,637.60**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    5000**<br><br>**Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>Full Account No.: 6539095000** | | | **03-16-2009**<br><br>**1712 N. Halsted LLC -<br>WIP-Utilties-Electric** | | X | | **$19.52** |
| **ACCOUNT NO.    5004**<br><br>**Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>Full Account No.: 7812105004** | | | **03-16-2009**<br><br>**1712 N. Halsted LLC -<br>WIP-Utilities-Electric** | | X | | **$24.25** |
| **ACCOUNT NO.    5086**<br><br>**Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>Full Account No.: 4896085086** | | | **03-16-2009**<br><br>**1712 N. Halsted LLC -<br>WIP-Utilities-Electric** | | X | | **$34.35** |
| **ACCOUNT NO.    9001**<br><br>**Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>Full Account No.: 4523069001** | | | **10-15-2008**<br><br>**456 W. Briar Plc LLC -<br>Prepaid Draw Invoices** | | X | | **$25.62** |

Sheet no. **148** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **103.74**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Steven Golovan_____,    Case No. _____
        **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 9077 <br><br>**Commonwealth Edison** <br>**Bill Payment Center** <br>**Chicago, IL 60668-0001** <br>**Full Account No.: 1983019077** | | | 10-15-2008 <br><br> **456 W. Briar Plc LLC - Prepaid Draw Invoices** | | X | | $69.04 |
| **ACCOUNT NO.** 4038 <br><br>**Commonwealth Edison** <br>**Bill Payment Center** <br>**Chicago, IL 60668-0001** <br>**Full Account No.: 918054038** | | | 12-01-2009 <br><br> **7410 N. Winchester LLC - Late Fees** | | | | $0.99 |
| **ACCOUNT NO.** 4070 <br><br>**Commonwealth Edison** <br>**Bill Payment Center** <br>**Chicago, IL 60668-0001** <br>**Full Account No.: 4896084070** | | | 03-16-2009 <br><br> **1712 N. Halsted LLC - WIP-Utilities-Electric** | | X | | $30.78 |
| **ACCOUNT NO.** 6010 <br><br>**Commonwealth Edison** <br>**Bill Payment Center** <br>**Chicago, IL 60668-0001** <br>**Full Account No.: 4641776010** | | | 04-13-2009 <br><br> **1503 North Cleveland LLC - WIP, Utilities, Electric** | | X | | $23.43 |

Sheet no. __149__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $        **124.24**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,    Case No. _____
        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**   8033  **Commonwealth Edison** **Bill Payment Center** **Chicago, IL 60668-0001** **Full Account No.: 269028033** | | | 04-13-2009 **1503 North Cleveland LLC - WIP, Utilities, Electric** | | X | | $23.08 |
| **ACCOUNT NO.**   8033  **Commonwealth Edison** **Bill Payment Center** **Chicago, IL 60668-0001** **Full Account No.: 269028033** | | | 03-13-2009 **Note Payable-Howard Ellis** | | X | | $25.66 |
| **ACCOUNT NO.**   4038  **Commonwealth Edison** **Bill Payment Center** **Chicago, IL 60668-0001** **Full Account No.: 918054038** | | | 01-04-2010 **7410 N. Winchester LLC - Utilities-Electric** | | X | | $43.06 |
| **ACCOUNT NO.**   4038  **Commonwealth Edison** **Bill Payment Center** **Chicago, IL 60668-0001** **Full Account No.: 918054038** | | | 01-04-2010 **7410 N. Winchester LLC - Late Fees** | | X | | $2.04 |

Sheet no. **150** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $   **93.84**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
                **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    3032<br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 4903803032** | | | **11-12-2008**<br>**456 W. Briar Plc LLC -**<br>**Prepaid Draw Invoices** | | X | | **$237.00** |
| **ACCOUNT NO.**    4020<br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 4903804020** | | | **11-12-2008**<br>**456 W. Briar Plc LLC -**<br>**Prepaid Draw Invoices** | | X | | **$217.44** |
| **ACCOUNT NO.**    9077<br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 1983019077** | | | **11-12-2008**<br>**456 W. Briar Plc LLC -**<br>**Prepaid Draw Invoices** | | X | | **$169.77** |
| **ACCOUNT NO.**    3032<br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 4903803032** | | | **12-16-2008**<br>**456 W. Briar Plc LLC -**<br>**Prepaid Draw Invoices** | | X | | **$310.43** |

Sheet no. **151** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **934.64**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,    Case No. _____
       **Debtor**                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 9019 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 1015139019** | | | 03-18-2009 <br><br> **2923-2925 North Lincoln LLC-Utilities-Electric** | | X | | $20.75 |
| **ACCOUNT NO.** 7009 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 1070087009** | | | 03-18-2009 <br><br> **2923-2925 North Lincoln LLC-Utilities-Electric** | | X | | $48.15 |
| **ACCOUNT NO.** 6011 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 2688006011** | | | 03-18-2000 <br><br> **2923-2925 North Lincoln LLC-Utilities-Gas** | | X | | $442.29 |
| **ACCOUNT NO.** 9085 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 2049009085** | | | 03-18-2009 <br><br> **2923-2925 North Lincoln LLC-Utilities-Electric** | | X | | $19.57 |

Sheet no. **152** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $      **530.76**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
                    **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    4020** <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No: 4903804020** | | | **12-16-2008** <br><br> **456 W. Briar Plc LLC - Prepaid Draw Invoices** | | X | | **$299.90** |
| **ACCOUNT NO.    0089** <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 1043020089** | | | **12-16-2008** <br><br> **456 W. Briar Plc LLC - Prepaid Draw Invoices** | | X | | **$156.63** |
| **ACCOUNT NO.    9001** <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 4523069001** | | | **12-16-2008** <br><br> **456 W. Briar Plc LLC - Prepaid Draw Invoices** | | X | | **$170.46** |
| **ACCOUNT NO.    9020** <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 608109020** | | | **04-21-2009** <br><br> **2845-2901 North Halsted LLC- Utilities-Electric** | | X | | **$14.96** |

Sheet no. **153** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $    **641.95**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,     Case No. _____
                    **Debtor**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 6091<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 663016091** | | | **04-21-2009**<br><br>**2845-2901 North Halsted**<br>**LLC- Utilities-Electric** | | X | | $14.96 |
| **ACCOUNT NO.** 6011<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 2688006011** | | | **04-16-2009**<br><br>**2923-2925 North Lincoln**<br>**LLC-Utilities-Electric** | | X | | $405.74 |
| **ACCOUNT NO.** 5064<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 2808155064** | | | **04-21-2009**<br><br>**2845-2901 North Halsted**<br>**LLC- Utilities-Electric** | | X | | $9.48 |
| **ACCOUNT NO.** 8030<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 4557008030** | | | **04-21-2009**<br><br>**2845-2901 North Halsted**<br>**LLC- Utilities-Electric** | | X | | $9.48 |

Sheet no. **154** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **439.66**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,        Case No. _____
　　　　　　　**Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    4040** <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 1018004040** | | | **03-18-2009** <br><br> **2724-2730 North Ashland LLC - Utilities-Electric** | | X | | **$49.87** |
| **ACCOUNT NO.    8015** <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 3230048015** | | | **03-18-2009** <br><br> **2724-2730 North Ashland LLC - Utilities-Electric** | | X | | **$21.91** |
| **ACCOUNT NO.    3121** <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 1823143121** | | | **03-18-2009** <br><br> **2724-2730 North Ashland LLC - Utilities-Electric** | | X | | **$38.65** |
| **ACCOUNT NO.    4001** <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 3353124001** | | | **03-18-2009** <br><br> **2724-2730 North Ashland LLC - Utilities-Electric** | | X | | **$20.21** |

Sheet no. **155** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $          **130.64**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,  Case No. _____
           **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    0025**  <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 2863140025** | | | **03-18-2009** <br> **2724-2730 North Ashland LLC - Utilities-Electric** | | X | | **$21.75** |
| **ACCOUNT NO.    5031**  <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 1243055031** | | | **03-18-2009** <br> **2724-2730 North Ashland LLC - Utilities-Electric** | | X | | **$24.95** |
| **ACCOUNT NO.    4054**  <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 863154054** | | | **03-18-2009** <br> **2724-2730 North Ashland LLC - Utilities-Electric** | | X | | **$27.68** |
| **ACCOUNT NO.    3218**  <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 103033218** | | | **03-18-2009** <br> **2724-2730 North Ashland LLC - Utilities-Electric** | | X | | **$23.28** |

Sheet no. **156** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **97.66**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 1059 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 373031059** | | | 03-18-2009 <br><br> **2724-2730 North Ashland LLC - Utilities-Electric** | | X | | $10.66 |
| **ACCOUNT NO.** 9029 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 1163109029** | | | 03-18-2009 <br><br> **2724-2730 North Ashland LLC - Utilities-Electric** | | X | | $18.63 |
| **ACCOUNT NO.** 0056 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 1543010056** | | | 03-18-2009 <br><br> **2724-2730 North Ashland LLC - Utilities-Electric** | | X | | $14.72 |
| **ACCOUNT NO.** 3138 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 1443143138** | | | 03-18-2009 <br><br> **2724-2730 North Ashland LLC - Utilities-Electric** | | | | $13.05 |

Sheet no. **157** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 　　　**57.06**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,          Case No. _____
                 **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 4036 <br><br>**Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 2993074036** | | | 03-18-2009 <br><br>**2724-2730 North Ashland LLC - Utilities-Electric** | | X | | $16.03 |
| **ACCOUNT NO.** 0081 <br><br>**Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 83130081** | | | 03-18-2009 <br><br>**2724-2730 North Ashland LLC - Utilities-Electric** | | X | | $13.17 |
| **ACCOUNT NO.** 7004 <br><br>**Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 2533027004** | | | 03-18-2009 <br><br>**2724-2730 North Ashland LLC - Utilities-Electric** | | X | | $19.74 |
| **ACCOUNT NO.** 4016 <br><br>**Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 2983134016** | | | 03-18-2009 <br><br>**2724-2730 North Ashland LLC - Utilities-Electric** | | X | | $15.55 |

Sheet no. **158** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **64.49**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____, Case No. _____
        **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 9125 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 1807119125** | | | 04-21-2009 <br><br> **2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $9.48 |
| **ACCOUNT NO.** 6004 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 47031006004** | | | 03-18-2009 <br><br> **2724-2730 North Ashland LLC - Utilities-Electric** | | X | | $15.45 |
| **ACCOUNT NO.** 6044 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 509006044** | | | 04-21-2009 <br><br> **2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $15.04 |
| **ACCOUNT NO.** 3054 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 201053054** | | | 03-26-2009 <br><br> **2724-2730 North Ashland LLC - Utilities-Electric** | | X | | $578.04 |

Sheet no. **159** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **618.01**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 6068<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 2720006068** | | | **04-21-2009**<br><br>**2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $9.48 |
| **ACCOUNT NO.** 8015<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 2320048015** | | | **04-16-2009**<br><br>**2724-2730 North Ashland LLC - Utilities-Electric** | | X | | $21.52 |
| **ACCOUNT NO.** 6000<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 4073116000** | | | **04-21-2009**<br><br>**2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $9.48 |
| **ACCOUNT NO.** 4001<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 3353124001** | | | **04-16-2009**<br><br>**2724-2730 North Ashland LLC - Utilities-Electric** | | X | | $14.73 |

Sheet no. **160** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **55.21**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,     Case No. _____

          **Debtor**            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    0025<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 2863140025** | | | **04-16-2009**<br><br>**2724-2730 North Ashland LLC - Utilities-Electric** | | X | | **$18.28** |
| **ACCOUNT NO.**    5031<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 1243055031** | | | **04-16-2009**<br><br>**2724-2730 North Ashland LLC - Utilities-Electric** | | X | | **$16.39** |
| **ACCOUNT NO.**    4054<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 863154054** | | | **04-16-2009**<br><br>**2724-2730 North Ashland LLC - Utilities-Electric** | | X | | **$16.27** |
| **ACCOUNT NO.**    5054<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 253135054** | | | **04-16-2009**<br><br>**2724-2730 North Ashland LLC - Utilities-Electric** | | X | | **$16.50** |

Sheet no. **161** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $      **67.44**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    1059** <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 373031059** | | | 04-16-2009 <br><br> **2724-2730 North Ashland LLC - Utilities-Electric** | | X | | $9.83 |
| **ACCOUNT NO.    9029** <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 1163109029** | | | 04-16-2009 <br><br> **2724-2730 North Ashland LLC - Utilities-Electric** | | X | | $13.54 |
| **ACCOUNT NO.    0056** <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 1543010056** | | | 04-16-2009 <br><br> **2724-2730 North Ashland LLC - Utilities-Electric** | | X | | $13.40 |
| **ACCOUNT NO.    4020** <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 1110034020** | | | 04-21-2009 <br><br> **2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $148.59 |

Sheet no. **162** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **185.36**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
          **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 4036<br><br>**Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 2993074036** | | | **04-16-2009**<br><br>**2724-2730 North Ashland LLC - Utilities-Electric** | | X | | **$11.38** |
| **ACCOUNT NO.** 0081<br><br>**Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 83130081** | | | **04-16-2009**<br><br>**2724-2730 North Ashland LLC - Utilities-Electric** | | X | | **$10.18** |
| **ACCOUNT NO.** 7004<br><br>**Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 2533027004** | | | **04-16-2009**<br><br>**2724-2730 North Ashland LLC - Utilities-Electric** | | X | | **$14.02** |
| **ACCOUNT NO.** 0089<br><br>**Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 1043020089** | | | **10-15-2008**<br><br>**456 W. Briar Plc LLC - Prepaid Draw Invoices** | | X | | **$88.18** |

Sheet no. **163** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ **123.76**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,        Case No. _____
                  **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**   5054 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 253135054** | | | 04-16-2009 <br><br> **2724-2730 North Ashland LLC - Utilities-Electric** | | X | | $29.28 |
| **ACCOUNT NO.**   6004 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 4043106004** | | | 04-16-2009 <br><br> **2724-2730 North Ashland LLC - Utilities-Electric** | | X | | $12.09 |
| **ACCOUNT NO.**   3054 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 201053054** | | | 04-17-2009 <br><br> **2724-2730 North Ashland LLC - Utilities-Electric** | | X | | $275.06 |
| **ACCOUNT NO.**   0012 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 3897170012** | | | 04-17-2009 <br><br> **2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $22.46 |

Sheet no. __164__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $           **338.89**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,          Case No. _____
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 8030<br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 4557008030** | | | **04-17-2009**<br>**2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $5.56 |
| **ACCOUNT NO.** 9018<br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 6751379018** | | | **04-17-2009**<br>**3058 North Lincoln Commercial-Electric** | | X | | $29.23 |
| **ACCOUNT NO.** 9125<br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 1807119125** | | | **04-17-2009**<br>**2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $5.56 |
| **ACCOUNT NO.** 6068<br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 2720006068** | | | **04-17-2009**<br>**2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $5.56 |

Sheet no. **165** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **45.91**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,        Case No. _____
               **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 6000 <br><br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 4073116000** | | | 04-17-2009 <br><br> **2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $5.48 |
| **ACCOUNT NO.** 5015 <br><br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 3391115015** | | | 04-17-2009 <br><br> **2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $48.90 |
| **ACCOUNT NO.** 1011 <br><br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 2874001011** | | | 04-17-2009 <br><br> **2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $19.52 |
| **ACCOUNT NO.** 6030 <br><br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 2298016030** | | | 04-17-2009 <br><br> **2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $19.52 |

Sheet no. **166** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **93.42**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,    Case No. _____
    **Debtor**                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 8029 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 685148029** | | | 04-17-2009 <br><br> **2845-2901 North Halsted LLC- Utilities-Electric** | | X | | **$19.52** |
| **ACCOUNT NO.** 7038 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 2005007038** | | | 04-17-2009 <br><br> **2845-2901 North Halsted LLC- Utilities-Electric** | | X | | **$19.52** |
| **ACCOUNT NO.** 9088 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 1303099088** | | | 04-17-2009 <br><br> **2845-2901 North Halsted LLC- Utilities-Electric** | | X | | **$25.09** |
| **ACCOUNT NO.** 4020 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 1110034020** | | | 03-20-2009 <br><br> **2845-2901 North Halsted LLC- Utilities-Electric** | | X | | **$101.13** |

Sheet no. **167** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $    **165.26**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
           **Debtor**            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 0012 <br><br>**Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 3897140012** | | | 03-19-2009 <br><br>**2845-2901 North Halsted LLC- Utilities-Electric** | | X | | **$25.66** |
| **ACCOUNT NO.** 5015 <br><br>**Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 3391115015** | | | 03-19-2009 <br><br>**2845-2901 North Halsted LLC- Utilities-Electric** | | X | | **$52.59** |
| **ACCOUNT NO.** 7019 <br><br>**Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 3126067019** | | | 03-19-2009 <br><br>**2845-2901 North Halsted LLC- Utilities-Electric** | | X | | **$72.46** |
| **ACCOUNT NO.** 9146 <br><br>**Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 3900089146** | | | 03-19-2009 <br><br>**2845-2901 North Halsted LLC- Utilities-Electric** | | X | | **$81.38** |

Sheet no. **168** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **232.09**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
              **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 6030 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 2298016030** | | | 03-19-2009 <br><br> **2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $19.52 |
| **ACCOUNT NO.** 1011 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 2874001011** | | | 03-19-2009 <br><br> **2845-2901 North Halsted LLC- Utilities-Electric** | | | | $43.17 |
| **ACCOUNT NO.** 9020 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 608109020** | | | 03-19-2009 <br><br> **2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $9.60 |
| **ACCOUNT NO.** 6091 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 663016091** | | | 03-19-2009 <br><br> **2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $9.48 |

Sheet no. **169** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $            81.77

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,        Case No. _____
               **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 9018 <br><br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 6751379018** | | | **03-18-2009** <br><br> **3058 North Lincoln** <br> **Commercial-Utilities-Electric** | | X | | **$30.00** |
| **ACCOUNT NO.** 4038 <br><br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 918054038** | | | **10-29-2009** <br><br> **7410 N. Winchester LLC -** <br> **Utilities-Electric** | | X | | **$62.07** |
| **ACCOUNT NO.** 5064 <br><br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 2808155064** | | | **03-19-2009** <br><br> **2845-2901 North Halsted** <br> **LLC- Utilities-Electric** | | X | | **$9.48** |
| **ACCOUNT NO.** 4020 <br><br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 4903804020** | | | **10-15-2008** <br><br> **456 W. Briar Plc LLC -** <br> **Prepaid Draw Invoices** | | X | | **$154.81** |

Sheet no. **170** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **256.36**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,    Case No. _____
         **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 2015 <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 3927122015** | | | 02-13-2009 <br><br> **Castlebar Enterprises, Inc. - Utilities-Electric** | | X | | $305.87 |
| **ACCOUNT NO.** 8030 <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 4557008030** | | | 03-19-2009 <br><br> **2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $9.48 |
| **ACCOUNT NO.** 4038 <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 918054038** | | | 10-29-2009 <br><br> **7410 N. Winchester LLC - Late Fees** | | X | | $3.81 |
| **ACCOUNT NO.** 8076 <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 81148076** | | | 12-16-2009 <br><br> **1023 West Belmont, LLC - Electric** | | X | | $49.43 |

Sheet no. **171** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **368.59**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,        Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    8076**<br><br>Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>Full Account No.: 81148076 | | | 12-16-2009<br><br>**1023 West Belmont, LLC - Late Fees** | | X | | $1.01 |
| **ACCOUNT NO.    8076**<br><br>Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>Full Account No.: 81148076 | | | 11-13-2009<br><br>**1023 West Belmont, LLC - Electric** | | X | | $46.25 |
| **ACCOUNT NO.    8076**<br><br>Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>Full Account No.: 81148076 | | | 10-15-2009<br><br>**1023 West Belmont, LLC - Electric** | | X | | $20.96 |
| **ACCOUNT NO.    9125**<br><br>Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>Full Account No.: 1807119125 | | | 03-19-2009<br><br>**2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $9.48 |

Sheet no. **172** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $　　　　**77.70**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Steven Golovan_____,            Case No. _____
          **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 4038 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 918054038** | | | **12-01-2009** <br><br> **7410 N. Winchester LLC - Utilities-Electric** | | X | | $69.26 |
| **ACCOUNT NO.** 6068 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 2720006068** | | | **03-19-2009** <br><br> **2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $9.48 |
| **ACCOUNT NO.** 6000 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 4073116000** | | | **03-19-2009** <br><br> **2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $21.50 |
| **ACCOUNT NO.** 8029 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 685148029** | | | **03-19-2009** <br><br> **2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $19.52 |

Sheet no. __173__ of __464__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $     **119.76**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,    Case No. _____
　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**　　**7038**<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 2005007038** | | | **03-19-2009**<br><br>**2845-2901 North Halsted LLC- Utilities-Electric** | | | | **$19.52** |
| **ACCOUNT NO.**　　**2056**<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 2323112056** | | | **03-23-2009**<br><br>**3526 N. Halsted LLC - Utilities-Electric** | | **X** | | **$17.86** |
| **ACCOUNT NO.**　　**2056**<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 2323112056** | | | **04-21-2009**<br><br>**3526 N. Halsted LLC - Utilities-Electric** | | **X** | | **$19.52** |
| **ACCOUNT NO.**　　**9088**<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 1303099088** | | | **.3-19-2009**<br><br>**2845-2901 North Halsted LLC- Utilities-Electric** | | **X** | | **$29.47** |

Sheet no. __**174**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **86.37**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,        Case No. _____
              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    7741** **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 5500039497741** | | | 01-07-2010 **3912 North Pine Grove LLC - Utilities-Gas** | | X | | $7,819.68 |
| **ACCOUNT NO.** **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001** | | | 01-22-2010 **3912 North Pine Grove LLC - Utilities-Late Fees** | | X | | $231.06 |
| **ACCOUNT NO.** **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001** | | | 01-22-2010 **3912 North Pine Grove LLC - Utilities-Electric** | | X | | $1,313.79 |
| **ACCOUNT NO.    4122** **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 267034122** | | | 03-19-2009 **2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $27.35 |

Sheet no. **175** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **9,391.88**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____, Case No. _____

          **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 1011 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 2874001011** | | | **03-06-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | **$35.00** |
| **ACCOUNT NO.** 9020 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 608109020** | | | **02-20-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | **$12.02** |
| **ACCOUNT NO.** 0046 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 102000046** | | | **02-20-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | **$64.24** |
| **ACCOUNT NO.** 6000 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 4073116000** | | | **02-20-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | **$48.24** |

Sheet no. **176** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $      **159.50**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,    Case No. _____
　　　　　　**Debtor**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    4020** <br><br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 1110034020** | | | **02-19-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | **$42.29** |
| **ACCOUNT NO.    9020** <br><br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 608109020** | | | **02-18-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | **$16.02** |
| **ACCOUNT NO.    0046** <br><br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 102000046** | | | **02-18-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | **$16.02** |
| **ACCOUNT NO.    6068** <br><br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 2720006068** | | | **02-18-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | **$16.02** |

Sheet no. __177__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **90.35**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,      Case No. _____

_____ **Debtor** _____                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 6000 <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 4073116000** | | | **02-18-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | **$16.02** |
| **ACCOUNT NO.** 5015 <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 3391115015** | | | **02-17-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | **$57.24** |
| **ACCOUNT NO.** <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | | | **01-22-2010** <br><br> **3912 North Pine Grove LLC - Utilities-Electric** | | X | | **$298.59** |
| **ACCOUNT NO.** 7019 <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 3126067019** | | | **02-17-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | **$75.83** |

Sheet no. **178** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $      **447.68**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**                                    ,        Case No. _____
                 **Debtor**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 9146 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 3900089146** | | | 02-17-2009 <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $77.55 |
| **ACCOUNT NO.** 1011 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 28741001011** | | | 02-17-2009 <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $50.86 |
| **ACCOUNT NO.** 3032 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 4903803032** | | | 10-15-2008 <br><br> **456 W. Briar Plc LLC - Prepaid Draw Invoices** | | X | | $183.09 |
| **ACCOUNT NO.** 6030 <br><br> **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 2298016030** | | | 02-17-2009 <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $19.52 |

Sheet no. **179** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶        $        **331.02**

Total▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,     Case No. _____
        **Debtor**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9088<br><br>Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>Full Account No.: 1303099088 | | | 02-17-2009<br><br>2845-2901 North Halsted LLC- Prepaid Draw Invoices | | X | | $27.16 |
| ACCOUNT NO.  7038<br><br>Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>Full Account No.: 2005007038 | | | 02-17-2009<br><br>2845-2901 North Halsted LLC- Prepaid Draw Invoices | | X | | $24.81 |
| ACCOUNT NO.  1093<br><br>Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>Full Account No.: 157001093 | | | 04-16-2009<br><br>2522-2530 North Ashland LLC - Utilities-Electric | | X | | $33.07 |
| ACCOUNT NO.  6027<br><br>Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>Full Account No.: 3143086027 | | | 04-16-2009<br><br>2522-2530 North Ashland LLC - Utilities-Electric | | X | | $36.98 |

Sheet no. **180** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **122.02**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
                 **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    4026  <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 3563124026** | | | 04-16-2009 <br><br> **2522-2530 North Ashland LLC - Utilities-Electric** | | X | | $60.61 |
| **ACCOUNT NO.**    1027  <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 6412771027** | | | 04-16-2009 <br><br> **2522-2530 North Ashland LLC - Utilities-Electric** | | X | | $51.44 |
| **ACCOUNT NO.**    6091  <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 663016091** | | | 02-17-2009 <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $12.02 |
| **ACCOUNT NO.**    5064  <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 2808155064** | | | 02-17-2009 <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $12.02 |

Sheet no. **181** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **136.09**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**      8030  <br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 4557008030** | | | 02-17-2009<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | $12.02 |
| **ACCOUNT NO.**      9125  <br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 1807119125** | | | 02-17-2009<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | $12.02 |
| **ACCOUNT NO.**      6044  <br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 509006044** | | | 02-17-2009<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | $12.02 |
| **ACCOUNT NO.**      8029  <br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001**<br>**Full Account No.: 685148029** | | | 02-17-2009<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | $19.52 |

Sheet no. **182** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $        **55.58**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
           **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 5015 <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 3391115015** | | | 11-13-2008 <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $81.01 |
| **ACCOUNT NO.** 4016 <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 2983134016** | | | 04-16-2009 <br><br> **2724-2730 North Ashland LLC - Utilities-Electric** | | X | | $12.20 |
| **ACCOUNT NO.** 9077 <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 1983019077** | | | 04-17-2009 <br><br> **456 W. Briar Plc LLC - Utilities-Electric** | | X | | $70.86 |
| **ACCOUNT NO.** 9001 <br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 4523069001** | | | 03-18-2009 <br><br> **456 W. Briar Plc LLC - Utilities-Electric** | | X | | $50.54 |

Sheet no. **183** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $      **214.61**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,    Case No. _____
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    0012** <br><br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 3897140012** | | | **02-17-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | **$101.98** |
| **ACCOUNT NO.    9077** <br><br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 1983019077** | | | **03-18-2009** <br><br> **456 W. Briar Plc LLC - Utilities-Electric** | | X | | **$82.49** |
| **ACCOUNT NO.    3032** <br><br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 4903803032** | | | **02-27-2009** <br><br> **456 W. Briar Plc LLC - Utilities-Electric** | | X | | **$382.45** |
| **ACCOUNT NO.    9077** <br><br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** <br> **Full Account No.: 1983019077** | | | **02-17-2009** <br><br> **456 W. Briar Plc LLC - Prepaid Draw Invoices** | | X | | **$60.84** |

Sheet no. **184** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **627.76**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Steven Golovan**_____,          Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    4020**  **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No: 4903804020** | | | 02-13-2009  **456 W. Briar Plc LLC - Prepaid Draw Invoices** | | X | | **$30.00** |
| **ACCOUNT NO.    9077**  **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 1983019077** | | | 02-06-2009  **456 W. Briar Plc LLC - Prepaid Draw Invoices** | | X | | **$48.33** |
| **ACCOUNT NO.    3032**  **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 4903803032** | | | 02-03-2009  **456 W. Briar Plc LLC - Prepaid Draw Invoices** | | X | | **$16.64** |
| **ACCOUNT NO.    9077**  **Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 1983019077** | | | 01-20-2009  **456 W. Briar Plc LLC - Prepaid Draw Invoices** | | X | | **$340.44** |

Sheet no. **185** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **435.41**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,     Case No. _____
           **Debtor**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 0089<br><br>**Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>Full Account No.: 1043020089** | | | 03-18-2009<br><br>**456 W. Briar Plc LLC - Utilities-Electric** | | X | | $48.07 |
| **ACCOUNT NO.** 5054<br><br>**Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>Full Account No.: 253135054** | | | 03-18-2009<br><br>**2724-2730 North Ashland LLC - Utilities-Electric** | | X | | $35.18 |
| **ACCOUNT NO.** 3054<br><br>**Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>Full Account No.: 201053054** | | | 03-19-2009<br><br>**2724-2730 North Ashland LLC - Utilities-Electric** | | X | | $251.44 |
| **ACCOUNT NO.** 4040<br><br>**Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001<br>Full Account No.: 1018004040** | | | 04-16-2009<br><br>**2724-2730 North Ashland LLC - Utilities-Electric** | | X | | $42.07 |

Sheet no. **186** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶     $     **376.76**

Total▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re __Steven Golovan_____,    Case No. _____
           **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 3121<br><br>**Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 1823143121** | | | 04-16-2009<br><br>**2724-2730 North Ashland LLC - Utilities-Electric** | | X | | $26.75 |
| **ACCOUNT NO.** 3138<br><br>**Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 1443143138** | | | 04-16-2009<br><br>**2724-2730 North Ashland LLC - Utilities-Electric** | | X | | $11.75 |
| **ACCOUNT NO.** 0046<br><br>**Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 102000046** | | | 03-19-2009<br><br>**2845-2901 North Halsted LLC- Utilities-Electric** | | X | | $21.50 |
| **ACCOUNT NO.** 6068<br><br>**Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 Full Account No.: 2720006068** | | | 02-25-2009<br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $12.02 |

Sheet no. __187__ of __464__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **72.02**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,     Case No. _____
             **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 8109<br><br>**CT Corporation**<br>**P.O. Box 4349**<br>**Carol Stream, IL 60197-4349**<br>**Full Account No.: 1448109** | | | **02-24-2009**<br><br>**456 W. Briar Plc LLC -**<br>**Prepaid Draw Invoices** | | X | | $425.00 |
| **ACCOUNT NO.**<br><br>**Curragh Electric**<br>**1514 Fifth Ave.**<br>**Des Plaines, IL 60018** | | | **06-19-2007**<br><br>**2636 N Lincoln - Electric** | | X | | $945.00 |
| **ACCOUNT NO.**<br><br>**Curragh Electric**<br>**1514 Fifth Ave.**<br>**Des Plaines, IL 60018** | | | **04-23-2009**<br><br>**2845-2901 North Halsted LLC- Electrical Contractor-Electric** | | X | | $15,000.00 |
| **ACCOUNT NO.**<br><br>**D. Paul Knapp, M.D. IRA**<br>**P.O. Box 1760**<br>**Milan, IL 61264** | | | | X | X | X | Unknown |

Sheet no. **188** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ **16,370.00**

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ , Case No. _____
    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Dale G. Anderson 30 Forest St. Providence, RI 02906 | | | **Loan to Duo Equities LLC** | | X | | **$20,000.00** |
| **ACCOUNT NO.** Dale G. Anderson 30 Forest St. Providence, RI 02906 | | | **Loan to 21 Kristin Developers LLC** | | X | | **$60,000.00** |
| **ACCOUNT NO.** Daniel Boyd 2105 W. Concord #5 Chicago, IL 60647-9515 | | | **Loan to 2845-2901 North Halsted LLC** | | X | | **$299,910.00** |
| **ACCOUNT NO.** Daniel Boyd 2105 W. Concord Chicago, IL 60647-9515 | | | | X | X | X | **Unknown** |

Sheet no. **189** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ **379,910.00**

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,    Case No. _____
                **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **David Glassman** <br> **3433 N. Janssen #3** <br> **Chicago, IL 60657** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **David Neiman** <br> **2125 N. Lakewood** <br> **Chicago, IL 60614** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **David Rattner** <br> **1046 Michigan** <br> **Evanston, IL 60602** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **David Salyers** <br> **1128 W. Wrightwood** <br> **Chicago, IL 60614** | | | **01-31-2009** <br><br> **Castlepoint Peoria, L.L.C. - Interest** | | X | | **$739.75** |

Sheet no. __**190**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $                    **739.75**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,     Case No. _____
       **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> David Salyers <br> 1128 W. Wrightwood <br> Chicago, IL 60614 | | | 12-31-2008 <br><br> Castlepoint Peoria, L.L.C. - Interest | | X | | $739.76 |
| **ACCOUNT NO.** <br><br> David Salyers <br> 1128 W. Wrightwood <br> Chicago, IL 60614 | | | 02-28-2009 <br><br> Castlepoint Peoria, L.L.C. - Interest | | X | | $668.16 |
| **ACCOUNT NO.** <br><br> David Salyers <br> 1128 W. Wrightwood <br> Chicago, IL 60614 | | | 11-30-2008 <br><br> Castlepoint Peoria, L.L.C. - Interest | | X | | $715.89 |
| **ACCOUNT NO.** <br><br> David Salyers <br> 1128 W. Wrightwood <br> Chicago, IL 60614 | | | 01-31-2009 <br><br> Castlepoint 60/40, L.L.C. - Interest | | X | | $1,104.11 |

Sheet no. **191** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $    **3,227.92**

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,    Case No. _____
       **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> David Salyers <br> 1128 W. Wrightwood <br> Chicago, IL 60614 | | | 11-30-2008 <br><br> Castlepoint 60/40, L.L.C. - Interest 11/1 - 11/30/2008 | | X | | $1,068.49 |
| **ACCOUNT NO.** <br><br> David Salyers <br> 1128 W. Wrightwood <br> Chicago, IL 60614 | | | 12-31-2008 <br><br> Castlepoint 60/40, L.L.C. - Interest | | X | | $1,104.12 |
| **ACCOUNT NO.** <br><br> David Salyers <br> 1128 W. Wrightwood <br> Chicago, IL 60614 | | | 03-2009 - 08-2012 <br><br> Castlepoint 60/40, L.L.C. - Interest | | X | | $45,268.92 |
| **ACCOUNT NO.** <br><br> David Salyers <br> 1128 W. Wrightwood <br> Chicago, IL 60614 | | | 10-31-2008 <br><br> Castlepoint 60/40, L.L.C. - Interest 10/1 - 10/31/2008 | | X | | $1,104.11 |

Sheet no. **192** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $    48,545.64

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,        Case No. _____
            **Debtor**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>David Salyers<br>1128 W. Wrightwood<br>Chicago, IL 60614 | | | 03/2009 - 08/2012<br><br>Castlepoint Peoria, L.L.C. - Interest | | X | | $30,330.16 |
| ACCOUNT NO.<br><br>David Salyers<br>1128 W. Wrightwood<br>Chicago, IL 60614 | | | 02-28-2009<br><br>Castlepoint 60/40, L.L.C. - Interest | | X | | $997.26 |
| ACCOUNT NO.<br><br>David Salyers<br>1128 W. Wrightwood<br>Chicago, IL 60614 | | | Loan to Castlepoint 60/40 LLC | | X | | $100,000.00 |
| ACCOUNT NO.<br><br>David Salyers<br>1128 W. Wrightwood<br>Chicago, IL 60614 | | | Loan to Castlepoint Peoria, L.L.C. | | X | | $67,000.00 |

Sheet no. **193** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $    198,327.42

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,        Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>David Salyers<br>1128 W. Wrightwood<br>Chicago, IL 60614 | | | 03/2009 - 08/2012<br><br>Chicago 1651, L.L.C. - Chicago Interest | | X | | $410,000.00 |
| ACCOUNT NO.<br><br>David Salyers<br>1128 W. Wrightwood<br>Chicago, IL 60614 | | | 11-19-2008<br><br>Chicago 1651, L.L.C. - Chicago Interest | | X | | $10,000.00 |
| ACCOUNT NO.<br><br>David Salyers<br>1128 W. Wrightwood<br>Chicago, IL 60614 | | | 08-19-2008<br><br>Chicago 1651, L.L.C. - Chicago 1651 Interest | | X | | $10,000.00 |
| ACCOUNT NO.<br><br>David Salyers<br>1128 W. Wrightwood #1<br>Chicago, IL 60614 | | | | X | X | X | Unknown |

Sheet no. **194** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $        **430,000.00**

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,      Case No._____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**David Salyers**<br>**1128 W. Wrightwood**<br>**Chicago, IL 60614** | | | **Loan to Chicago 1651, L.L.C.** | | X | | **$200,000.00** |
| **ACCOUNT NO.**<br><br>**DC Heating & Cooling Inc.**<br>**5902 W. Capulina Ave.**<br>**Morton Grove, IL 60053** | | | **09-08-2008**<br><br>**4716 Beacon LLC - HVAC Repairs & Maintenance: 4722 #2W Board control replacement** | | X | | **$292.00** |
| **ACCOUNT NO.**<br><br>**DC Heating & Cooling Inc.**<br>**5902 W. Capulina Ave.**<br>**Morton Grove, IL 60053** | | | **09-08-2008**<br><br>**4716 Beacon LLC - HVAC Repairs & Maintenance 4716 #G - Board control replacement** | | X | | **$345.00** |
| **ACCOUNT NO.**<br><br>**DC Heating & Cooling Inc.**<br>**5902 W. Capulina Ave.**<br>**Morton Grove, IL 60053** | | | **09-08-2008**<br><br>**4716 Beacon LLC - HVAC Repairs & Maintenance: A/C Freon Charge - 3 units** | | X | | **$525.00** |

Sheet no._**195**_ of _**464**_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $　**201,162.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
        **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **DC Heating & Cooling Inc.** <br> **5902 W. Capulina Ave.** <br> **Morton Grove, IL 60053** | | | **09-08-2008** <br><br> **4716 Beacon LLC - Building Improvements-5 new furnaces installed** | | X | | **$8,500.00** |
| **ACCOUNT NO.**  7302 <br><br> **DEX** <br> **P.O. Box 660835** <br> **Dallas, TX 75266-0835** <br> **Full Account No.: 500047302** | | | **06-22-2009** <br><br> **Chicago Graystone Realty LLC - Advertising** | | X | | **$847.20** |
| **ACCOUNT NO.**  7302 <br><br> **DEX** <br> **P.O. Box 660835** <br> **Dallas, TX 75266-0835** <br> **Full Account No.: 500047302** | | | **07-22-2009** <br><br> **Chicago Graystone Realty LLC - Advertising** | | X | | **$410.73** |
| **ACCOUNT NO.**  7302 <br><br> **DEX** <br> **P.O. Box 660835** <br> **Dallas, TX 75266-0835** <br> **Full Account No.: 500047302** | | | **09-23-2009** <br><br> **Chicago Graystone Realty LLC - Advertising** | | X | | **$2,097.99** |

Sheet no. **196** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **11,855.92**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,          Case No. _____

　　　　　　**Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.      7302**<br><br>**DEX**<br>**P.O. Box 660835**<br>**Dallas, TX 75266-0835**<br>**Full Account No.: 500047302** | | | **08-22-2009**<br><br>**Chicago Graystone Realty LLC - Advertising** | | X | | $416.90 |
| **ACCOUNT NO.**<br><br>**Digital Imaging Resources, Inc.**<br>**650 W. Lake St.**<br>**Chicago, IL 60606** | | | **05-08-2009**<br><br>**3323 North Seminary I LLC - Digital Blueprints for Garage** | | X | | $20.00 |
| **ACCOUNT NO.**<br><br>**Digital Imaging Resources, Inc.**<br>**650 W. Lake St.**<br>**Chicago, IL 60606** | | | **09-17-2008**<br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices-Halsted Row** | | X | | $700.00 |
| **ACCOUNT NO.**<br><br>**Digital Imaging Resources, Inc.**<br>**650 W. Lake St.**<br>**Chicago, IL 60606** | | | **08-13-2008**<br><br>**2845-2901 North Halsted LLC- Advertising/Marketing-Landscape Architectural** | | X | | $250.52 |

Sheet no. **197** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **1,387.42**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,          Case No. _____

        **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Digital Imaging Resources, Inc.** <br> 650 W. Lake St. <br> Chicago, IL 60606 | | | 03-11-2009 <br><br> **Willow 717 LLC - Prepaid Draw Invoice:717 W. Willow** | | X | | $119.84 |
| **ACCOUNT NO.** <br><br> **Doherty Plumbing, Inc.** <br> 4 N. Donald Ave. <br> Arlington Heights, IL 60004 | | | 07-21-2008 <br><br> **2524 N Ashland - Plumbing Fixture & Equipment** | | X | | $1,675.00 |
| **ACCOUNT NO.** <br><br> **Doherty Plumbing, Inc.** <br> 4 N. Donald Ave. <br> Arlington Heights, IL 60004 | | | 04-20-2009 <br><br> **2845-2901 North Halsted LLC- Plumbing Fixtures & Equipment** | | X | | $10,774.00 |
| **ACCOUNT NO.** <br><br> **Doherty Plumbing, Inc.** <br> 4 N. Donald Ave. <br> Arlington Heights, IL 60004 | | | 03-16-2009 <br><br> **2845-2901 North Halsted LLC- Plumbing Fixtures & Equipment** | | X | | $30,169.00 |

Sheet no. **198** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **42,737.84**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**                                    , Case No. _____
           **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | **06-06-2008** | | | | |
| **Doherty Plumbing, Inc.** 4 N. Donald Ave. Arlington Heights, IL 60004 | | | **2522-2530 North Ashland LLC - Plumbing Fixtures & Equipment** | | X | | **$18,928.00** |
| **ACCOUNT NO.** | | | | | | | |
| **Dr. Charles A. Mudd** 2300 Lincoln Park West #1227 Chicago, IL 60614 | | | **BHL** | X | X | X | **$253,000.00** |
| **ACCOUNT NO.** | | | | | | | |
| **Dr. Richard Katz** 408 Barton Ave. Evanston, IL 60202 | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** | | | | | | | |
| **Duo Equities** c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln, 1st Fl. Chicago, IL 60614 | | | **Loan to 2522-2530 North Ashland** | | X | | **$146,037.44** |

Sheet no. **199** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal▶ | $ | **417,965.44** |
| Total▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

B 6F (Official Form 6F) (12/07) – Cont.

In re **Steven Golovan** _____ ,          Case No. _____

          **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Duo Equities <br> c/o Bohdanna Golovan, Reg. Agent <br> 2636 N. Lincoln, 1st Fl. <br> Chicago, IL 60614 | | | **Loan to 2724-2730 North Ashland LLC** | | X | | **$15,000.00** |
| **ACCOUNT NO.** <br><br> Duo Equities <br> c/o Bohdanna Golovan, Reg. Agent <br> 2636 N. Lincoln, 1st Fl. <br> Chicago, IL 60614 | | | **Loan to 723-25 West Diversey LLC** | | X | | **$25,000.00** |
| **ACCOUNT NO.** <br><br> Duo Equities <br> c/o Bohdanna Golovan, Reg. Agent <br> 2636 N. Lincoln, 1st Fl. <br> Chicago, IL 60614 | | | **Loan to Willow 717 LLC** | | X | | **$243,473.13** |
| **ACCOUNT NO.**     **23-2** <br> Duo Equities <br> c/o Bohdanna Golovan, Reg. Agent <br> 2636 N. Lincoln Ave., Ste. 100 <br> Chicago, IL 60614 <br> Full Account No.: 3323-2 | | | **02-22-2006** <br><br> **Lakewood Henderson LLC - Construction** | | X | | **$10,000.00** |

Sheet no. **200** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **293,473.13**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,        Case No. _____
             **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Duo Equities c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.**     51-3 Duo Equities c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 Full Account No.: 1251-3 | | | **02-22-2006** **Lakewood Henderson LLC - Construction** | | X | | **$8,000.00** |
| **ACCOUNT NO.**     53-2 Duo Equities c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614 Full Account No.: 1253-2 | | | **02-22-2006** **Lakewood Henderson LLC - Construction** | | X | | **$8,000.00** |
| **ACCOUNT NO.** Duo Equities LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., 1st Fl. Chicago, IL 60614 | | | **02-12-2009** **Castlepoint 60/40, L.L.C. - Reimbursement for Delivery Service** | | X | | **$33.67** |

Sheet no. **201** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **16,033.67**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,     Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 1834 **Dyck Oneal Inc.** **15301 Spectrum Dr.** **Addison, TX 75001** **Full Account No.: 1834** | | | | | X | | **$5,000.00** |
| **ACCOUNT NO.** **Dynamic Landscapers, Inc.** **P.O. Box 31123** **Chicago, IL 60631** | | | 06-20-2009 **Maintenance Only** **Clients:Landscape Clean** **up: 5/11, 18 25** | | X | | **$210.00** |
| **ACCOUNT NO.** **Dynamic Landscapers, Inc.** **P.O. Box 31123** **Chicago, IL 60631** | | | 08-24-2009 **Maintenance Only** **Clients:Landscape: 7/6, 13,** **20, 27** | | X | | **$120.00** |
| **ACCOUNT NO.** **Dynamic Landscapers, Inc.** **P.O. Box 31123** **Chicago, IL 60631** | | | 07-22-2009 **Maintenance Only** **Clients:Landscape: 6/1, 8,** **15, 22, 29** | | X | | **$150.00** |

Sheet no. **202** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶　$ **5,480.00**

Total▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,  Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Dynamic Landscapers, Inc.**<br>**P.O. Box 31123**<br>**Chicago, IL 60631** | | | 08-24-2009<br><br>**Steven Golovan Properties:Landscape 7/6, 20** | | X | | **$60.00** |
| **ACCOUNT NO.**<br><br>**Edward Saltzman**<br>**12827 Cinnamon Way**<br>**Harbour Ridge**<br>**Palm City, FL 34990-4880** | | | **Loan to 21 Kristin Developers LLC** | | X | | **$50,000.00** |
| **ACCOUNT NO.**<br><br>**Elizabeth Farrall**<br>**Farrall Wealth**<br>**2617 Calumet Ave.**<br>**Valparaiso, IN 46383** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Emerald Mantels, Inc.**<br>**5215 W. Argyle St.**<br>**Chicago, IL 60630** | | | 03-17-2009<br><br>**2845-2901 North Halsted LLC- Fireplace Mantels** | | X | | **$5,400.00** |

Sheet no. __**203**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **55,460.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,    Case No. _____
                    **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Erik R. Roth** <br>**1701 W. Marlowe Ave.** <br>**Park Ridge, IL 60068** | | | **Loan to Duo Equities LLC** | | X | | **$25,000.00** |
| **ACCOUNT NO.** <br><br> **Estate of James Kruger** <br>**c/o Scott Kruger** <br>**819 W. Buena** <br>**Chicago, IL 60613** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> Estate of Jennifer Mudd Houghtaling <br>c/o The Jennifer Mudd Houghtaling <br>Postpartum Depression Foundation <br>200 E. Delaware #3D <br>Chicago, IL 60611 | | | **Loan to AE Funding II LLC** | | | | **$100,000.00** |
| **ACCOUNT NO.** <br><br> Estate of Jennifer Mudd Houghtaling <br>c/o The Jennifer Mudd Houghtaling <br>Postpartum Depression Foundation <br>200 E. Delaware #3D <br>Chicago, IL 60611 | | | **Loan to AE Funding II LLC** | | X | | **$100,000.00** |

Sheet no. **204** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **225,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re <u>Steven Golovan</u>                                   ,        Case No. _____
                     **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Estructuras Inc.**<br>**2232 S. Pulaski**<br>**Chicago, IL 60623** | | | 10-15-2008<br><br>**Castlepoint Peoria, L.L.C. - Steel Floors & Bring Walls Steel Lintels** | | X | | **$2,750.00** |
| **ACCOUNT NO.       1525**<br><br>**Evergreen Bank Group**<br>**3842 West 95th St.**<br>**Evergreen Park, IL 60805**<br>**Full Account No.: 11525** | | | **Mortgage Payable-1st** | | X | | **$788,000.00** |
| **ACCOUNT NO.**<br><br>**Everything Closets, Inc.**<br>**7344 N. Milwaukee Ave.**<br>**Niles, IL 60714** | | | 03-25-2009<br><br>**Castlepoint Peoria, L.L.C. - Wire Shelving Closets** | | X | | **$589.60** |
| **ACCOUNT NO.**<br><br>**Everything Closets, Inc.**<br>**7344 N. Milwaukee Ave.**<br>**Niles, IL 60714** | | | 04-30-2009<br><br>**Castlepoint Peoria, L.L.C. - Wire Shelving 639 3N, 4S, 4N; 685 4S, 4N** | | X | | **$1,290.10** |

Sheet no. __205__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ | **792,629.70**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,    Case No. _____
       **Debtor**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Everything Closets, Inc. 7344 N. Milwaukee Ave. Niles, IL 60714** | | | **10-28-2008** <br><br> **2522-2530 North Ashland LLC - Wire Closet Shelving** | | X | | $2,961.02 |
| **ACCOUNT NO.**  9212 <br><br> **FedEx Kinkos Customer Administrative Services Dallas, TX 75267-2085 Full Account No.: 0000449212** | | | **10-17-2007** <br><br> **Castlepoint 60/40, L.L.C. - Advertising** | | X | | $17.41 |
| **ACCOUNT NO.**  9212 <br><br> **FedEx Kinkos Customer Administrative Services Dallas, TX 75267-2085 Full Account No.: 0000449212** | | | **10-27-2007** <br><br> **Castlepoint 60/40, L.L.C. - Advertising** | | | | $89.04 |
| **ACCOUNT NO.**  9212 <br><br> **FedEx Kinkos Customer Administrative Services Dallas, TX 75267-2085 Full Account No.: 0000449212** | | | **11-05-2007** <br><br> **Castlepoint 60/40, L.L.C. - Advertising** | | X | | $56.91 |

Sheet no. **206** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **3,124.38**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,          Case No. _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**        9212  **FedEx Kinkos** **Customer Administrative Services** **Dallas, TX 75267-2085** **Full Account No.: 0000449212** | | | **11-08-2007** **Castlepoint 60/40, L.L.C. - Advertising** | | X | | $71.37 |
| **ACCOUNT NO.**        9212  **FedEx Kinkos** **Customer Administrative Services** **Dallas, TX 75267-2085** **Full Account No.: 0000449212** | | | **11-28-2007** **Castlepoint 60/40, L.L.C. - Advertising** | | X | | $91.01 |
| **ACCOUNT NO.**        9212  **FedEx Kinkos** **Customer Administrative Services** **Dallas, TX 75267-2085** **Full Account No.: 0000449212** | | | **10-22-2007** **Castlepoint 60/40, L.L.C. - Advertising** | | X | | $44.46 |
| **ACCOUNT NO.**        9212  **FedEx Kinkos** **Customer Administrative Services** **Dallas, TX 75267-2085** **Full Account No.: 0000449212** | | | **10-18-2007** **Castlepoint 60/40, L.L.C. - Advertising** | | X | | $18.16 |

Sheet no. **207** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $          **225.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Steven Golovan_____,        Case No. _____
              **Debtor**        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 9212<br><br>**FedEx Kinkos**<br>**Customer Administrative**<br>**Services**<br>**Dallas, TX 75267-2085**<br>**Full Account No.: 0000449212** | | | 10-19-2007<br><br>**Castlepoint 60/40, L.L.C. -**<br>**Advertising** | | X | | $5.00 |
| **ACCOUNT NO.** PMT<br><br>**Fidelity Investments**<br>**Attn: Brokerage**<br>**Boston, ME 02210**<br>**Full Account No.: 479-660906**<br>**BO PSP PMT** | | | 07-15-2009<br><br>**Chicago Graystone Inc. -**<br>**Loan** | | X | | $3,500.00 |
| **ACCOUNT NO.** 9156<br><br>**Fifth Third Bank**<br>**222 S. Riverside Plaza, 33rd Fl.**<br>**Chicago, IL 60606**<br>**Full Account No.: 857319156** | | | **Note Payable-Fifth Third** | | X | | $6,233.14 |
| **ACCOUNT NO.** 2540<br><br>**First Bank of Beverly Hills**<br>**c/o Quarles & Brady, LLC**<br>**300 N. LaSalle St., #400**<br>**Chicago, IL 60654**<br>**Full Account No.: 2540** | | | **Mortgage Payable-1st** | | X | | $1,237,511.27 |

Sheet no. __208__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **1,247,249.41**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Steven Golovan** _____,     Case No. _____
        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 2541<br>**First Bank of Beverly Hills c/o Quarles & Brady, LLC 300 N. LaSalle St., #400 Chicago, IL 60654 Full Account No.: 2541** | | | **Mortgage Payable** | | X | | **$1,461,485.16** |
| **ACCOUNT NO.** 2539<br>**First Bank of Beverly Hills c/o Quarles & Brady, LLC 300 N. LaSalle St., #400 Chicago, IL 60654 Full Account No.: 2539** | | | **Mortgage Payable** | | X | | **$1,818,151.27** |
| **ACCOUNT NO.** 2455<br>**First Bank of Highland Park 633 Skokie Blvd., 3rd Floor Northbrook, IL 60062 Full Account No.: 2455** | | | **Mortgage Payable-1st** | | X | | **$1,480,000.00** |
| **ACCOUNT NO.**<br>**First Bank of Highland Park 633 Skokie Blvd., 3rd Floor Northbrook, IL 60062** | | | **Mortgage Payable** | | X | | **$4,346,000.00** |

Sheet no. **209** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **9,105,636.43**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,      Case No. _____
          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **First Bank of Highland Park 633 Skokie Blvd., 3rd Floor Northbrook, IL 60062** | | | **Mortgage Payable-1st** | | X | | **$1,500,000.00** |
| **ACCOUNT NO.**  2456 <br><br> **First Bank of Highland Park 633 Skokie Blvd., 3rd Floor Northbrook, IL 60062 Full Account No.: 2456** | | | **Mortgage Payable** | | X | | **$1,750,000.00** |
| **ACCOUNT NO.** <br><br> **First Bank of Highland Park 633 Skokie Blvd., 3rd Floor Northbrook, IL 60062** | | | **Mortgage Payable** | | X | | **$2,864,444.00** |
| **ACCOUNT NO.**  573C <br><br> **First Midwest Bank 180 N. LaSalle St. Chicago, IL 60601 Full Account No.: 3000223-01573C** | | | **Mortgage Payable-1st** | | X | | **$2,244,286.09** |

Sheet no. **210** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **8,358,730.09**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,     Case No. _____
                    **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 1479<br><br>**First Midwest Bank** 180 N. LaSalle St. Chicago, IL 60601 Full Account No.: 2000395-1479 | | | **1st DuPage Bank-LOC** | | | | **$447,815.00** |
| **ACCOUNT NO.** -145<br><br>**First Midwest Bank** 180 N. LaSalle St. Chicago, IL 60601 Full Account No.: 06-145 | | | **LOC Drawn** | | X | | $1,270.00 |
| **ACCOUNT NO.** 1796<br><br>**First Midwest Bank** 180 N. LaSalle St. Chicago, IL 60601 Full Account No.: 00500019507-51796 | | | **LOC Drawn** | | X | | **$800,000.00** |
| **ACCOUNT NO.**<br><br>**First Midwest Bank** 180 N. LaSalle St. Chicago, IL 60601 | X | | **01-01-2008**<br><br>**Second Mortggage, $400,000 CD0-2146 N. Dayton** | | | | **$1,000,000.00** |

Sheet no. **211** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **2,249,085.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,    Case No. _____
                         **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 564C <br><br> **First Midwest Bank 180 N. LaSalle St. Chicago, IL 60601 Full Account No.: 300022001564C** | | | **Mortgage Payable-2nd 1340P** | | X | | **$320,000.00** |
| **ACCOUNT NO.** 0225 <br><br> **First Midwest Bank 180 N. LaSalle St. Chicago, IL 60601 Full Account No.: 3000225** | | | **Mortgage Payable-1st** | | X | | **$3,740,000.01** |
| **ACCOUNT NO.** 523C <br><br> **First Midwest Bank 180 N. LaSalle St. Chicago, IL 60601 Full Account No.: 3000204 01523C** | | | **Construction Loan-First DuPage Bank** | | X | | **$2,951,642.34** |
| **ACCOUNT NO.** 0226 <br><br> **First Midwest Bank 180 N. LaSalle St. Chicago, IL 60601 Full Account No.: 3000226** | | | **Mortgage Payable-2nd** | | X | | **$1,937,000.00** |

Sheet no. **212** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **8,948,642.35**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
                    **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 61/C<br>**First Midwest Bank**<br>180 N. LaSalle St.<br>Chicago, IL 60601<br>Full Account No.: 00505021774 54961/C | | | **Mortgage Payable-1st** | | X | | $919,102.81 |
| **ACCOUNT NO.** 526C<br>**First Midwest Bank**<br>180 N. LaSalle St.<br>Chicago, IL 60601<br>Full Account No.: 3000143 1526C | | | **Mortgage Payable-2nd** | | X | | $552,500.00 |
| **ACCOUNT NO.** 1158<br>**First Midwest Bank**<br>180 N. LaSalle St.<br>Chicago, IL 60601<br>Full Account No.: 00003000143-1158 | | | **Mortgage Payable** | | X | | $3,697,500.00 |
| **ACCOUNT NO.**<br>**First Midwest Bank**<br>180 N. LaSalle St.<br>Chicago, IL 60601 | | | 02-19-2009<br>**Chicago 1651, L.L.C. - Chicago Interest** | | X | | $10,000.00 |

Sheet no. **213** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **5,179,102.81**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,        Case No. _____
                          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 5175 <br><br> **First Midwest Bank 180 N. LaSalle St. Chicago, IL 60601 Full Account No.: 00670021874-55175** | | | **Mortgage Payable** | | X | | **$3,650,000.00** |
| **ACCOUNT NO.** 565C <br><br> **First Midwest Bank 180 N. LaSalle St. Chicago, IL 60601 Full Account No.: 300022101565C** | | | **Mortgage Payable-2nd** | | X | | **$690,000.00** |
| **ACCOUNT NO.** 1137 <br><br> **First Midwest Bank 180 N. LaSalle St. Chicago, IL 60601 Full Account No.: 00003000137-1137** | | | **Mortgage Payable** | | X | | **$3,860,425.57** |
| **ACCOUNT NO.** <br><br> **First Midwest Bank 180 N. LaSalle St. Chicago, IL 60601** | | | **LOC** | | X | | **$900,000.00** |

Sheet no. **214** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **9,100,425.57**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
         **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| **First Midwest Bank, as Successor to First DuPage Bank** c/o Ice Miller, LLP 2300 Cabot Dr., #455 Lisle, IL 60532` | | | Ainslie/Damen | | | | **$3,650,000.00** |
| **ACCOUNT NO.** | | | | | | | |
| **FirstMerit Bank, NA** s/i/i Midwest Bank & Trust Company c/o Stahl Cowen Crowley Addis LLC 55 W. Monroe St., Ste. 1200 Chicago, IL 60603 | | | Joint: C. Mudd/R. Aronson | | X | | **$213,088.00** |
| **ACCOUNT NO.          3882** | | | 03-25-2009 | | | | |
| **Flood Brothers Disposal** 49 S. Quentin Rd. Palatine, IL 60067-5938 Full Account No.: 01-00143882 | | | 2636 North Lincoln LLC - Scavenger/Refuse Removal | | X | | **$21.32** |
| **ACCOUNT NO.          3882** | | | 04-01-2009 | | | | |
| **Flood Brothers Disposal** 49 S. Quentin Rd. Palatine, IL 60067-5938 Full Account No.: 01-00143882 | | | 2636 North Lincoln LLC - Scavenger/Refuse Removal | | X | | **$34.14** |

Sheet no. **215** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $  **3,863,143.46**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 3882 <br><br> **Flood Brothers Disposal** <br> **49 S. Quentin Rd.** <br> **Palatine, IL 60067-5938** <br> **Full Account No.: 01-00143882** | | | 04-22-2009 <br><br> **2636 North Lincoln LLC - Scavenger/Refuse Removal** | | X | | $164.00 |
| **ACCOUNT NO.** 3882 <br><br> **Flood Brothers Disposal** <br> **49 S. Quentin Rd.** <br> **Palatine, IL 60067-5938** <br> **Full Account No.: 01-00143882** | | | 04-22-2009 <br><br> **2636 North Lincoln LLC - Scavenger/Refuse Removal** | | X | | $2.69 |
| **ACCOUNT NO.** 3882 <br><br> **Flood Brothers Disposal** <br> **49 S. Quentin Rd.** <br> **Palatine, IL 60067-5938** <br> **Full Account No.: 01-00143882** | | | 04-22-2009 <br><br> **2636 North Lincoln LLC - Scavenger/Refuse Removal** | | X | | $19.68 |
| **ACCOUNT NO.** 3882 <br><br> **Flood Brothers Disposal** <br> **49 S. Quentin Rd.** <br> **Palatine, IL 60067-5938** <br> **Full Account No.: 01-00143882** | | | 03-25-2009 <br><br> **2636 North Lincoln LLC - Scavenger/Refuse Removal** | | X | | $157.64 |

Sheet no. **216** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $    **344.01**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
                    **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**   3882 <br><br> **Flood Brothers Disposal** <br> **49 S. Quentin Rd.** <br> **Palatine, IL 60067-5938** <br> **Full Account No.: 01-00143882** | | | **05-20-2009** <br><br> **2636 North Lincoln LLC - Scavenger/Refuse Removal** | | X | | **$164.00** |
| **ACCOUNT NO.**   3882 <br><br> **Flood Brothers Disposal** <br> **49 S. Quentin Rd.** <br> **Palatine, IL 60067-5938** <br> **Full Account No.: 01-00143882** | | | **05-20-2009** <br><br> **2636 North Lincoln LLC - Scavenger/Refuse Removal** | | X | | **$13.94** |
| **ACCOUNT NO.**   3882 <br><br> **Flood Brothers Disposal** <br> **49 S. Quentin Rd.** <br> **Palatine, IL 60067-5938** <br> **Full Account No.: 01-00143882** | | | **07-01-2009** <br><br> **2636 North Lincoln LLC - Scavenger/Refuse Removal** | | X | | **$10.50** |
| **ACCOUNT NO.**   3882 <br><br> **Flood Brothers Disposal** <br> **49 S. Quentin Rd.** <br> **Palatine, IL 60067-5938** <br> **Full Account No.: 01-00143882** | | | **06-17-2009** <br><br> **2636 North Lincoln LLC - Scavenger/Refuse Removal** | | X | | **$164.00** |

Sheet no. **217** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $         **352.44**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,     Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 3882 <br><br> **Flood Brothers Disposal** **49 S. Quentin Rd.** **Palatine, IL 60067-5938** **Full Account No.: 01-00143882** | | | 06-17-2009 <br><br> **2636 North Lincoln LLC - Scavenger/Refuse Removal** | | X | | $15.58 |
| **ACCOUNT NO.** 3882 <br><br> **Flood Brothers Disposal** **49 S. Quentin Rd.** **Palatine, IL 60067-5938** **Full Account No.: 01-00143882** | | | 04-22-2009 <br><br> **2636 North Lincoln LLC - Scavenger/Refuse Removal** | | X | | $5.00 |
| **ACCOUNT NO.** 3882 <br><br> **Flood Brothers Disposal** **49 S. Quentin Rd.** **Palatine, IL 60067-5938** **Full Account No.: 01-00143882** | | | 06-17-2009 <br><br> **2636 North Lincoln LLC - Scavenger/Refuse Removal** | | X | | $25.00 |
| **ACCOUNT NO.** 3882 <br><br> **Flood Brothers Disposal** **49 S. Quentin Rd.** **Palatine, IL 60067-5938** **Full Account No.: 01-00143882** | | | 07-01-2009 <br><br> **2636 North Lincoln LLC - Scavenger/Refuse Removal** | | X | | $24.00 |

Sheet no. **218** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $      **69.58**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,    Case No. _____

    **Debtor**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Flying Carpet Sales & Service** <br> **5030 W. 79th St.** <br> **Burbank, IL 60459** | | | 03-28-2009 <br><br> **2845-2901 North Halsted LLC- Carpet** | | X | | $1,454.76 |
| **ACCOUNT NO.** <br><br> **Flying Carpet Sales & Service** <br> **5030 W. 79th St.** <br> **Burbank, IL 60459** | | | 04-14-2009 <br><br> **Castlepoint Peoria, L.L.C. - Carpet** | | X | | $1,869.58 |
| **ACCOUNT NO.**  001C <br><br> **Foxdale Bank** <br> **1140 W. Spring St.** <br> **South Elgin, IL 60177** <br> **Full Account No.: 00010001584 09001C** | | | **Second Mortgage** | | X | | $106,378.99 |
| **ACCOUNT NO.** <br><br> **Fred Fleischbein/Sharon Olson** <br> **c/o Michael Steigmann** <br> **70 W. Madison St., Ste. 5050** <br> **Chicago, IL 60602** | | | **Loan to 2628 N Halsted LLC** | | X | | $44,645.02 |

Sheet no. **219** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    154,348.35

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,      Case No. _____
            **Debtor**                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Fred L. Goldman** <br> **3613 Palm Canyon Dr.** <br> **Northbrook, IL 60062** | | | **Loan to Duo Equities LLC** | | X | | **$20,000.00** |
| **ACCOUNT NO.** <br><br> **Frederick Kidd** <br> **3758 N. Fremont #1** <br> **Chicago, IL 60613** | | | **12-01-2008** <br><br> **723-25 West Diversey LLC - Prepaid Draw Invoices** | | X | | **$2,825.00** |
| **ACCOUNT NO.** <br><br> **Frederick Kidd** <br> **3758 N. Fremont #1** <br> **Chicago, IL 60613** | | | **08-15-2008** <br><br> **456 W. Briar Plc LLC - Advertising/Marketing** | | X | | **$1,710.00** |
| **ACCOUNT NO.** <br><br> **Frederick Kidd** <br> **3758 N. Fremont #1** <br> **Chicago, IL 60613** | | | **08-27-2008** <br><br> **456 W. Briar Plc LLC - Advertising/Marketing** | | X | | **$1,460.00** |

Sheet no. **220** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **25,995.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,     Case No. _____
                **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Frederick Kidd** <br> **3758 N. Fremont #1** <br> **Chicago, IL 60613** | | | 08-28-2008 <br><br> **456 W. Briar Plc LLC - Advertising/Marketing** | | X | | $407.50 |
| **ACCOUNT NO.** <br><br> **Frederick Kidd** <br> **3758 N. Fremont #1** <br> **Chicago, IL 60613** | | | 09-22-2008 <br><br> **456 W. Briar Plc LLC - Advertising/Marketing (BP815)** | | X | | $675.50 |
| **ACCOUNT NO.** <br><br> **Frederick Kidd** <br> **3758 N. Fremont #1** <br> **Chicago, IL 60613** | | | 02-26-2009 <br><br> **723-25 West Diversey LLC - Advertising/Marketing 723 Diversey** | | X | | $141.00 |
| **ACCOUNT NO.** <br><br> **Frederick Kidd** <br> **3758 N. Fremont #1** <br> **Chicago, IL 60613** | | | 10-12-2008 <br><br> **456 W. Briar Plc LLC - Advertising/Marketing** | | X | | $146.00 |

Sheet no. __221__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **1,370.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Frederick Kidd<br>3758 N. Fremont #1<br>Chicago, IL 60613 | | | 02-26-2009<br><br>2530 N. Ashland - Advertising/Marketing | | X | | $35.00 |
| **ACCOUNT NO.**<br><br>Frederick Kidd<br>3758 N. Fremont #1<br>Chicago, IL 60613 | | | 09-22-2008<br><br>2923-2925 North Lincoln LLC-Advertising/Marketing The Chelsea | | X | | $1,966.50 |
| **ACCOUNT NO.**<br><br>Frederick Kidd<br>3758 N. Fremont #1<br>Chicago, IL 60613 | | | 01-05-2009<br><br>456 W. Briar Plc LLC - Advertising/Marketing | | X | | $766.00 |
| **ACCOUNT NO.**<br><br>Frederick Kidd<br>3758 N. Fremont #1<br>Chicago, IL 60613 | | | 03-23-2009<br><br>2522-2530 North Ashland LLC - Advertising/Marketing | | X | | $37.00 |

Sheet no. **222** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **2,804.50**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,    Case No. _____
                **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Frederick Kidd 3758 N. Fremont #1 Chicago, IL 60613 | | | 02-02-2009 456 W. Briar Plc LLC - Advertising/Marketing | | X | | $326.00 |
| **ACCOUNT NO.** Frederick Kidd 3758 N. Fremont #1 Chicago, IL 60613 | | | 02-26-2009 456 W. Briar Plc LLC - Advertising/Marketing | | X | | $406.00 |
| **ACCOUNT NO.** Frederick Kidd 3758 N. Fremont #1 Chicago, IL 60613 | | | 03-23-2009 723-25 West Diversey LLC - Advertising/Marketing 723-25 W Diversey | | X | | $148.00 |
| **ACCOUNT NO.** Frederick Kidd 3758 N. Fremont #1 Chicago, IL 60613 | | | 01-05-2009 2923-2925 North Lincoln LLC-Advertising/Marketing 2923 N Lincoln | | X | | $1,174.50 |

Sheet no. **223** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $    **2,054.50**

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,        Case No. _____
             **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Frederick Kidd 3758 N. Fremont #1 Chicago, IL 60613** | | | 01-19-2009<br><br>**2923-2925 North Lincoln LLC-Advertising/Marketing 2923 N Lincoln** | | X | | $473.00 |
| **ACCOUNT NO.**<br><br>**Frederick Kidd 3758 N. Fremont #1 Chicago, IL 60613** | | | 02-01-2009<br><br>**2923-2925 North Lincoln LLC-Advertising/Marketing 2923 N Lincoln** | | X | | $467.00 |
| **ACCOUNT NO.**<br><br>**Frederick Kidd 3758 N. Fremont #1 Chicago, IL 60613** | | | 03-23-2009<br><br>**2845-2901 North Halsted LLC- Advertising/Marketing 2845-2901 N Halsted** | | X | | $240.00 |
| **ACCOUNT NO.**<br><br>**Frederick Kidd 3758 N. Fremont #1 Chicago, IL 60613** | | | 02-26-2009<br><br>**2845-2901 North Halsted LLC- Advertising/Marketing Halsted Row** | | X | | $210.00 |

Sheet no. **224** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **1,390.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re __Steven Golovan_____,      Case No. _____
                        **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Frederick Kidd 3758 N. Fremont #1 Chicago, IL 60613 | | | 12-01-2008 2845-2901 North Halsted LLC- Reimbursement for Advertising | | X | | $379.00 |
| **ACCOUNT NO.** Frederick Kidd 3758 N. Fremont #1 Chicago, IL 60613 | | | 10-28-2008 2845-2901 North Halsted LLC- Advertising/Marketing Halsted Row | | X | | $299.00 |
| **ACCOUNT NO.** Frederick Kidd 3758 N. Fremont #1 Chicago, IL 60613 | | | 02-26-2009 2923-2925 North Lincoln LLC-Advertising | | X | | $241.00 |
| **ACCOUNT NO.** Frederick Kidd 3758 N. Fremont #1 Chicago, IL 60613 | | | 01-19-2009 456 W. Briar Plc LLC - Advertising/Marketing | | X | | $326.00 |

Sheet no.__225_ of _464_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **1,245.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,        Case No. _____
         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Frederick Kidd** <br> **3758 N. Fremont #1** <br> **Chicago, IL 60613** | | | **03-23-2009** <br><br> **2724-2730 North Ashland LLC - Advertising/Marketing** | | X | | $1,202.86 |
| **ACCOUNT NO.** <br><br> **Frederick Kidd** <br> **3758 N. Fremont #1** <br> **Chicago, IL 60613** | | | **12-01-2008** <br><br> **2923-2925 North Lincoln LLC-Advertising/Marketing The Chelsea** | | | | $668.50 |
| **ACCOUNT NO.** <br><br> **Frederick Kidd** <br> **3758 N. Fremont #1** <br> **Chicago, IL 60613** | | | **03-23-2009** <br><br> **2923-2925 North Lincoln LLC-Advertising/Marketing** | | X | | $284.00 |
| **ACCOUNT NO.** <br><br> **Frederick Kidd** <br> **3758 N. Fremont #1** <br> **Chicago, IL 60613** | | | **12-01-2008** <br><br> **456 W. Briar Plc LLC - Advertising/Marketing** | | X | | $440.00 |

Sheet no. __226__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $      **2,595.36**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
  **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**G&L General Contractor, Inc.**<br>**104 Creek Court**<br>**Prospect Heights, IL 60070** | | | **05-06-2009**<br><br>**Castlepoint Peoria, L.L.C. - Painting** | | X | | **$3,000.00** |
| **ACCOUNT NO.**<br><br>**G&L General Contractor, Inc.**<br>**104 Creek Court**<br>**Prospect Heights, IL 60070** | | | **04-29-2009**<br><br>**Castlepoint Peoria, L.L.C. - Painting** | | X | | **$2,500.00** |
| **ACCOUNT NO.**<br><br>**G&L General Contractor, Inc.**<br>**104 Creek Court**<br>**Prospect Heights, IL 60070** | | | **10-22-2008**<br><br>**4716 Beacon LLC - Gen'l Building Maintenance: 4724 #3E Repair & Clean Unit** | | X | | **$2,881.40** |
| **ACCOUNT NO.**<br><br>**G&L General Contractor, Inc.**<br>**104 Creek Court**<br>**Prospect Heights, IL 60070** | | | **04-15-2009**<br><br>**2845-2901 North Halsted LLC- 2 Sets of Oak Stairs** | | X | | **$2,665.00** |

Sheet no. **227** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $    **11,046.40**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,     Case No. _____
                    **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**G&L General Contractor, Inc. 104 Creek Court Prospect Heights, IL 60070** | | | 04-20-2009<br><br>**456 W. Briar Plc LLC - Basic Site Material Supplies Handles** | | X | | $472.50 |
| **ACCOUNT NO.**<br><br>**G&L General Contractor, Inc. 104 Creek Court Prospect Heights, IL 60070** | | | 05-04-2009<br><br>**456 W. Briar Plc LLC - Carpentry Install Doors** | | X | | $250.00 |
| **ACCOUNT NO.**<br><br>**G&L General Contractor, Inc. 104 Creek Court Prospect Heights, IL 60070** | | | 09-18-2008<br><br>**2524 N Ashland - Trim, Labor, Finish Carpentry** | | X | | $2,150.00 |
| **ACCOUNT NO.**<br><br>**G&L General Contractor, Inc. 104 Creek Court Prospect Heights, IL 60070** | | | 02-20-2009<br><br>**2522-2530 North Ashland LLC - Basic Site Material Supplies, Reimb. for Handles** | | X | | $1,512.00 |

Sheet no. __228__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **4,384.50**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,        Case No. _____
              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**G&L General Contractor, Inc.**<br>**104 Creek Court**<br>**Prospect Heights, IL 60070** | | | **09-18-2008**<br><br>**2530 N Ashland - Trim, Labor, Finish Carpentry** | | X | | **$2,150.00** |
| **ACCOUNT NO.**<br><br>**G&L General Contractor, Inc.**<br>**104 Creek Court**<br>**Prospect Heights, IL 60070** | | | **05-21-2009**<br><br>**2845-2901 North Halsted LLC- Wood Floors-Final** | | | | **$6,426.00** |
| **ACCOUNT NO.**<br><br>**Gem Property Developers**<br>**7546 W. Howard**<br>**Niles, IL 60714** | | | **04-23-2009**<br><br>**2845-2901 North Halsted LLC- Granite Countertops** | | X | | **$18,503.50** |
| **ACCOUNT NO.**<br><br>**Gem Property Developers**<br>**7546 W. Howard**<br>**Niles, IL 60714** | | | **05-13-2009**<br><br>**3323 North Seminary I LLC - Granite Countertops/Fireplace Surround Granite** | | X | | **$6,300.00** |

Sheet no. **229** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **33,379.50**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____ ,     Case No. _____
  **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Gem Property Developers**<br>**7546 W. Howard**<br>**Niles, IL 60714** | | | 06-05-2008<br><br>**2522-2530 North Ashland LLC - 2522-2530 N Ashland Countertops/FP Surr-Granite** | | X | | $29,700.00 |
| **ACCOUNT NO.**<br><br>**Gem Property Developers**<br>**7546 W. Howard**<br>**Niles, IL 60714** | | | 06-05-2008<br><br>**2522-2530 North Ashland LLC - 2522-2530 N Ashland Countertops/FP Surr-Granite** | | X | | $18,700.00 |
| **ACCOUNT NO.**<br><br>**Gem Property Developers**<br>**7546 W. Howard**<br>**Niles, IL 60714** | | | 01-29-2009<br><br>**2921 Lincoln 402 Countertops** | | X | | $4,200.00 |
| **ACCOUNT NO.**    **8009**<br><br>**Globalcom Inc.**<br>**P.O. Box 71-5248**<br>**Columbus, OH 43271-5248**<br>**Full Account No.: 1010018009** | | | 01-06-2010<br><br>**Chicago Graystone Realty LLC - Telephone** | | X | | $3,739.48 |

Sheet no.__**230**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $     **56,339.48**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,     Case No. _____
                **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    6024** <br><br> **Globalcom Inc.** <br>**P.O. Box 71-5248** <br>**Columbus, OH 43271-5248** <br>**Full Account No.: 10016024** | | | **01-12-2010** <br><br> **Chicago Graystone Realty LLC - Telephone** | | X | | **$2,978.62** |
| **ACCOUNT NO.    8009** <br><br> **Globalcom Inc.** <br>**P.O. Box 71-5248** <br>**Columbus, OH 43271-5248** <br>**Full Account No.: 1010018009** | | | **11-07-2009** <br><br> **Chicago Graystone Realty LLC - Telephone** | | X | | **$757.89** |
| **ACCOUNT NO.    ST01** <br><br> **Grand Appliance, Inc.** <br>**1300 W. North Ave.** <br>**Chicago, IL 60642** <br>**Full Account No.: HCCAST01** | | | **09-16-2008** <br><br> **2522-2530 North Ashland LLC - Appliances** | | X | | **$1,217.68** |
| **ACCOUNT NO.    ST01** <br><br> **Grand Appliance, Inc.** <br>**1300 W. North Ave.** <br>**Chicago, IL 60642** <br>**Full Account No.: HCCAST01** | | | **09-16-2008** <br><br> **2522-2530 North Ashland LLC - Appliances** | | X | | **$4,230.80** |

Sheet no. **231** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **9,184.99**

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,        Case No. _____
         **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ST01<br><br>Grand Appliance, Inc.<br>1300 W. North Ave.<br>Chicago, IL 60642<br>Full Account No.: HCCAST01 | | | 09-16-2008<br><br>2522-2530 North Ashland LLC - Appliances | | X | | $1,217.68 |
| ACCOUNT NO.  ST01<br><br>Grand Appliance, Inc.<br>1300 W. North Ave.<br>Chicago, IL 60642<br>Full Account No.: HCCAST01 | | | 09-16-2008<br><br>2522-2530 North Ashland LLC - Appliances | | X | | $2,422.83 |
| ACCOUNT NO.  ST01<br><br>Grand Appliance, Inc.<br>1300 W. North Ave.<br>Chicago, IL 60642<br>Full Account No.: HCCAST01 | | | 09-16-2008<br><br>2522-2530 North Ashland LLC - Appliances | | X | | $2,442.83 |
| ACCOUNT NO.  ST01<br><br>Grand Appliance, Inc.<br>1300 W. North Ave.<br>Chicago, IL 60642<br>Full Account No.: HCCAST01 | | | 09-16-2008<br><br>2522-2530 North Ashland LLC - Appliances | | X | | $2,016.97 |

Sheet no. __232__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **8,100.31**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,     Case No. _____
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Grand Appliance, Inc.** <br>**1300 W. North Ave.** <br>**Chicago, IL 60642** | | | 09-25-2008 <br><br> **2522 N Ashland - Appliances** | | X | | $2,213.83 |
| **ACCOUNT NO.** <br><br> **Grand Appliance, Inc.** <br>**1300 W. North Ave.** <br>**Chicago, IL 60642** | | | 09-29-2008 <br><br> **2522 N Ashland - Appliances** | | X | | $408.74 |
| **ACCOUNT NO.**      7323 <br><br> **Grants Appliances Electronics** <br>**2647 N. Elston** <br>**Chicago, IL 60647** <br>**Full Account No.: 36747323** | | | 11-20-2008 <br><br> **2923-2925 North Lincoln LLC-Appliances** | | X | | $1,227.35 |
| **ACCOUNT NO.** <br><br> **Grants Appliances Electronics** <br>**2647 N. Elston** <br>**Chicago, IL 60647** | | | 02-13-2009 <br><br> **456 W. Briar Plc LLC - Appliances** | | X | | $14,442.88 |

Sheet no.__**233**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **18,292.80**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,       Case No. _____
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.   0039**<br><br>**GRM Information Management Service 88044 Expedite Way Chicago, IL 60695-0001 Full Account No.: 05100039** | | | **11-01-2008**<br><br>**Active Equities Holdings LLC - Office Supplies** | | X | | $140.31 |
| **ACCOUNT NO.   0039**<br><br>**GRM Information Management Service 88044 Expedite Way Chicago, IL 60695-0001 Full Account No.: 05100039** | | | **11-01-2008**<br><br>**AE Funding II LLC - Office Supplies** | | X | | $22.63 |
| **ACCOUNT NO.   0039**<br><br>**GRM Information Management Service 88044 Expedite Way Chicago, IL 60695-0001 Full Account No.: 05100039** | | | **11-01-2008**<br><br>**CBE Group, L.L.C. - Office Supplies** | | X | | $13.58 |
| **ACCOUNT NO.   0039**<br><br>**GRM Information Management Service 88044 Expedite Way Chicago, IL 60695-0001 Full Account No.: 05100039** | | | **11-01-2008**<br><br>**Chicago Graystone Realty LLC - Office Supplies** | | X | | $45.26 |

Sheet no. **234** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **221.78**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,   Case No. _____
        **Debtor**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 0039 <br> **GRM Information Management Service 88044 Expedite Way Chicago, IL 60695-0001 Full Account No.: 05100039** | | | **11-01-2008** <br> **Castlebar Enterprises, Inc. - Office Supplies** | | X | | $113.15 |
| **ACCOUNT NO.** 0039 <br> **GRM Information Management Service 88044 Expedite Way Chicago, IL 60695-0001 Full Account No.: 05100039** | | | **11-01-2008** <br> **AE Funding II LLC - Office Supplies** | | X | | $27.16 |
| **ACCOUNT NO.** 0039 <br> **GRM Information Management Service 88044 Expedite Way Chicago, IL 60695-0001 Full Account No.: 05100039** | | | **11-01-2008** <br> **Duo Equities LLC - Office Supplies** | | X | | $31.68 |
| **ACCOUNT NO.** 0039 <br> **GRM Information Management Service 88044 Expedite Way Chicago, IL 60695-0001 Full Account No.: 05100039** | | | **11-01-2008** <br> **Trio Equities Holdings, LLC - Office Supplies** | | X | | $58.84 |

Sheet no. **235** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $   **230.83**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,   Case No. _____
    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Guadalupe Flores** <br> **5648 S. Troy** <br> **Chicago, IL 60629** | | | **02-24-2009** <br><br> **Castlebar Enterprises, Inc. - Feb 2009 Phone Reimbursement** | | X | | $60.00 |
| **ACCOUNT NO.** <br><br> **Guadalupe Flores** <br> **5648 S. Troy** <br> **Chicago, IL 60629** | | | **02-05-2009** <br><br> **Castlebar Enterprises, Inc. - Telephone Expense** | | X | | $60.00 |
| **ACCOUNT NO.** <br><br> **Gutierrez Landscaping Services, Inc.** <br> **3311 S. Leavitt St.** <br> **Chicago, IL 60608** | | | **08-12-2008** <br><br> **2524 N Ashland - Landscaping, Lawns & Grass** | | X | | $3,200.00 |
| **ACCOUNT NO.** <br><br> **Gutierrez Landscaping Services, Inc.** <br> **3311 S. Leavitt St.** <br> **Chicago, IL 60608** | | | **04-09-2009** <br><br> **2845-2901 North Halsted LLC- Pavers-Roof Patios** | | X | | $5,440.00 |

Sheet no. __236__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **8,760.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,      Case No. _____
   **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **H.M. Witt & Co. Signs** <br> **3313 W. Newport Ave.** <br> **Chicago, IL 60618** | | | **08-05-2008** <br><br> **456 W. Briar Plc LLC -** <br> **Advertising/Marketing** | | X | | **$841.00** |
| **ACCOUNT NO.** <br><br> **Hamilton Street** | | | | | | | **$0.00** |
| **ACCOUNT NO.     5328** <br><br> **Harris Bank** <br> **111 W. Monroe** <br> **Chicago, IL 60603** <br> **Full Account No.: 8500305328** | | | **1st Mortgage Payalbe-632** <br> **Schubert** | | X | | **$1,400,000.00** |
| **ACCOUNT NO.     2485** <br><br> **Harris Bank** <br> **111 W. Monroe** <br> **Chicago, IL 60603** <br> **Full Account No.: 8500332485** | | | **Mortgage** | | X | | **$391,808.54** |

Sheet no. **237** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **1,792,649.54**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,        Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 7180<br><br>Harris Bank<br>111 W. Monroe<br>Chicago, IL 60603<br>Full Account No.: 4300077180 | X | | 11-30-2007<br><br>**Second Mortgage-632 Schubert Ave. W, Chicago, IL 60614-1506** | | | | $200,000.00 |
| **ACCOUNT NO.** 7012<br><br>Harris Bank<br>111 W. Monroe<br>Chicago, IL 60603<br>Full Account No.: 8500307012 | | | **1st Mortgage Payable-Unit 1** | | X | | $380,000.00 |
| **ACCOUNT NO.**<br><br>Harris Bank<br>111 W. Monroe<br>Chicago, IL 60603 | | | **Mortgage Payable** | | X | | $313,317.00 |
| **ACCOUNT NO.** 9793<br><br>Harris Bank<br>111 W. Monroe<br>Chicago, IL 60603<br>Full Account No.: 8500309793 | | | **1st Mortgage Payable-Unit 2** | | X | | $348,000.00 |

Sheet no. **238** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,241,317.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,     Case No. _____
               **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Harris Bank 111 W. Monroe Chicago, IL 60603 | | | **Mortgage Payable** | | X | | $650,000.00 |
| **ACCOUNT NO.** Harris Bank 111 W. Monroe Chicago, IL 60603 | | | **Mortgage Payable** | | X | | $313,192.00 |
| **ACCOUNT NO.** Harris Bank 111 W. Monroe Chicago, IL 60603 | | | | | X | | $13,000,000.00 |
| **ACCOUNT NO.** 9832 Harris Bank 111 W. Monroe Chicago, IL 60603 Full Account No.: 8500309832 | | | **1st Mortgage Payable-Unit 3** | | X | | $456,000.00 |

Sheet no. __239__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ **14,419,192.00**

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,          Case No. _____

　　　　　　**Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**　　　E+13<br><br>Harris Bank<br>2510 S. Alpine<br>Rockford, IL 61108<br>Full Account No.: 6.1586E+13 | | | **Construction Loan-Amcore Bank** | | X | | **$1,451,463.00** |
| **ACCOUNT NO.**　　　7180<br><br>Harris Bank<br>111 W. Monroe<br>Chicago, IL 60603<br>Full Account No.: 4300077180 | | | **LOC Drawn** | | X | | **$200,000.00** |
| **ACCOUNT NO.**　　　1053<br><br>Harris Bank<br>111 W. Monroe<br>Chicago, IL 60603<br>Full Account No.: 8500201053 | | | **1st Mortgage - 7028 Ridge #1S** | | X | | **$313,028.11** |
| **ACCOUNT NO.**　　　E+13<br><br>Harris Bank<br>2510 S. Alpine<br>Rockford, IL 61108<br>Full Account No.: 6.1024E+13 | | | **Construction Loan-Amcore Bank** | | X | | **$5,061,321.84** |

Sheet no. **240** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶　$　**7,025,812.95**

Total▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,     Case No. _____

_____**Debtor**_____                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**     E+13 <br><br> **Harris Bank** <br>**2510 S. Alpine** <br>**Rockford, IL 61108** <br>**Full Account No.: 5.8827E+13** | | | **Amcor LOC** | | X | | $334,656.23 |
| **ACCOUNT NO.** <br><br> **Harris Bank** <br>**111 W. Monroe** <br>**Chicago, IL 60603** | | | **Mortgage Payable** | | X | | $313,326.00 |
| **ACCOUNT NO.**     4398 <br><br> **Harris Bank** <br>**111 W. Monroe** <br>**Chicago, IL 60603** <br>**Full Account No.: 8500254398** | | | **Mortgage Payable-1601A #2C** | | X | | $350,883.42 |
| **ACCOUNT NO.**     9710 <br><br> **Harris N.A.** <br>**BMO-Harris BAnk** <br>**Attn:Legal Services** <br>**111 W. Monroe St.** <br>**Chicago, IL 60607** | | | **Mortgage Payable-2nd** | | X | | $80,465.17 |

Sheet no. **241** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $   **1,079,330.82**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,    Case No. _____
        **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    2472<br><br>**Harris, N.A.**<br>**3800 Golf Rd., Ste. 300**<br>**Rolling Meadows, IL 60008**<br>**Full Account No.: 8500332472** | | | **1st Mortgage Payable-1938 Cleveland** | | X | | **$918,085.00** |
| **ACCOUNT NO.**    3975<br><br>**Harris, N.A.**<br>**3800 Golf Rd., Suite 300**<br>**Rolling Meadows, IL 60008**<br>**Full Account No.: 8500253975** | | | **1st Mortgage-3433 Janssen #3** | | X | | **$174,630.00** |
| **ACCOUNT NO.**    3933<br><br>**Harris, N.A.**<br>**3800 Golf Rd., Ste. 300**<br>**Rolling Meadows, IL 60008**<br>**Full Account No.: 8500253933** | | | **1st Mortgage-3433 Janssen #2** | | X | | **$174,630.00** |
| **ACCOUNT NO.**    5045<br><br>**Harris, N.A.**<br>**3800 Golf Rd., Ste. 300**<br>**Rolling Meadows, IL 60008**<br>**Full Account No.: 8500235045** | | | **1st Mortgage-3433 Jannsen #1** | | X | | **$174,622.00** |

Sheet no. **242** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **1,441,967.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,        Case No. _____
      **Debtor**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**     9710<br>**Harris, N.A.**<br>**BMO-Harris Bank**<br>**Attn: Legal Services**<br>**111 W. Monroe St.**<br>**Chicago, IL 60607**<br>**Full Account No.: 4300049710** | | | **LOC - 3616 Bosworth** | | X | | $80,085.00 |
| **ACCOUNT NO.**     4978<br>**Harris, N.A.**<br>**3800 Golf Rd., Ste. 300**<br>**Rolling Meadows, IL 60008**<br>**Full Account No.: 8500234978** | | | **1st Mortgage Payable-1136 Wrightwood** | | X | | $606,780.00 |
| **ACCOUNT NO.**     3988<br>**Harris, N.A.**<br>**3800 Golf Rd., Suite 300**<br>**Rolling Meadows, IL 60008**<br>**Full Account No.: 8500253988** | | | **1st Mortgage-3616 Bosworth #2** | | X | | $183,998.00 |
| **ACCOUNT NO.**     3052<br>**Harris, N.A.**<br>**BMO-Harris Bank**<br>**Attn: Legal Services**<br>**111 W. Monroe St.**<br>**Rolling Meadows, IL 60008**<br>**Full Account No.: 4300053052** | | | **LOC - 3433 Jannsen #____** | | X | | $80,065.00 |

Sheet no. **243** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **950,928.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4411 <br><br> Harris, N.A. <br> 380 Golf Rd., Ste. 300 <br> Rolling Meadows, IL 60008 <br> Full Account No.: 8500254411 | | | Mortgage Payable-1601 A #4A | | X | | $375,785.00 |
| ACCOUNT NO. 3596 <br><br> Harris, N.A. <br> 3800 Golf Rd., Ste. 300 <br> Rolling Meadows, IL 60008 <br> Full Account No.: 4300043596 | | | LOC - 3433 Jannsen #____ | | X | | $50,127.00 |
| ACCOUNT NO. 5074 <br><br> Harris, N.A. <br> 3800 Golf Rd., Suite 300 <br> Rolling Meadows, IL 60008 <br> Full Account No.: 8500235074 | | | 1st Mortgage-3616 Bosworth #1 | | X | | $183,526.00 |
| ACCOUNT NO. 4994 <br><br> Harris, N.A. <br> 3800 Golf Rd., Ste. 300 <br> Rolling Meadows, IL 60008 <br> Full Account No.: 8500234994 | | | 1st Mortgage Payable-1134 Wrightwood | | X | | $606,780.00 |

Sheet no. **244** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,216,218.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,  Case No. _____
　　　　　　**Debtor**  　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 6999 <br><br> **Harris, N.A.** <br>**3800 Golf Rd., Ste. 300** <br>**Rolling Meadows, IL 60008** <br>**Full Account No.: 8500226999** | | | **Mortgage Payable-1st** | | X | | **$2,545,909.00** |
| **ACCOUNT NO.** 2980 <br><br> **Harris, N.A.** <br>**3800 Golf Rd., Ste. 300** <br>**Rolling Meadows, IL 60008** <br>**Full Account No.: 8500332980** | | | **Mortgage-2E** | | X | | **$353,658.00** |
| **ACCOUNT NO.** 2469 <br><br> **Harris, N.A.** <br>**3800 Golf Rd., Ste. 300** <br>**Rolling Meadows, IL 60008** <br>**Full Account No.: 8500332469** | | | **1st Mortgage Payable-1137 Wrightwood** | | X | | **$556,585.00** |
| **ACCOUNT NO.** <br><br> **Harrison & Held LLP** <br>**333 W. Wacker Dr., Ste. 1700** <br>**Chicago, IL 60606** | | | **Legal Fees re: Bridgeview Bank** | | X | | **Unknown** |

Sheet no. **245** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **3,456,152.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,    Case No. _____
            **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    9132 <br><br>Harrison & Held, LLP<br>333 W. Wacker Dr., Ste. 1700<br>Chicago, IL 60606<br>Full Account No.: 39132 | | | Legal Services-Development/Sale of Units 755 W. Paulina, Chicago | | X | | $6,737.40 |
| ACCOUNT NO.    9130 <br><br>Harrison & Held, LLP<br>333 W. Wacker Dr., Ste. 1700<br>Chicago, IL 60606<br>Full Account No.: 39130 | | | Legal Services-Sale of 1655-59 Chicago Ave. | | X | | $1,700.00 |
| ACCOUNT NO.    9131 <br><br>Harrison & Held, LLP<br>333 W. Wacker Dr., Ste. 1700<br>Chicago, IL 60606<br>Full Account No.: 39131 | | | Legal Services-Sale of 2454 Ashland | | X | | $19,350.00 |
| ACCOUNT NO.    9335 <br><br>Harvard Savings Bank<br>1400 N. Division St.<br>Harvard, IL 60033<br>Full Account No.: 10049343 & 01-10049335 | | | Mortgage Payable-2nd | | X | | $183,659.97 |

Sheet no. **246** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $    211,447.37

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,        Case No. _____
    **Debtor**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 9350 <br><br> **Harvard Savings Bank** <br> **1400 N. Division St.** <br> **Harvard, IL 60033** <br> **Full Account No.: 01-10049350** | | | **Mortgage Payable-2nd** | | X | | **$172,775.52** |
| **ACCOUNT NO.** 9335 <br><br> **Harvard Savings Bank** <br> **1400 N. Division St.** <br> **Harvard, IL 60033** <br> **Full Account No.: 01-10049335** | | | **Mortgage Payable-2nd** | | X | | **$279,801.12** |
| **ACCOUNT NO.** <br><br> **Heneghan Tile LLC** <br> **4717 North Sayre** <br> **Harwood Heights, IL 60706** | | | **06-20-2008** <br><br> **2522-2530 North Ashland LLC - Tile, Flooring, Walls** | | X | | **$42,500.00** |
| **ACCOUNT NO.** <br><br> **Heneghan Tile LLC** <br> **4717 North Sayre** <br> **Harwood Heights, IL 60706** | | | **04-24-2009** <br><br> **2845-2901 North Halsted LLC- Tile** | | X | | **$42,000.00** |

Sheet no. **247** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **537,076.64**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,          Case No. _____
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Hilerie Sher**<br>**8642 Chevy Chase Dr.**<br>**Boca Raton, FL 33433** | | | **Loan to Duo Equities LLC** | | X | | **$75,000.00** |
| **ACCOUNT NO.**<br><br>**Hipoint Technology Services Inc.**<br>**5533 Lincoln Ave.**<br>**Morton Grove, IL 60053** | | | **01-30-2010**<br><br>**Madison 1224, LLC - Internet Service Fee-Feb** | | X | | **$1,100.00** |
| **ACCOUNT NO.**<br><br>**Home Carpet One**<br>**3065-75 N. Lincoln Ave.**<br>**Chicago, IL 60657** | | | **06-26-2008**<br><br>**2923-2925 North Lincoln LLC-Carpet 2921 N Lincoln** | | X | | **$2,908.41** |
| **ACCOUNT NO.**<br><br>**Home Carpet One**<br>**3065-75 N. Lincoln Ave.**<br>**Chicago, IL 60657** | | | **02-18-2009**<br><br>**456 W. Briar Plc LLC - Carpet** | | X | | **$147.05** |

Sheet no. **248** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $    79,155.46

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,        Case No. _____
         **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Home Carpet One**<br>**3065-75 N. Lincoln Ave.**<br>**Chicago, IL 60657** | | | **06-02-2008**<br><br>**2522-2530 North Ashland LLC - Carpet** | | X | | $1,967.01 |
| **ACCOUNT NO.**<br><br>**Home Carpet One**<br>**3065-75 N. Lincoln Ave.**<br>**Chicago, IL 60657** | | | **06-02-2008**<br><br>**2522-2530 North Ashland LLC - Carpet** | | X | | $3,615.66 |
| **ACCOUNT NO.**<br><br>**Home Carpet One**<br>**3065-75 N. Lincoln Ave.**<br>**Chicago, IL 60657** | | | **07-11-2008**<br><br>**2923-2925 North Lincoln LLC-Carpet 2927 N Lincoln** | | X | | $2,611.07 |
| **ACCOUNT NO.**<br><br>**Homerun Technology, LLC**<br>**3025 N. Lincoln Ave.**<br>**Chicago, IL 60657** | | | **05-22-2008**<br><br>**2522-2530 North Ashland LLC - Pre-Wire Low Voltage Dist** | | X | | $9,625.96 |

Sheet no. **249** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **17,819.70**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Steven Golovan** _____,          Case No. _____
        **Debtor**          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Homerun Technology, LLC <br> 3025 N. Lincoln Ave. <br> Chicago, IL 60657 | | | **11-06-2008** <br><br> **2522 N Ashland - Intercom** | | X | | $2,409.20 |
| **ACCOUNT NO.** <br><br> Homerun Technology, LLC <br> 3025 N. Lincoln Ave. <br> Chicago, IL 60657 | | | **10-09-2008** <br><br> **2522 N Ashland - Pre-Wire, Low Voltage Dist** | | X | | $3,350.00 |
| **ACCOUNT NO.** <br><br> Homerun Technology, LLC <br> 3025 N. Lincoln Ave. <br> Chicago, IL 60657 | | | **04-09-2009** <br><br> **1712 N Halsted, LLC- Pre-Wire-Low Voltage Dist. Prewire** | | X | | $1,425.00 |
| **ACCOUNT NO.** <br><br> Howard Ellis <br> 1503 N. Cleveland LLC <br> c/o Bohdanna Golovan, Reg. Agent <br> 2636 N. Lincoln <br> Chicago, IL 60614 | | | **Loan to AE Funding II LLC** | | X | | $250,000.00 |

Sheet no. __250__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $    **257,184.20**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,    Case No. _____
        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    2739 **Hyde Park Bank** **1525 E. 53rd St.** **Chicago, IL 60615** **Full Account No.: 1142739** | | | **LOC** | | X | | $383,660.60 |
| **ACCOUNT NO.** **Idlewood Electric Supply** **114 Skokie Valley Rd.** **Highland Park, IL 60035-4495** | | | **05-07-2009** **3247 North Seminary-Lighting Fixtures 2S** | | X | | $695.49 |
| **ACCOUNT NO.** **Idlewood Electric Supply** **114 Skokie Valley Rd.** **Highland Park, IL 60035-4495** | | | **05-15-2009** **2845-2901 North Halsted LLC- Lighting Fixtures** | | X | | $2,228.20 |
| **ACCOUNT NO.** **Idlewood Electric Supply** **114 Skokie Valley Rd.** **Highland Park, IL 60035-4495** | | | **01-22-2009** **456 W. Briar Plc LLC - Electric Fixtures - Lighting** | | X | | $239.79 |

Sheet no.__**251**_ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    386,824.08

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,          Case No. _____
              **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Idlewood Electric Supply 114 Skokie Valley Rd. Highland Park, IL 60035-4495** | | | **05-14-2009** <br><br> **2845-2901 North Halsted LLC- Commissions-Broker O/S Fixtures** | | X | | $102.49 |
| **ACCOUNT NO.** <br><br> **Idlewood Electric Supply 114 Skokie Valley Rd. Highland Park, IL 60035-4495** | | | **02-19-2009** <br><br> **Chicago 1651, L.L.C. - Lighting Fixtures-All Units** | | X | | $1,293.67 |
| **ACCOUNT NO.** <br><br> **Idlewood Electric Supply 114 Skokie Valley Rd. Highland Park, IL 60035-4495** | | | **03-17-2009** <br><br> **2724-2730 North Ashland LLC - Unit 3 Electrical Fixtures** | | X | | $163.17 |
| **ACCOUNT NO.** <br><br> **Idlewood Electric Supply 114 Skokie Valley Rd. Highland Park, IL 60035-4495** | | | **03-17-2009** <br><br> **2724-2730 North Ashland LLC - Unit 306 Electrical Fixtures** | | X | | $81.59 |

Sheet no. **252** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **1,640.92**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,   Case No. _____
              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Idlewood Electric Supply** <br> **114 Skokie Valley Rd.** <br> **Highland Park, IL 60035-4495** | | | 05-07-2009 <br><br> 3247 North Seminary-Lighting Fixtures 2S | | X | | $228.77 |
| **ACCOUNT NO.** 9931 <br><br> **Illinois Secretary of State** <br> **Dept. of Business Services** <br> **Springfield, IL 62756** <br> **Full Account No.: 00859931** | | | 01-16-2009 <br><br> 2636 North Lincoln LLC - Filing, Trust & Misc. Fees | | X | | $250.00 |
| **ACCOUNT NO.** 5776 <br><br> **Illinois Secretary of State** <br> **Springfield, IL 62756** | | | 08-01-2009 <br><br> 4716 Beacon LLC - Trust & Filing Fees | | X | | $250.00 |
| **ACCOUNT NO.** LLC <br><br> **Illinois Secretary of State** <br> **Springfield, IL 62756** <br> **Full Account No.: 02138565 LLC** | | | 03-01-2009 <br><br> 456 W. Briar Plc LLC - Prepaid Draw Invoices | | X | | $250.00 |

Sheet no. **253** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **978.77**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
           **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**       3219<br><br>**Illinois Secretary of State<br>Dept. of Business Services<br>Springfield, IL 62756<br>Full Account No.: 014533219** | | | **03-01-2009**<br><br>**2724-2730 North Ashland LLC - Prepaid Draw Invoice** | | X | | **$250.00** |
| **ACCOUNT NO.**       3283<br><br>**Illinois Secretary of State<br>Springfield, IL 62756<br>Full Account No.: LLC File #00853283** | | | **01-01-2009**<br><br>**Ainslie-Damen LLC - Prepaid Draw Invoice** | | X | | **$250.00** |
| **ACCOUNT NO.**       6159<br><br>**Illinois Secretary of State<br>Springfield, IL 62756<br>Full Account No.: 2656159** | | | **12-01-2008**<br><br>**Ainslie-Damen LLC - Prepaid Draw Invoices** | | X | | **$250.00** |
| **ACCOUNT NO.**       3876<br><br>**Illinois Secretary of State<br>Springfield, IL 62756<br>Full Account No.: 01383876** | | | **12-01-2009**<br><br>**CG Properties LLC - Trust & Filing Fees LLC** | | X | | **$250.00** |

Sheet no. **254** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **1,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
           **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** LLC <br><br> **Illinois Secretary of State** Springfield, IL 62756 | | | 12-01-2008 <br><br> **3821 N. Wilton LLC - Prepaid Draw Invoices** | | X | | $250.00 |
| **ACCOUNT NO.** 9931 <br><br> **Illinois Secretary of State Dept. of Business Services** Springfield, IL 62756 Full Account No.: 00859931 | | | 01-16-2009 <br><br> **2636 North Lincoln LLC - LLC Late Fees** | | X | | $300.00 |
| **ACCOUNT NO.** 9169 <br><br> **Illinois Secretary of State** Springfield, IL 62756 Full Account No.: LLC #01359169 | | | 12-01-2009 <br><br> **1900 West Farwell LLC - Trust & Filing Fees** | | | | $250.00 |
| **ACCOUNT NO.** 8844 <br><br> **Illinois Secretary of State** Springfield, IL 62756 Full Account No.: 01298844 | | | 09-01-2008 <br><br> **Castlebar Enterprises, Inc. - 620 West Schubert LLC** | | X | | $250.00 |

Sheet no. **255** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **1,050.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,          Case No. _____
             **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**     4525 <br><br> **Illinois Secretary of State Dept. of Business Services Springfield, IL 62756 Full Account No.: 01614525** | | | **09-01-2008** <br><br> **2923-2925 North Lincoln LLC-General** | | X | | $250.00 |
| **ACCOUNT NO.** <br><br> **Independent Recycling Services 2401 S. Laflin St. Chicago, IL 60608** | | | **11-30-2009** <br><br> **Madison 1224, LLC - Scavenger/Refuse Removal** | | X | | $99.90 |
| **ACCOUNT NO.** <br><br> **Independent Recycling Services 2401 S. Laflin St. Chicago, IL 60608** | | | **11-30-2009** <br><br> **Madison 1224, LLC - Scavenger/Refuse Removal** | | X | | $160.08 |
| **ACCOUNT NO.** <br><br> **Independent Recycling Services 2401 S. Laflin St. Chicago, IL 60608** | | | **02-2010 - 8-2012** <br><br> **Madison 1224, LLC - Scavenger/Refuse Removal** | | X | | $8,865.00 |

Sheet no. **256** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **9,374.98**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,     Case No. _____
    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Independent Recycling Services** 2401 S. Laflin St. Chicago, IL 60608 | | | 10-31-2009 **Madison 1224, LLC - Scavenger/Refuse Removal** | | X | | $277.78 |
| **ACCOUNT NO.** **Independent Recycling Services** 2401 S. Laflin St. Chicago, IL 60608 | | | 01-31-2010 **Madison 1224, LLC - Scavenger/Refuse Removal** | | X | | $295.50 |
| **ACCOUNT NO.** **Independent Recycling Services** 2401 S. Laflin St. Chicago, IL 60608 | | | 12-31-2009 **Madison 1224, LLC - Scavenger/Refuse Removal** | | X | | $242.22 |
| **ACCOUNT NO.** **Independent Recycling Services** 2401 S. Laflin St. Chicago, IL 60608 | | | 09-30-2009 **Madison 1224, LLC - Scavenger/Refuse Removal** | | X | | $259.98 |

Sheet no. **257** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,075.48**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,      Case No. _____
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    2151** <br> **Infiniti Financial Services** <br> **P.O. Box 9001133** <br> **Louisville, KY 40290-1133** <br> **Full Account No.: 29009372151** | | | **02-06-2009** <br> **Castlebar Enterprises, Inc. - Auto Leases** | | X | | $811.38 |
| **ACCOUNT NO.** <br> **J.C. Gallagher Construction** <br> **6244 W. Waveland** <br> **Chicago, IL 60634** | | | **08-28-2008** <br> **2524 N Ashland - Decking** | | X | | $1,950.00 |
| **ACCOUNT NO.** <br> **J.C. Gallagher Construction** <br> **6244 W. Waveland** <br> **Chicago, IL 60634** | | | **08-28-2008** <br> **2524 N Ashland - Decking** | | X | | $1,950.00 |
| **ACCOUNT NO.** <br> **Jacobs/Ryan Associates** <br> **1527 N. Sandburg Terrace** <br> **Chicago, IL 60610** | | | **07-30-2008** <br> **Halsted 2646 LLC - Prepaid Draw Invoices** | | X | | $1,500.00 |

Sheet no. **258** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **6,211.38**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Jacobs/Ryan Associates<br>1527 N. Sandburg Terrace<br>Chicago, IL 60610 | | | 04-01-2009<br><br>Willow 717 LLC - Prepaid Draw Invoices:Landscape Architectural | | X | | $187.50 |
| **ACCOUNT NO.**<br><br>Jacobs/Ryan Associates<br>1527 N. Sandburg Terrace<br>Chicago, IL 60610 | | | 04-01-2009<br><br>Willow 717 LLC - Prepaid Draw Invoices:Landscape Architectural | | X | | $13.10 |
| **ACCOUNT NO.**<br><br>Jacobs/Ryan Associates<br>1527 N. Sandburg Terrace<br>Chicago, IL 60610 | | | 03-03-2009<br><br>Willow 717 LLC - Prepaid Draw Invoices:717 W. Willow | | X | | $768.00 |
| **ACCOUNT NO.**<br><br>Jacobs/Ryan Associates<br>1527 N. Sandburg Terrace<br>Chicago, IL 60610 | | | 07-01-2008<br><br>Willow 717 LLC - Prepaid Draw Invoice:717 W. Willow | | X | | $37.50 |

Sheet no. __259__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,006.10**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,    Case No. _____
                            **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Jacobs/Ryan Associates 1527 N. Sandburg Terrace Chicago, IL 60610** | | | **09-01-2008** <br><br> **Halsted 2646 LLC - Prepaid Draw Invoices** | | X | | $714.51 |
| **ACCOUNT NO.** <br><br> **Jacobs/Ryan Associates 1527 N. Sandburg Terrace Chicago, IL 60610** | | | **09-01-2008** <br><br> **Willow 717 LLC - Prepaid Draw Invoice:719 W. Willow** | | X | | $460.08 |
| **ACCOUNT NO.** <br><br> **Jacobs/Ryan Associates 1527 N. Sandburg Terrace Chicago, IL 60610** | | | **09-01-2008** <br><br> **Willow 717 LLC - Prepaid Draw Invoice:719 W. Willow** | | X | | $192.00 |
| **ACCOUNT NO.** <br><br> **Jaida 3, LLC c/o Bohdanna Golovan, Reg. Agent 2636 N. Lincoln Ave., Ste. 100 Chicago, IL 60614** | | | | X | X | X | **Unknown** |

Sheet no. __260__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,366.59**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,   Case No. _____
                                _____
             **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **James A. Miller** <br>**2637 N. Racine** <br>**Chicago, IL 60614** | | | **01-20-2009** <br><br> **2724-2730 North Ashland LLC - Advertising-Reimbursement for Homes.com** | | X | | **$219.80** |
| **ACCOUNT NO.** <br><br> **James A. Miller** <br>**2637 N. Racine** <br>**Chicago, IL 60614** | | | **01-20-2009** <br><br> **2724-2730 North Ashland LLC - Advertising-Reimbursement for Tribune.com** | | X | | **$165.00** |
| **ACCOUNT NO.** <br><br> **James A. Miller** <br>**2637 N. Racine** <br>**Chicago, IL 60614** | | | **Loan to 2628 N Halsted LLC** | | X | | **$19,000.00** |
| **ACCOUNT NO.** <br><br> **James A. Miller** <br>**2637 N. Racine** <br>**Chicago, IL 60614** | | | **01-20-2009** <br><br> **2724-2730 North Ashland LLC - Advertising-Reimbursement for Realtor.com** | | X | | **$1,500.00** |

Sheet no. **261** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  **20,884.80**

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,   Case No. _____
  **Debtor**   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**James A. Miller**<br>**2637 N. Racine**<br>**Chicago, IL 60614** | | | **01-20-2009**<br><br>**2724-2730 North Ashland LLC - Advertising-Reimbursement for Realtor.com** | | X | | **$1,000.00** |
| **ACCOUNT NO.**<br><br>**James A. Miller**<br>**2637 N. Racine**<br>**Chicago, IL 60614** | | | **01-20-2009**<br><br>**2724-2730 North Ashland LLC - Advertising-Reimbursement for Zillow.com** | | X | | **$2,000.00** |
| **ACCOUNT NO.**<br><br>**James A. Miller**<br>**2637 N. Racine**<br>**Chicago, IL 60614** | | | **01-20-2009**<br><br>**2724-2730 North Ashland LLC - Advertising-Reimbursement for Market Leader** | | X | | **$3,000.00** |
| **ACCOUNT NO.**<br><br>**James A. Miller**<br>**2637 N. Racine**<br>**Chicago, IL 60614** | | | | X | X | X | **Unknown** |

Sheet no. **262** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **6,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,        Case No. _____
            **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **James Ascot** <br> **Ontario East LLC** <br> **566 W. Lake St., Ste. 100** <br> **Chicago, IL 60661** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **James R. Alford Trust** <br> **2001 Tower Dr.** <br> **Glenview, IL 60026** | | | **Loan to 21 Kristin Developers LLC** | | X | | **$50,000.00** |
| **ACCOUNT NO.** <br><br> **Jerry Majic** <br> **c/o Ontario East, LLC** <br> **566 W. Lake St., Ste. 100** <br> **Chicago, IL 60661** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Joan C. Mudd** <br> **200 E. Delaware, Unit 3D** <br> **Chicago, IL 60611** | | | **Loan to AE Funding II LLC** | | X | | **$100,000.00** |

Sheet no. __263__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **150,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,      Case No. _____

        **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Joan C. Mudd** <br> **200 E. Delaware, Unit 3D** <br> **Chicago, IL 60611** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **John F. Lally** <br> **1503 N. Cleveland #3** <br> **Chicago, IL 60610-1126** | | | **Loan to 858-868 North Franklin LLC** | | X | | **$26,666.67** |
| **ACCOUNT NO.** <br><br> **John F. Lally** <br> **1503 N. Cleveland #3** <br> **Chicago, IL 60610-1126** | | | **Loan to 7228 North Bell LLC** | | X | | **$59,415.00** |
| **ACCOUNT NO.** <br><br> **John F. Lally** <br> **1503 N. Cleveland #3** <br> **Chicago, IL 60610-1126** | | | **02-04-2009** <br><br> **Castlebar Enterprises, Inc. - Reimbursment for 456 Briar CC Charges** | | X | | **$1,699.05** |

Sheet no. __264__ of __464__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $     **87,780.72**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,    Case No. _____
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**John F. Lally**<br>**1503 N. Cleveland #3**<br>**Chicago, IL 60610-1126** | | | **Loan to 1528 West Greenleaf LLC** | | X | | **$316,784.00** |
| **ACCOUNT NO.**<br><br>**John F. Lally**<br>**1503 N. Cleveland #3**<br>**Chicago, IL 60610** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**John F. Lally**<br>**1503 N. Cleveland #3**<br>**Chicago, IL 60610-1126** | | | **Loan to 3323 North Seminary LLC** | | X | | **$190,388.50** |
| **ACCOUNT NO.**<br><br>**John F. Lally**<br>**1503 N. Cleveland #3**<br>**Chicago, IL 60610-1126** | | | **Loan to 1031 West Belmont LLC** | | X | | **$91,275.00** |

Sheet no.__**265**__of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **598,447.50**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
  **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> John F. Lally <br> 1503 N. Cleveland #3 <br> Chicago, IL 60610-1126 | | | **Loan to AE Funding II LLC** | | X | | **$50,000.00** |
| **ACCOUNT NO.** <br><br> John F. Lally <br> 1503 N. Cleveland #3 <br> Chicago, IL 60610-1126 | | | **Loan to Steven Golovan** | | X | | **$37,500.00** |
| **ACCOUNT NO.** <br><br> John F. Lally <br> 1503 N. Cleveland #3 <br> Chicago, IL 60610-1126 | | | **Loan to 2628 N Halsted LLC** | | X | | **$26,800.00** |
| **ACCOUNT NO.** <br><br> John F. Lally <br> 1503 N. Cleveland #3 <br> Chicago, IL 60610-1126 | | | **02-03-2009** <br><br> **Castlebar Enterprises, Inc. - Due to/From Lally, J: Reimbursment for CC Charges** | | X | | **$5,574.45** |

Sheet no. __266__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **119,874.45**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,        Case No. _____
    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> John F. Lally <br>1503 N. Cleveland #3 <br>Chicago, IL 60610-1126 | | | Loan to 2522-2530 North Ashland | | X | | $65,000.00 |
| **ACCOUNT NO.** <br><br> John F. Lally <br>1503 N. Cleveland #3 <br>Chicago, IL 60610-1126 | | | Loan to 2454 N. Ashland Residential | | X | | $4,302.30 |
| **ACCOUNT NO.** <br><br> John F. Lally <br>1503 N. Cleveland #3 <br>Chicago, IL 60610-1126 | | | Loan to 21 Kristin Developers LLC | | X | | $1,152,000.00 |
| **ACCOUNT NO.** <br><br> John F. Lally <br>1503 N. Cleveland #3 <br>Chicago, IL 60610-1126 | | | Loan to 2054 West Chase LLC | | X | | $223,000.00 |

Sheet no. **267** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,444,302.30**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,        Case No. _____
                                   **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**John F. Lally**<br>**1503 N. Cleveland #3**<br>**Chicago, IL 60610-1126** | | | **Loan to 1707-1717 N. Larrabee** | | X | | **$30,000.00** |
| **ACCOUNT NO.**<br><br>**John F. Lally**<br>**1503 N. Cleveland #3**<br>**Chicago, IL 60610-1126** | | | **Loan to 1655-57 W. Wrightwood LLC** | | X | | **$6,000.00** |
| **ACCOUNT NO.**<br><br>**John F. Lally**<br>**1503 N. Cleveland #3**<br>**Chicago, IL 60610-1126** | | | **Loan to 1620 West Estes LLC** | | X | | **$124,680.00** |
| **ACCOUNT NO.**<br><br>**John F. Lally**<br>**1503 N. Cleveland #3**<br>**Chicago, IL 60610-1126** | | | **Loan to CBE Group, LLC** | | X | | **$490,618.47** |

Sheet no. __268__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **651,298.47**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re <u>Steven Golovan</u>                          ,          Case No. _____
            **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** John F. Lally 1503 N. Cleveland #3 Chicago, IL 60610-1126 | | | Loan to Vesta, LLC | | X | | $10,000.00 |
| **ACCOUNT NO.** John F. Lally 1503 N. Cleveland #3 Chicago, IL 60610-1126 | | | Loan to 4716 Beacon LLC | | X | | $10,000.00 |
| **ACCOUNT NO.** John F. Lally 1503 N. Cleveland #3 Chicago, IL 60610-1126 | | | Loan to Halsted 2646 LLC | | X | | $140,400.00 |
| **ACCOUNT NO.** John F. Lally 1503 N. Cleveland #3 Chicago, IL 60610-1126 | | | Loan to Duo Equities LLC | | X | | $25,000.00 |

Sheet no. __269__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 185,400.00

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,     Case No. _____
           **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **John F. Lally** <br> **1503 N. Cleveland #3** <br> **Chicago, IL 60610-1126** | | | **Loan to Chicago 1651, L.L.C.** | | X | | **$54,500.00** |
| **ACCOUNT NO.** <br><br> **John F. Lally** <br> **1503 N. Cleveland #3** <br> **Chicago, IL 60610-1126** | | | **Loan to Castlepoint 50/50 LLC** | | X | | **$17,000.00** |
| **ACCOUNT NO.** <br><br> **John F. Lally** <br> **1503 N. Cleveland #3** <br> **Chicago, IL 60610-1126** | | | **Loan to Castlepoint Peoria, L.L.C.** | | X | | **$85,547.93** |
| **ACCOUNT NO.** <br><br> **John F. Lally** <br> **1503 N. Cleveland #3** <br> **Chicago, IL 60610-1126** | | | **Loan to Castlebar Enterprises, Inc.** | | X | | **$155,000.00** |

Sheet no. __270__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **312,047.93**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,        Case No. _____
                 **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **John F. Lally** **1503 N. Cleveland #3** **Chicago, IL 60610-1126** | | | **Loan to Castlepoint 60/40 LLC** | | X | | **$145,306.54** |
| **ACCOUNT NO.** **John F. Lally** **1503 N. Cleveland #3** **Chicago, IL 60610-1126** | | | **08-13-2008** **2522-2530 North Ashland LLC - General Conditions Reimbursement for CC** | | X | | **$103.59** |
| **ACCOUNT NO.** **John F. Lally LOC** **1503 N. Cleveland #3** **Chicago, IL 60610-1126`** | | | **Loan to 2845-2901 North Halsted LLC** | | X | | **$250,000.00** |
| **ACCOUNT NO.** **John Lally-1031 West Belmont** **1503 N. Cleveland #3** **Chicago, IL 60610-1126** | | | **Loan to AE Funding II LLC** | | X | | **$10,000.00** |

Sheet no.__**271**_of__**464**__continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $      **405,410.13**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,     Case No. _____

          **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **John Lally-4716 North Beacon** <br> **1503 N. Cleveland #3** <br> **Chicago, IL 60610-1126** | | | **Loan to AE Funding II LLC** | | X | | **$86,000.00** |
| ACCOUNT NO. <br><br> **John Lally-Damen/Honore** <br> **1503 N. Cleveland #3** <br> **Chicago, IL 60610-1126** | | | **Loan to AE Funding II LLC** | | X | | **$39,000.00** |
| ACCOUNT NO. <br><br> **John McLinden** <br> **1940 N. Clark** <br> **Chicago, IL 60614** | | | | X | X | X | **Unknown** |
| ACCOUNT NO. <br><br> **Jon Goldman** <br> **3720 N. Greenview** <br> **Chicago, IL 60613** | | | | X | X | X | **Unknown** |

Sheet no. __**272**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **125,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,    Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Jonathan D. Weiss<br>341 Clinton St.<br>Brooklyn, NY 11231 | | | **Loan to 21 Kristin Developers LLC** | | X | | **$110,000.00** |
| **ACCOUNT NO.**<br><br>Jordan Construction Services Inc.<br>c/o David Goldstein<br>35 E. Wacker Dr. #650<br>Chicago, IL 60601-2119 | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.**　　5242<br><br>JP Morgan Chase<br>P.O. Box 70308<br>Charlotte, NC 28272-0308<br>Full Account No.: 649535242 | | | **1st Mortgage Principal Pymt-1708-09 Larr** | | X | | **$609,222.07** |
| **ACCOUNT NO.**　　0841<br><br>JP Morgan Chase<br>P.O. Box 70308<br>Charlotte, NC 28272-0308<br>Full Account No.: 79900841 | | | **Mortgage** | | X | | **$482,704.22** |

Sheet no. **273** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **1,201,926.29**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,        Case No. _____
                 **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    8256**<br>**JP Morgan Chase**<br>**P.O. Box 70308**<br>**Charlotte, NC 28272-0308**<br>**Full Account No.: 622518256** | | | **Mortgage-4E** | | X | | **$516,600.76** |
| **ACCOUNT NO.**<br>**Julie Lally**<br>**1503 N. Cleveland #3**<br>**Chicago, IL 60610-1126** | | | **12-17-2008**<br>**Castlebar Enterprises, Inc. - Reimbursment for meals & entertainment CC Charges xx5007** | | X | | **$123.78** |
| **ACCOUNT NO.**<br>**Julie Lally**<br>**1503 N. Cleveland #3**<br>**Chicago, IL 60610-1126** | | | **12-17-2008**<br>**Castlebar Enterprises, Inc. - Reimbursment for auto expense CC Charges xx5007** | | X | | **$105.66** |
| **ACCOUNT NO.**<br>**Julie Lally**<br>**1503 N. Cleveland #3**<br>**Chicago, IL 60610-1126** | | | **12-17-2008**<br>**Castlebar Enterprises, Inc. - Reimbursment for entertainment-sports tickets CC Charges xx5007** | | X | | **$6,755.00** |

Sheet no. **274** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **523,585.20**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,     Case No. _____
           **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 0587 <br><br> **K & L Gates** <br>**3 First National Plaza** <br>**Chicago, IL 60602-4207** <br>**Full Account No.: 110587** | | | 01-31-2006 <br><br> **2454 N. Ashland Commercial - Legal Fees** | | X | | $70.00 |
| **ACCOUNT NO.** 6319 <br><br> **K & L Gates** <br>**3 First National Plaza** <br>**Chicago, IL 60602-4207** <br>**Full Account No.: 116319** | | | 08-09-2005 <br><br> **Castlepoint 60/40, L.L.C. - Legal Fees** | | X | | $881.27 |
| **ACCOUNT NO.** 5928 <br><br> **K & L Gates** <br>**3 First National Plaza** <br>**Chicago, IL 60602-4207** <br>**Full Account No.: 115928** | | | 03-21-2005 <br><br> **3900 N. Pine Grove LLC - Legal Fees** | | X | | $2,204.87 |
| **ACCOUNT NO.** 3398 <br><br> **K & L Gates** <br>**3 First National Plaza** <br>**Chicago, IL 60602-4207** <br>**Full Account No.: 113398** | | | 09-11-2007 <br><br> **AE Funding II LLC - Legal Fees** | | X | | $375.00 |

Sheet no. **275** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **3,531.14**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,  Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    9128<br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 109128** | | | 08-09-2005<br><br>**Castlepoint 60/40, L.L.C. - Legal Fees** | | X | | $2,381.25 |
| **ACCOUNT NO.**    3845<br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 113845** | | | 09-30-2004<br><br>**2454 N. Ashland Residential - Legal Fees** | | X | | $207.73 |
| **ACCOUNT NO.**<br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207** | | | 12-28-2004<br><br>**Castlepoint 60/40, L.L.C. - Legal Fees 2845 Halsted** | | X | | $9,371.26 |
| **ACCOUNT NO.**    4668<br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 114668** | | | 11-24-2004<br><br>**2454 N. Ashland Commercial - Legal Fees** | | X | | $560.00 |

Sheet no. **276** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **12,520.24**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**　9128 <br><br> **K & L Gates** <br>**3 First National Plaza** <br>**Chicago, IL 60602-4207** <br>**Full Account No.: 109128** | | | 04-29-2005 <br><br> **Active Equities Holdings LLC - Legal Fees** | | X | | $3,740.00 |
| **ACCOUNT NO.**　6320 <br><br> **K & L Gates** <br>**3 First National Plaza** <br>**Chicago, IL 60602-4207** <br>**Full Account No.: 116320** | | | 12-28-2004 <br><br> **Castlepoint 50/50, L.L.C. - Legal Fees** | | X | | $1,556.25 |
| **ACCOUNT NO.**　6320 <br><br> **K & L Gates** <br>**3 First National Plaza** <br>**Chicago, IL 60602-4207** <br>**Full Account No.: 116320** | | | 12-28-2004 <br><br> **Castlepoint 50/50, L.L.C. - Legal Fees** | | X | | $975.00 |
| **ACCOUNT NO.**　3680 <br><br> **K & L Gates** <br>**3 First National Plaza** <br>**Chicago, IL 60602-4207** <br>**Full Account No.: 113680** | | | 07-26-2005 <br><br> **Active Equities Holdings LLC - Legal Fees** | | X | | $177.25 |

Sheet no. **277** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **6,448.50**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,          Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    4668<br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 114668** | | | 09-15-2005<br>**Active Equities Holdings LLC - Legal Fees** | | X | | $2,557.80 |
| **ACCOUNT NO.**    9128<br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 109128** | | | 11-07-2005<br>**Active Equities Holdings LLC - Legal Fees** | | X | | $990.00 |
| **ACCOUNT NO.**    3680<br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 113680** | | | 11-07-2005<br>**Active Equities Holdings LLC - Legal Fees** | | X | | $187.50 |
| **ACCOUNT NO.**    6319<br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 116319** | | | 03-31-2006<br>**Castlepoint 60/40, L.L.C. - Legal Fees** | | | | $686.25 |

Sheet no. **278** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **4,421.55**

Total► $ 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,    Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**　　4668<br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 114668** | | | **11-24-2004**<br><br>**2454 N. Ashland**<br>**Commercial - Legal Fees** | | X | | $144.00 |
| **ACCOUNT NO.**　　6114<br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 116114** | | | **11-24-2004**<br><br>**Active Equities Holdings**<br>**LLC - Legal Fees** | | X | | $25,444.31 |
| **ACCOUNT NO.**　　4668<br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 114668** | | | **10-29-2004**<br><br>**2454 N. Ashland**<br>**Commercial-Legal Fees** | | X | | $1,375.87 |
| **ACCOUNT NO.**　　4210<br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 114210** | | | **03-22-2006**<br><br>**1023 West Belmont, LLC -**<br>**Legal Services** | | X | | $6,125.00 |

Sheet no. __279__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶　$　　**33,089.18**

Total▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re __Steven Golovan_____,      Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 5928 <br><br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 115928** | | | 02-21-2006 <br><br> **Active Equities Holdings LLC - Legal Fees** | | X | | $465.00 |
| **ACCOUNT NO.** 3680 <br><br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 113680** | | | 02-28-2006 <br><br> **Active Equities Holdings LLC - Legal Fees** | | X | | $375.00 |
| **ACCOUNT NO.** 0506 <br><br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 110506** | | | 09-11-2007 <br><br> **Castlebar Enterprises, Inc. - Legal Fees** | | X | | $706.15 |
| **ACCOUNT NO.** 4210 <br><br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 114210** | | | 09-07-2006 <br><br> **1023 West Belmont, LLC - Legal Services** | | X | | $7,415.02 |

Sheet no. __280__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 8,961.17

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,    Case No. _____
                **Debtor**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    9128<br><br>K & L Gates<br>3 First National Plaza<br>Chicago, IL 60602-4207<br>Full Account No.: 109128 | | | 01-31-2006<br><br>Castlebar Enterprises, Inc. - Legal Fees | | | | $2,040.00 |
| ACCOUNT NO.    7929<br><br>K & L Gates<br>3 First National Plaza<br>Chicago, IL 60602-4207<br>Full Account No.: 117929 | | | 09-20-2007<br><br>3058 North Lincoln Commercial-Legal Fees | | X | | $2,420.13 |
| ACCOUNT NO.    6319<br><br>K & L Gates<br>3 First National Plaza<br>Chicago, IL 60602-4207<br>Full Account No.: 116319 | | | 11-01-2005<br><br>Castlepoint 60/40, L.L.C. - Legal Fees | | X | | $1,312.50 |
| ACCOUNT NO.    3904<br><br>K & L Gates<br>3 First National Plaza<br>Chicago, IL 60602-4207<br>Full Account No.: 113904 | | | 03-22-2006<br><br>Active Equities Holdings LLC - Legal Fees | | X | | $1,693.06 |

Sheet no. **281** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **7,465.69**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,        Case No. _____
                                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 2621 <br><br>**K & L Gates 3 First National Plaza Chicago, IL 60602-4207 Full Account No.: 112621** | | | **07-29-2003** <br><br>**541 N,. Noble, L.L.C. - Legal Fees** | | X | | $347.66 |
| **ACCOUNT NO.** 4554 <br><br>**K & L Gates 3 First National Plaza Chicago, IL 60602-4207 Full Account No.: 114554** | | | **10-10-2006** <br><br>**Active Equities Holdings LLC - Due to/from Damen and Honore** | | X | | $262.50 |
| **ACCOUNT NO.** 4554 <br><br>**K & L Gates 3 First National Plaza Chicago, IL 60602-4207 Full Account No.: 114554** | | | **10-10-2006** <br><br>**Active Equities Holdings LLC - Due to/from Damen and Honore** | | X | | $3,558.70 |
| **ACCOUNT NO.** 9128 <br><br>**K & L Gates 3 First National Plaza Chicago, IL 60602-4207 Full Account No.: 109128** | | | **04-29-2007** <br><br>**Active Equities Holdings LLC - Legal Fees** | | X | | $5,594.50 |

Sheet no. **282** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **9,763.36**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____ ,    Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 1765 <br><br> **K & L Gates** <br>**3 First National Plaza** <br>**Chicago, IL 60602-4207** <br>**Full Account No.: 111765** | | | 01-31-2006 <br><br> **Castlebar Enterprises, Inc. - Legal Fees** | | X | | $105.00 |
| **ACCOUNT NO.** 6114 <br><br> **K & L Gates** <br>**3 First National Plaza** <br>**Chicago, IL 60602-4207** <br>**Full Account No.: 116114** | | | 04-26-2005 <br><br> **1300-1316 West Madison LLC - Legal Fees** | | X | | $1,211.30 |
| **ACCOUNT NO.** 6659 <br><br> **K & L Gates** <br>**3 First National Plaza** <br>**Chicago, IL 60602-4207** <br>**Full Account No.: 116659** | | | 05-26-2005 <br><br> **AE Funding II LLC - Legal Fees** | | X | | $205.70 |
| **ACCOUNT NO.** 1614 <br><br> **K & L Gates** <br>**3 First National Plaza** <br>**Chicago, IL 60602-4207** <br>**Full Account No.: 11614** | | | 09-26-2006 <br><br> **1300-1316 West Madison LLC - Legel Fees** | | X | | $146.25 |

Sheet no. **283** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **1,668.25**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____
                        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    1765**<br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 111765** | | | **01-31-2006**<br><br>**Castlebar Enterprises, Inc. - Legal Fees** | | X | | **$1,520.99** |
| **ACCOUNT NO.    9128**<br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 109128** | | | **11-30-2005**<br><br>**Castlebar Enterprises, Inc. - Legal Fees** | | X | | **$448.75** |
| **ACCOUNT NO.    9128**<br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 109128** | | | **11-09-2005**<br><br>**Castlebar Enterprises, Inc. - Legal Fees** | | X | | **$3,607.50** |
| **ACCOUNT NO.    1765**<br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 111765** | | | **11-01-2005**<br><br>**Castlebar Enterprises, Inc. - Legal Fees** | | X | | **$2,048.75** |

Sheet no. __284__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **7,625.99**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,    Case No. _____
<u>Debtor</u>                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 1765<br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 111765** | | | **09-08-2005**<br><br>**Castlebar Enterprises, Inc. - Legal Fees** | | | | **$4,320.60** |
| **ACCOUNT NO.** 9128<br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 109128** | | | **06-16-2005**<br><br>**Castlebar Enterprises, Inc. - Legal Fees** | | X | | **$195.00** |
| **ACCOUNT NO.** 9128<br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 109128** | | | **06-16-2005**<br><br>**Castlebar Enterprises, Inc. - Legal Fees** | | X | | **$2,567.50** |
| **ACCOUNT NO.** 9128<br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 109128** | | | **04-29-2005**<br><br>**Castlebar Enterprises, Inc. - Legal Fees** | | X | | **$4,763.23** |

Sheet no. **285** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **11,846.33**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,        Case No. _____
               **Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 9128 <br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 109128** | | | **04-29-2005**<br><br>**Castlebar Enterprises, Inc. - Legal Fees** | | X | | **$1,462.50** |
| **ACCOUNT NO.** 9128 <br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 109128** | | | **04-29-2005**<br><br>**Castlebar Enterprises, Inc. - Legal Fees** | | X | | **$108.75** |
| **ACCOUNT NO.** 9128 <br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 109128** | | | **04-29-2005**<br><br>**Castlebar Enterprises, Inc. - Legal Fees** | | X | | **$775.00** |
| **ACCOUNT NO.** 1765 <br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 111765** | | | **03-21-2005**<br><br>**Castlebar Enterprises, Inc. - Legal Fees** | | X | | **$3,150.00** |

Sheet no. **286** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $      **5,496.25**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,   Case No. _____
         **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**   2621<br>**K & L Gates<br>3 First National Plaza<br>Chicago, IL 60602-4207<br>Full Account No.: 112621** | | | 03-22-2006<br><br>**541 N. Noble, L.L.C. - Legal Fees** | | X | | $135.00 |
| **ACCOUNT NO.**   9128<br>**K & L Gates<br>3 First National Plaza<br>Chicago, IL 60602-4207<br>Full Account No.: 109128** | | | 11-30-05<br><br>**Castlepoint 60/40, L.L.C. - Legal Fees** | | X | | $537.50 |
| **ACCOUNT NO.**   3398<br>**K & L Gates<br>3 First National Plaza<br>Chicago, IL 60602-4207<br>Full Account No.: 113398** | | | 04-28-2005<br><br>**AE Funding II LLC - Legal Fees** | | X | | $473.75 |
| **ACCOUNT NO.**   1765<br>**K & L Gates<br>3 First National Plaza<br>Chicago, IL 60602-4207<br>Full Account No.: 111765** | | | 03-21-2005<br><br>**Castlebar Enterprises, Inc. - Legal Fees** | | X | | $865.00 |

Sheet no. **287** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **2,011.25**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,     Case No. _____
            **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    6659<br><br>K & L Gates<br>3 First National Plaza<br>Chicago, IL 60602-4207<br>Full Account No.: 116659 | | | 02-21-2006<br><br>AE Funding II LLC - Legal Fees | | X | | $3,629.34 |
| ACCOUNT NO.    2621<br><br>K & L Gates<br>3 First National Plaza<br>Chicago, IL 60602-4207<br>Full Account No.: 112621 | | | 08-09-2007<br><br>541 N. Noble, L.L.C. - Legal Fees | | X | | $6,963.00 |
| ACCOUNT NO.    6121<br><br>K & L Gates<br>3 First National Plaza<br>Chicago, IL 60602-4207<br>Full Account No.: 116121 | | | 09-19-2007<br><br>858-868 North Franklin LLC - Legal Fees | | X | | $1,487.50 |
| ACCOUNT NO.    6114<br><br>K & L Gates<br>3 First National Plaza<br>Chicago, IL 60602-4207<br>Full Account No.: 116114 | | | 02-28-2006<br><br>2146 North Dayton LLC - Legal Fees | | X | | $493.40 |

Sheet no. __288__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $    **12,573.24**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,    Case No. _____
      **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**     5928  <br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 115928** | | | 03-21-2005 <br><br>**858-868 North Franklin LLC -**<br>**Legal Fees** | | X | | $793.50 |
| **ACCOUNT NO.**     4783  <br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 114783** | | | 07-26-2005 <br><br>**1320 W. Fletcher LLC -**<br>**Legal Fees** | | X | | $93.00 |
| **ACCOUNT NO.**     5035  <br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 115035** | | | 09-20-2007 <br><br>**1340 West Pratt LLC - Legal**<br>**Fees** | | X | | $491.04 |
| **ACCOUNT NO.**     5786  <br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 115786** | | | 08-09-2007 <br><br>**3058 North Lincoln**<br>**Commercial-Legal Fees** | | X | | $4,643.78 |

Sheet no. **289** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **6,021.32**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** , Case No. _____
_____
     **Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7324 <br><br> K & L Gates <br> 3 First National Plaza <br> Chicago, IL 60602-4207 <br> Full Account No.: 117324 | | | 02-28-2006 <br><br> AE Funding II LLC - Legal Fees | | X | | $1,500.00 |
| ACCOUNT NO. 2041 <br><br> K & L Gates <br> 3 First National Plaza <br> Chicago, IL 60602-4207 <br> Full Account No.: 112041 | | | 01-31-2007 <br><br> Vesta, LLC - Legal Fees | | X | | $2,114.05 |
| ACCOUNT NO. 6553 <br><br> K & L Gates <br> 3 First National Plaza <br> Chicago, IL 60602-4207 <br> Full Account No.: 116553 | | | 05-26-2005 <br><br> 7458-7464 North Greenview LLC - Legal Fees | | X | | $132.61 |
| ACCOUNT NO. 6034 <br><br> K & L Gates <br> 3 First National Plaza <br> Chicago, IL 60602-4207 <br> Full Account No.: 116034 | | | 03-22-2006 <br><br> Trio Equities Holdings, LLC - Legal Fees | | | | $230.85 |

Sheet no. **290** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **3,977.51**

Total► $ _____
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Steven Golovan** _____,    Case No. _____
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    6034** <br><br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 116034** | | | **01-12-2006** <br><br> **Trio Equities Holdings, LLC - Legal Fees** | | X | | **$10,079.23** |
| **ACCOUNT NO.    2621** <br><br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 112621** | | | **02-25-2003** <br><br> **541 N. Noble, L.L.C. - Legal Fees** | | X | | **$2,159.79** |
| **ACCOUNT NO.    0201** <br><br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 110201** | | | **07-26-2005** <br><br> **Steven Golovan - Legal Fees** | | X | | **$75.00** |
| **ACCOUNT NO.    0674** <br><br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 110674** | | | **07-26-2005** <br><br> **Steven Golovan - Legal Fees** | | X | | **$75.00** |

Sheet no. **291** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **12,389.02**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,  Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 4867<br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 114867** | | | **07-26-2005**<br>**Steven Golovan - Legal Fees** | | X | | **$75.00** |
| **ACCOUNT NO.** 6258<br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 116258** | | | **09-19-2007**<br>**1900 West Farwell LLC - Legal Fees** | | X | | **$348.75** |
| **ACCOUNT NO.** 6258<br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 116258** | | | **08-31-2005**<br>**1900 West Farwell LLC - Legal Fees** | | X | | **$3,852.30** |
| **ACCOUNT NO.** 6258<br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 116258** | | | **04-26-2005**<br>**1900 West Farwell LLC - Legal Fees** | | X | | **$3,340.25** |

Sheet no. **292** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **7,616.30**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,    Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**      3583 <br><br> **K & L Gates** <br>**3 First National Plaza** <br>**Chicago, IL 60602-4207** <br>**Full Account No.: 113583** | | | **09-25-2007** <br><br> **1529-1533 N. Mohawk LLC - Legal Fees** | | X | | $140.10 |
| **ACCOUNT NO.**      3583 <br><br> **K & L Gates** <br>**3 First National Plaza** <br>**Chicago, IL 60602-4207** <br>**Full Account No.: 113583** | | | **09-25-2007** <br><br> **1529-1533 N. Mohawk LLC - Legal Fees** | | X | | $1,205.30 |
| **ACCOUNT NO.**      6484 <br><br> **K & L Gates** <br>**3 First National Plaza** <br>**Chicago, IL 60602-4207** <br>**Full Account No.: 116484** | | | **09-14-2007** <br><br> **CG Properties LLC - Legal Fees** | | X | | $150.34 |
| **ACCOUNT NO.**      6484 <br><br> **K & L Gates** <br>**3 First National Plaza** <br>**Chicago, IL 60602-4207** <br>**Full Account No.: 116484** | | | **09-14-2007** <br><br> **CG Properties LLC - Legal Fees** | | X | | $150.37 |

Sheet no. **293** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **1,646.11**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,     Case No. _____
             **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 2698 <br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 112698** | | | **01-10-2006** <br><br> **B.I.T. LLC - Legal Fees** | | X | | $302.24 |
| **ACCOUNT NO.** 0001 <br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 0112186.00001** | | | **10-09-2007** <br><br> **Chicago Graystone Realty LLC - Legal Fees** | | X | | $381.25 |
| **ACCOUNT NO.** 2698 <br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 112698** | | | **01-10-2006** <br><br> **B.I.T. LLC - Legal Fees** | | X | | $302.15 |
| **ACCOUNT NO.** 2698 <br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 112698** | | | **02-21-2006** <br><br> **B.I.T. LLC - Legal Fees** | | X | | $34.28 |

Sheet no. **294** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **1,019.92**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,     Case No. _____

     **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 2698 <br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 112698** | | | 02-21-2006 <br><br> **B.I.T. LLC - Legal Fees** | | X | | $34.27 |
| **ACCOUNT NO.** 0003 <br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 0112186.00003** | | | 10-09-2007 <br><br> **Chicago Graystone Realty LLC - Legal Fees** | | X | | $885.00 |
| **ACCOUNT NO.** 2698 <br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 112698** | | | 03-30-2006 <br><br> **B.I.T. LLC - Legal Fees** | | X | | $54.44 |
| **ACCOUNT NO.** 6034 <br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 116034** | | | 05-31-2006 <br><br> **Addison-Claremont LLC - Legal Fees** | | X | | $1,517.45 |

Sheet no. **295** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $    **2,491.16**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,        Case No. _____
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 2698 <br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 112698** | | | 03-30-2006 <br><br> **B.I.T. LLC - Legal Fees** | | X | | $54.35 |
| **ACCOUNT NO.** 2698 <br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 112698** | | | 05-31-2006 <br><br> **B.I.T. LLC - Legal Fees** | | X | | $30.09 |
| **ACCOUNT NO.** 2698 <br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 112698** | | | 05-31-2006 <br><br> **B.I.T. LLC - Legal Fees** | | X | | $30.01 |
| **ACCOUNT NO.** 2698 <br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 112698** | | | 05-31-2006 <br><br> **B.I.T. LLC - Capitalized Loan Fees** | | X | | $361.00 |

Sheet no. **296** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **475.45**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,          Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 2698 <br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 112698** | | | 09-18-2007 <br><br>**B.I.T. LLC - Legal Fees** | | X | | $250.00 |
| **ACCOUNT NO.** 2698 <br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 112698** | | | 09-18-2007 <br><br>**B.I.T. LLC - Legal Fees** | | X | | $225.00 |
| **ACCOUNT NO.** 0587 <br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 110587** | | | 03-08-2002 <br><br>**CBE Group, L.L.C. - Legal Fees** | | X | | $32,221.60 |
| **ACCOUNT NO.** 6484 <br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 116484** | | | 03-30-2007 <br><br>**CG Properties LLC - Legal Fees** | | X | | $295.61 |

Sheet no. **297** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **32,992.21**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,      Case No. _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 6484 <br><br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 116484** | | | **03-30-2007** <br><br> **CG Properties LLC - Legal Fees** | | X | | $295.63 |
| **ACCOUNT NO.** 6484 <br><br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 116484** | | | **01-12-2006** <br><br> **CG Properties LLC - Legal Fees** | | X | | $3,259.21 |
| **ACCOUNT NO.** 6484 <br><br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 116484** | | | **01-12-2006** <br><br> **CG Properties LLC - Legal Fees** | | X | | $53.75 |
| **ACCOUNT NO.** 6484 <br><br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 116484** | | | **01-12-2006** <br><br> **CG Properties LLC - Legal Fees** | | X | | $2,475.00 |

Sheet no. **298** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $       **6,083.59**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 7567<br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 117567** | | | 06-30-2006<br>**Jaida 3 LLC - Legal Services** | | X | | $2,191.25 |
| **ACCOUNT NO.** 5283<br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 105283** | | | 09-30-2004<br>**Chicago Graystone Inc. - Legal Class Action** | | X | | $1.00 |
| **ACCOUNT NO.** 6838<br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 116838** | | | 07-29-2005<br>**Duo Equities LLC - Legal Fees** | | X | | $1,246.00 |
| **ACCOUNT NO.** 6484<br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 116484** | | | 01-12-2006<br>**CG Properties LLC - Computer Software** | | X | | $485.50 |

Sheet no. **299** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **3,923.75**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**                                              ,        Case No. _____
            **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 6838 <br><br> **K & L Gates** <br>**3 First National Plaza** <br>**Chicago, IL 60602-4207** <br>**Full Account No.: 116838** | | | 09-15-2005 <br><br> **Duo Equities LLC - Legal Fees** | | X | | $334.90 |
| **ACCOUNT NO.** 2185 <br><br> **K & L Gates** <br>**3 First National Plaza** <br>**Chicago, IL 60602-4207** <br>**Full Account No.: 112185** | | | 11-07-2005 <br><br> **Duo Equities LLC - Legal Fees** | | X | | $1,395.00 |
| **ACCOUNT NO.** 5969 <br><br> **K & L Gates** <br>**3 First National Plaza** <br>**Chicago, IL 60602-4207** <br>**Full Account No.: 115969** | | | 03-22-2006 <br><br> **Duo Equities LLC - Legal Fees** | | X | | $225.00 |
| **ACCOUNT NO.** 6114 <br><br> **K & L Gates** <br>**3 First National Plaza** <br>**Chicago, IL 60602-4207** <br>**Full Account No.: 116114** | | | 09-26-2006 <br><br> **Duo Equities LLC - Legal Fees** | | X | | $864.77 |

Sheet no. **300** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **2,819.67**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,     Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    7567**<br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 117567** | | | 06-30-2006<br><br>**Jaida 3 LLC - Legal Services** | | X | | $875.00 |
| **ACCOUNT NO.    3867**<br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 113867** | | | 09-15-2005<br><br>**Greenview-Lunt, L.L.C. - Legal Fees** | | X | | $16.15 |
| **ACCOUNT NO.    6484**<br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 116484** | | | 01-12-2006<br><br>**CG Properties LLC - Legal Fees** | | X | | $703.75 |
| **ACCOUNT NO.    2027**<br><br>**K & L Gates**<br>**3 First National Plaza**<br>**Chicago, IL 60602-4207**<br>**Full Account No.: 112027** | | | 09-19-2007<br><br>**632 West Schubert, L.L.C. - Legal Fees** | | X | | $1,343.75 |

Sheet no. **301** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **2,938.65**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,   Case No. _____
            **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**   2027 <br><br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 112027** | | | **05-07-2004** <br><br> **632 West Schubert, L.L.C. - Legal Fees** | | X | | **$1,203.68** |
| **ACCOUNT NO.**   2027 <br><br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 112027** | | | **08-29-2003** <br><br> **632 West Schubert, L.L.C. - Legal Fees** | | X | | **$593.30** |
| **ACCOUNT NO.**   2027 <br><br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 112027** | | | **08-29-2003** <br><br> **632 West Schubert, L.L.C. - Legal Fees** | | X | | **$485.80** |
| **ACCOUNT NO.**   7567 <br><br> **K & L Gates** <br> **3 First National Plaza** <br> **Chicago, IL 60602-4207** <br> **Full Account No.: 117567** | | | **06-30-2006** <br><br> **Jaida 3 LLC - Legal Services** | | X | | **$2,012.50** |

Sheet no. **302** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **4,295.28**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,      Case No. _____
            **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Kathleen LoGalbo** <br> **6521 N. Normandy Ave.** <br> **Chicago, IL 60631** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Keith Kielnik** <br> **3812 N. Claremont** <br> **Chicago, IL 60618** | | | **12-16-2009** <br><br> **Steven Golovan - Appliances-Refrigerator repair** | | X | | **$325.00** |
| **ACCOUNT NO.** <br><br> **Keith R. Jarosik** <br> **1017 W. Cypress Dr.** <br> **Arlington Heights, IL 60005** | | | **Loan to 21 Kristin Developers LLC** | | X | | **$45,000.00** |
| **ACCOUNT NO.** <br><br> **Kevin Mudd** <br> **200 Golf Terrace** <br> **Wilmette, IL 60091** | | | | | X | | **$34,036.00** |

Sheet no. **303** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **79,361.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,    Case No. _____
         **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Kevin Mudd** **200 Golf Terrace** **Wilmette, IL 60091** | | | **09-01-2008** **456 W. Briar Plc LLC - Reimbursement for Furniture Rental for Model Unit** | | X | | **$3,000.00** |
| **ACCOUNT NO.** **Kevin Mudd** **200 Golf Terrace** **Wilmette, IL 60091** | | | **Loan to 456 W. Briar Plc LLC** | | X | | **$34,036.00** |
| **ACCOUNT NO.** **Kramer Enterprises, Ltd.** **Retirement Enterprises, Ltd.** **3077 W. Jefferson** **Joliet, IL 60435** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** **Kurt Lindland** **607 Barton St.** **Evanston, IL 60602** | | | | X | X | X | **Unknown** |

Sheet no.__**304**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **37,036.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,      Case No._____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**   3403 <br><br> **Lakeshore Waste Service LLC** **4808 W. Wilson Ave.** **Chicago, IL 60630** **Full Account No.: 243403** | | | **07-31-2008** <br><br> **2845-2901 North Halsted LLC- Scavenger** | | X | | $828.45 |
| **ACCOUNT NO.**   7932 <br><br> **Lakeshore Waste Service LLC** **4808 W. Wilson Ave.** **Chicago, IL 60630** **Full Account No.: 167932** | | | **08-31-2008** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $409.15 |
| **ACCOUNT NO.**   3403 <br><br> Lakeshore Waste Service LLC **4808 W. Wilson Ave.** **Chicago, IL 60630** **Full Account No.: 243403** | | | **09-30-2008** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $1,026.32 |
| **ACCOUNT NO.**   7932 <br><br> **Lakeshore Waste Service LLC** **4808 W. Wilson Ave.** **Chicago, IL 60630** **Full Account No.: 167932** | | | **10-15-2008** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $811.30 |

Sheet no. **305** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $   **3,075.22**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,   Case No. _____

                    **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**   7932<br><br>**Lakeshore Waste Service LLC**<br>**4808 W. Wilson Ave.**<br>**Chicago, IL 60630**<br>**Full Account No.: 167932** | | | 10-31-2008<br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $408.71 |
| **ACCOUNT NO.**   3403<br><br>**Lakeshore Waste Service LLC**<br>**4808 W. Wilson Ave.**<br>**Chicago, IL 60630**<br>**Full Account No.: 243403** | | | 10-31-2008<br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $12.43 |
| **ACCOUNT NO.**<br><br>**Lakeshore Waste Service LLC**<br>**4808 W. Wilson Ave.**<br>**Chicago, IL 60630** | | | 11-30-2008<br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $12.43 |
| **ACCOUNT NO.**   7932<br><br>**Lakeshore Waste Service LLC**<br>**4808 W. Wilson Ave.**<br>**Chicago, IL 60630**<br>**Full Account No.: 167932** | | | 07-31-2008<br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $414.23 |

Sheet no. **306** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **847.80**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Steven Golovan** _____,     Case No. _____
       **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 3403 <br> **Lakeshore Waste Service LLC** <br>**4808 W. Wilson Ave.**<br>**Chicago, IL 60630**<br>**Full Account No.: 243403** | | | **12-31-2008**<br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $868.70 |
| **ACCOUNT NO.** <br> **Lakeshore Waste Service LLC** <br>**4808 W. Wilson Ave.**<br>**Chicago, IL 60630** | | | **02-15-2009**<br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices-2901 N Halsted** | | X | | $30.65 |
| **ACCOUNT NO.** 7932 <br> **Lakeshore Waste Service LLC** <br>**4808 W. Wilson Ave.**<br>**Chicago, IL 60630**<br>**Full Account No.: 167932** | | | **02-28-2009**<br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $36.81 |
| **ACCOUNT NO.** 3403 <br> **Lakeshore Waste Service LLC** <br>**4808 W. Wilson Ave.**<br>**Chicago, IL 60630**<br>**Full Account No.: 243403** | | | **02-28-2009**<br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $28.19 |

Sheet no. **307** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $       **964.35**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,    Case No. _____
       **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 7932<br><br>**Lakeshore Waste Service LLC**<br>**4808 W. Wilson Ave.**<br>**Chicago, IL 60630**<br>**Full Account No.: 167932** | | | **03-27-2009**<br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $512.40 |
| **ACCOUNT NO.** 7932<br><br>**Lakeshore Waste Service LLC**<br>**4808 W. Wilson Ave.**<br>**Chicago, IL 60630**<br>**Full Account No.: 167932** | | | **03-31-2009**<br><br>**2845-2901 North Halsted LLC- Scavenger** | | X | | $549.39 |
| **ACCOUNT NO.** 3403<br><br>**Lakeshore Waste Service LLC**<br>**4808 W. Wilson Ave.**<br>**Chicago, IL 60630**<br>**Full Account No.: 243403** | | | **03-31-2009**<br><br>**2845-2901 North Halsted LLC- Scavenger** | | X | | $28.61 |
| **ACCOUNT NO.** 7932<br><br>**Lakeshore Waste Service LLC**<br>**4808 W. Wilson Ave.**<br>**Chicago, IL 60630**<br>**Full Account No.: 167932** | | | **12-31-2008**<br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $422.83 |

Sheet no. **308** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **1,513.23**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,     Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Lakeshore Waste Service LLC**<br>**4808 W. Wilson Ave.**<br>**Chicago, IL 60630** | | | **02-15-2009**<br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices-2853 N Halsted** | | X | | $28.01 |
| **ACCOUNT NO.        6117**<br><br>**Lakeshore Waste Service LLC**<br>**4808 W. Wilson Ave.**<br>**Chicago, IL 60630**<br>**Full Account No.: 216117** | | | **03-25-2009**<br><br>**2724-2730 North Ashland LLC - Scavenger** | | X | | $32.00 |
| **ACCOUNT NO.        1653**<br><br>**Lakeshore Waste Service LLC**<br>**4808 W. Wilson Ave.**<br>**Chicago, IL 60630**<br>**Full Account No.: 221653** | | | **03-25-2009**<br><br>**2130 West Touhy, LLC-Prepaid Draw Invoices** | | X | | $76.00 |
| **ACCOUNT NO.        9590**<br><br>**Lakeshore Waste Service LLC**<br>**4808 W. Wilson Ave.**<br>**Chicago, IL 60630**<br>**Full Account No.: 229590** | | | **12-25-2008**<br><br>**2923-2925 North Lincoln LLC-Scavenger** | | X | | $240.00 |

Sheet no.__**309**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $        **376.01**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,   Case No. _____
             **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    6131<br>**Lakeshore Waste Service LLC**<br>**4808 W. Wilson Ave.**<br>**Chicago, IL 60630**<br>**Full Account No.: 216131** | | | **01-25-2009**<br>**456 W. Briar Plc LLC - Prepaid Draw Invoices** | | X | | $49.33 |
| **ACCOUNT NO.**    6131<br>**Lakeshore Waste Service LLC**<br>**4808 W. Wilson Ave.**<br>**Chicago, IL 60630**<br>**Full Account No.: 216131** | | | **02-25-2009**<br>**456 W. Briar Plc LLC - Prepaid Draw Invoices** | | X | | $53.33 |
| **ACCOUNT NO.**    6131<br>**Lakeshore Waste Service LLC**<br>**4808 W. Wilson Ave.**<br>**Chicago, IL 60630**<br>**Full Account No.: 216131** | | | **03-25-2009**<br>**456 W. Briar Plc LLC - Scavenger** | | X | | $50.00 |
| **ACCOUNT NO.**    7932<br>**Lakeshore Waste Service LLC**<br>**4808 W. Wilson Ave.**<br>**Chicago, IL 60630**<br>**Full Account No.: 167932** | | | **11-30-2008**<br>**2845-2901 North Halsted LLC- Scavenger** | | X | | $410.48 |

Sheet no.__**310**_ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $              **563.14**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Steven Golovan** _____,      Case No. _____
_____**Debtor**_____                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   9-01 <br><br> Lakeside Bank <br> 1055 W. Roosevelt Rd. <br> Chicago, IL 60608 <br> Full Account No.: 6052859-01 | | | Mortgage Payable-1st | | X | | $1,697,512.44 |
| ACCOUNT NO.   001C <br><br> Lakeside Bank <br> 1055 W. Roosevelt Rd. <br> Chicago, IL 60608 <br> Full Account No.: 0006046249 00001C | | | Mortgage Payable | | X | | $831,782.18 |
| ACCOUNT NO.   9-01 <br><br> Lakeside Bank <br> 1055 W. Roosevelt Rd. <br> Chicago, IL 60608 <br> Full Account No.: 6052179-01 | | | Mortgage Payable-1st | | X | | $1,387,963.68 |
| ACCOUNT NO.   9 1C <br><br> Lakeside Bank <br> 1055 W. Roosevelt Rd. <br> Chicago, IL 60608 <br> Full Account No.: 00006059889 1C | | | Mortgage Payable-1st | | X | | $1,416,000.00 |

Sheet no. **311** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **5,333,258.30**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,    Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    001C**<br><br>**Lakeside Bank**<br>**1055 W. Roosevelt Rd.**<br>**Chicago, IL 60608**<br>**Full Account No.: 00006040769**<br>**00001C** | | | **Mortgage Payable-Lakeside** | | X | | **$1,646,484.48** |
| **ACCOUNT NO.    9-01**<br><br>**Lakeside Bank**<br>**1055 W. Roosevelt Rd.**<br>**Chicago, IL 60608**<br>**Full Account No.: 6059829-01** | | | **Mortgage Payable-1st** | | X | | **$1,560,000.00** |
| **ACCOUNT NO.**<br><br>**Lally Builders & Finish Carpentry**<br>**15012 Keeler Ave.**<br>**Midlothian, IL 60445** | | | **05-30-2008**<br><br>**2522-2530 North Ashland LLC - Trim Labor Finish Carpentry** | | X | | **$150.00** |
| **ACCOUNT NO.**<br><br>**Lally Builders & Finish Carpentry**<br>**15012 Keeler Ave.**<br>**Midlothian, IL 60445** | | | **09-30-2008**<br><br>**2524 N Ashland - Trim Labor Finish Carpentry** | | X | | **$1,050.00** |

Sheet no. **312** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **3,207,684.48**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re __Steven Golovan_____,      Case No. _____
            **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Lally Builders & Finish Carpentry**<br>**15012 Keeler Ave.**<br>**Midlothian, IL 60445** | | | **04-23-2009**<br><br>**2845-2901 North Halsted LLC- Trim Labor Finish Carpentry** | | X | | **$15,000.00** |
| **ACCOUNT NO.**<br><br>**Lally Builders & Finish Carpentry**<br>**15012 Keeler Ave.**<br>**Midlothian, IL 60445** | | | **09-16-2008**<br><br>**2845-2901 North Halsted LLC- Gen'l Conditions-Reimbursment Refershment CB** | | X | | **$364.00** |
| **ACCOUNT NO.**<br><br>**Lally Builders & Finish Carpentry**<br>**15012 Keeler Ave.**<br>**Midlothian, IL 60445** | | | **07-17-2008**<br><br>**2522-2530 North Ashland LLC - Trim Labor Finish Carpentry** | | X | | **$150.00** |
| **ACCOUNT NO.**<br><br>**Larry Henson**<br>**Box 4561**<br>**Montgomery, AL 36103** | | | **Loan to Duo Equities LLC** | | X | | **$10,000.00** |

Sheet no.__313_ of __464_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **25,514.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Steven Golovan**_____,        Case No. _____
_____**Debtor**_____                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Larry Henson** <br> **Box 4561** <br> **Montgomery, AL 36103** | | | **Loan to Castlepoint Peoria, L.L.C.** | | X | | **$20,000.00** |
| **ACCOUNT NO.** <br><br> **Lee F. Flaherty, IRA** <br> **214 W. Erie St.** <br> **Chicago, IL 60610-3611** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Leo English** <br> **30400 282nd Street** <br> **Winner, SD 57580** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Leo English** <br> **30400 282nd Street** <br> **Winner, SD 57580** | | | **Loan to AE Funding II LLC** | | X | | **$261,148.59** |

Sheet no.__**314**__of__**464**__continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     **281,148.59**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,      Case No. _____
                **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Leonard A. Kutnik** <br>**5950 Castle Dr.** <br>**Oakland, CA 94611** | | | **Loan to 21 Kristin Developers LLC** | | X | | **$30,000.00** |
| **ACCOUNT NO.    4036** <br><br>**LeprCAN Portable Restrooms** <br>**4808 W. Wilson** <br>**Chicago, IL 60630** <br>**Full Account No.: 174036** | | | **01-27-2009** <br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | **$11.70** |
| **ACCOUNT NO.    9456** <br><br>**LeprCAN Portable Restrooms** <br>**4808 W. Wilson** <br>**Chicago, IL 60630** <br>**Full Account No.: 259456** | | | **03-24-2009** <br><br>**2845-2901 North Halsted LLC- Scavenger** | | X | | **$80.00** |
| **ACCOUNT NO.    4036** <br><br>**LeprCAN Portable Restrooms** <br>**4808 W. Wilson** <br>**Chicago, IL 60630** <br>**Full Account No.: 174036** | | | **04-21-2009** <br><br>**2845-2901 North Halsted LLC- Scavenger** | | X | | **$0.85** |

Sheet no. **315** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $  **30,092.55**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,      Case No. _____
            **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 6124 <br><br> **LeprCAN Portable Restrooms** <br> **4808 W. Wilson** <br> **Chicago, IL 60630** | | | **01-27-2009** <br><br> **3526 N. Halsted LLC - Prepaid Draw Invoices** | | X | | $101.33 |
| **ACCOUNT NO.** 6124 <br><br> **LeprCAN Portable Restrooms** <br> **4808 W. Wilson** <br> **Chicago, IL 60630** <br> **Full Account No.: 246124** | | | **04-21-2009** <br><br> **3526 N. Halsted LLC - Prepaid Draw Invoices** | | X | | $1.52 |
| **ACCOUNT NO.** 9456 <br><br> **LeprCAN Portable Restrooms** <br> **4808 W. Wilson** <br> **Chicago, IL 60630** <br> **Full Account No.: 259456** | | | **02-24-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $13.33 |
| **ACCOUNT NO.** 9456 <br><br> **LeprCAN Portable Restrooms** <br> **4808 W. Wilson** <br> **Chicago, IL 60630** <br> **Full Account No.: 259456** | | | **04-21-2009** <br><br> **2845-2901 North Halsted LLC- Scavenger** | | X | | $80.00 |

Sheet no. **316** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **196.18**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    **4036** <br><br> **LeprCAN Portable Restrooms** <br>**4808 W. Wilson** <br>**Chicago, IL 60630** <br>**Full Account No.: 174036** | | | **03-24-2009** <br><br> **2845-2901 North Halsted LLC- Scavenger** | | X | | **$15.09** |
| **ACCOUNT NO.** <br><br> **Lincolnway Fense** <br>**5239 W. Grand Ave.** <br>**Chicago, IL 60639** | | | **04-04-2007** <br><br> **4716 Beacon LLC - Decking-Final on Balconies 4716 Beacon** | | X | | **$3,000.00** |
| **ACCOUNT NO.** <br><br> **Lincolnway Fense** <br>**5239 W. Grand Ave.** <br>**Chicago, IL 60639** | | | **06-11-2008** <br><br> **2923-2925 North Lincoln LLC-Steel Stairs** | | X | | **$2,345.00** |
| **ACCOUNT NO.** <br><br> **Linda L and John Martin** <br>**838 Michigan Ave., Apt. 5B** <br>**Evanston, IL 60202** | | | **Loan to Castlepoint Peoria, L.L.C.** | | X | | **$25,000.00** |

Sheet no. **317** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $    **30,360.09**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,    Case No. _____
          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Mally Mechanical** **823 E. 56th Ave.** **Marrillville, IN 46410** | | | **07-08-2008** **2522-2530 North Ashland LLC - HVAC** | | X | | $13,800.00 |
| **ACCOUNT NO.** **Marquette Row 675 Condominium Association c/o Jarret S. Niesse, Reg. Agent 211 W. Wacker Dr. #500 Chicago, IL 60606** | | | | | X | | $1.00 |
| **ACCOUNT NO.** **Marquette Row 679 Condominium Association c/o Rivert West Management, Inc., Reg. Agent 770 N. Halsted #101 Chicago, IL 60642** | | | | | X | | $1.00 |
| **ACCOUNT NO.** **Marquette Row 685 Condominium Association c/o Robert G. Kogen, Reg. Agent 750 Lake Cook Rd. #350 Buffalo Grove, IL 60089** | | | | | X | | $1.00 |

Sheet no. __**318**_ of __**464**_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **13,803.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,          Case No. _____
            **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Marquette Row 689 Condo Association** c/o Joseph Vartanian, Reg. Agent **689 N. Peoria St., Apt. 4N Chicago, IL 60642** | | | | | X | | **$1.00** |
| **ACCOUNT NO.** **Marsha R. Berger 7990 Royal Fern Court Liberty Township, OH 45044** | | | **Loan to AE Funding II LLC** | | X | | **$125,000.00** |
| **ACCOUNT NO.** **Marsha R. Berger 7990 Royal Fern Court Liberty Township, OH 45044** | | | **Loan to AE Funding II LLC** | | X | | **$40,000.00** |
| **ACCOUNT NO.** **Marsha R. Berger 7990 Royal Fern Court Liberty Township, OH 45044** | | | **Loan to AE Funding II LLC** | | X | | **$35,000.00** |

Sheet no. __319__ of __464__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **200,001.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,    Case No. _____
                **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Marsha R. Berger**<br>**7990 Royal Fern Ct.**<br>**Liberty Township, OH 45044** | | | **Loan to 21 Kristin Developers LLC** | | X | | **$65,000.00** |
| **ACCOUNT NO.**<br><br>**Martin Cerny**<br>**1225 N. Paulina #3S**<br>**Chicago, IL 60613** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Martin Lally**<br>**632 Berkshire Court**<br>**Downers Grove, IL 60516** | | | **Loan to AE Funding II LLC** | | X | | **$21,542.88** |
| **ACCOUNT NO.**<br><br>**Mayo Builders, Inc.**<br>**1503 N. Cleveland #3**<br>**Chicago, IL 60610** | | | **02-27-2009**<br><br>**Castlebar Enterprises, Inc. - Professional Fees** | | X | | **$6,459.00** |

Sheet no. __320__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $  **93,001.88**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,    Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Mayo Builders, Inc. 1503 N. Cleveland #3 Chicago, IL 60610 | | | 12-05-2008 Castlebar Enterprises, Inc. - Professional Fees | | X | | $15,217.50 |
| ACCOUNT NO. Mayo Builders, Inc. 1503 N. Cleveland #3 Chicago, IL 60610 | | | 12-19-2008 Castlebar Enterprises, Inc. - Professional Fees | | X | | $15,217.50 |
| ACCOUNT NO. Mayo Builders, Inc. 1503 N. Cleveland #3 Chicago, IL 60610 | | | 04-13-2009 Willow 717 LLC - Prepaid Draw Invoices:10/07 - 09/08 GL Insurance | | X | | $2,487.89 |
| ACCOUNT NO. Mayo Builders, Inc. 1503 N. Cleveland #3 Chicago, IL 60610 | | | 11-21-2008 Castlebar Enterprises, Inc. - Professional Fees | | X | | $15,217.50 |

Sheet no. **321** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **48,140.39**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
           **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Mayo Builders, Inc. 1503 N. Cleveland #3 Chicago, IL 60610 | | | 01-02-2008 Castlebar Enterprises, Inc. - Professional Fees | | X | | $16,349.50 |
| **ACCOUNT NO.** Mayo Builders, Inc. 1503 N. Cleveland #3 Chicago, IL 60610 | | | 03-13-2009 Castlebar Enterprises, Inc. - Professional Fees | | X | | $6,459.00 |
| **ACCOUNT NO.** Mayo Builders, Inc. c/o John F. Lally 1503 N. Cleveland #3 Chicago, IL 60610-1128 | | | | X | X | X | Unknown |
| **ACCOUNT NO.** Mayo Builders, Inc. 2636 N. Lincoln Ave. Chicago, IL 60614 | | | 04-13-2009 Halsted 2646 LLC - Prepaid Draw Invoices 10/07 - 09/08 Insurance | | X | | $2,487.89 |

Sheet no. **322** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $   25,296.39

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,          Case No. _____
              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Mayo Builders, Inc.** <br> **2636 N. Lincoln Ave.** <br> **Chicago, IL 60614** | | | **11-11-2008** <br><br> **2522-2530 North Ashland LLC - Insurance-Liability Individual** | | X | | **$2,454.16** |
| **ACCOUNT NO.** <br><br> **Mayo Builders, Inc.** <br> **1503 N. Cleveland #3** <br> **Chicago, IL 60610** | | | **01-30-2009** <br><br> **Castlebar Enterprises, Inc. - Professional Fees** | | X | | **$6,480.60** |
| **ACCOUNT NO.** <br><br> **MB Financial Bank, N.A.** <br> **800 W. Madison** <br> **Chicago, IL 60607** | | | **Construction Loan** | | X | | **$19,200,000.00** |
| **ACCOUNT NO.   2050** <br><br> **MB Financial Bank, N.A.** <br> **500 W. Chestnut St.** <br> **Hinsdale, IL 60521** <br> **Full Account No.: 822942050** | | | **Construction Loan** | | X | | **$1,793,641.70** |

Sheet no. **323** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **21,002,576.46**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,        Case No. _____

        **Debtor**                                             (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 9283 **MB Financial Bank, N.A.** **363 W. Ontario** **Chicago, IL 60610** **Full Account No.: 2299283** | | | **New Century Bank LOC** | | X | | **$484,781.95** |
| **ACCOUNT NO.** 001C **MB Financial Bank, N.A.** **363 W. Ontario** **Chicago, IL 60610** **Full Account No.: 2298643** **09001C** | | | **Note Payable NCB** | | X | | **$225,000.00** |
| **ACCOUNT NO.** 002C **MB Financial Bank, N.A.** **363 W. Ontario** **Chicago, IL 60610** **Full Account No.: 00000790168** **09002C** | | | **NCB Construction Loan** | | X | | **$3,855,597.22** |
| **ACCOUNT NO.** 002C **MB Financial Bank, N.A.** **363 W. Ontario** **Chicago, IL 60610** **Full Account No.: 00007627289** **09002C** | | | **Construction Loan - NCB** **7627289** | | X | | **$6,969,327.24** |

Sheet no. **324** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **11,534,706.41**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,          Case No. _____
            **Debtor**                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    9001 <br><br> **MB Financial Bank, N.A. 15533 S. Cicero Ave. Oak Forest, IL 60452-3626 Full Account No.: 2152320-9001** | | | **Interstate Bank LOC** | | X | | **$446,713.15** |
| **ACCOUNT NO.** <br><br> **MB Financial Bank, N.A. 500 W. Chestnut St. Hinsdale, IL 60521** | | | **LOC** | | X | | **$213,088.00** |
| **ACCOUNT NO.** <br><br> **MB Financial Bank, NA c/o Shaw Gussis Fishman 321 N. Clark St., Ste. 800 Chicago, IL 60654** | | | **1222-24 W. Madison** | | | | **$230,265.00** |
| **ACCOUNT NO.** <br><br> **MF Illinois, LLC c/o Gregory A. McCormick Garfield & Merel, Ltd. 180 N. Stetson, Ste. 1300 Chicago, IL 60601** | | | | | | | **$3,727,297.38** |

Sheet no. **325** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **4,617,363.53**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,          Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Michael & Lindy Bishop** <br> **161 N. Clark, Suite 2700** <br> **Chicago, IL 60601** | | | | X | X | X | Unknown |
| **ACCOUNT NO.** <br><br> **Michael Jacoby, M.D.** <br> **Pension & Employee Profit Sharing** <br> **450 W. Hwy 22, Suite 3** <br> **Barrington, IL 60010** | | | | X | X | X | Unknown |
| **ACCOUNT NO.** <br><br> **Michael O'Connor** <br> **424 W. Wellington** <br> **Chicago, IL 60657** | | | **Loan to 2628 N Halsted LLC** | | X | | $50,000.00 |
| **ACCOUNT NO.** <br><br> **Michael R. Dolphin** <br> **231 W. Gillick St.** <br> **Park Ridge, IL 60068** | | | **01-11-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices-Reimbursement for Architectural Drawings** | | X | | $9.47 |

Sheet no. **326** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **50,009.47**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,     Case No. _____
   **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Michael Sato** <br> **425 W. North Ave.** <br> **Chicago, IL 60610** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Mionx Corporation** <br> **126 E. Wing St.** <br> **Arlington Heights, IL 60004** | | | 01-31-2008 <br><br> **AE Funding II LLC - Due to/from 1110-14 West Newport-1110 Newport** | | X | | **$1,000.00** |
| **ACCOUNT NO.** <br><br> **Monarch HVAC** <br> **465 Mayflower Ln.** <br> **Roselle, IL 60172** | | | 07-03-2009 <br><br> **4716 Beacon LLC -  HVAC Repairs & Maintenance - 4718.5 Beacon** | | X | | **$313.50** |
| **ACCOUNT NO.     0048** <br><br> **Much Shelist** <br> **191 N. Wacker** <br> **Chicago, IL 60606-1615** <br> **Full Account No.:** <br> **2710209.0048** | | | 10-27-2008 <br><br> **4716 Beacon LLC -  Legal Fees** | | X | | **$350.00** |

Sheet no. **327** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,663.50**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 0048<br><br>**Much Shelist**<br>**191 N. Wacker**<br>**Chicago, IL 60606-1615**<br>**Full Account No.:**<br>**2710209.0048** | | | **04-01-2009**<br><br>**4716 Beacon LLC -  Legal Fees** | | X | | **$267.00** |
| **ACCOUNT NO.** 0048<br><br>**Much Shelist**<br>**191 N. Wacker**<br>**Chicago, IL 60606-1615**<br>**Full Account No.:**<br>**2710209.0048** | | | **08-25-2009**<br><br>**4716 Beacon LLC -  Legal Fees** | | X | | **$500.00** |
| **ACCOUNT NO.** 0048<br><br>**Much Shelist**<br>**191 N. Wacker**<br>**Chicago, IL 60606-1615**<br>**Full Account No.:**<br>**2710209.0048** | | | **11-01-2008**<br><br>**4716 Beacon LLC -  Legal Fees** | | X | | **$597.60** |
| **ACCOUNT NO.** 0048<br><br>**Much Shelist**<br>**191 N. Wacker**<br>**Chicago, IL 60606-1615**<br>**Full Account No.:**<br>**2710209.0048** | | | **10-26-2009**<br><br>**4716 Beacon LLC -  Legal Fees** | | X | | **$350.00** |

Sheet no. **328** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,714.60**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
         **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    0048** **Much Shelist** **191 N. Wacker** **Chicago, IL 60606-1615** **Full Account No.:** **2710209.0048** | | | 10-01-2008 **4716 Beacon LLC -  Legal Fees** | | X | | $2,028.75 |
| **ACCOUNT NO.    9218** **National Construction Rentals** **1894 Plain Ave.** **Aurora, IL 60504** | | | 12-07-2008 **Castlepoint Peoria, L.L.C. - Temporary Fence** | | X | | $498.44 |
| **ACCOUNT NO.    9218** **National Construction Rentals** **1894 Plain Ave.** **Aurora, IL 60504** | | | 01-05-2009 **Castlepoint Peoria, L.L.C. - Temporary Fence** | | X | | $498.44 |
| **ACCOUNT NO.    9218** **National Construction Rentals** **1894 Plain Ave.** **Aurora, IL 60504** | | | 12-25-2008 **Castlepoint Peoria, L.L.C. - Temporary Fence** | | X | | $61.56 |

Sheet no. **329** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **3,087.19**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,          Case No. _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**New York Community Bank<br>1801 East 9th St.<br>Cleveland, OH 44114** | | | **Mortgage Payable-1st** | | X | | **$900,000.00** |
| **ACCOUNT NO.**<br><br>**North Shore Carpet Cleaning<br>500 N. Lincoln Lane<br>Arlington Heights, IL 60004** | | | 02-05-2009<br><br>**2923-2925 North Lincoln LLC-Carpeting 2927 Lincoln** | | X | | $136.26 |
| **ACCOUNT NO.**   001<br><br>**Northbrook Bank & Trust<br>1340 Shermer Road<br>Northbrook, IL 60062<br>Full Account No.: 001** | | | | | X | | $2,431,340.00 |
| **ACCOUNT NO.**<br><br>**Northwest Millwork Co.<br>455 E. Jarvis Ave.<br>Des Plaines, IL 60018** | | | 07-18-2008<br><br>**2524 N Ashland - Millwork** | | X | | $5,533.11 |

Sheet no. **330** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **3,337,009.37**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,   Case No. _____

**Debtor** **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER <br>(See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Northwest Millwork Co. 455 E. Jarvis Ave. Des Plaines, IL 60018** | | | **01-05-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices-2905 N Halsted** | | X | | **$132.19** |
| **ACCOUNT NO.** <br><br> **Northwest Millwork Co. 455 E. Jarvis Ave. Des Plaines, IL 60018** | | | **03-26-2009** <br><br> **2845-2901 North Halsted LLC- Millwork** | | X | | **$16,523.29** |
| **ACCOUNT NO.** <br><br> **Northwest Millwork Co. 455 E. Jarvis Ave. Des Plaines, IL 60018** | | | **04-04-2009** <br><br> **2845-2901 North Halsted LLC- Millwork-Common Area Door/Frames** | | X | | **$8,624.96** |
| **ACCOUNT NO.** <br><br> **Northwest Millwork Co. 455 E. Jarvis Ave. Des Plaines, IL 60018** | | | **04-30-2009** <br><br> **2845-2901 North Halsted LLC- Windows Glass & Glazing, Window Parts** | | X | | **$591.25** |

Sheet no. **331** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ **25,871.69**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,        Case No. _____
                    **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Northwest Millwork Co. 455 E. Jarvis Ave. Des Plaines, IL 60018** | | | 07-09-2008 <br><br> **2522-2530 North Ashland LLC - Millwork** | | X | | $87.20 |
| **ACCOUNT NO.** <br><br> **Northwest Millwork Co. 455 E. Jarvis Ave. Des Plaines, IL 60018** | | | 06-05-2008 <br><br> **2522-2530 North Ashland LLC - Millwork** | | X | | $475.02 |
| **ACCOUNT NO.** <br><br> **Northwest Millwork Co. 455 E. Jarvis Ave. Des Plaines, IL 60018** | | | 04-14-2009 <br><br> **2130 West Touhy, LLC-Millwork** | | X | | $103.40 |
| **ACCOUNT NO.** <br><br> **Northwest Millwork Co. 455 E. Jarvis Ave. Des Plaines, IL 60018** | | | 09-29-2008 <br><br> **2524 N Ashland - Millwork** | | X | | $307.22 |

Sheet no. **332** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  **972.84**

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,     Case No. _____
                    **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Northwest Millwork Co.**<br>**455 E. Jarvis Ave.**<br>**Des Plaines, IL 60018** | | | 06-05-2008<br><br>**2522-2530 North Ashland LLC - Millwork** | | X | | $429.46 |
| **ACCOUNT NO.**<br><br>**Northwest Millwork Co.**<br>**455 E. Jarvis Ave.**<br>**Des Plaines, IL 60018** | | | 02-06-2009<br><br>**456 W. Briar Plc LLC - Millwork** | | X | | $1,372.80 |
| **ACCOUNT NO.**<br><br>**Northwest Millwork Co.**<br>**455 E. Jarvis Ave.**<br>**Des Plaines, IL 60018** | | | 05-13-2009<br><br>**3323 North Seminary I LLC - Millwork** | | | | $13,233.25 |
| **ACCOUNT NO.**<br><br>**Northwest Millwork Co.**<br>**455 E. Jarvis Ave.**<br>**Des Plaines, IL 60018** | | | 12-23-2008<br><br>**2522-2530 North Ashland LLC - Millwork** | | X | | $83.54 |

Sheet no. **333** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $   **15,119.05**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____

　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Pamela C. Fowler**<br>**219 Sea Marsh Dr.**<br>**Kiawah Island, SC 29455** | | | **Loan to Duo Equities LLC** | | X | | **$20,000.00** |
| **ACCOUNT NO.**<br><br>**Payable to Buildings** | | | **Loan to Steven Golovan** | | X | | **$45,000.00** |
| **ACCOUNT NO.**<br><br>**Pedro Irepan**<br>**2711 S. Lawndale**<br>**Chicago, IL 60623** | | | **11-10-2008**<br><br>**1340 Pratt - Exterior Repairs** | | X | | **$1,000.00** |
| **ACCOUNT NO.**　　**5857**<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049565857** | | | **03-20-2009**<br><br>**2845-2901 North Halsted**<br>**LLC-Utilities-Gas** | | X | | **$17.60** |

Sheet no. **334** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **66,017.60**

Total▶ $ 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,   Case No. _____
        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 8395<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**95000454108395** | | | 03-20-2009<br><br>**2845-2901 North Halsted LLC-Utilities-Gas** | | X | | $97.71 |
| **ACCOUNT NO.** 7809<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**9500045107809** | | | 03-20-2009<br><br>**2845-2901 North Halsted LLC-Utilities-Gas** | | X | | $110.19 |
| **ACCOUNT NO.** 7532<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**95000415107532** | | | 03-20-2009<br><br>**2845-2901 North Halsted LLC-Utilities-Gas** | | X | | $456.44 |
| **ACCOUNT NO.** 5787<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049565787** | | | 02-20-2009<br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $1,312.75 |

Sheet no. **335** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $      **1,977.09**

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,        Case No. _____
              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 7852<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**9500045107852** | | | **02-19-2009**<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | **$98.30** |
| **ACCOUNT NO.** 8075<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**9500045108075** | | | **02-19-2009**<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | **$253.62** |
| **ACCOUNT NO.** 6614<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049566614** | | | **02-19-2009**<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | **$98.30** |
| **ACCOUNT NO.** 5984<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049565984** | | | **02-19-2009**<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | **$17.60** |

Sheet no. **336** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $    **467.82**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
        **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 5965 **Peoples Energy** Chicago, IL 60687-0001 Full Account No.: 7500049565965 | | | 02-19-2009 2845-2901 North Halsted LLC- Prepaid Draw Invoices | | X | | $17.60 |
| **ACCOUNT NO.** 5931 **Peoples Energy** Chicago, IL 60687-0001 Full Account No.: 7500049565931 | | | 02-19-2009 2845-2901 North Halsted LLC- Prepaid Draw Invoices | | X | | $17.60 |
| **ACCOUNT NO.** 5912 **Peoples Energy** Chicago, IL 60687-0001 Full Account No.: 7500049565912 | | | 02-19-2009 2845-2901 North Halsted LLC- Prepaid Draw Invoices | | X | | $17.60 |
| **ACCOUNT NO.** 4938 **Peoples Energy** Chicago, IL 60687-0001 Full Account No.: 7500045104938 | | | 04-16-2009 2923-2925 North Lincoln LLC-Utilities-Gas | | X | | $51.04 |

Sheet no. **337** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **103.84**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,          Case No. _____

        **Debtor**                                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 5931 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049565931** | | | **03-20-2009** <br><br> **2845-2901 North Halsted LLC-Utilities-Gas** | | X | | $17.60 |
| **ACCOUNT NO.** 5965 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049565965** | | | **03-20-2009** <br><br> **2845-2901 North Halsted LLC-Utilities-Gas** | | X | | $17.60 |
| **ACCOUNT NO.** 2562 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** | | | **12-18-2009** <br><br> **Lakewood Henderson LLC - Gas** | | X | | $589.10 |
| **ACCOUNT NO.** 5895 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049565895** | | | **02-19-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $390.17 |

Sheet no. **338** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,014.47**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,     Case No. _____
                        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    5876** <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049565876** | | | **02-19-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | **$17.60** |
| **ACCOUNT NO.    5857** <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049565857** | | | **02-19-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | **$17.60** |
| **ACCOUNT NO.    5838** <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049565838** | | | **02-19-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | **$570.09** |
| **ACCOUNT NO.    5804** <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049565804** | | | **02-19-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | **$17.60** |

Sheet no.__**339**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $          **622.89**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,          Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**     5772 <br><br> **Peoples Energy** <br> Chicago, IL 60687-0001 <br> Full Account No.: <br> 7500049565772 | | | 02-19-2009 <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $29.27 |
| **ACCOUNT NO.**     5753 <br><br> **Peoples Energy** <br> Chicago, IL 60687-0001 <br> Full Account No.: <br> 7500049565753 | | | 02-19-2009 <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $419.64 |
| **ACCOUNT NO.**     0320 <br><br> **Peoples Energy** <br> Chicago, IL 60687-0001 <br> Full Account No.: <br> 6500052500320 | | | 04-21-2009 <br><br> **1712 N. Halsted - WIP-Utilities-Gas** | | X | | $97.31 |
| **ACCOUNT NO.**     8395 <br><br> **Peoples Energy** <br> Chicago, IL 60687-0001 <br> Full Account No.: <br> 9500045108395 | | | 02-19-2009 <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $135.89 |

Sheet no. **340** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **682.11**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**  7809<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**9500045107809** | | | **02-19-2009**<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | $146.76 |
| **ACCOUNT NO.**  5787<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049565787** | | | **01-22-2009**<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | $1,688.49 |
| **ACCOUNT NO.**  7852<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**9500045107852** | | | **01-21-2009**<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | $326.66 |
| **ACCOUNT NO.**  8075<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**9500045108075** | | | **01-21-2009**<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | $931.71 |

Sheet no. __341__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **3,093.62**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,    Case No. _____
　　　　　　**Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 6614<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049566614** | | | **01-21-2009**<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | $137.24 |
| **ACCOUNT NO.** 5998<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049565998** | | | **01-21-2009**<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | $149.01 |
| **ACCOUNT NO.** 5984<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049565984** | | | **01-21-2009**<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | $17.67 |
| **ACCOUNT NO.** 5965<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049565965** | | | **01-21-2009**<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | $17.67 |

Sheet no. **342** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **321.59**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,      Case No. _____
         **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 2562 <br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**5500037162562** | | | 12-18-2009 <br><br>**Lakewood Henderson LLC - Late Fees** | | X | | $4.58 |
| **ACCOUNT NO.** 5912 <br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049565912** | | | 01-21-2009 <br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $17.67 |
| **ACCOUNT NO.** 5895 <br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049565895** | | | 01-21-2009 <br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $487.43 |
| **ACCOUNT NO.** 5876 <br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049565876** | | | 01-21-2009 <br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $17.67 |

Sheet no. **343** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $       **527.35**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,        Case No. _____
            **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    5857 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049565857** | | | **01-21-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $17.67 |
| **ACCOUNT NO.**    5838 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049565838** | | | **01-21-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $698.41 |
| **ACCOUNT NO.**    5804 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049565804** | | | **01-21-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $17.67 |
| **ACCOUNT NO.**    5772 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049565772** | | | **01-21-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $29.59 |

Sheet no. __344__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $            **763.34**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re  **Steven Golovan**_____,     Case No. _____
    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**      5753 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049565753** | | | **01-21-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $507.00 |
| **ACCOUNT NO.**      2562 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **5500037162562** | | | **01-08-2010** <br><br> **Lakewood Henderson LLC - Gas** | | X | | $2,628.19 |
| **ACCOUNT NO.**      5523 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049565523** | | | **01-21-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $29.59 |
| **ACCOUNT NO.**      8395 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **9500045108395** | | | **01-21-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $212.20 |

Sheet no. **345** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **3,376.98**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re __Steven Golovan_____,    Case No. _____
    **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 7809 <br><br> Peoples Energy <br> Chicago, IL 60687-0001 <br> Full Account No.: <br> 9500045107809 | | | **01-21-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $195.07 |
| **ACCOUNT NO.** 6614 <br><br> Peoples Energy <br> Chicago, IL 60687-0001 <br> Full Account No.: <br> 7500049566614 | | | **12-19-2008** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $425.22 |
| **ACCOUNT NO.** 5998 <br><br> Peoples Energy <br> Chicago, IL 60687-0001 <br> Full Account No.: <br> 7500049565998 | | | **12-19-2008** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $341.23 |
| **ACCOUNT NO.** 5984 <br><br> Peoples Energy <br> Chicago, IL 60687-0001 <br> Full Account No.: <br> 7500049565984 | | | **12-19-2008** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $17.77 |

Sheet no. __346__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **979.29**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
           **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**   5965<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049565965** | | | **12-19-2008**<br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $17.77 |
| **ACCOUNT NO.**   5931<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049565931** | | | **12-19-2008**<br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $17.77 |
| **ACCOUNT NO.**   5912<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049565912** | | | **12-19-2008**<br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $64.06 |
| **ACCOUNT NO.**   2562<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**5500037162562** | | | **03-09-2010**<br><br>**Lakewood Henderson LLC - Gas** | | X | | $1,961.40 |

Sheet no. **347** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **2,061.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,    Case No. _____
        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 9326 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500040299326** | | | 03-17-2010 <br><br> **Lakewood Henderson LLC - Late Fees** | | X | | **$18.54** |
| **ACCOUNT NO.** <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** | | | 01-22-2010 <br><br> **3912 North Pine Grove LLC - Utilities-Gas** | | X | | **$445.49** |
| **ACCOUNT NO.** E+12 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.: 5.50004E+12** | | | 02-05-2010 <br><br> **3912 North Pine Grove LLC - Utilities-Gas** | X | | | **$6,126.29** |
| **ACCOUNT NO.** E+12 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.: 5.50004E+12** | | | 02-08-2010 <br><br> **3912 North Pine Grove LLC - Utilities-Gas** | | X | | **$188.50** |

Sheet no. **348** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **6,778.82**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____

          **Debtor**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 5984<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049565984** | | | 03-20-2009<br><br>**2845-2901 North Halsted LLC-Utilities-Gas** | | X | | $17.60 |
| **ACCOUNT NO.** 5895<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049565895** | | | 12-19-2008<br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $322.60 |
| **ACCOUNT NO.** 2156<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**6500039362156** | | | 02-04-2010<br><br>**1900 West Farwell LLC - Gas** | | X | | $85.86 |
| **ACCOUNT NO.** 9396<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**5500035549396** | | | 02-16-2009<br><br>**Castlebar Enterprises, Inc. - Utilities-Gas** | | X | | $287.82 |

Sheet no. **349** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **713.88**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,        Case No. _____
             **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 5876<br><br>**Peoples Energy<br>Chicago, IL 60687-0001<br>Full Account No.:<br>7500049565876** | | | **12-19-2008**<br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $64.06 |
| **ACCOUNT NO.**<br><br>**Peoples Energy<br>Chicago, IL 60687-0001** | | | **01-21-2010**<br><br>**1900 West Farwell LLC - Gas-non heat** | | X | | $51.89 |
| **ACCOUNT NO.** 5876<br><br>**Peoples Energy<br>Chicago, IL 60687-0001<br>Full Account No.:<br>7500049565876** | | | **03-20-2009**<br><br>**2845-2901 North Halsted LLC-Utilities-Gas** | | X | | $17.60 |
| **ACCOUNT NO.** 5998<br><br>**Peoples Energy<br>Chicago, IL 60687-0001<br>Full Account No.:<br>7500049565998** | | | **03-20-12**<br><br>**2845-2901 North Halsted LLC-Utilities-Gas** | | X | | $78.12 |

Sheet no. **350** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $            **211.67**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,   Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**　　7852　　**Peoples Energy** Chicago, IL 60687-0001 Full Account No.: 9500045107852 | | | 03-20-2009 2845-2901 North Halsted LLC-Utilities-Gas | | X | | $70.16 |
| **ACCOUNT NO.**　　8075　　**Peoples Energy** Chicago, IL 60687-0001 Full Account No.: 9500045108075 | | | 03-20-2009 2845-2901 North Halsted LLC-Utilities-Gas | | X | | $199.91 |
| **ACCOUNT NO.**　　E+12　　**Peoples Energy** Chicago, IL 60687-0001 Full Account No.: 650005E+12 | | | 01-18-2010 1900 West Farwell LLC - Gas | | X | | $3,667.98 |
| **ACCOUNT NO.**　　5787　　**Peoples Energy** Chicago, IL 60687-0001 Full Account No.: 7500049565787 | | | 03-23-2009 2845-2901 North Halsted LLC-Utilities-Gas | | X | | $104.05 |

Sheet no.__**351**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $　**4,042.10**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Steven Golovan_____,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 5857 <br><br> Peoples Energy <br> Chicago, IL 60687-0001 <br> Full Account No.: <br> 7500049565857 | | | 12-19-2008 <br><br> 2845-2901 North Halsted LLC- Prepaid Draw Invoices | | X | | $64.06 |
| **ACCOUNT NO.** 5838 <br><br> Peoples Energy <br> Chicago, IL 60687-0001 <br> Full Account No.: <br> 7500049565838 | | | 12-19-2008 <br><br> 2845-2901 North Halsted LLC- Prepaid Draw Invoices | | X | | $410.41 |
| **ACCOUNT NO.** 0279 <br><br> Peoples Energy <br> Chicago, IL 60687-0001 <br> Full Account No.: <br> 6500052500279 | | | 04-24-2009 <br><br> 1712 N. Halsted LLC - WIP-Utilities-Gas | | X | | $226.79 |
| **ACCOUNT NO.** 5804 <br><br> Peoples Energy <br> Chicago, IL 60687-0001 <br> Full Account No.: <br> 7500049565804 | | | 12-19-2008 <br><br> 2845-2901 North Halsted LLC- Prepaid Draw Invoices | | X | | $64.06 |

Sheet no. __352__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 　　765.32

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,    Case No. _____
       **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    5772 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049565772** | | | **12-19-2008** <br><br> **2845-2901 North Halsted** <br> **LLC- Prepaid Draw Invoices** | | X | | $97.54 |
| **ACCOUNT NO.**    5753 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049565753** | | | **12-19-2008** <br><br> **2845-2901 North Halsted** <br> **LLC- Prepaid Draw Invoices** | | X | | $345.93 |
| **ACCOUNT NO.**    5523 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049565523** | | | **12-19-2008** <br><br> **2845-2901 North Halsted** <br> **LLC- Prepaid Draw Invoices** | | X | | $97.54 |
| **ACCOUNT NO.**    2859 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500053362859** | | | **12-16-2008** <br><br> **2845-2901 North Halsted** <br> **LLC- Prepaid Draw Invoices** | | X | | $439.00 |

Sheet no. **353** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **980.01**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,     Case No. _____
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 7852<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**9500045107852** | | | **11-19-2008**<br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | **$7.61** |
| **ACCOUNT NO.** 8075<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**9500045108075** | | | **11-19-2008**<br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | **$268.71** |
| **ACCOUNT NO.** 8395<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**9500045108395** | | | **11-19-2008**<br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | **$29.93** |
| **ACCOUNT NO.** 7809<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**9500045107809** | | | **11-19-2008**<br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | **$97.00** |

Sheet no. **354** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $      **403.25**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    7852**  **Peoples Energy** Chicago, IL 60687-0001 **Full Account No.:** 9500045107852 | | | **10-21-2008**  **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $33.03 |
| **ACCOUNT NO.    8075**  **Peoples Energy** Chicago, IL 60687-0001 **Full Account No.:** 9500045108075 | | | **10-21-2008**  **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $44.13 |
| **ACCOUNT NO.    8395**  **Peoples Energy** Chicago, IL 60687-0001 **Full Account No.:** 9500045108395 | | | **10-21-2008**  **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $27.01 |
| **ACCOUNT NO.    7809**  **Peoples Energy** Chicago, IL 60687-0001 **Full Account No.:** 9500045107809 | | | **10-21-2008**  **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $22.40 |

Sheet no. **355** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $      **126.57**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 8075 <br><br>**Peoples Energy** **Chicago, IL 60687-0001** **Full Account No.:** **9500045108075** | | | **09-19-2008** <br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $30.09 |
| **ACCOUNT NO.** 5998 <br><br>**Peoples Energy** **Chicago, IL 60687-0001** **Full Account No.:** **7500049565998** | | | **09-19-2008** <br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $33.48 |
| **ACCOUNT NO.** 5787 <br><br>**Peoples Energy** **Chicago, IL 60687-0001** **Full Account No.:** **7500049565787** | | | **09-19-2008** <br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $30.09 |
| **ACCOUNT NO.** 5715 <br><br>**Peoples Energy** **Chicago, IL 60687-0001** **Full Account No.:** **7500049565715** | | | **09-19-2008** <br><br>**2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $30.09 |

Sheet no. **356** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $　　**123.75**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,          Case No. _____
              **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**      8395 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **9500045108395** | | | **09-19-2008** <br><br> **2845-2901 North Halsted** <br> **LLC- Prepaid Draw Invoices** | | X | | $28.27 |
| **ACCOUNT NO.**      7809 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **9500045107809** | | | **09-19-2008** <br><br> **2845-2901 North Halsted** <br> **LLC- Prepaid Draw Invoices** | | X | | $24.76 |
| **ACCOUNT NO.**      6578 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049566578** | | | **09-12-2008** <br><br> **2845-2901 North Halsted** <br> **LLC- Prepaid Draw Invoices** | | X | | $16.13 |
| **ACCOUNT NO.**      5787 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049565787** | | | **08-21-2008** <br><br> **2845-2901 North Halsted** <br> **LLC- Prepaid Draw Invoices** | | X | | $490.40 |

Sheet no. **357** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $      **559.56**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,        Case No. _____

_____**Debtor**_____                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 8075<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**9500045108075** | | | **08-20-2008**<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | $60.63 |
| **ACCOUNT NO.** 6578<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049566578** | | | **08-20-2008**<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | $35.54 |
| **ACCOUNT NO.** 7532<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**9500045107532** | | | **04-21-2009**<br><br>**2845-2901 North Halsted**<br>**LLC-Utilities-Gas** | | X | | $282.55 |
| **ACCOUNT NO.** 6614<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049566614** | | | **08-20-2008**<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | $21.36 |

Sheet no. **358** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **400.08**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,        Case No. _____
　　　　　　**Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**　　5998<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049565998** | | | **08-20-2008**<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | **$43.42** |
| **ACCOUNT NO.**　　5715<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049565715** | | | **08-20-2008**<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | **$598.63** |
| **ACCOUNT NO.**　　8395<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**9500045108395** | | | **08-20-2008**<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | **$53.17** |
| **ACCOUNT NO.**　　7809<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**9500045107809** | | | **08-20-2008**<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | **$47.35** |

Sheet no. **359** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **742.57**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,                Case No. _____
       **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 7809 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **9500045107809** | | | 04-21-2009 <br><br> **2845-2901 North Halsted** <br> **LLC-Utilities-Gas** | | X | | $77.09 |
| **ACCOUNT NO.** 8395 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **9500045108395** | | | 04-21-2009 <br><br> **2845-2901 North Halsted** <br> **LLC-Utilities-Gas** | | X | | $71.57 |
| **ACCOUNT NO.** 5857 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049565857** | | | 04-21-2009 <br><br> **2845-2901 North Halsted** <br> **LLC-Utilities-Gas** | | X | | $17.60 |
| **ACCOUNT NO.** 5876 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049565876** | | | 04-21-2009 <br><br> **2845-2901 North Halsted** <br> **LLC-Utilities-Gas** | | X | | $17.60 |

Sheet no. **360** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **183.86**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
            **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    0349 <br><br>Peoples Energy<br>Chicago, IL 60687-0001<br>Full Account No.:<br>6500052500349 | | | 04-23-2009<br><br>1712 N Halsted LLC - WIP-Utilities-Gas | | X | | $74.17 |
| **ACCOUNT NO.**    5895 <br><br>Peoples Energy<br>Chicago, IL 60687-0001<br>Full Account No.:<br>7500049565895 | | | 04-21-2009<br><br>2845-2901 North Halsted LLC-Utilities-Gas | | X | | $17.60 |
| **ACCOUNT NO.**    5912 <br><br>Peoples Energy<br>Chicago, IL 60687-0001<br>Full Account No.:<br>7500049565912 | | | 04-21-2009<br><br>2845-2901 North Halsted LLC-Utilities-Gas | | X | | $17.60 |
| **ACCOUNT NO.**    5931 <br><br>Peoples Energy<br>Chicago, IL 60687-0001<br>Full Account No.:<br>7500049565931 | | | 04-21-2009<br><br>2845-2901 North Halsted LLC-Utilities-Gas | | X | | $17.60 |

Sheet no. **361** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **126.97**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re  **Steven Golovan**_____,     Case No. _____
              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**   5965 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049565965** | | | **04-21-2009** <br><br> **2845-2901 North Halsted LLC-Utilities-Gas** | | X | | **$17.60** |
| **ACCOUNT NO.**   5710 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049715710** | | | **03-20-2009** <br><br> **456 W. Briar Plc LLC - Utilities-Gas** | | X | | **$83.48** |
| **ACCOUNT NO.**   5724 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049715724** | | | **03-20-2009** <br><br> **456 W. Briar Plc LLC - Utilities-Gas** | | X | | **$72.47** |
| **ACCOUNT NO.**   5710 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049715710** | | | **04-21-2009** <br><br> **456 W. Briar Plc LLC - Utilities-Gas** | | | | **$65.35** |

Sheet no.__**362**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **238.90**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,          Case No. _____

                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    5984** <br><br> **Peoples Energy** <br>**Chicago, IL 60687-0001** <br>**Full Account No.:** <br>**7500049565984** | | | 04-21-2009 <br><br> **2845-2901 North Halsted LLC-Utilities-Gas** | | X | | $17.60 |
| **ACCOUNT NO.    1199** <br><br> **Peoples Energy** <br>**Chicago, IL 60687-0001** <br>**Full Account No.:** <br>**0500042881199** | | | 10-06-2009 <br><br> **4716 Beacon LLC - Utilities-Gas** | | X | | $57.45 |
| **ACCOUNT NO.    5998** <br><br> **Peoples Energy** <br>**Chicago, IL 60687-0001** <br>**Full Account No.:** <br>**0500053605998** | | | 10-06-2009 <br><br> **4716 Beacon LLC - Utilities-Gas** | | X | | $55.71 |
| **ACCOUNT NO.    1199** <br><br> **Peoples Energy** <br>**Chicago, IL 60687-0001** <br>**Full Account No.:** <br>**0500042881199** | | | 11-05-5009 <br><br> **4716 Beacon LLC - Utilities-Gas** | | X | | $76.16 |

Sheet no. __363__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $        **206.92**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,        Case No. _____
        **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 5724 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049715724** | | | 04-21-2009 <br><br> **456 W. Briar Plc LLC -** <br> **Utilities-Gas** | | X | | $35.54 |
| **ACCOUNT NO.** 5998 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049565998** | | | 02-19-2009 <br><br> **2845-2901 North Halsted** <br> **LLC- Prepaid Draw Invoices** | | X | | $117.09 |
| **ACCOUNT NO.** 0279 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **6500052500279** | | | 04-21-2009 <br><br> **1712 N Halsted LLC -** <br> **WIP-Utilities-Gas** | | X | | $15.75 |
| **ACCOUNT NO.** 8804 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **5500035188804** | | | 03-18-2009 <br><br> **1502 North Cleveland LLC -** <br> **WIP, Utilities, Gas** | | X | | $129.98 |

Sheet no. __364__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $      **298.36**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,     Case No. _____
_____**Debtor**_____                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 8787 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **5500035188787** | | | **06-17-2008** <br><br> **1503 North Cleveland LLC - WIP, Utilities, Gas** | | X | | $43.87 |
| **ACCOUNT NO.** <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** | | | **01-27-2010** <br><br> **6311-15 N. Glenwood, L.L.C. - Utilities-Gas Late Fees** | | X | | $4.17 |
| **ACCOUNT NO.** 0161 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **6500052500161** | | | **04-23-2009** <br><br> **1712 N Halsted LLC - WIP-Utilities-Gas** | | X | | $33.00 |
| **ACCOUNT NO.** <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** | | | **01-27-2010** <br><br> **6311-15 N. Glenwood, L.L.C. - Utilities-Gas** | | X | | $357.25 |

Sheet no. **365** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **438.29**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,    Case No. _____

   **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 5998 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **0500053605998** | | | **11-05-2009** <br><br> **4716 Beacon LLC -** <br> **Utilities-Gas** | | X | | $107.16 |
| **ACCOUNT NO.** 5998 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **0500053605998** | | | **11-16-2009** <br><br> **4716 Beacon LLC -** <br> **Utilities-Gas** | | X | | $119.16 |
| **ACCOUNT NO.** E+12 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.: 6.5004E+12** | | | **01-18-2010** <br><br> **1900 West Farwell LLC -** <br> **Gas** | | X | | $2,564.91 |
| **ACCOUNT NO.** 1199 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **0500042881199** | | | **01-07-2010** <br><br> **4716 Beacon LLC -** <br> **Utilities-Gas** | | X | | $67.31 |

Sheet no. **366** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $    **2,858.54**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re  **Steven Golovan**_____,        Case No. _____
                    **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    1613 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500048111613** | | | 04-16-2009 <br><br> 2923-2925 North Lincoln LLC-Utilities-Gas | | X | | $29.27 |
| **ACCOUNT NO.**    7852 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **9500045107852** | | | 04-21-2009 <br><br> 2845-2901 North Halsted LLC-Utilities-Gas | | X | | $39.34 |
| **ACCOUNT NO.**    5787 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049565787** | | | 04-22-2009 <br><br> 2845-2901 North Halsted LLC-Utilities-Gas | | X | | $29.27 |
| **ACCOUNT NO.**    0161 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **6500052500161** | | | 04-21-2009 <br><br> 1712 N. Hasted LLC - WIP-Utilities-Gas | | X | | $391.23 |

Sheet no.  **367**  of  **464**  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $                **489.11**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,        Case No. _____
          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 4938 <br><br> **Peoples Energy** **Chicago, IL 60687-0001** **Full Account No.:** **7500045104938** | | | **03-18-2009** <br><br> **2923-2925 North Lincoln LLC-Utilities-Gas** | | X | | **$77.58** |
| **ACCOUNT NO.** 8377 <br><br> **Peoples Energy** **Chicago, IL 60687-0001** **Full Account No.:** **5500049688377** | | | **04-21-2009** <br><br> **723-25 West Diversey LLC - Utilities-Gas** | | X | | **$77.80** |
| **ACCOUNT NO.** 8466 <br><br> **Peoples Energy** **Chicago, IL 60687-0001** **Full Account No.:** **5500049688466** | | | **04-21-2009** <br><br> **723-25 West Diversey LLC - Utilities-Gas** | | X | | **$63.89** |
| **ACCOUNT NO.** 5895 <br><br> **Peoples Energy** **Chicago, IL 60687-0001** **Full Account No.:** **7500049565895** | | | **03-20-2009** <br><br> **2845-2901 North Halsted LLC-Utilities-Gas** | | X | | **$280.21** |

Sheet no. **368** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **499.48**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,       Case No. _____
         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 8433 <br><br> Peoples Energy <br> Chicago, IL 60687-0001 <br> Full Account No.: <br> 5500049688433 | | | 04-21-2009 <br><br> 723-25 West Diversey LLC - Utilities-Gas | | X | | $66.04 |
| **ACCOUNT NO.** 8396 <br><br> Peoples Energy <br> Chicago, IL 60687-0001 <br> Full Account No.: <br> 5500049688396 | | | 04-21-2009 <br><br> 723-25 West Diversey LLC - Utilities-Gas | | X | | $46.87 |
| **ACCOUNT NO.** 0349 <br><br> Peoples Energy <br> Chicago, IL 60687-0001 <br> Full Account No.: <br> 6500052500349 | | | 04-21-2009 <br><br> 1712 N Halsted LLC - WIP-Utilities-Gas | | X | | $114.13 |
| **ACCOUNT NO.** 1947 <br><br> Peoples Energy <br> Chicago, IL 60687-0001 <br> Full Account No.: <br> 7500048111947 | | | 03-18-2009 <br><br> 2923-2925 North Lincoln LLC-Utilities-Gas | | X | | $55.64 |

Sheet no. **369** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **282.68**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____ ,     Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**　　E-11<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.: 5.00051E-11** | | | **01-14-2010**<br><br>**Madison 1224, LLC - Gas** | | X | | **$5,128.21** |
| **ACCOUNT NO.**　　1613<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500048111613** | | | **03-18-2009**<br><br>**2923-2925 North Lincoln**<br>**LLC-Utilities-Gas** | | X | | **$29.27** |
| **ACCOUNT NO.**　　1950<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049701950** | | | **04-14-2009**<br><br>**2724-2730 North Ashland**<br>**LLC - Utilities-Gas** | | X | | **$33.42** |
| **ACCOUNT NO.**　　1946<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049701946** | | | **04-14-2009**<br><br>**2724-2730 North Ashland**<br>**LLC - Utilities-Gas** | | X | | **$19.57** |

Sheet no.__**370**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **5,210.47**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 1927 <br><br>**Peoples Energy Chicago, IL 60687-0001 Full Account No.: 7500049701927** | | | **04-14-2009** <br><br>**2724-2730 North Ashland LLC - Utilities-Gas** | | X | | **$32.44** |
| **ACCOUNT NO.** 1908 <br><br>**Peoples Energy Chicago, IL 60687-0001 Full Account No.: 7500049701908** | | | **04-14-2009** <br><br>**2724-2730 North Ashland LLC - Utilities-Gas** | | X | | **$40.36** |
| **ACCOUNT NO.** 1895 <br><br>**Peoples Energy Chicago, IL 60687-0001 Full Account No.: 7500049701895** | | | **04-14-2009** <br><br>**2724-2730 North Ashland LLC - Utilities-Gas** | | X | | **$18.57** |
| **ACCOUNT NO.** 1880 <br><br>**Peoples Energy Chicago, IL 60687-0001 Full Account No.: 7500049701880** | | | **04-14-2009** <br><br>**2724-2730 North Ashland LLC - Utilities-Gas** | | X | | **$17.60** |

Sheet no. __371__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **108.97**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Steven Golovan</u>                    ,        Case No. _____
            **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 1861 <br><br>**Peoples Energy** <br>**Chicago, IL 60687-0001** <br>**Full Account No.:** <br>**7500049701861** | | | **04-14-2009** <br><br>**2724-2730 North Ashland LLC - Utilities-Gas** | | X | | **$35.39** |
| **ACCOUNT NO.** 1842 <br><br>**Peoples Energy** <br>**Chicago, IL 60687-0001** <br>**Full Account No.:** <br>**7500049701842** | | | **04-14-2009** <br><br>**2724-2730 North Ashland LLC - Utilities-Gas** | | X | | **$47.26** |
| **ACCOUNT NO.** 1823 <br><br>**Peoples Energy** <br>**Chicago, IL 60687-0001** <br>**Full Account No.:** <br>**7500049701823** | | | **04-14-2009** <br><br>**2724-2730 North Ashland LLC - Utilities-Gas** | | X | | **$25.51** |
| **ACCOUNT NO.** 1804 <br><br>**Peoples Energy** <br>**Chicago, IL 60687-0001** <br>**Full Account No.:** <br>**7500049701804** | | | **04-14-2009** <br><br>**2724-2730 North Ashland LLC - Utilities-Gas** | | X | | **$17.60** |

Sheet no. __372__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $        **125.76**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,    Case No. _____

       **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 1772<br><br>Peoples Energy<br>Chicago, IL 60687-0001<br>Full Account No.:<br>7500049701772 | | | 04-14-2009<br><br>2724-2730 North Ashland LLC - Utilities-Gas | | X | | $39.35 |
| **ACCOUNT NO.** 1720<br><br>Peoples Energy<br>Chicago, IL 60687-0001<br>Full Account No.:<br>750049701720 | | | 04-14-2009<br><br>2724-2730 North Ashland LLC - Utilities-Gas | | X | | $50.23 |
| **ACCOUNT NO.** 1679<br><br>Peoples Energy<br>Chicago, IL 60687-0001<br>Full Account No.:<br>7500049701679 | | | 04-14-2009<br><br>2724-2730 North Ashland LLC - Utilities-Gas | | X | | $66.87 |
| **ACCOUNT NO.** 7496<br><br>Peoples Energy<br>Chicago, IL 60687-0001<br>Full Account No.:<br>1500049667496 | | | 01-14-2009<br><br>2522-2530 North Ashland LLC - Utilities-Gas | | X | | $67.61 |

Sheet no. **373** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $     **224.06**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**   0003 <br><br>**Peoples Energy** <br>Chicago, IL 60687-0001 <br>**Full Account No.:** <br>1500049680003 | | | 01-14-2009 <br><br>**2522-2530 North Ashland LLC - Utilities-Gas** | | X | | $75.70 |
| **ACCOUNT NO.**   6029 <br><br>**Peoples Energy** <br>Chicago, IL 60687-0001 <br>**Full Account No.:** <br>1500049716029 | | | 04-23-2009 <br><br>**2522-2530 North Ashland LLC - Gas** | | X | | $5.28 |
| **ACCOUNT NO.**   8358 <br><br>**Peoples Energy** <br>Chicago, IL 60687-0001 <br>**Full Account No.:** <br>5500049688358 | | | 04-21-2009 <br><br>**723-25 West Diversey LLC - Utilities-Gas** | | X | | $34.60 |
| **ACCOUNT NO.**   8170 <br><br>**Peoples Energy** <br>Chicago, IL 60687-0001 <br>**Full Account No.:** <br>5500049688170 | | | 04-21-2009 <br><br>**723-25 West Diversey LLC - Utilities-Gas** | | X | | $47.82 |

Sheet no. __374__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $         **163.40**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,      Case No. _____
         **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 8363 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **5500049688363** | | | **04-06-2009** <br><br> **723-25 West Diversey LLC - Utilities-Gas** | | X | | $227.69 |
| **ACCOUNT NO.** 5931 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049565931** | | | **01-21-2009** <br><br> **2845-2901 North Halsted LLC- Prepaid Draw Invoices** | | X | | $17.67 |
| **ACCOUNT NO.** 1664 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **7500049701664** | | | **04-14-2009** <br><br> **2724-2730 North Ashland LLC - Utilities-Gas** | | X | | $51.22 |
| **ACCOUNT NO.** 1650 <br><br> **Peoples Energy** <br> **Chicago, IL 60687-0001** <br> **Full Account No.:** <br> **750049701650** | | | **04-14-2009** <br><br> **2724-2730 North Ashland LLC - Utilities-Gas** | | X | | $39.35 |

Sheet no. **375** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $         **335.93**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,        Case No. _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 1580<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**750049701580** | | | **04-14-2009**<br><br>**2724-2730 North Ashland**<br>**LLC - Utilities-Gas** | | X | | $47.26 |
| **ACCOUNT NO.** 1965<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049701965** | | | **04-14-2009**<br><br>**2724-2730 North Ashland**<br>**LLC - Utilities-Gas** | | X | | $127.55 |
| **ACCOUNT NO.** 5523<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049565523** | | | **02-19-2009**<br><br>**2845-2901 North Halsted**<br>**LLC- Prepaid Draw Invoices** | | X | | $29.27 |
| **ACCOUNT NO.** 5998<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049565998** | | | **04-21-2009**<br><br>**2845-2901 North Halsted**<br>**LLC-Utilities-Gas** | | X | | $53.50 |

Sheet no. **376** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **257.58**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    8039**<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**5500049688039** | | | 04-21-2009<br><br>**723-25 West Diversey LLC -**<br>**Utilities-Gas** | | X | | $95.78 |
| **ACCOUNT NO.    5912**<br><br>**Peoples Energy**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**7500049565912** | | | 03-20-2009<br><br>**2845-2901 North Halsted**<br>**LLC-Utilities-Gas** | | X | | $17.60 |
| **ACCOUNT NO.    5998**<br><br>**Peoples Gas**<br>**Chicago, IL 60687-0001**<br>**Full Account No.:**<br>**0500053605998** | | | 11-16-2009<br><br>**4716 Beacon LLC -**<br>**Utilities-Gas** | | X | | $12.00 |
| **ACCOUNT NO.**<br><br>**Phase 1 Consulting**<br>**205 W. Wacker Dr. #516**<br>**Chicago, IL 60606** | | | 01-12-2009<br><br>**Ainslie-Damen LLC -**<br>**Prepaid Draw Invoices 4835**<br>**N Damen** | | X | | $2,780.00 |

Sheet no. **377** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $　**2,905.38**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Steven Golovan**_____,        Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Phase 1 Consulting**<br>**205 W. Wacker Dr. #516**<br>**Chicago, IL 60606** | | | **01-12-2009**<br><br>**Ainslie-Damen LLC - Prepaid Draw Invoices - 4835 N Damen** | | X | | **$2,100.00** |
| **ACCOUNT NO.**<br><br>**Piaras Jordan**<br>**2114 W. Crystal St. #3W**<br>**Chicago, IL 60622-3002** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.**　　2669<br><br>**PNC**<br>**P.O. Box 533510**<br>**Atlanta, GA 30353-3510**<br>**Full Account No.: 5752669** | | | **Mortgage Payable-919 W Newport** | | X | | **$171,207.00** |
| **ACCOUNT NO.**　　2667<br><br>**PNC**<br>**P.O. Box 533510**<br>**Atlanta, GA 30353-3510**<br>**Full Account No.: 5752667** | | | **Mortgage Payable-3744 Wayne** | | X | | **$185,880.08** |

Sheet no.__**378**__of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **359,187.08**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,      Case No. _____
          **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   2668 **PNC P.O. Box 533510 Atlanta, GA 30353-3510 Full Account No.: 5752668** | | | **Mortgage Payable-3822 N Kenmore** | | X | | **$201,081.54** |
| ACCOUNT NO.   1954 **PNC P.O. Box 533510 Atlanta, GA 30353-3510 Full Account No.: 120011954** | | | **1st Mortgage Payable-3728 Magnolia** | | X | | **$396,357.70** |
| ACCOUNT NO.   2001 **PNC, Successor to MidAmerica Bank 2317 Milton Ave. Janesville, WI 53545 Full Account No.: 120012001** | | | **Mortgage** | | X | | **$1,338,550.23** |
| ACCOUNT NO.   1066 **PNC, Successor to MidAmerica Bank 2317 Milton Ave. Janesville, WI 53545 Full Account No.: 770001066** | X | | **01-31-2004 Second Mortgage-1130 W. Wrightwood Ave., Chicago, IL** | | | | **$155,000.00** |

Sheet no. **379** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **2,090,989.47**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,        Case No. _____
      **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 8401 **PNC, Successor to MidAmerica Bank 2317 Milton Ave. Janesville, WI 53545** Full Account No.: 521018401 | | | **Mortgage-MidAmerica** | | X | | $339,118.55 |
| **ACCOUNT NO.** 1066 **PNC, Successor to MidAmerica Bank 2317 Milton Ave. Janesville, WI 53545** Full Account No.: 770001066 | | | **LOC-Mid America** | | X | | $155,019.60 |
| **ACCOUNT NO.** 2529 **PNC, Successor to MidAmerica Bank 2317 Milton Ave. Janesville, WI 53545** Full Account No.: 120012529 | | | **Mortgage** | | X | | $920,294.34 |
| **ACCOUNT NO.** 7564 **Premier Waste & Recycling 10823 S. Langley Ave. Chicago, IL 60628** Full Account No.: 17564 | | | 01-06-2010 **7410 N. Winchester LLC - Scavanger** | | X | | $216.59 |

Sheet no. **380** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **1,414,649.08**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,        Case No. _____
　　　　　　　**Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Premier Waste & Recycling**<br>**10823 S. Langley Ave.**<br>**Chicago, IL 60628** | | | 02-15-2010<br><br>**6311-15 N. Glenwood, L.L.C. - Scavanger Waste Removal** | | X | | $229.42 |
| **ACCOUNT NO.**<br><br>**Professionals Associated**<br>**7100 N. Tripp**<br>**Lincolnwood, IL 60712** | | | 10-02-2008<br><br>**Chicago 1651, L.L.C. - Staked Survey for 1651-59 W. Chicago** | | X | | $950.00 |
| **ACCOUNT NO.**<br><br>**Professionals Associated**<br>**7100 N. Tripp**<br>**Lincolnwood, IL 60712** | | | 04-28-2009<br><br>**3323 North Seminary I LLC - Staked Survey** | | X | | $485.00 |
| **ACCOUNT NO.**<br><br>**Professionals Associated**<br>**7100 N. Tripp**<br>**Lincolnwood, IL 60712** | | | 08-07-2008<br><br>**Halsted 2646 LLC - Prepaid Draw Invoices** | | X | | $510.00 |

Sheet no. __**381**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $      **2,174.42**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Property Insight**<br>**1007 E. Cooley Dr.**<br>**Colton, CA 92324** | | | 05-28-2008<br><br>**2845-2901 North Halsted LLC-Title Searches** | | X | | $600.00 |
| **ACCOUNT NO.**<br><br>**Quick Clean Pest Control**<br>**P.O. Box 8498**<br>**Northfield, IL 60093** | | | 01-21-2010<br><br>**1900 West Farwell LLC - Pest Control** | | X | | $70.00 |
| **ACCOUNT NO.**<br><br>**Quick Clean Pest Control**<br>**P.O. Box 8498**<br>**Northfield, IL 60093** | | | 01-21-2010<br><br>**3912 North Pine Grove LLC - Pest Control** | | X | | $53.00 |
| **ACCOUNT NO.** 0643<br><br>**Quill Corporation**<br>**P.O. Box 37600**<br>**Philadelphia, PA 19101-0600**<br>**Full Account No.: C6220643** | | | 07-28-2009<br><br>**Chicago Graystone Realty LLC - Office Supplies** | | X | | $539.43 |

Sheet no. **382** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **1,262.43**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,     Case No. _____
　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Ralph N. Robbins, DDS Ltd. Defined Benefit Pension Trust Niles, IL 60714** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Reliable American, Inc. 1852 Johns Dr. Glenview, IL 60025** | | | 08-28-2009 <br><br> **2636 North Lincoln LLC - Exterior Roof Repair** | | X | | **$320.00** |
| **ACCOUNT NO.**　　5999 <br><br> **Republic Bank 4433 W. Touhy Ave. Lincolnwood, IL 60712 Full Account No.: 225999** | | | **Mortgage Payable-1st** | | X | | **$378,815.56** |
| **ACCOUNT NO.**　　1188 <br><br> **Republic Bank 4433 W. Touhy Ave. Lincolnwood, IL 60712 Full Account No.: 266078 1188** | | | **Mortgage Payable-1st** | | X | | **$766,181.82** |

Sheet no. **383** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **1,145,317.38**

Total▶ $ 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,      Case No. _____
_____**Debtor**_____                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**      6065 <br><br> **Republic Bank** <br>**4433 W. Touhy Ave.** <br>**Lincolnwood, IL 60712** <br>**Full Account No.: 226065** | | | **1st Mortgage Payable-2630 Halsted** | | X | | **$749,905.42** |
| **ACCOUNT NO.**      6045 <br><br> **Republic Bank** <br>**4433 W. Touhy Ave.** <br>**Lincolnwood, IL 60712** <br>**Full Account No.: 226045** | | | **Mortgage Payable-1st** | | X | | **$2,400,000.00** |
| **ACCOUNT NO.**      5674 <br><br> **Republic Bank** <br>**4433 W. Touhy Ave.** <br>**Lincolnwood, IL 60712** <br>**Full Account No.: 225674** | | | **Mortgage Payable** | | X | | **$1,960,000.00** |
| **ACCOUNT NO.**      6003 <br><br> **Republic Bank** <br>**4433 W. Touhy Ave.** <br>**Lincolnwood, IL 60712** <br>**Full Account No.: 226003** | | | **Mortgage Payable-1st** | | X | | **$232,000.00** |

Sheet no. __384__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **5,341,905.42**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
            **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Republic Bank<br>4433 W. Touhy Ave.<br>Lincolnwood, IL 60712 | | | **632 Schubert Parking Spaces #225** | | X | | $23,825.18 |
| **ACCOUNT NO.**    6000 <br><br> Republic Bank<br>4433 W. Touhy Ave.<br>Lincolnwood, IL 60712<br>Full Account No.: 226000 | | | **First Mortgage Payable-1529M** | | X | | $534,439.49 |
| **ACCOUNT NO.**    6066 <br><br> Republic Bank<br>4433 W. Touhy Ave.<br>Lincolnwood, IL 60712<br>Full Account No.: 226066 | | | **Mortgage Payable** | | X | | $1,840,000.00 |
| **ACCOUNT NO.**    6002 <br><br> Republic Bank<br>4433 W. Touhy Ave.<br>Lincolnwood, IL 60712<br>Full Account No.: 226002 | | | **Mortgage Payable** | | X | | $1,274,873.64 |

Sheet no. **385** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **3,673,138.31**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,     Case No. _____
                  **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 0360 <br> **Republic Bank** <br> **4433 W. Touhy Ave.** <br> **Lincolnwood, IL 60712** <br> **Full Account No.: 570360** | | | **1st Mortgage Payable-7028 Ridge** | | X | | $207,668.75 |
| **ACCOUNT NO.** 6075 <br> **Republic Bank** <br> **4433 W. Touhy Ave.** <br> **Lincolnwood, IL 60712** <br> **Full Account No.: 226075** | | | **Bank of Lincolnwood LOC** | | X | | $269,327.18 |
| **ACCOUNT NO.** 1630 <br> **Republic Bank** <br> **4433 W. Touhy Ave.** <br> **Lincolnwood, IL 60712** <br> **Full Account No.: 4771630** | | | **1st Mortgage Principal Pymt-1711 Larrabee** | | X | | $614,036.93 |
| **ACCOUNT NO.** 6001 <br> **Republic Bank** <br> **4433 W. Touhy Ave.** <br> **Lincolnwood, IL 60712** <br> **Full Account No.: 226001** | | | **Mortgage Payable-2nd** | | X | | $878,539.72 |

Sheet no. **386** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,969,572.58**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,     Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**　　6057 Republic Bank 4433 W. Touhy Ave. Lincolnwood, IL 60712 Full Account No.: 226057 | | | **Bank of Lincolnwood LOC** | | X | | $213,931.19 |
| **ACCOUNT NO.**　　0001 Republic Bank of Chicago 2221 Camden Ct. Oak Brook, IL 60523 Full Account No.: 0001 | | | | | X | | $204,927.00 |
| **ACCOUNT NO.** Richard Aronson 1943 W. Farwell Chicago, IL 60626 | | | | X | X | X | Unknown |
| **ACCOUNT NO.** Richard Aronson 1943 W. Farwell Chicago, IL 60626 | | | **Loan to 2130 West Touhy LLC** | | X | | $7,544.64 |

Sheet no.__**387**_of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $　　**426,402.83**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re __Steven Golovan_____,     Case No. _____
          **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Richard W. Hug** <br> **210 Weblos Trail** <br> **Valparaiso, IN 46385** | | | **Loan to Halsted 2646 LLC** | | X | | **$30,000.00** |
| **ACCOUNT NO.** <br><br> **Robert Belanger** <br> **3405 Dartmouth Dr.** <br> **Plano, TX 75075** | | | **Loan to 21 Kristin Developers LLC** | | X | | **$70,000.00** |
| **ACCOUNT NO.** <br><br> **Robert P. Belanger** <br> **3405 Dartmouth Drive** <br> **Plano, TX 75075** | | | **Loan to AE Funding II LLC** | | X | | **$100,000.00** |
| **ACCOUNT NO.** <br><br> **Robert P. Berlanger** <br> **3405 Dartmouth Drive** <br> **Plano, TX 75075** | | | **Loan to AE Funding II LLC** | | X | | **$40,000.00** |

Sheet no. __388__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **240,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Rooms Redux** <br> **6033 N. Sheridan Rd.** <br> **Chicago, IL 60660** | | | **03-04-2009** <br><br> **456 W. Briar Plc LLC - Prepaid Draw Invoices-Model** | | X | | **$1,000.00** |
| **ACCOUNT NO.** <br><br> **Ruben's Painting** <br> **8804 S. Francisco Ave.** <br> **Evergreen Park, IL 60605** | | | **06-20-2008** <br><br> **2522-2530 North Ashland LLC - Painting** | | X | | **$13,800.00** |
| **ACCOUNT NO.** <br><br> **Russell Feurer** <br> **425 W. North Ave.** <br> **Chicago, IL 60610** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **S. Bernard Rosen** <br> **431 Cove Lane** <br> **Wilmette, IL 60091** | | | **AE Funding LLC** | | | | **$100,000.00** |

Sheet no. **389** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **114,800.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,        Case No. _____
            **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**S. Bernard Rosen**<br>**431 Cove Lane**<br>**Wilmette, IL 60091** | | | **Loan to Duo Equities LLC** | | X | | **$100,000.00** |
| **ACCOUNT NO.**<br><br>**Salvador Cortez**<br>**2306 S. 61st Ave.**<br>**Cicero, IL 60804** | | | 10-11-2007<br><br>**John F. Lally -**<br>**Reimbursement Tools &**<br>**Bank Fees** | | X | | **$2.28** |
| **ACCOUNT NO.**<br><br>**Salvatore J. Peri**<br>**22714 N. Las Positas Dr.**<br>**Sun City West, AZ 85375-8657** | | | **Loan to Duo Equities LLC** | | X | | **$50,000.00** |
| **ACCOUNT NO.**<br><br>**Sam Flint**<br>**1359 Gail Dr.**<br>**Buffalo Grove, IL 60089-1141** | | | **Loan to AE Funding II LLC** | | X | | **$180,000.00** |

Sheet no. __**390**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **330,002.28**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,   Case No. _____
_____ **Debtor** _____   _____ **(if known)** _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Sam Flint** **1359 Gail Dr.** **Buffalo Grove, IL 60089-1141** | | | **Loan to 21 Kristin Developers LLC** | | X | | **$50,000.00** |
| **ACCOUNT NO.** **Samantha J. Mudd** **c/o Don Buchwald & Assoc. NY** **10 East 44th St., 2nd Floor** **New York, NY 10017-3654** | | | **AE Funding LLC** | | | | **$30,000.00** |
| **ACCOUNT NO.** **Samantha J. Mudd** **c/o Don Buchwald & Assoc. NY** **10 East 44th St., 2nd Floor** **New York, NY** | | | **Loan to AE Funding II LLC** | | X | | **$15,270.47** |
| **ACCOUNT NO.** **Scott Kruger** **819 W. Buena** **Chicago, IL 60613** | | | | X | X | X | **Unknown** |

Sheet no. **391** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **95,270.47**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re __Steven Golovan_____,      Case No. _____
                    **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Shavitz Heating & Conditioning**<br>**4849 Main St.**<br>**Skokie, IL 60077** | | | **11-17-2008**<br><br>**Steven Golovan Properties:**<br>**HVAC Repairs &**<br>**Maintenance:1134**<br>**Wrightwood #1** | | X | | **$4,050.00** |
| **ACCOUNT NO.**<br><br>**Shefsky & Froehlich, Ltd.**<br>**111 E. Wacker Dr.**<br>**Suite 2800**<br>**Chicago, IL 60601** | | | **Legal Fees** | | | | **Unknown** |
| **ACCOUNT NO.**<br><br>**Siohan Lally**<br>**1228 W. Fletcher**<br>**Chicago, IL 60657** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Smith, Miller & Franklin TTEE**<br>**Profit Sharing Plan and Trust**<br>**Wellington, FL 33414** | | | | X | X | X | **Unknown** |

Sheet no.__392__of__464__continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **4,050.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Sound Specialists, Inc. <br>1661 N. Elston <br>Chicago, IL 60622 | | | 10-02-2009 <br><br>Steven & Bo Golovan (Joint):Personal Residence Maintenance Expense | | X | | $55.13 |
| ACCOUNT NO. <br><br>SP Engineers, Ltd. <br>134 N. LaSalle <br>Chicago, IL 60602 | | | 08-04-2008 <br><br>Willow 717 LLC - Prepaid Draw Invoices:Structural Engineers | | X | | $11,803.85 |
| ACCOUNT NO. <br><br>SPS Construction, Inc. <br>8100 Lake Ave. <br>Niles, IL 60714 | | | 12-15-2009 <br><br>Lakewood Henderson, LLC - Plumbing Repairs & Maintenance:3325 Lakewood | | X | | $325.00 |
| ACCOUNT NO.    1584 <br><br>State Bank <br>100 E. Schoolhouse Rd. <br>Yorkville, IL 60560 <br>Full Account No.: 10001584 | | | LOC-State Bank | | X | | $325,000.00 |

Sheet no. **393** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    337,183.98

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,     Case No. _____
     **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Stephen Steers**<br>**1139 N. Greenbay Rd.**<br>**Lake Forest, IL 60045** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Steve Neal Cleaning Service**<br>**684 Wortham Circle**<br>**Mundelein, IL 60060** | | | 04-14-2009<br><br>**Castlepoint Peoria, L.L.C. -**<br>**Prepaid Draw Invoices 685**<br>**N. Peoria** | | X | | **$116.00** |
| **ACCOUNT NO.**<br><br>**Steve Neal Cleaning Service**<br>**684 Wortham Circle**<br>**Mundelein, IL 60060** | | | 01-23-2010<br><br>**Madison 1224, LLC -**<br>**Janitorial Apt. #503** | | X | | **$170.00** |
| **ACCOUNT NO.**<br><br>**Steve Neal Cleaning Service**<br>**684 Wortham Circle**<br>**Mundelein, IL 60060** | | | 06-15-2009<br><br>**1320 W. Fletcher LLC -**<br>**Maintenance & Repair** | | X | | **$126.00** |

Sheet no. **394** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **412.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,   Case No. _____
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Steve Neal Cleaning Service** **684 Wortham Circle** **Mundelein, IL 60060** | | | 01-23-2010 **Madison 1224, LLC - Janitorial Apt. #512** | | X | | **$145.00** |
| **ACCOUNT NO.** **Stillpoint Development Group, LLC** **c/o David L. Goldstein, Reg. Agent** **35 E. Wacker Dr. #650** **Chicago, IL 60601** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** **Stillpoint Development, Inc.** **c/o David L. Goldstein, Reg. Agent** **35 E. Wacker Dr. #650** **Chicago, IL 60601** | | | **Loan to Castlepoint 60/40 LLC** | | X | | **$5,500.00** |
| **ACCOUNT NO.** **Sullivan & Goulette Ltd.** **350 W. Hubbard, Ste. 350** **Chicago, IL 60654** | | | 10-15-2008 **700 W. Barry LLC - Prepaid Draw Invoices** | | X | | **$315.00** |

Sheet no.__**395**__of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **5,960.00**

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,       Case No. _____
      **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Sullivan & Goulette Ltd. 350 W. Hubbard, Ste. 350 Chicago, IL 60654 | | | 06-10-2008 <br> 3229-31 North Kenmore-Prepaid Draw Invoices 3229 N Kenmore | | X | | $9.22 |
| ACCOUNT NO. <br><br> Sullivan & Goulette Ltd. 350 W. Hubbard, Ste. 350 Chicago, IL 60654 | | | 12-18-2008 <br> 700 W. Barry LLC - Prepaid Draw Invoices | | X | | $368.00 |
| ACCOUNT NO. <br><br> Sullivan & Goulette Ltd. 350 W. Hubbard, Ste. 350 Chicago, IL 60654 | | | 07-03-2008 <br> 2845-2901 North Halsted LLC-Prepaid Draw Invoices-Halsted Row | | X | | $210.00 |
| ACCOUNT NO. <br><br> Sullivan & Goulette Ltd. 350 W. Hubbard, Ste. 350 Chicago, IL 60654 | | | 01-15-2009 <br> 2724-2730 North Ashland LLC - Prepaid Draw Invoices | | X | | $105.00 |

Sheet no. **396** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     **692.22**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,        Case No. _____
　　　　　**Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Sullivan & Goulette Ltd.**<br>**350 W. Hubbard, Ste. 350**<br>**Chicago, IL 60654** | | | **04-03-2009**<br><br>**3323 North Seminary I LLC - Architectural Const. Services** | | X | | **$10.47** |
| **ACCOUNT NO.**<br><br>**Sullivan & Goulette Ltd.**<br>**350 W. Hubbard, Ste. 350**<br>**Chicago, IL 60654** | | | **03-12-2009**<br><br>**Chicago 1651, L.L.C. - Architectural Construction Services:1651 W. Chicago** | | X | | **$222.50** |
| **ACCOUNT NO.**<br><br>**Sullivan & Goulette Ltd.**<br>**350 W. Hubbard, Ste. 350**<br>**Chicago, IL 60654** | | | **10-15-2008**<br><br>**Willow 717 LLC - Prepaid Draw Invoices:717 W. Willow** | | X | | **$34.50** |
| **ACCOUNT NO.**<br><br>**Sullivan & Goulette Ltd.**<br>**350 W. Hubbard, Ste. 350**<br>**Chicago, IL 60654** | | | **12-18-2008**<br><br>**Ainslie-Damen LLC - Prepaid Draw Invoices 4835-45 N Damen** | | X | | **$368.00** |

Sheet no.**_397_** of **_464_** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $            **635.47**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____
        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Sullivan & Goulette Ltd.** <br> **350 W. Hubbard, Ste. 350** <br> **Chicago, IL 60654** | | | **04-30-2009** <br><br> **3323 North Seminary I LLC - Architectural Const. Services-Garage** | | X | | **$4,000.00** |
| **ACCOUNT NO.** <br><br> **Sullivan & Goulette Ltd.** <br> **350 W. Hubbard, Ste. 350** <br> **Chicago, IL 60654** | | | **12-18-2008** <br><br> **3821 N. Wilton LLC - Prepaid Draw Invoices** | | X | | **$383.87** |
| **ACCOUNT NO.** <br><br> **Sullivan & Goulette Ltd.** <br> **350 W. Hubbard, Ste. 350** <br> **Chicago, IL 60654** | | | **12-18-2008** <br><br> **3526 N. Halsted LLC - Prepaid Draw Invoices** | | X | | **$368.00** |
| **ACCOUNT NO.** **8/09** <br><br> **T.A. Cummings Jr. Co.** <br> **2409 W. 104th St.** <br> **Chicago, IL 60655** <br> **Full Account No.: CAP5881839** <br> **Pol No 07.14.08/09** | | | **01-14-2009** <br><br> **Castlebar Enterprises Inc. - Builders Risk Ins.- CAP5881839 Policy No. 07.14.08/09** | | X | | **$6,567.00** |

Sheet no. **398** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **11,318.87**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,      Case No. _____
   **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> T.A. Cummings Jr. Co. <br> 2409 W. 104th St. <br> Chicago, IL 60655 | | | 04-13-2009 <br><br> Castlebar Enterprises Inc. - 08-09 Worker's Comp Install 3 & 4 | | X | | $10,081.26 |
| **ACCOUNT NO.**    8808 <br><br> T.A. Cummings Jr. Co. <br> 2409 W. 104th St. <br> Chicago, IL 60655 <br> Full Account No.: CPP3668808 | | | 04-15-2009 <br><br> 2522-2530 North Ashland LLC - Insurance General Building | | X | | $3,260.00 |
| **ACCOUNT NO.** <br><br> Tenenbaum Hardware <br> c/o Levit & Lipshutz <br> 1120 W. Belmont Ave. <br> Chicago, IL 60657 | | | 06-22-2009 <br><br> Lakewood Henderson, LLC - General Building Supplies:1249 Henderson | | X | | $19.03 |
| **ACCOUNT NO.** <br><br> Tenenbaum Hardware <br> c/o Levit & Lipshutz <br> 1120 W. Belmont Ave. <br> Chicago, IL 60657 | | | 08-05-2009 <br><br> Lakewood Henderson, LLC - Painting Supplies | | X | | $127.67 |

Sheet no. **399** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **13,487.96**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____
　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Tenenbaum Hardware<br>c/o Levit & Lipshutz<br>1120 W. Belmont Ave.<br>Chicago, IL 60657 | | | 08-10-2009<br><br>Lakewood Henderson, LLC - General Building Supplies | | X | | $8.92 |
| **ACCOUNT NO.**<br><br>Tenenbaum Hardware<br>c/o Levit & Lipshutz<br>1120 W. Belmont Ave.<br>Chicago, IL 60657 | | | 08-17-2009<br><br>Lakewood Henderson, LLC - General Building Supplies-Blinds | | X | | $11.88 |
| **ACCOUNT NO.**<br><br>Tenenbaum Hardware<br>c/o Levit & Lipshutz<br>1120 W. Belmont Ave.<br>Chicago, IL 60657 | | | 10-27-2009<br><br>Chicago Graystone Realty LLC - Keys & Locks All Buildings | | X | | $13.37 |
| **ACCOUNT NO.**<br><br>Tenenbaum Hardware<br>c/o Levit & Lipshutz<br>1120 W. Belmont Ave.<br>Chicago, IL 60657 | | | 08-27-2009<br><br>Lakewood Henderson, LLC - General Building Supplies | | X | | $16.53 |

Sheet no. **400** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **50.70**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,        Case No. _____
                    **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **08-28-2009** <br><br> **Lakewood Henderson, LLC - Keys & Locks:2636 Lincoln** | | X | | **$9.29** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **10-27-2009** <br><br> **Chicago Graystone Realty LLC - General Building Supplies-All Buildings** | | X | | **$11.05** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **08-31-2009** <br><br> **Lakewood Henderson, LLC - General Building Supplies:1249 Henderson** | | X | | **$44.31** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **08-31-2009** <br><br> **Lakewood Henderson, LLC - General Building Supplies:1249 Henderson** | | X | | **$33.67** |

Sheet no.__**401**_ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **98.32**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,          Case No. _____
                       **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | 09-02-2009 **Lakewood Henderson, LLC - General Building Supplies:1255 Henderson** | | X | | $42.05 |
| **ACCOUNT NO.** **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | 09-02-2009 **Lakewood Henderson, LLC - Painting:1255 Henderson** | | X | | $54.96 |
| **ACCOUNT NO.** **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | 09-02-2009 **Lakewood Henderson, LLC - General Building Supplies:1249 Henderson** | | X | | $9.32 |
| **ACCOUNT NO.** **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | 09-03-2009 **Lakewood Henderson, LLC - General Building Supplies:3325 Lakewood** | | X | | $53.56 |

Sheet no. **402** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **159.89**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,          Case No. _____
_____**Debtor**_____                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | 09-03-2009 | | | | |
| **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **Lakewood Henderson, LLC - General Building Supplies:3325 Lakewood** | | X | | $17.63 |
| **ACCOUNT NO.** | | | 09-03-2009 | | | | |
| **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **Lakewood Henderson, LLC - General Building Suppliers:3325 Lakewood** | | X | | $26.01 |
| **ACCOUNT NO.** | | | 09-04-2009 | | | | |
| **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **Lakewood Henderson, LLC - Painting:1251 Henderson** | | X | | $47.88 |
| **ACCOUNT NO.** | | | 09-18-2009 | | | | |
| **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **Lakewood Henderson, LLC - General Building Supplies:1249 Henderson** | | X | | $13.87 |

Sheet no. **403** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **105.39**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Steven Golovan_____,    Case No. _____
         **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **09-18-2009** <br><br>**Lakewood Henderson, LLC - General Building Supplies:1255 Henderson** | | X | | **$9.91** |
| **ACCOUNT NO.** <br><br>**Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **10-12-2009** <br><br>**Lakewood Henderson, LLC - General Builidng Supplies:1255 Henderson** | | X | | **$2.77** |
| **ACCOUNT NO.** <br><br>**Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **10-27-2009** <br><br>**Chicago Graystone Realty LLC - General Building Supplies-All Buildings** | | X | | **$27.28** |
| **ACCOUNT NO.** <br><br>**Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **11-04-2009** <br><br>**Lakewood Henderson, LLC - General Building Supplies:1255 Henderson** | | X | | **$22.52** |

Sheet no. **404** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **62.48**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,    Case No. _____
                 **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **11-10-2009** <br><br> **Lakewood Henderson, LLC - General Building Supplies:1249 Henderson** | | X | | **$7.81** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **11-17-2009** <br><br> **Lakewood Henderson, LLC - General Building Supplies:3323 Lakewood** | | X | | **$36.08** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **12-03-2009** <br><br> **Lakewood Henderson, LLC - General Building Supplies:1255 Lakewood** | | X | | **$19.32** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **09-15-2009** <br><br> **Chicago Graystone Realty LLC - General Building Suppliers-All Buildings** | | X | | **$20.80** |

Sheet no. **405** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **84.01**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,        Case No. _____
　　　　　　**Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **12-15-2009**<br><br>**Lakewood Henderson, LLC - General Building Supplies:3325 Lakewood** | | X | | **$39.33** |
| **ACCOUNT NO.**<br><br>**Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **08-28-2009**<br><br>**909 West Roscoe LLC - Keys & Locks 2636 Lincoln** | | X | | **$0.45** |
| **ACCOUNT NO.**<br><br>**Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **12-17-2009**<br><br>**Lakewood Henderson, LLC - 1255 Henderson:Painting** | | X | | **$44.03** |
| **ACCOUNT NO.**<br><br>**Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **12-17-2009**<br><br>**Lakewood Henderson, LLC - Painting:1255 Henderson** | | X | | **$22.24** |

Sheet no. __406__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **106.05**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
           **Debtor**             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657 | | | **12-10-2008** <br><br> **4716 Beacon LLC -  Gen'l Building Supplies-4718 Beacon** | | X | | $24.24 |
| **ACCOUNT NO.** <br><br> Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657 | | | **01-04-2010** <br><br> **Lakewood Henderson, LLC - General Building Supplies:3325 Lakewood** | | X | | $28.98 |
| **ACCOUNT NO.** <br><br> Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657 | | | **01-04-2010** <br><br> **Lakewood Henderson, LLC - General Builidng Supplies:3325 Lakewood** | | X | | $28.97 |
| **ACCOUNT NO.** <br><br> Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657 | | | **01-05-2010** <br><br> **Lakewood Henderson, LLC - General Building Supplies:3325 Lakewood** | | X | | $18.83 |

Sheet no. **407** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $      **101.02**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,     Case No. _____
              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Tenenbaum Hardware<br>c/o Levit & Lipshutz<br>1120 W. Belmont Ave.<br>Chicago, IL 60657 | | | 12-07-2009<br><br>**1900 West Farwell LLC - General Building Supplies** | | X | | $16.63 |
| **ACCOUNT NO.**<br><br>Tenenbaum Hardware<br>c/o Levit & Lipshutz<br>1120 W. Belmont Ave.<br>Chicago, IL 60657 | | | 01-19-2010<br><br>**Lakewood Henderson, LLC - General Building Supplies:1249 Henderson** | | X | | $42.35 |
| **ACCOUNT NO.**<br><br>Tenenbaum Hardware<br>c/o Levit & Lipshutz<br>1120 W. Belmont Ave.<br>Chicago, IL 60657 | | | 08-28-2009<br><br>**858-868 North Franklin LLC - Keys & Locks 2636 Lincoln** | | X | | $0.45 |
| **ACCOUNT NO.**<br><br>Tenenbaum Hardware<br>c/o Levit & Lipshutz<br>1120 W. Belmont Ave.<br>Chicago, IL 60657 | | | 10-30-2009<br><br>**Chicago Graystone Realty LLC - General Building Supplies-All Buildings** | | X | | $3.46 |

Sheet no. **408** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **62.89**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,        Case No. _____
             **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | 01-28-2010 <br><br> **Lakewood Henderson, LLC - General Building Supplies:padlock/spout** | | X | | $19.82 |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | 02-09-2010 <br><br> **Lakewood Henderson, LLC - Rocksalt for Snow Removal** | | X | | $22.01 |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | 02-11-2010 <br><br> **Lakewood Henderson, LLC - General Building Supplies:fix radiator/lamp** | | X | | $61.85 |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | 03-05-2010 <br><br> **Lakewood Henderson, LLC - General Building Supplies:Paint** | | X | | $54.96 |

Sheet no. **409** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $      **158.64**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,    Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **03-12-2010** **Lakewood Henderson, LLC - General Building Supplies:Misc. Bathroom Supplies** | | X | | **$25.34** |
| **ACCOUNT NO.** **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **03-17-2010** **Lakewood Henderson, LLC - Faucets and Connector** | | X | | **$78.34** |
| **ACCOUNT NO.** **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **03-24-2010** **Lakewood Henderson, LLC - Misc. Pest Control Supplies** | | X | | **$25.74** |
| **ACCOUNT NO.** **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **05-14-2010** **Lakewood Henderson, LLC - Painting Supplies** | | X | | **$135.67** |

Sheet no. **410** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **265.09**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,    Case No. _____
    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | 05-14-2010 **Lakewood Henderson, LLC - General Building Supplies:Misc.** | | X | | $21.10 |
| **ACCOUNT NO.** **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | 05-14-2010 **Lakewood Henderson, LLC - Paint** | | X | | $14.61 |
| **ACCOUNT NO.** **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | 05-25-2010 **Lakewood Henderson, LLC - Toilet Seat/Auger** | | X | | $33.71 |
| **ACCOUNT NO.** **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | 05-27-2010 **Lakewood Henderson, LLC - General Building Supplies:Misc.** | | X | | $16.95 |

Sheet no. **411** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $      **86.37**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,        Case No. _____

    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **08-28-2009** <br><br> **3912 North Pine Grove LLC - Locks & Keys 2636 Lincoln** | | X | | **$24.79** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **09-09-2009** <br><br> **Chicago Graystone Realty LLC - General Building Supplies-All Buildings** | | X | | **$2.17** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **01-21-2010** <br><br> **3912 North Pine Grove LLC - General Building Supplies-3916 Pine Grove** | | X | | **$10.40** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **11-20-2009** <br><br> **Chicago Graystone Realty LLC - General Building Supplies-All Buildings** | | X | | **$18.04** |

Sheet no. __412__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $              **55.40**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,        Case No. _____
                **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **12-10-2009** <br><br> **1900 West Farwell LLC-General Building Supplies-1906 Farwell** | | X | | **$6.69** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **11-30-2009** <br><br> **1900 West Farwell LLC - General Building Supplies** | | X | | **$6.69** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **01-21-2010** <br><br> **3912 North Pine Grove LLC - General Building Suppliers - 3912 Pine Grove** | | X | | **$27.24** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **10-27-2009** <br><br> **1900 West Farwell LLC - Painting-6910 Farwell** | | X | | **$167.38** |

Sheet no. **413** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **208.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,      Case No. _____
             **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **09-16-2009** <br><br>**1900 West Farwell LLC - General Building Supplies-1908 Farwell** | | X | | $34.21 |
| **ACCOUNT NO.** <br><br>**Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **09-16-2009** <br><br>**1900 West Farwell LLC - General Building Supplies-1908 Farwell** | | X | | $44.94 |
| **ACCOUNT NO.** <br><br>**Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **09-09-2009** <br><br>**Chicago Graystone Realty LLC - General Building Supplies-All Buildings** | | X | | $3.53 |
| **ACCOUNT NO.** <br><br>**Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **09-09-2009** <br><br>**Chicago Graystone Realty LLC - General Building Supplies-All Buildings** | | X | | $2.67 |

Sheet no. **414** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **85.35**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,     Case No. _____
           **Debtor**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **09-16-2009** <br><br> **1900 West Farwell LLC - Painting for 1908 Farwell** | | X | | $119.68 |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **08-28-2009** <br><br> **1900 West Farwell LLC - 2636 Lincoln Keys & Locks** | | X | | $22.12 |
| **ACCOUNT NO.**     1712 <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657 Full Account No.: 1712** | | | **03-25-2009** <br><br> **1712 N. Halsted LLC - Basic Site Material Supplies** | | X | | $108.54 |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **09-08-2009** <br><br> **Chicago Graystone Realty LLC - General Building Supplies-All Buildings** | | X | | $25.57 |

Sheet no. **415** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $      **275.91**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,     Case No. _____
                **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **01-25-2010** <br><br> **3912 North Pine Grove LLC - General Building Supplies-3912 Pine Grove** | | X | | $65.93 |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **08-28-2009** <br><br> **Chicago Graystone Realty LLC - Keys & Locks:2636 Lincoln** | | X | | $1.33 |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **12-15-2009** <br><br> **7410 N. Winchester LLC - Painting & Decorating** | | X | | $207.85 |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **08-28-2009** <br><br> **7410 N. Winchester LLC - Keys & Locks 2636 Lincoln** | | X | | $3.54 |

Sheet no. __416__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **278.65**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,        Case No. _____
       **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **08-28-2009** <br><br> **Chicago Graystone Realty LLC - Keys & Locks:2636 Lincoln** | | X | | **$1.34** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **08-28-2009** <br><br> **Chicago Graystone Realty LLC - Keys & Locks:2636 Lincoln** | | X | | **$0.89** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **08-28-2009** <br><br> **Chicago Graystone Realty LLC - Keys & Locks:2636 Lincoln** | | X | | **$1.34** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **12-07-2009** <br><br> **Chicago Graystone Realty LLC - General Building Supplies-All Buildings** | | X | | **$29.75** |

Sheet no. __417__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal►   $     **33.32**

Total►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,     Case No. _____
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware** <br> **c/o Levit & Lipshutz** <br> **1120 W. Belmont Ave.** <br> **Chicago, IL 60657** | | | **01-25-2010** <br><br> **1900 West Farwell LLC - General Building Supplies** | | X | | $27.53 |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware** <br> **c/o Levit & Lipshutz** <br> **1120 W. Belmont Ave.** <br> **Chicago, IL 60657** | | | **12-14-2009** <br><br> **Chicago Graystone Realty LLC - General Building Supplies-All Buildings** | | X | | $33.00 |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware** <br> **c/o Levit & Lipshutz** <br> **1120 W. Belmont Ave.** <br> **Chicago, IL 60657** | | | **01-23-2010** <br><br> **Lakewood Henderson, LLC - Keys & Locks:1255 Henderson** | | X | | $2.60 |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware** <br> **c/o Levit & Lipshutz** <br> **1120 W. Belmont Ave.** <br> **Chicago, IL 60657** | | | **10-30-2009** <br><br> **Chicago Graystone Realty LLC - General Building Supplies All Buildings** | | X | | $8.90 |

Sheet no. **418** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **72.03**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,   Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **12-31-2009** <br><br> **Madison 1224, LLC - General Building Supplies:1222 Madison** | | X | | $30.86 |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **01-06-2010** <br><br> **Madison 1224, LLC - General Building Supplies:1222 Madison** | | X | | $56.87 |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **01-15-2010** <br><br> **Madison 1224, LLC - Painting:1222 Madison** | | X | | $26.90 |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **01-19-2010** <br><br> **Madison 1224, LLC - General Building Supplies:1222 Madison** | | X | | $44.49 |

Sheet no. **419** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **159.12**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,     Case No. _____
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Tenenbaum Hardware**<br>**c/o Levit & Lipshutz**<br>**1120 W. Belmont Ave.**<br>**Chicago, IL 60657** | | | **01-18-2010**<br><br>**Lakewood Henderson, LLC - Keys & Locks:1255 Henderson** | | X | | **$13.80** |
| **ACCOUNT NO.**<br><br>**Tenenbaum Hardware**<br>**c/o Levit & Lipshutz**<br>**1120 W. Belmont Ave.**<br>**Chicago, IL 60657** | | | **01-05-2010**<br><br>**Chicago Graystone Realty LLC - General Building Supplies-All Buildings** | | X | | **$6.44** |
| **ACCOUNT NO.**<br><br>**Tenenbaum Hardware**<br>**c/o Levit & Lipshutz**<br>**1120 W. Belmont Ave.**<br>**Chicago, IL 60657** | | | **01-22-2010**<br><br>**6311-15 N. Glenwood, L.L.C. - Painting & Decorating 6311 Glenwood** | | X | | **$115.24** |
| **ACCOUNT NO.**<br><br>**Tenenbaum Hardware**<br>**c/o Levit & Lipshutz**<br>**1120 W. Belmont Ave.**<br>**Chicago, IL 60657** | | | **08-28-2009**<br><br>**6311-15 N. Glenwood, L.L.C. - Keys & Locks 2636 Lincoln** | | X | | **$2.65** |

Sheet no. **420** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $                    **138.13**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Steven Golovan_____,      Case No. _____
        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **09-22-2009** <br><br> **2454 N. Ashland Residential - 1601 Altgeld General Building Supplies** | | X | | **$10.60** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **08-28-2009** <br><br> **2454 N. Ashland Commercial - Keys & Locks for 2636 Lincoln** | | X | | **$0.45** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **12-29-2009** <br><br> **Lakewood Henderson, LLC - Painting:3325 Lakewood** | | X | | **$73.21** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **12-28-2009** <br><br> **2640 North Lincoln - General Building Supplies** | | X | | **$16.86** |

Sheet no. __421__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **101.12**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re __Steven Golovan_____,   Case No. _____
            **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657 | | | **12-04-2009**<br><br>**4716 Beacon LLC - General Guilding Supplies-4724 Beacon** | | X | | $29.57 |
| **ACCOUNT NO.**<br><br>Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657 | | | **12-16-2009**<br><br>**Steven Golovan - Painting:1938 Cleveland** | | X | | $70.91 |
| **ACCOUNT NO.**<br><br>Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657 | | | **12-18-2009**<br><br>**Steven Golovan - Painting:1938 Cleveland** | | X | | $33.88 |
| **ACCOUNT NO.**<br><br>Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657 | | | **08-28-2009**<br><br>**2454 N. Ashland Residential - 2636 Lincoln Keys & Locks** | | X | | $0.45 |

Sheet no. __422__ of __464__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  134.81

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,    Case No. _____
       **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **08-28-2009**<br><br>**1023 West Belmont, LLC - 2636 Lincoln Keys & Locks** | | X | | **$0.69** |
| **ACCOUNT NO.**<br><br>**Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **09-22-2009**<br><br>**1308 Fletcher-General Building Supplies** | | X | | **$133.10** |
| **ACCOUNT NO.**<br><br>**Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **11-11-2009**<br><br>**1308 West Fletcher LLC - Maintenance & Repair All Buildings** | | X | | **$19.56** |
| **ACCOUNT NO.**<br><br>**Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **08-28-2009**<br><br>**Vesta, LLC - Keys & Locks:2636 Lincoln** | | X | | **$1.33** |

Sheet no. **423** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $     **154.68**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,          Case No. _____
   **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Tenenbaum Hardware<br>c/o Levit & Lipshutz<br>1120 W. Belmont Ave.<br>Chicago, IL 60657 | | | 08-27-2009<br><br>Lakewood Henderson, LLC - General Building Supplies | | X | | $23.40 |
| **ACCOUNT NO.**<br><br>Tenenbaum Hardware<br>c/o Levit & Lipshutz<br>1120 W. Belmont Ave.<br>Chicago, IL 60657 | | | 12-08-2009<br><br>1900 West Farwell LLC - General Building Supplies | | X | | $14.87 |
| **ACCOUNT NO.**<br><br>Tenenbaum Hardware<br>c/o Levit & Lipshutz<br>1120 W. Belmont Ave.<br>Chicago, IL 60657 | | | 12-15-2009<br><br>Lakewood Henderson, LLC - General Building Supplies:3325 Henderson | | X | | $16.41 |
| **ACCOUNT NO.**<br><br>Tenenbaum Hardware<br>c/o Levit & Lipshutz<br>1120 W. Belmont Ave.<br>Chicago, IL 60657 | | | 12-17-2009<br><br>Lakewood Henderson, LLC - General Building Supplies:1255 Henderson | | X | | $28.18 |

Sheet no. **424** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **82.86**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Steven Golovan** _____,    Case No. _____
                **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **01-22-2010** <br><br> **Lakewood Henderson, LLC - General Building Supplies:1255 Henderson** | | X | | **$10.48** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **08-29-2009** <br><br> **Lakewood Henderson, LLC - Painting-1253 Henderson** | | X | | **$180.37** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **08-31-2009** <br><br> **2454 N. Ashland Residential - 1601 Altgeld- General Building Supplies** | | X | | **$22.72** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **01-04-2010** <br><br> **1900 West Farwell LLC - General Building Supplies** | | X | | **$11.90** |

Sheet no. __425__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **225.47**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,     Case No. _____
           **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **11-24-2009** <br><br> **1900 West Farwell LLC - Painting-1900 Farwell** | | X | | **$96.30** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **01-16-2010** <br><br> **3912 North Pine Grove LLC - General Building Supplies 3922 Pine Grove** | | X | | **$50.20** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **01-12-2010** <br><br> **1900 West Farwell LLC - Painting** | | X | | **$69.18** |
| **ACCOUNT NO.** <br><br> **Tenenbaum Hardware c/o Levit & Lipshutz 1120 W. Belmont Ave. Chicago, IL 60657** | | | **10-12-2009** <br><br> **Lakewood Henderson, LLC - General Building Supplies:1255 Henderson** | | X | | **$26.55** |

Sheet no. **426** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $     **242.23**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,          Case No. _____
              **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**The Blueprint Shoppe, Inc.**<br>**5130 N. Elston Ave.**<br>**Chicago, IL 60630** | | | 08-21-2008<br><br>**Halsted 2646 LLC - Prepaid Draw Invoices** | | X | | $313.20 |
| **ACCOUNT NO.**<br><br>**The Blueprint Shoppe, Inc.**<br>**5130 N. Elston Ave.**<br>**Chicago, IL 60630** | | | 02-04-09<br><br>**2724-2730 North Ashland LLC - Prepaid Draw Invoices** | | X | | $133.00 |
| **ACCOUNT NO.**<br><br>**The Blueprint Shoppe, Inc.**<br>**5130 N. Elston Ave.**<br>**Chicago, IL 60630** | | | 07-17-2008<br><br>**Halsted 2646 LLC - Prepaid Draw Invoices** | | X | | $3,596.27 |
| **ACCOUNT NO.**<br><br>**The Blueprint Shoppe, Inc.**<br>**5130 N. Elston Ave.**<br>**Chicago, IL 60630** | | | 08-22-2008<br><br>**3821 N. Wilton LLC - Prepaid Draw Invoices - Blueprints** | | X | | $2,090.88 |

Sheet no. **427** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **6,133.35**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Steven Golovan** _____ ,     Case No. _____
_____**Debtor**_____                     _____**(if known)**_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **The Blueprint Shoppe, Inc.** <br> **5130 N. Elston Ave.** <br> **Chicago, IL 60630** | | | 07-21-2008 <br><br> **Halsted 2646 LLC - Prepaid Draw Invoices** | | X | | $227.24 |
| **ACCOUNT NO.** <br><br> **The Christopher Feurer Companies** <br> **425 W. North Ave.** <br> **Chicago, IL 60610** | | | 06-10-2008 <br><br> **4716 Beacon LLC - I/CO The Christopher Feurer Companies - T Reyes 5/31 OT** | | X | | $225.00 |
| **ACCOUNT NO.** <br><br> **The Christopher Feurer Companies** <br> **425 W. North Ave.** <br> **Chicago, IL 60610** | | | 10-01-2007 <br><br> **21 Kristin Developers LLC-Admin. Accounting-10/07 Prof. Fees** | | X | | $21,432.44 |
| **ACCOUNT NO.** <br><br> **The Christopher Feurer Companies** <br> **425 W. North Ave.** <br> **Chicago, IL 60610** | | | 12-31-2007 <br><br> **21 Kristin Developers LLC-Development Mgmt. Fee 12/07** | | X | | $25,000.00 |

Sheet no. __428__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **46,884.68**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,        Case No. _____
                   **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**The Christopher Feurer Companies**<br>425 W. North Ave.<br>Chicago, IL 60610 | | | 06-10-2008<br>**4716 Beacon LLC - I/CO The Christopher Feurer Companies-T Reyes**<br>5/16-2-27 | | X | | $127.50 |
| **ACCOUNT NO.**<br>**The Coronado Condominium Association**<br>c/o Howard L. Kruse, Reg. Agent<br>1555 W. Diversey Pkwy.<br>Chicago, IL 60614 | | | | | X | | $1.00 |
| **ACCOUNT NO.**    8777<br>**The Home Depot Inc.**<br>c/o Computershare<br>P.O. Box 43010<br>Providence, RI 02940-3010<br>Full Account No.: C202828777 | | | **Home Depot Dividends & Distributions** | | X | | $203.00 |
| **ACCOUNT NO.**<br>**The Law Offices of Peter Anthony Johnson, PC**<br>4 East Huron St.<br>Chicago, IL 60611-2706 | | | 02-01-2010<br>**3912 North Pine Grove LLC - Legal Fees** | | X | | $112.50 |

Sheet no. **429** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **444.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,        Case No. _____
               **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 9002 <br><br> The Private Bank & Trust Co. 120 S. LaSalle St. #200 Chicago, IL 60603 Full Account No.: 6804322-09002 | | | LOC Drawn | | X | | $189,873.07 |
| **ACCOUNT NO.** 9001 <br><br> The Private Bank & Trust Co. 120 S. LaSalle St. #200 Chicago, IL 60603 Full Account No.: 6804322-09001 | | | Mortgage Payable-1st | | X | | $1,825,530.73 |
| **ACCOUNT NO.** <br><br> The Private Bank & Trust Co. 120 S. LaSalle St. #200 Chicago, IL 60603 | | | | | X | | $493,348.38 |
| **ACCOUNT NO.** <br><br> Thomas Amarantos 8203 N. Parkside Morton Grove, IL 60053 | | | Loan to Castlebar Enterprises, Inc. | | X | | $172,000.00 |

Sheet no. **430** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **2,680,752.18**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,   Case No. _____
    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    5481 <br> **Thomas Coburn Fagel Haber LLP** <br> **P.O. Box 18379M** <br> **St. Louis, MO 63195** <br> **Full Account No.: 926495.75481** | | | **09-16-2008** <br> **Willow 717 LLC - Prepaid Draw Invoices** | | X | | $2,835.41 |
| **ACCOUNT NO.**    0003 <br> **Thomas Coburn Fagel Haber LLP** <br> **P.O. Box 1879M** <br> **St. Louis, MO 63195** | | | **09-11-2008** <br> **Chicago 1651, L.L.C. - Legal Fees** | | X | | $2,348.93 |
| **ACCOUNT NO.**    3158 <br> **Thomas Coburn Fagel Haber LLP** <br> **P.O. Box 18379M** <br> **St. Louis, MO 63195** <br> **Full Account No.: 926495.73158** | | | **10-14-2008** <br> **700 W. Barry LLC - Prepaid Draw Invoices** | | X | | $3,108.77 |
| **ACCOUNT NO.** <br> **Thomas Coburn Fagel Haber LLP** <br> **P.O. Box 18379M** <br> **St. Louis, MO 63195** | | | **03-24-2009** <br> **Castlepoint Peoria, L.L.C. - Legal Fees** | | X | | $796.92 |

Sheet no. **431** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **9,090.03**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**                                    ,        Case No. _____

  **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Thomas Durkin**<br>**c/o Belmullet**<br>**Communications**<br>**7548 W. Palatine Ave.**<br>**Chicago, IL 60631** | | | **01-19-2009**<br><br>**Castlebar Enterprises, Inc. - Phone Connection Fee** | | X | | **$40.00** |
| **ACCOUNT NO.**<br><br>**Thomas English**<br>**3759 N. Clifton, Unit 3**<br>**Chicago, IL 60613** | | | **Loan to AE Funding II LLC** | | X | | **$21,542.88** |
| **ACCOUNT NO.**<br><br>**Thomas English**<br>**3759 N. Clifton, Unit 3**<br>**Chicago, IL 60613** | | | **04-28-2009**<br><br>**1712 N Halsted LLC - WIP Basic Site Material Supplies Waterproofing Deck Paint** | | X | | **$639.93** |
| **ACCOUNT NO.**<br><br>**Thomas L. Bernier**<br>**3638 Fernway Dr.**<br>**Montgomery, AL 36111** | | | **Loan to AE Funding II LLC** | | X | | **$125,000.00** |

Sheet no. **432** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **147,222.81**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,    Case No. _____
      **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Thomas Moore**<br>**2304 N. Cleveland**<br>**Chicago, IL 60626** | | | **Loan to 2628 N Halsted LLC** | | X | | **$145,494.98** |
| **ACCOUNT NO.**<br><br>**Thompson Coburn LLP**<br>**55 E. Monroe St., 37th Fl.**<br>**Chicago, IL 60603** | | | **Legal Services** | | X | | **$45,000.00** |
| **ACCOUNT NO.**<br><br>**Thyssenkrupp Elevator**<br>**2305 Enterprises Dr.**<br>**Westchester, IL 60154** | | | **11-20-2008**<br><br>**Chicago 1651, L.L.C. - Elevators** | | X | | **$31,104.00** |
| **ACCOUNT NO.**<br><br>**Thyssenkrupp Elevator**<br>**2305 Enterprises Dr.**<br>**Westchester, IL 60154** | | | **11-06-2008**<br><br>**Chicago 1651, L.L.C. - Elevators** | | X | | **$4,660.00** |

Sheet no. **433** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **226,258.98**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,          Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Thyssenkrupp Elevator 2305 Enterprises Dr. Westchester, IL 60154** | | | 03-18-2009 <br><br> **2845-2901 North Halsted LLC-Elevators** | | X | | $34,720.00 |
| **ACCOUNT NO.**   **7049** <br><br> **Titan Outdoor P.O. Box 1507 New York, NY 10008** | | | 10-31-2008 <br><br> **Chicago Graystone Realty LLC - Advertising** | | X | | $2,000.00 |
| **ACCOUNT NO.** <br><br> **Topel Forman LLC 500 N. Michigan Ave. Chicago, IL 60611** | | | 09-02-2008 <br><br> **3058 North Lincoln Commercial-Professional Fees** | | X | | $1,398.00 |
| **ACCOUNT NO.** <br><br> **Topel Forman LLC 500 N. Michigan Ave. Chicago, IL 60611** | | | 09-25-2008 <br><br> **Castlepoint Peoria, L.L.C. - Tax Preparation Castlepoint 60/40** | | X | | $3,218.40 |

Sheet no. **434** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **41,336.40**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Steven Golovan_____,      Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Topel Forman LLC <br> 500 N. Michigan Ave. <br> Chicago, IL 60611 | | | 09-25-2008 <br><br> **2845-2901 North Halsted LLC-Professional Fees** | | X | | $5,022.00 |
| **ACCOUNT NO.** <br><br> Topel Forman LLC <br> 500 N. Michigan Ave. <br> Chicago, IL 60611 | | | 12-16-2008 <br><br> **Castlepoint 60/40, L.L.C. - Professional Fees** | | X | | $1,025.00 |
| **ACCOUNT NO.** <br><br> Topel Forman LLC <br> 500 N. Michigan Ave. <br> Chicago, IL 60611 | | | 09-25-2008 <br><br> **Castlepoint 50/50, L.L.C. - Professional Fees** | | X | | $939.60 |
| **ACCOUNT NO.** <br><br> Topel Forman LLC <br> 500 N. Michigan Ave. <br> Chicago, IL 60611 | | | 09-29-2008 <br><br> **AE Funding II LLC - Professional Fees** | | X | | $4,400.00 |

Sheet no. __435__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **11,386.60**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Steven Golovan_____,       Case No. _____
　　　　　　**Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Topel Forman LLC 500 N. Michigan Ave. Chicago, IL 60611** | | | **02-01-2010** <br><br> **CG Properties LLC - 2009 US & IL tax return preparation** | | X | | **$3,200.00** |
| **ACCOUNT NO.** <br><br> **Topel Forman LLC 500 N. Michigan Ave. Chicago, IL 60611** | | | **01-27-2010** <br><br> **Lakewood Henderson, LLC - Professional Fees** | | X | | **$1,625.00** |
| **ACCOUNT NO.** <br><br> **Topel Forman LLC 500 N. Michigan Ave. Chicago, IL 60611** | | | **11-18-2008** <br><br> **Chicago 1651, L.L.C. - Professional Fees:1651-59 Chicago, LLC** | | X | | **$1,240.00** |
| **ACCOUNT NO.** <br><br> **Topel Forman LLC 500 N. Michigan Ave. Chicago, IL 60611** | | | **01-28-2010** <br><br> **6311-15 N. Glenwood, L.L.C. - Tax Preparation** | | X | | **$1,100.00** |

Sheet no.__436__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **7,165.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,   Case No. _____
         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Topel Forman LLC**<br>**500 N. Michigan Ave.**<br>**Chicago, IL 60611** | | | 03-03-2009<br><br>**Chicago 1651, L.L.C. - Tax Return Preparation** | | X | | $1,544.40 |
| **ACCOUNT NO.**<br><br>**Topel Forman LLC**<br>**500 N. Michigan Ave.**<br>**Chicago, IL 60611** | | | 08-04-2009<br><br>**4857 N. Paulina, L.L.C. - Professional Fees-2009 Taxes** | | X | | $1,512.00 |
| **ACCOUNT NO.**<br><br>**Topel Forman LLC**<br>**500 N. Michigan Ave.**<br>**Chicago, IL 60611** | | | 09-25-2008<br><br>**2636 North Lincoln LLC - Professional Fees** | | X | | $1,188.00 |
| **ACCOUNT NO.**<br><br>**Topel Forman LLC**<br>**500 N. Michigan Ave.**<br>**Chicago, IL 60611** | | | 12-16-2008<br><br>**Active Equities Holdings LLC - Professional Fees** | | X | | $7,065.00 |

Sheet no. **437** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **11,309.40**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,     Case No. _____
             **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Topel Forman LLC**<br>**500 N. Michigan Ave.**<br>**Chicago, IL 60611** | | | **11-19-2008**<br><br>**Castlebar Enterprises Inc. - 1547 N. Hudson Warranty Reserve** | | X | | **$750.00** |
| **ACCOUNT NO.**<br><br>**Topel Forman LLC**<br>**500 N. Michigan Ave.**<br>**Chicago, IL 60611** | | | **11-18-2008**<br><br>**Ainslie-Damen LLC - Professional Fees** | | X | | **$2,450.00** |
| **ACCOUNT NO.**<br><br>**Topel Forman LLC**<br>**500 N. Michigan Ave.**<br>**Chicago, IL 60611** | | | **11-18-2008**<br><br>**1310-1316 West Madison LLC - Professional Fees** | | X | | **$1,920.00** |
| **ACCOUNT NO.**<br><br>**Topel Forman LLC**<br>**500 N. Michigan Ave.**<br>**Chicago, IL 60611** | | | **10-08-2009**<br><br>**1308 West Fletcher LLC - Legal & Accounting Fees** | | X | | **$864.00** |

Sheet no. **438** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $  **5,984.00**

Total►  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,   Case No. _____
     **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Topel Forman LLC<br>500 N. Michigan Ave.<br>Chicago, IL 60611 | | | 09-25-2008<br><br>**2522-2530 North Ashland LLC - Professional Fees** | | X | | $1,944.00 |
| **ACCOUNT NO.**<br><br>Topel Forman LLC<br>500 N. Michigan Ave.<br>Chicago, IL 60611 | | | 11-18-2008<br><br>**Castlebar Enterprises Inc. - Professional Fees-Mayo Builders Pension Plans** | | X | | $1,550.00 |
| **ACCOUNT NO.**<br><br>Topel Forman LLC<br>500 N. Michigan Ave.<br>Chicago, IL 60611 | | | 02-01-2010<br><br>**Chicago Graystone Inc. - Professional Fees:2009 US & IL Tax Return Prep** | | X | | $1,500.00 |
| **ACCOUNT NO.**<br><br>Topel Forman LLC<br>500 N. Michigan Ave.<br>Chicago, IL 60611 | | | 02-01-2010<br><br>**Duo Equities LLC - Tax Preparation** | | X | | $2,100.00 |

Sheet no. **439** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **7,094.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,   Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Topel Forman LLC**<br>**500 N. Michigan Ave.**<br>**Chicago, IL 60611** | | | **09-25-2008**<br><br>**Castlebar Enterprises Inc. - Professional Fees** | | X | | **$2,245.00** |
| **ACCOUNT NO.**<br><br>**Topel Forman LLC**<br>**500 N. Michigan Ave.**<br>**Chicago, IL 60611** | | | **11-18-2008**<br><br>**Castlebar Enterprises Inc. - Professional Fees-Castlebar Development** | | X | | **$535.00** |
| **ACCOUNT NO.**<br><br>**Topel Forman LLC**<br>**500 N. Michigan Ave.**<br>**Chicago, IL 60611** | | | **11-18-2008**<br><br>**Castlebar Enterprises Inc. - 620 West Schubert LLC** | | X | | **$2,650.00** |
| **ACCOUNT NO.**<br><br>**Topel Forman LLC**<br>**500 N. Michigan Ave.**<br>**Chicago, IL 60611** | | | **02-08-2010**<br><br>**Duo Equities LLC - Tax Preparation** | | X | | **$2,100.00** |

Sheet no. **440** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $　**7,530.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,     Case No. _____
        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Topel Forman LLC** <br> **500 N. Michigan Ave.** <br> **Chicago, IL 60611** | | | **11-16-2010** <br><br> **Chicago Graystone Inc. - 2010 US & IL Tax Return Prep** | | X | | **$1,500.00** |
| **ACCOUNT NO.** **-002** <br><br> **Tri State Disposal Inc.** <br> **P.O. Box 627** <br> **Blue Island, IL 60406** | | | **12-01-2008** <br><br> **Castlepoint Peoria, L.L.C. - Scavenger** | | X | | **$348.30** |
| **ACCOUNT NO.** <br><br> **Trio Equities Holdings LLC** <br> **c/o Charles T. Mudd, Reg. Agent** <br> **213 W. Institute Place, Ste. 610** <br> **Chicago, IL 60610** | | | **03-27-2007** <br><br> **1900 West Farwell LLC - Upgrades 1906-G** | | X | | **$50,000.00** |
| **ACCOUNT NO.** <br><br> **Trio Equities Holdings LLC** <br> **c/o Charles T. Mudd, Reg. Agent** <br> **213 W. Institute Place, Ste. 610** <br> **Chicago, IL 60610** | | | **03-27-2007** <br><br> **1900 West Farwell LLC - WIP Electrical Contractor** | | X | | **$7,000.00** |

Sheet no. **441** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **58,848.30**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Steven Golovan** _____,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Trio Equities Holdings LLC c/o Charles T. Mudd, Reg. Agent 213 W. Institute Place, Ste. 610 Chicago, IL 60610 | | | 03-27-2007 <br> **1900 West Farwell LLC - Upgrades 6908-G** | | X | | $50,000.00 |
| **ACCOUNT NO.** <br> Trio Equities Holdings LLC c/o Charles T. Mudd, Reg. Agent 213 W. Institute Place, Ste. 610 Chicago, IL 60610 | | | 03-27-2007 <br> **190 West Farwell LLC - WIP Landscaping & Lawns & Grass** | | X | | $3,000.00 |
| **ACCOUNT NO.** 3 #G <br> Trio Equities Holdings LLC c/o Charles T. Mudd, Reg. Agent 213 W. Institute Place, Ste. 610 Chicago, IL 60610 Full Account No.: 23323 #G | | | 08-30-2005 <br> **Lakewood Henderson, LLC - Construction Rehab:3323 #G** | | X | | $22,000.00 |
| **ACCOUNT NO.** <br> Trio Equities Holdings LLC c/o Charles T. Mudd, Reg. Agent 213 W. Institute Place, Ste. 610 Chicago, IL 60610 | | | 03-27-2007 <br> **1900 West Farwell LLC - WIP Plumbing Fixtures & Equipment** | | X | | $10,465.00 |

Sheet no. **442** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $   85,465.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,        Case No. _____
              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Trio Equities Holdings LLC c/o Charles T. Mudd, Reg. Agent 213 W. Institute Place, Ste. 610 Chicago, IL 60610 | | | 03-27-2007<br>3912 North Pine Grove LLC - Upgrades to 2920-G | | X | | $49,000.00 |
| **ACCOUNT NO.**<br>Trio Equities Holdings LLC c/o Charles T. Mudd, Reg. Agent 213 W. Institute Place, Ste. 610 Chicago, IL 60610 | | | 03-27-2007<br>3912 North Pine Grove LLC - Upgrades to 3922-G | | X | | $37,568.00 |
| **ACCOUNT NO.**<br>Trio Equities Holdings LLC c/o Charles T. Mudd, Reg. Agent 213 W. Institute Place, Ste. 610 Chicago, IL 60610 | | | 03-27-2007<br>3912 North Pine Grove LLC - Upgrades 3924-G | | X | | $49,000.00 |
| **ACCOUNT NO.**<br>Trio Equities Holdings LLC c/o Charles T. Mudd, Reg. Agent 213 W. Institute Place, Ste. 610 Chicago, IL 60610 | | | 03-27-2007<br>3912 North Pine Grove LLC - Contingency | | X | | $94,000.00 |

Sheet no. **443** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $    **229,568.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan**_____,        Case No. _____

         **Debtor**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Trio Equities Holdings LLC c/o Charles T. Mudd, Reg. Agent 213 W. Institute Place, Ste. 610 Chicago, IL 60610 | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** Trio Equities Holdings LLC c/o Charles T. Mudd, Reg. Agent 213 W. Institute Place, Ste. 610 Chicago, IL 60610 | | | **03-27-2007** **1900 West Farwell LLC - WIP Contingency** | | X | | **$113,858.19** |
| **ACCOUNT NO.** Trio Equities Holdings LLC c/o Charles T. Mudd, Reg. Agent 213 W. Institute Place, Ste. 610 Chicago, IL 60610 | | | **03-27-2007** **1900 West Farwell LLC - 1900-G Upgrades** | | X | | **$50,000.00** |
| **ACCOUNT NO.** Trio Equities Holdings LLC c/o Charles T. Mudd, Reg. Agent 213 W. Institute Place, Ste. 610 Chicago, IL 60610 | | | **03-27-2007** **1900 West Farwell LLC - Upgrades 1904-G** | | X | | **$50,000.00** |

Sheet no. __444__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **213,858.19**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,    Case No. _____
    **Debtor**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.      5 #G**<br>**Trio Equities LLC**<br>**c/o Charles T. Mudd, Reg. Agent**<br>**213 W. Institute Place, Ste. 610**<br>**Chicago, IL 60610**<br>**Full Account No.: 3325 #G** | | | **08-30-2005**<br><br>**Lakewood Henderson, LLC - Construction Rehab:3325 #G** | | X | | **$1,742.15** |
| **ACCOUNT NO.**<br>**Trio Equities LLC**<br>**c/o Charles T. Mudd, Reg. Agent**<br>**213 W. Institute Place, Ste. 610**<br>**Chicago, IL 60610** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.      -591**<br>**US Bank**<br>**209 S. LaSalle**<br>**Chicago, IL 60604**<br>**Full Account No.: 0000-3000-247-591** | | | **LOC Secured by 1709L** | | X | | **$99,912.56** |
| **ACCOUNT NO.**<br>**USA Wireless Satellite TV**<br>**1360 Old Skokie Rd.**<br>**Highland Park, IL 60035** | | | **01-06-2010**<br><br>**Madison 1224, LLC - Internet Service for 1/1 - 2/1-2010** | | X | | **$1,383.20** |

Sheet no. **445** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $    **103,037.91**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,        Case No. _____
             **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    1258 <br><br> **Vanguard Energy Services, LLC** <br>**Department 2071** <br>**Tulsa, OK 74182** <br>**Full Account No.: 401258** | | | **12-22-2009** <br><br> **Lakewood Henderson, LLC - Gas** | | X | | **$6,232.78** |
| **ACCOUNT NO.**    1258 <br><br> **Vanguard Energy Services, LLC** <br>**Department 2071** <br>**Tulsa, OK 74182** <br>**Full Account No.: 401258** | | | **04-16-2009** <br><br> **Greenview-Lunt, L.L.C. - Gas** | | X | | **$8,346.17** |
| **ACCOUNT NO.**    1258 <br><br> **Vanguard Energy Services, LLC** <br>**Department 2071** <br>**Tulsa, OK 74182** <br>**Full Account No.: 401258** | | | **04-16-2009** <br><br> **1340 West Pratt LLC - Gas** | | X | | **$1,633.24** |
| **ACCOUNT NO.**    1258 <br><br> **Vanguard Energy Services, LLC** <br>**Department 2071** <br>**Tulsa, OK 74182** <br>**Full Account No.: 401258** | | | **12-22-2009** <br><br> **3912 North Pine Grove LLC - Utilities-Gas** | | X | | **$19,326.35** |

Sheet no. **446** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $    **35,538.54**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Steven Golovan</u>                                    ,        Case No. _____
        **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.       1258 **Vanguard Energy Services, LLC Department 2071 Tulsa, OK 74182 Full Account No.: 401258** | | | 12-22-2009 **1900 West Farwell LLC - Gas** | | X | | $22,330.17 |
| ACCOUNT NO. **Vencap Financial LLC 120 E. Ogden Ave. #124 Hinsdale, IL 60521** | | | **Mezzanine Construction Loan-Vencap** | | X | | $472,534.00 |
| ACCOUNT NO. **Vencap Financial LLC 120 E. Ogden Ave. #124 Hinsdale, IL 60521** | | | **Mezzanine Construction Loan-Vencap** | | X | | $630,000.00 |
| ACCOUNT NO. **Vencap Financial LLC 120 E. Ogden Ave. #124 Hinsdale, IL 60521** | | | **Vencap Mezzanine Construction Loan** | | X | | $712,000.00 |

Sheet no. __447__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,836,864.17**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,     Case No. _____
             **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Vendors Not Recieving 1099s** | | | 02-10-2009 <br><br> **2130 West Touhy, LLC-Reimbursement for Tree Removal** | | | | **$600.00** |
| **ACCOUNT NO.** <br><br> **Veritcal Blinds Factory, Inc.** <br> **2191 N. Clybourn Ave.** <br> **Chicago, IL 60614** | | | 09-26-2008 <br><br> **2524 N. Ashland - Blinds & Shutters** | | X | | **$3,226.81** |
| **ACCOUNT NO.** <br><br> **Vertical Blinds Factory, Inc.** <br> **2191 N. Clybourn Ave.** <br> **Chicago, IL 60614** | | | 10-01-2008 <br><br> **2522-2530 North Ashland LLC - Blinds & Shutters** | | X | | **$13,972.92** |
| **ACCOUNT NO.** <br><br> **Village 3 LLC** <br> **c/o Siobhan Lally, Reg. Agent** <br> **2636 N. Lincoln Ave., 1st Fl.** <br> **Chicago, IL 60614** | | | **Loan to 2522-2530 North Ashland** | | X | | **$572,768.11** |

Sheet no. **448** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **590,567.84**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan**_____,    Case No. _____
　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Village 3 LLC<br>c/o Siobhan Lally, Reg. Agent<br>2636 N. Lincoln Ave., 1st Fl.<br>Chicago, IL 60614 | | | Loan to AE Funding II LLC | | X | | $159,394.74 |
| **ACCOUNT NO.**　565C<br><br>Village Bank & Trust<br>234 W. Northwest Highway<br>Arlington Heights, IL 60004<br>Full Account No.: 3000221<br>01565C | | | Mortgage Payable | | X | | $2,184,444.62 |
| **ACCOUNT NO.**　4087<br><br>Village Bank & Trust<br>234 W. Northwest Highway<br>Arlington Heights, IL 60004<br>Full Account No.: 7224087 | | | Mortgage Payable | | X | | $700,000.00 |
| **ACCOUNT NO.**　2889<br><br>Village Bank & Trust<br>234 W. Northwest Highway<br>Arlington Heights, IL 60004<br>Full Account No.: 7252889 | | | Mortgage Payable-1st | | X | | $880,000.00 |

Sheet no. **449** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶　$　**3,923,839.36**

Total▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,     Case No. _____
       **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 0901 <br><br> **Village Bank & Trust** <br> **234 W. Northwest Highway** <br> **Arlington Heights, IL 60004** <br> **Full Account No.: 00007227922 0901** | | | **LOC Drawn** | | X | | **$747,162.85** |
| **ACCOUNT NO.** <br><br> **Village Bank & Trust** <br> **234 W. Northwest Highway** <br> **Arlington Heights, IL 60004** | | | **Waukegan Everett** | | | | **$4,197,815.00** |
| **ACCOUNT NO.** <br><br> **VinaKom Communications** <br> **860 Remington Rd.** <br> **Schaumburg, IL 60173** | | | **02-01-2010** <br><br> **1900 West Farwell LLC - Monthly Security Service** | | X | | **$82.74** |
| **ACCOUNT NO.** <br><br> **Virgina Rosen** <br> **c/o S. Bernard Rosen** <br> **431 Cove Land** <br> **Wilmette, IL 60091** | | | **Loan to AE Funding II LLC** | | X | | **$125,000.00** |

Sheet no. **450** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **5,070,060.59**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Virginia L. Rosen** <br> **c/o Donald L. Newman & Assoc.** <br> **11 S. LaSalle St., Ste. 1500** <br> **Chicago, IL 60603** | | | | | | | **$159,258.59** |
| **ACCOUNT NO.** <br><br> **Wahler Brothers Company** <br> **2551 N. Halsted** <br> **Chicago, IL 60614** | | | **06-16-2009** <br><br> **1655-57 W. Wrightwood LLC - Maintenance & Repairs All Buildings** | | X | | **$6.38** |
| **ACCOUNT NO.** <br><br> **Wahler Brothers Company** <br> **2551 N. Halsted** <br> **Chicago, IL 60614** | | | **06-16-2009** <br><br> **John F. Lally - Mintenance & Repair-All Buildings** | | X | | **$6.38** |
| **ACCOUNT NO.** <br><br> **Wahler Brothers Company** <br> **2551 N. Halsted** <br> **Chicago, IL 60614** | | | **04-28-2009** <br><br> **CG Properties LLC - Gen'l Building Maintenance** | | X | | **$0.88** |

Sheet no. **451** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **159,272.23**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,        Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Wahler Brothers Company** <br> **2551 N. Halsted** <br> **Chicago, IL 60614** | | | 01-27-2009 <br><br> **456 W. Briar Plc LLC - Prepaid Draw Invoices** | | X | | $8.81 |
| **ACCOUNT NO.** <br><br> **Wahler Brothers Company** <br> **2551 N. Halsted** <br> **Chicago, IL 60614** | | | 06-16-2009 <br><br> **2753 North Kenmore LLC - General Building Maintenance** | | X | | $25.54 |
| **ACCOUNT NO.** <br><br> **Wahler Brothers Company** <br> **2551 N. Halsted** <br> **Chicago, IL 60614** | | | 06-01-2009 <br><br> **2753 North Kenmore LLC - General Building Maintenance** | | X | | $17.73 |
| **ACCOUNT NO.** <br><br> **Wahler Brothers Company** <br> **2551 N. Halsted** <br> **Chicago, IL 60614** | | | 04-28-2009 <br><br> **2753 North Kenmore LLC - General Building Maintenance-All Buildings** | | X | | $3.53 |

Sheet no. __452__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **55.61**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____,    Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wahler Brothers Company<br>2551 N. Halsted<br>Chicago, IL 60614 | | | 04-28-2009<br><br>1320 W. Fletcher LLC-Maintenance & Repair All Buildings | | X | | $2.20 |
| ACCOUNT NO.<br><br>Wahler Brothers Company<br>2551 N. Halsted<br>Chicago, IL 60614 | | | 06-01-2009<br><br>CG Properties LLC - Gen'l Building Maintenance Fee | | X | | $4.44 |
| ACCOUNT NO.<br><br>Wahler Brothers Company<br>2551 N. Halsted<br>Chicago, IL 60614 | | | 06-16-2009<br><br>CG Properties LLC - Gen'l Building Maintenance Fee | | X | | $6.38 |
| ACCOUNT NO.<br><br>Wahler Brothers Company<br>2551 N. Halsted<br>Chicago, IL 60614 | | | 06-18-2009<br><br>1320 W. Fletcher LLC - General Building Supplies | | X | | $207.09 |

Sheet no. **453** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **220.11**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,     Case No. _____
                    **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wahler Brothers Company<br>2551 N. Halsted<br>Chicago, IL 60614 | | | 06-16-2009<br><br>1320 W. Fletcher LLC - Maintenance & Repair All Buildings | | X | | $15.96 |
| ACCOUNT NO.<br><br>Wahler Brothers Company<br>2551 N. Halsted<br>Chicago, IL 60614 | | | 06-01-2009<br><br>1320 W. Fletcher LLC - Maintenance & Repair All Buildings | | X | | $11.08 |
| ACCOUNT NO.<br><br>Wahler Brothers Company<br>2551 N. Halsted<br>Chicago, IL 60614 | | | 06-01-2009<br><br>John F. Lally - Maintenance & Repair-All Buildings | | X | | $4.43 |
| ACCOUNT NO.<br><br>Wahler Brothers Company<br>2551 N. Halsted<br>Chicago, IL 60614 | | | 04-28-2009<br><br>1308 West Fletcher LLC - Maintenance & Repair All Buildings | | X | | $0.88 |

Sheet no. **454** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $              **32.35**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,   Case No. _____
    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Wahler Brothers Company** <br> **2551 N. Halsted** <br> **Chicago, IL 60614** | | | **06-01-2009** <br><br> **1308 West Fletcher LLC - Maintenance & Repair All Buildings** | | X | | **$4.43** |
| **ACCOUNT NO.** <br><br> **Wahler Brothers Company** <br> **2551 N. Halsted** <br> **Chicago, IL 60614** | | | **06-16-2009** <br><br> **1308 West Fletcher LLC - Maintenance & Repair All Buildings** | | X | | **$6.38** |
| **ACCOUNT NO.** <br><br> **Wahler Brothers Company** <br> **2551 N. Halsted** <br> **Chicago, IL 60614** | | | **04-28-2009** <br><br> **John F. Lally - Maintenance & Repair-All Buildings** | | X | | **$0.88** |
| **ACCOUNT NO.**    **7/10** <br><br> **Waste Management** <br> **P.O. Box 4648** <br> **Carol Stream, IL 60197-4648** <br> **Full Account No.:** <br> **1530000200020097 LAKHN7/10** | | | **07-01-2010** <br><br> **Lakewood Henderson, LLC - Scavenger/Refuse Removal** | | X | | **$266.69** |

Sheet no. __455__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **278.38**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
      **Debtor**          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Wausau Tile Inc.**<br>**P.O. Box 1520**<br>**Wausau, WI 54402-1520** | | | 05-23-2008<br><br>**2522-2530 North Ashland LLC - Pavers** | | X | | $1,325.99 |
| **ACCOUNT NO.**<br><br>**Wausau Tile Inc.**<br>**P.O. Box 1520**<br>**Wausau, WI 54402-1520** | | | 07-30-2008<br><br>**2524 North Ashland - Pavers** | | X | | $9,418.00 |
| **ACCOUNT NO.**<br><br>**Wausau Tile Inc.**<br>**P.O. Box 1520**<br>**Wausau, WI 54402-1520** | | | 05-23-2008<br><br>**2522-2530 North Ashland LLC - Pavers** | | X | | $1,326.00 |
| **ACCOUNT NO.**<br><br>**Wells Fargo Bank, N.A.**<br>**c/o Pierce & Associates**<br>**1 N. Dearborn #1300**<br>**Chicago, IL 60602** | | | **622 Schubert #1** | | | | $79,309.00 |

Sheet no. __456__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **91,378.99**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____ ,      Case No. _____
         **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Wendell Miller** <br> **351 Birkdale Rd.** <br> **Lake Bluff, IL 60044** | | | | X | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **West Fletcher Street Condo Assoc.** <br> **c/o Property Solutions Chicago, Reg. Agent** <br> **901 N. Leavitt** <br> **Chicago, IL 60622** | | | 02-01-2010 <br><br> 1308 West Fletcher LLC Assessments-1308F-Assessment | | X | | **$218.33** |
| **ACCOUNT NO.** <br><br> **West Fletcher Street Condo Assoc.** <br> **c/o Property Solutions Chicago, Reg. Agent** <br> **901 N. Leavitt** <br> **Chicago, IL 60622** | | | 12-02-2009 <br><br> 1308 West Fletcher LLC Assessments - 1308F Assessment | | X | | **$218.33** |
| **ACCOUNT NO.** <br><br> **West Fletcher Street Condo Assoc.** <br> **c/o Property Solutions Chicago, Reg. Agent** <br> **901 N. Leavitt** <br> **Chicago, IL 60622** | | | 12-28-2009 <br><br> 1308 West Fletcher LLC - Assessments-1308F Assessment | | X | | **$218.33** |

Sheet no. __457__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $         **654.99**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,          Case No. _____
          **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**West Fletcher Street Condo Assoc.** <br>**c/o Property Solutions Chicago, Reg. Agent** <br>**901 N. Levitt** <br>**Chicago, IL 60622** | | | 01-2010 - 08-2012 <br><br>**1308 West Fletcher LLC Assessments - 1308F -Assessment** | | X | | **$6,986.56** |
| **ACCOUNT NO.** <br><br>**West Fletcher Street Condo Assoc.** <br>**c/o Property Solutions Chicago, Reg. Agent** <br>**901 N. Leavitt** <br>**Chicago, IL 60622** | | | 11-2011 - 08-2012 <br><br>**13208 W. Fletcher LLC-Assessments - 1320F #2E** | | X | | **$3,488.28** |
| **ACCOUNT NO.** <br><br>**West Fletcher Street Condominium Association** <br>**c/o Property Solutions Chicago, Reg. Agent** <br>**901 N. Leavitt** <br>**Chicago, IL 60622** | | | | | X | | **$1.00** |
| **ACCOUNT NO.     0001** <br><br>**Weyerhaeuser Realty Investors** <br>**1301 Fifth Ave., Ste. 3100** <br>**Seattle, WA 98101** <br>**Full Account No.: 09130001** | | | **Mezzanine Loan-WRI** | | X | | **$12,340,000.01** |

Sheet no. __**458**__ of __**464**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $ **12,350,475.85**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____,     Case No. _____
            **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 1001 **Weyerhaeuser Realty Investors** 1301 Fifth Ave., Ste. 3100 Seattle, WA 98101 Full Account No.: 9111001 | | | **Mezzanine Construction Loan-WRI** | | X | | **$4,380,095.48** |
| **ACCOUNT NO.** 0101 **Wheaton Bank & Trust** 2244 W. 9th Street Naperville, IL 60564 Full Account No.: 10190 00101 | | | **Mortgage Payable-1st** | | X | | **$645,000.00** |
| **ACCOUNT NO.** **Wintrust (formerly FCBT)** 1145 N. Arlington Heights Rd. Itasca, IL 60143 | | | **Jameson** | | | | **$2,250,000.00** |
| **ACCOUNT NO.** **Wintrust (formerly FCBT)** 1145 N. Arlington Heights Rd. Itasca, IL 60143 | | | **1512-1514 N. Wood** | | | | **$1,591,000.00** |

Sheet no. **459** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **8,866,095.48**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Steven Golovan** _____ ,    Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Wintrust (formerly FCBT)**<br>**1145 N. Arlington Heights Rd.**<br>**Itasca, IL 60143** | | | **Waukegan Everett** | | | | **$700,000.00** |
| **ACCOUNT NO.**<br><br>**Wintrust (formerly FCBT)**<br>**1145 N. Arlington Heights Rd.**<br>**Itasca, IL 60143** | | | **Waukegan Everett** | | | | **$900,000.00** |
| **ACCOUNT NO.**<br><br>**Wintrust Bank**<br>**1145 N. Arlington Heights Rd.**<br>**Itasca, IL 60143** | | | **First Chicago LOC** | | X | | **$843,735.79** |
| **ACCOUNT NO.**   31-1<br><br>**Wintrust Bank**<br>**1145 N. Arlington Heights Rd.**<br>**Itasca, IL 60143**<br>**Full Account No.: 11218831-1** | | | **Mortgage Payable-2nd** | | X | | **$500,000.00** |

Sheet no. __460__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **2,943,735.79**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan** _____ ,        Case No. _____
       **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 0001<br>**Wintrust Bank**<br>**1145 N. Arlington Heights Rd.**<br>**Itasca, IL 60143**<br>**Full Account No.: 00112016472 0001** | | | **Mortgage Payable-2nd** | | X | | **$410,000.00** |
| **ACCOUNT NO.** 960<br>**Wintrust Bank**<br>**1145 N. Arlington Heights Rd.**<br>**Itasca, IL 60143**<br>**Full Account No.: 960** | | | **Mortgage Payable-1st** | | X | | **$259,408.58** |
| **ACCOUNT NO.** 0450<br>**Wintrust Bank**<br>**1145 N. Arlington Heights Rd.**<br>**Itasca, IL 60143**<br>**Full Account No.: 1300110450** | | | **First Chicago Bank LOC** | | X | | **$2,598,809.67** |
| **ACCOUNT NO.** 9417<br>**Wintrust Bank**<br>**1145 N. Arlington Heights Rd.**<br>**Itasca, IL 60143**<br>**Full Account No.: 0112009417** | | | **Construction Loan** | | X | | **$3,314,000.00** |

Sheet no. **461** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **6,582,218.25**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Steven Golovan**_____,      Case No. _____
   **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 87-1<br><br>**Wintrust Bank**<br>**1145 N. Arlington Heights Rd.**<br>**Itasca, IL 60143**<br>**Full Account No.: 112014887-1** | | | **Mortgage Payable-1st** | | X | | **$1,750,000.00** |
| **ACCOUNT NO.** 1062<br><br>**Wintrust Bank**<br>**1145 N. Arlington Heights Rd.**<br>**Itasca, IL 60143**<br>**Full Account No.: 1062** | | | **First Chicago Bank LOC** | | X | | **$478,279.12** |
| **ACCOUNT NO.** 0210<br><br>**Wintrust Bank**<br>**1145 N. Arlington Heights Rd.**<br>**Itasca, IL 60143**<br>**Full Account No.: 112010210** | | | **Mortgage Payable-1st** | | X | | **$2,477,490.29** |
| **ACCOUNT NO.**<br><br>**Wintrust Bank**<br>**1145 N. Arlington Heights Rd.**<br>**Itasca, IL 60143** | | | **LOC** | | X | | **$500,000.00** |

Sheet no. **462** of **464** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **5,205,769.41**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Steven Golovan**_____,        Case No. _____
              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Wintrust Bank 1145 N. Arlington Heights Rd. Itasca, IL 60143** | | | **LOC** | | X | | **$700,000.00** |
| **ACCOUNT NO.    92-1**<br><br>**Wintrust Bank 1145 N. Arlington Heights Rd. Itasca, IL 60143 Full Account No.: 112011292-1** | | | **Construction Loan-First Chicago Bank & Trust** | | X | | **$5,619,148.88** |
| **ACCOUNT NO.    1080**<br><br>**Wintrust Bank 1145 N. Arlington Heights Rd. Itasca, IL 60143 Full Account No.: 1080** | | | **LOC Drawn** | | X | | **$325,000.00** |
| **ACCOUNT NO.    9484**<br><br>**Wintrust Bank 1145 N. Arlington Heights Rd. Itasca, IL 60143 Full Account No.: 112009484** | | | **Construction Loan** | | X | | **$2,341,608.93** |

Sheet no. __463__ of __464__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **8,985,757.81**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Steven Golovan** _____,    Case No. _____
        **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Wintrust Bank f/k/a First Chicago Bank & Trust 1145 N. Arlington Heights Rd. Itasca, IL 60143** | X | | **Jameson Realty** | | | | **$1,500,000.00** |
| **ACCOUNT NO.    3427** <br><br> **Wintrust Bank 1145 N. Arlington Heights Rd. Itasca, IL 60143 Full Account No.: 112023427** | | | **500k First Chicago LOC** | | X | | **$500,000.00** |
| **ACCOUNT NO.** <br><br> **Wintrust Bank f/k/a First Chicago Bank & Trust 1145 Arlington Heights Rd. Itasca, IL 60143** | X | | | | | | **$50,000.00** |
| **ACCOUNT NO.** <br><br> **Yanira Gonzalez 1016 W. Balmoral Chicago, IL 60640** | | | **02-23-2010** <br><br> **3912 North Pine Grove LLC - Bank Fees-Return Item Fee** | | X | | **$10.00** |

Sheet no. **464** of **464** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **2,050,010.00**

Total▶ $ **309,613,239.05**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re **Steven Golovan,**                                      Case No. _____
_____                              _____
                    **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| **NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT.** | **DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT.** |
|---|---|

B 6H (Official Form 6H) (12/07)

In re **Steven Golovan,** _____     Case No. _____
                                    **Debtor**                                    **(if known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Charles T. Mudd<br>1517 Dearborn Pkwy.<br>Chicago, IL 60610-7427<br><br>John F. Lally<br>1503 N. Cleveland #3<br>Chicago, IL 60610-1126 | Vencap Financial Services, LLC<br>120 E. Ogden Ave. #124<br>Hinsdale, IL 60521 |
| Charles T. Mudd<br>1517 Dearborn Pkwy.<br>Chicago, IL 60610-7427<br><br>John F. Lally<br>1503 N. Cleveland #3<br>Chicago, IL 60610-1126 | Vencap Financial Services, LLC<br>120 E. Ogden Ave. #124<br>Hinsdale, IL 60521 |
| Charles T. Mudd<br>1517 Dearborn Pkwy.<br>Chicago, IL 60610-7427<br><br>John F. Lally<br>1503 N. Cleveland #3<br>Chicago, IL 60610-1126 | Vencap Financial Services, LLC<br>120 E. Ogden Ave. #124<br>Hinsdale, IL 60521 |
| Steven Golovan<br>1874 N. Burling<br>Chicago, IL 60614<br><br>Christopher Feurer<br><br>Michael O'Connor<br>3023 N. Clark, Suite 213<br>Chicago, IL 60657<br><br>John F. Lally<br>1517 N. Cleveland #3<br>Chicago, IL 60610-7427<br><br>Charles T. Mudd<br>1517 N. Dearborn Pkwy.<br>Chicago, IL 60610-7427 | Bohdanna Golovan<br>1874 N. Burling<br>Chicago, IL 60614 |
| David Salyers<br>1128 W. Wrightwood #1<br>Chicago, IL 60614<br><br>Jonathan Weiss<br>341 Clinton St.<br>Brooklyn, NY 11231 | PNC, Successor to<br>Account No.: 1066<br>MidAmerica Bank<br>2317 Milton Ave.<br>Janesville, WI 53545 |
| John F. Lally<br>1503 N. Cleveland #3<br>Chicago, IL 60610-1126<br><br>Charles Mudd | Bridgeview Bank Group<br>Account No.: 1072<br>1970 N. Halsted<br>Chicago, IL 60614 |

B 6H (Official Form 6H) (12/07)

In re **Steven Golovan,** _____     Case No. _____
                                          **Debtor**                                                    **(if known)**

# SCHEDULE H – CODEBTORS

| **NAME AND ADDRESS OF CODEBTOR** | **NAME AND ADDRESS OF CREDITOR** |
|---|---|
| 1517 N. Dearborn Pkwy.<br>Chicago, IL 60610-7427 | |
| Charles Mudd<br>1517 N. Dearborn Pkwy.<br>Chicago, IL 60610-7427 | Bridgeview Bank Group<br>Account No.: 0701<br>1970 N. Halsted<br>Chicago, IL 60614 |
| John F. Lally<br>1503 N. Cleveland #3<br>Chicago, IL 60610-1126<br><br>Charles Mudd<br>1517 N. Dearborn Pkwy.<br>Chicago, IL 60610-7427 | Bridgeview Bank Group<br>Account No.: 1602<br>1970 N. Halsted<br>Chicago, IL 60614 |
| Daniel Boyd<br>2105 W. Concord<br>Chicago, IL 60647-9515<br><br>Piaras Jordan<br>2114 W. Crystal St. #3W<br>Chicago, IL 60622-3002<br><br>John F. Lally<br>1503 N. Cleveland #3<br>Chicago, IL 60610-1126<br><br>Charles Mudd<br>1517 N. Dearborn Pkwy.<br>Chicago, IL 60610-7427 | First Midwest Bank<br>180 N. LaSalle St.<br>Chicago, IL 60601 |
| John F. Lally<br>1503 N. Cleveland #3<br>Chicago, IL 60610-1126 | Harris Bank<br>Account No.: 7180<br>111 W. Monroe<br>Chicago, IL 60603 |
| Christopher Feurer<br>425 W. North Ave.<br>Chicago, IL 60610<br><br>Michael Sato<br>425 W. North Ave.<br>Chicago, IL 60610<br><br>John F. Lally<br>1503 N. Cleveland #3<br>Chicago, IL 60610-1126<br><br>Charles Mudd<br>1517 N. Dearborn Pkwy.<br>Chicago, IL 60610-7427 | Wintrust Bank<br>f/k/a First Chicago Bank & Trust<br>1145 N. Arlington Heights Rd.<br>Itasca, IL 60143 |

B 6H (Official Form 6H) (12/07)

In re **Steven Golovan,** _____     Case No. _____
                                    **Debtor**                                                    **(if known)**

# SCHEDULE H – CODEBTORS

| **NAME AND ADDRESS OF CODEBTOR** | **NAME AND ADDRESS OF CREDITOR** |
|---|---|
| Christopher Feurer<br>425 W. North Ave.<br>Chicago, IL 60610<br><br>Michael Sato<br>425 W. North Ave.<br>Chicago, IL 60610<br><br>John F. Lally<br>1503 N. Cleveland #3<br>Chicago, iL 60610-1126<br><br>Charles Mudd<br>1517 N. Dearborn Pkwy.<br>Chicago, IL 60610-7427 | Wintrust Bank<br>f/k/a First Chicago Bank & Trust<br>1145 Arlington Heights Rd.<br>Itasca, IL 60143 |

**B6I (Official Form 6I) (12/07)**

In re   <u>Steven Golovan,</u>                          Case No. _____
              **Debtor**                                                      **(if known)**

# SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | | |
|---|---|---|---|---|
| **Married** | RELATIONSHIP(S): | **N/A** | AGES(S): | **N/A** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Mid Chicago LLC** | |
| How long employed | **04-01-12** | |
| Address of Employer | **1874 North Burling** **Chicago, IL 60614** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 4,000.00 | $ 0.00 |
| 2. | Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. | SUBTOTAL | $ 4,000.00 | $ 0.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a.  Payroll taxes and social security | $ 661.00 | $ 0.00 |
| | b.  Insurance | $ 0.00 | $ 0.00 |
| | c.  Union dues | $ 0.00 | $ 0.00 |
| | d.  Other (Specify): | $ 0.00 | $ 0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 661.00 | $ 0.00 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ 3,339.00 | $ 0.00 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ | $ |
| 8. | Income from real property | $ | $ |
| 9. | Interest and dividends | $ | $ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. | Social security or government assistance (Specify): **After Part B Deduction** | $ 1,952.00 | $ 0.00 |
| 12. | Pension or retirement income | $ | $ |
| | | $ 0.00 | $ 0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,952.00 | $ 0.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 5,291.00 | $ 0.00 |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (combine column totals from line 15) | $ 5,291.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.   Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re  <u>Steven Golovan,                              </u>                    Case No.  <u>                                                </u>
**Debtor**                                                        **(if known)**

# SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

B 6J (Official Form 6J) (12/07)

In re **Steven Golovan,** _____     Case No. _____
                                    **Debtor**                                                      **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $17,178.13 |
|    a. Are real estate taxes included? Yes __X__ No _____ | |
|    b. Is property insurance included? Yes _____ No __X__ | |
| 2. Utilities:   a. Electricity and heating fuel | $363.00 |
|           b. Water and sewer | $35.00 |
|           c. Telephone | $193.00 |
|           d. Other: Cable TV. | $142.00 |
| 3. Home maintenance (repairs and upkeep) | $296.00 |
| 4. Food | $3,242.00 |
| 5. Clothing | $587.00 |
| 6. Laundry and dry cleaning | $230.00 |
| 7. Medical and dental expenses | $3,094.00 |
| 8. Transportation (not including car payments) | $594.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $473.00 |
| 10. Charitable contributions | $97.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | |
|    b. Life | $1,434.00 |
|    c. Health | $411.00 |
|    d. Auto | $203.00 |
|    e. Other: Umbrella. | $46.00 |
|    f. Other: Long Term Care. | $579.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | |
|    b. Other _____ | $ |
| 14. Alimony, maintenance, and support paid to others | |
| 15. Payments for support of additional dependents not living at your home | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17. Other | $ 2,102.00 |

Vacational/Travel.          $1,153.00

Grand Regina.          $949.00

| | |
|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 31,299.13 |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: . | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
|    a. Average monthly income from Line 15 of Schedule I | $ 5,291.00 |
|    b. Average monthly expenses from Line 18 above | $ 31,299.13 |
|    c. Monthly net income (a. minus b.) | $ -26,008.13 |

B 6J (Official Form 6J) (12/07)

In re **Steven Golovan,** _____     Case No. _____
                        **Debtor**                                                  **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR